**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANSAS**

**CENTRAL DIVISION**

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>                Defendants. | C.A. No.  4:19-cv-00756-BSM<br><br><u>CLASS ACTION</u><br><br>MOTION OF BRADFORD MAUPIN AND IRA PENCE FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL |
| MICHAEL AVERY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>                Defendants. | C.A. No.   4:19-cv-00927-LPR<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that Movants Bradford Maupin and Ira Pence ("Movants") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order: (1) consolidating the above-captioned related actions (the "Actions"): (2) appointing Movants as Co-Lead plaintiffs on behalf of a class who acquired Uniti Group Inc. f/k/a Communications Sales & leasing, Inc. ("Uniti" or the "Company") securities between April 20, 2015, and February 15, 2019, inclusive (the "Class Period"); (3) approving Movants' selection of the law firm of Levi & Korsinsky, LLP as Lead Counsel, and the law firm of Carney Bates & Pulliam, PLLC as Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Movants believe they are the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Co-Lead Plaintiffs.  See 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb).  Specifically, Movants believe they have the "largest financial interest" in the relief sought by the class in the Actions as a result of the substantial loss they suffered on their transaction in Uniti securities during the Class Period. Additionally, Movants also believe they "satisf[y] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because their claims are typical of those of other class members and because they will fairly and adequately represent the interests of the class.  See 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(cc).

This motion is based on the accompanying Memorandum of Law, the Declaration of Gregory M. Nespole filed herewith, the pleadings and other filings in the above-captioned Actions, and other such written and oral arguments as may be permitted by the Court.

*[Signature On Following Page}*

1

Dated: December 30, 2019            Respectfully Submitted,

Randall K. Pulliam
**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam (ABN 98105)
519 W. 7th Street
Little Rock, Arkansas 72201
Tel: (501) 312-8500
Fax: (501) 312-8505
Email: rpulliam@cbplaw.com

*Attorneys for Movant and Proposed Liaison*
*Counsel for the Class*

**LEVI & KORSINSKY, LLP (Trial Counsel)**
Eduard Korsinsky
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY I 0006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com
       gnespole@zlk.com

*(Pro hac vice application forthcoming)*

*Attorneys for Movant and Proposed Lead Counsel*
*for the Class*

2