# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF ARKANSAS

# CENTRAL DIVISION

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>Defendants. | C.A. No.  4:19-cv-00756-BSM<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF BRADFORD MAUPIN AND IRA PENCE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL |
| MICHAEL AVERY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>Defendants. | C.A. No.   4:19-cv-00927-LPR<br><br><u>CLASS ACTION</u> |

I, GREOGRY M. NESPOLE, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney duly licensed to practice before the courts of the State of New York. I am a partner of the law firm of Levi & Korsinsky, LLP, lead counsel for proposed co-lead plaintiff movants Bradford Maupin and Ira Pence ("Movants"), in the above-captioned actions.  I submit this Declaration is support of Movants' Motion for Consolidation, Appointment as Co-Lead Plaintiffs, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** are true and correct copies of Movants' PSLRA certifications.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a table reflecting the calculated losses incurred by Movants as a result of their transactions in Uniti Group Inc. f/k/a Communications Sales & leasing, Inc. securities during the Class Period.

4.      Attached hereto as **Exhibit C** is the press release originally published on October 29, 2019, on *Globe Newswire* announcing the pendency of the first-filed securities action.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Carney Bates & Pulliam, PLLC.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Joint Declaration of Bradford Maupin and Ira Pence in support of their Motion.

*[Signature on Following Page]*

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 30th day of December, 2019.

/s/ *Gregory M. Nespole*
Gregory M. Nespole (NY. Bar No. 2594356)