# EXHIBIT B

| | |
|---|---|
| **Client Name** | Bradford Maupin |
| **Company Name** | Uniti Group Inc. |
| **Ticker Symbol** | UNIT |
| **Security Type** | |
| **Class Period Start** | 04-20-2015 |
| **Class Period End** | 06-24-2019 |
| **90-DAY Lookback Period Start** | 06-25-2019 |
| **90-DAY Lookback Period End** | 09-22-2019 |
| **90-DAY Lookback Average** | $ 08.43 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $127,804.34 |
| *DURA LIFO* Total* | $127,804.34 |
| Gross Shares Purchased | 15,117.00 |
| Net Shares Retained | 15,117.00 |
| Net Funds Expended | $255,255.52 |

### Bradford Maupin

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 08-10-2017 | 2334 | $20.76 | $ 48,453.84 | | | | | | - | 2334 | 2334 | $ 08.43 | $ 19,677.92 | $ 28,775.92 | $ 28,775.92 |
| 09-05-2017 | 2095 | $19.12 | $ 40,056.40 | | | | | | - | 2095 | 2095 | $ 08.43 | $ 17,662.91 | $ 22,393.49 | $ 22,393.49 |
| 11-14-2017 | 114 | $15.30 | $ 1,744.20 | | | | | | - | 114 | 114 | $ 08.43 | $ 961.13 | $ 783.07 | $ 783.07 |
| 11-27-2017 | 497 | $15.56 | $ 7,733.32 | | | | | | - | 497 | 497 | $ 08.43 | $ 4,190.20 | $ 3,543.12 | $ 3,543.12 |
| 11-27-2017 | 1101 | $15.56 | $ 17,131.56 | | | | | | - | 1101 | 1101 | $ 08.43 | $ 9,282.51 | $ 7,849.05 | $ 7,849.05 |
| 01-18-2018 | 40 | $16.40 | $ 656.00 | | | | | | - | 40 | 40 | $ 08.43 | $ 337.24 | $ 318.76 | $ 318.76 |
| 01-18-2018 | 123 | $16.40 | $ 2,017.20 | | | | | | - | 123 | 123 | $ 08.43 | $ 1,037.01 | $ 980.19 | $ 980.19 |
| 02-01-2018 | 8034 | $15.60 | $ 125,330.40 | | | | | | - | 8034 | 8034 | $ 08.43 | $ 67,734.52 | $ 57,595.88 | $ 57,595.88 |
| 02-21-2018 | 125 | $15.18 | $ 1,897.50 | | | | | | - | 125 | 125 | $ 08.43 | $ 1,053.87 | $ 843.63 | $ 843.63 |
| 02-28-2018 | 654 | $15.65 | $ 10,235.10 | | | | | | - | 654 | 654 | $ 08.43 | $ 5,513.86 | $ 4,721.24 | $ 4,721.24 |
| **Total:** | **15,117.00** | | **$ 255,255.52** | | | | | | | **15,117.00** | **15,117.00** | | **$ 127,451.18** | **$ 127,804.34** | **$ 127,804.34** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosures matched to intra-class period purchases.

| Client Name | Ira Pence |
|---|---|
| Company Name | Uniti Group Inc. |
| Ticker Symbol | UNIT |
| Security Type | |
| Class Period Start | 04-20-2015 |
| Class Period End | 06-24-2019 |
| 90-DAY Lookback Period Start | 06-25-2019 |
| 90-DAY Lookback Period End | 09-22-2019 |
| 90-DAY Lookback Average | $ 08.43 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $35,515.41 |
| *DURA LIFO* Total* | $35,515.41 |
| Gross Shares Purchased | 3,500.00 |
| Net Shares Retained | 3,500.00 |
| Net Funds Expended | $65,023.85 |

### Ira Pence - Acct. 1

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-08-2017 | 500 | $25.9000 | $ 12,950.00 | | | | | | - | 500 | 500 | $ 08.43 | $ 4,215.49 | $ 8,734.51 | $ 8,734.51 |
| 08-24-2017 | 1000 | $19.7179 | $ 19,717.90 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 11,286.92 | $ 11,286.92 |
| 09-21-2017 | 1100 | $16.1800 | $ 17,798.00 | | | | | | - | 1100 | 1100 | $ 08.43 | $ 9,274.08 | $ 8,523.92 | $ 8,523.92 |
| 09-21-2017 | 900 | $16.1755 | $ 14,557.95 | | | | | | - | 900 | 900 | $ 08.43 | $ 7,587.89 | $ 6,970.06 | $ 6,970.06 |
| **Total:** | **3,500.00** | | **$ 65,023.85** | | | | | | | **3,500.00** | **3,500.00** | | **$ 29,508.44** | **$ 35,515.41** | **$ 35,515.41** |

| Client Name | Ira Pence |
|---|---|
| Company Name | Uniti Group Inc. |
| Ticker Symbol | UNIT |
| Security Type | |
| Class Period Start | 04-20-2015 |
| Class Period End | 06-24-2019 |
| 90-DAY Lookback Period Start | 06-25-2019 |
| 90-DAY Lookback Period End | 09-22-2019 |
| 90-DAY Lookback Average | $ 08.43 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $61,158.29 |
| *DURA LIFO* Total* | $61,158.29 |
| Gross Shares Purchased | 8,500.00 |
| Net Shares Retained | 8,500.00 |
| Net Funds Expended | $132,821.65 |

### Ira Pence - Acct. 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-15-2018 | 1500 | $17.1033 | $ 25,654.95 | | | | | | - | 1500 | 1500 | $ 08.43 | $ 12,646.48 | $ 13,008.47 | $ 13,008.47 |
| 03-15-2018 | 1000 | $17.1050 | $ 17,105.00 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 8,674.02 | $ 8,674.02 |
| 07-23-2018 | 1000 | $17.3749 | $ 17,374.90 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 8,943.92 | $ 8,943.92 |
| 07-23-2018 | 2000 | $17.3810 | $ 34,762.00 | | | | | | - | 2000 | 2000 | $ 08.43 | $ 16,861.97 | $ 17,900.03 | $ 17,900.03 |
| 12-20-2018 | 1000 | $15.5050 | $ 15,505.00 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 7,074.02 | $ 7,074.02 |
| 02-19-2019 | 1000 | $12.4149 | $ 12,414.90 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 3,983.92 | $ 3,983.92 |
| 02-22-2019 | 1000 | $10.0049 | $ 10,004.90 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 1,573.92 | $ 1,573.92 |
| **Total:** | **8,500.00** | | **$ 132,821.65** | | | | | | | **8,500.00** | **8,500.00** | | **$ 71,663.36** | **$ 61,158.29** | **$ 61,158.29** |

| Client Name | Ira Pence |
|---|---|
| Company Name | Uniti Group Inc. |
| Ticker Symbol | UNIT |
| Security Type | |
| Class Period Start | 04-20-2015 |
| Class Period End | 06-24-2019 |
| 90-DAY Lookback Period Start | 06-25-2019 |
| 90-DAY Lookback Period End | 09-22-2019 |
| 90-DAY Lookback Average | $ 08.43 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $4,235.28 |
| *DURA LIFO* Total* | $4,235.28 |
| Gross Shares Purchased | 714 |
| Net Shares Retained | 714 |
| Net Funds Expended | $10,255.00 |

### Ira Pence - Acct. 3

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-14-2018 | 314 | $17.50 | $ 5,495.00 | | | | | | - | 314 | 314 | $ 08.43 | $ 2,647.33 | $ 2,847.67 | $ 2,847.67 |
| 04-09-2019 | 400 | $11.90 | $ 4,760.00 | | | | | | - | 400 | 400 | $ 08.43 | $ 3,372.39 | $ 1,387.61 | $ 1,387.61 |
| **Total:** | **714.00** | | **$ 10,255.00** | | | | | | | **714.00** | **714.00** | | **$ 6,019.72** | **$ 4,235.28** | **$ 4,235.28** |

| Client Name | Ira Pence |
|---|---|
| Company Name | Uniti Group Inc. |
| Ticker Symbol | UNIT |
| Security Type | |
| Class Period Start | 04-20-2015 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $16,645.66 |
| *DURA LIFO* Total* | $16,645.66 |
| Gross Shares Purchased | 1,825.00 |

| | |
|---|---|
| **Class Period End** | 06-24-2019 |
| **90-DAY Lookback Period Start** | 06-25-2019 |
| **90-DAY Lookback Period End** | 09-22-2019 |
| **90-DAY Lookback Average** | $ 08.43 |
| **Pre Class Period Holdings** | 0 |

| | |
|---|---|
| **Net Shares Retained** | 1,825.00 |
| **Net Funds Expended** | $32,032.21 |

### Ira Pence - Acct. 4

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 09-06-2017 | 350 | $19.2000 | $ 6,720.00 | | | | | | - | 350 | 350 | $ 08.43 | $ 2,950.84 | $ 3,769.16 | $ 3,769.16 |
| 07-24-2018 | 1000 | $17.2848 | $ 17,284.80 | | | | | | - | 1000 | 1000 | $ 08.43 | $ 8,430.98 | $ 8,853.82 | $ 8,853.82 |
| 12-17-2018 | 475 | $16.8998 | $ 8,027.41 | | | | | | - | 475 | 475 | $ 08.43 | $ 4,004.72 | $ 4,022.69 | $ 4,022.69 |
| **Total:** | **1,825.00** | | **$ 32,032.21** | | | | | | | **1,825.00** | **1,825.00** | | **$ 15,386.55** | **$ 16,645.66** | **$ 16,645.66** |

| SUMMARY OF FINANCIAL INTEREST | I. |
|---|---|
| **Pence All Accounts** | |
| **LIFO Loss Total** | $117,554.64 |
| *DURA LIFO\* Total* | $117,554.64 |
| **Gross Shares Purchased** | 14,539.00 |
| **Net Shares Retained** | 14,539.00 |
| **Net Funds Expended** | $240,132.71 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosures matched to intra-class period purchases.