# EXHIBIT F

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANSAS**

**CENTRAL DIVISION**

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>               Defendants. | C.A. No.  4:19-cv-00756-BSM<br><br>CLASS ACTION<br><br>JOINT DECLARATION OF BRADFORD MAUPIN AND IRA PENCE IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL |
| MICHAEL AVERY, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>               Defendants. | C.A. No.   4:19-cv-00927-LPR<br><br>CLASS ACTION |

We, the undersigned, pursuant to 28 U.S.C. § 1746 declare as follows:

1.    We, Bradford Maupin and Ira Pence respectfully submit this Joint Declaration in support of our motion for consolidation of the above-captioned actions (the "Actions"), appointment as co-lead plaintiffs, and approval of selection of counsel in the instant class action on behalf of investors in the securities of Uniti Group Inc. ("Uniti" or the "Company") between April 20, 2015 through June 24, 2019, inclusive (the "Class Period"). We are each informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.    Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves, and if called as witnesses, we each could and would testify competently thereto (unless our knowledge is on information and belief, in which case we will so state).

3.    I, Bradford Maupin, suffered significant losses as a result of my transactions in securities of Uniti during the Class Period and am motivated to recover these losses on my own behalf and on behalf of other investors who were similarly damaged. I currently reside in Fort Myers, Florida. I am currently retired, but used to own my own construction company, and attended Kansas State University for two and a half years. I consider myself to be a sophisticated investor and began trading over 23 years ago. I decided to seek appointment as lead plaintiff with Ira Pence after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of a class.

4.    I, Ira Pence, suffered significant losses as a result of my transactions in securities of Uniti during the Class Period and am motivated to recover these losses on my own behalf and on behalf of other investors who were similarly damaged. I currently reside in San Marcos, California. I am currently a commercial pilot, and have a Bachelor's of Science. I consider myself

1

to be a sophisticated investor and began trading over 30 years ago. I decided to seek appointment as lead plaintiff with Bradford Maupin after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of a class.

5. We, Bradford Maupin and Ira Pence, believe that the allegations against Uniti are meritorious and that the class will benefit from having highly motivated investors with substantial financial interests at stake control the action. Further we believe that the class will benefit from a leadership structure that contains two individual investors. The parties feel that their combined efforts, knowledge, and diverse background will better serve the Class. If appointed lead plaintiff, our primary goal will be to ensure that the class achieves the largest possible recovery.

6. On October 25, 2019, our counsel, Levi & Korsinsky, LLP, acting for the plaintiff, Ibrahim E. Safadi, filed a securities class action complaint entitled *Safadi v. Uniti Group, Inc., et al.* No. 4:19-cv-00756-BSM (the "*Safadi* Action") in this District, with a Class Period of April 20, 2015 through February 15, 2019, asserting claims against Uniti, Mark A. Wallace, and Kenneth A. Gunderman (collectively "Defendants"). On December 23, 2019, a similar class action complaint was filed against the Defendants in this District entitled *Avery v. Uniti Group, Inc., et al.* No. 4:19-cv-00927-LPR (the "*Avery* Action"). The *Avery* Action expanded the class period filed in the *Safadi* Action to include shares of Uniti purchased between April 20, 2015 through June 24, 2019.

7. Bradford Maupin decided to retain Levi & Korsinsky, LLP ("Levi & Korsinsky") after reviewing the complaint filed in the *Safadi* Action and discussing the merits of the allegations and his interest in recovering the losses he suffered and the losses of other shareholders. During these discussions, Mr. Maupin expressed a willingness to work with other like-minded investors

2

who suffered significant losses.

8.      Ira Pence decided to retain Levi & Korsinsky after reviewing the complaint filed in the *Safadi* Action, and discussing the merits of the allegations and his interest in recovering the losses he suffered and the losses of other shareholders. During these discussions, Mr. Pence expressed a willingness to work with other like-minded investors who suffered significant losses.

9.      Upon learning of each other's interest in this matter, we, Bradford Maupin and Ira Pence, participated in an electronic meeting on December 27, 2019, to discuss, among other things: the allegations and the strength of the claims against Defendants; a strategy for prosecuting these actions; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of a combined lead plaintiff; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative, likeminded manner; and the actions that we will take to continue to ensure that the class' claims will be zealously and efficiently litigated.

10.      As a result, Mr. Maupin and Mr. Pence decided to coordinate effort, as co-lead plaintiffs, to jointly seek lead plaintiff and discussed jointly-managing the litigation against Uniti, as further discussed herein. In connection with this decision the parties recognized that they retained highly-qualified counsel to serve as lead counsel for the class. Mr. Maupin and Mr. Pence are committed to maximizing recovery for the class and will ensure that lead counsel works expeditiously and effectively to bring about a fair resolution to the allegations in this action.

11.      We discussed the importance of selecting qualified counsel to represent the interests of the class and to do so efficiently. With respect to our selected counsel, we believe that the class will benefit from having a law firm experienced in successfully litigating securities class actions. We are aware of and have been advised of the experience, resources, and successes of its proposed

lead counsel, Levi & Korsinsky, and are aware that it is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Through our oversight of our proposed lead counsel, we fully believe that Levi & Korsinsky will prosecute this litigation in a zealous and efficient manner.

12.     Mr. Maupin and Mr. Pence each understand that the PSLRA and courts in this District permit groups to serve as lead plaintiff when the group can function cohesively and proves that it will actively monitor the litigation to represent the interests of the class. MR. Maupin and Mr. Pence intend to prosecute the action against Uniti and the other Defendants in such an independent manner. Mr. Maupin and Mr. Pence agree that their collective resources, and ability to deliberate and engage in joint decision-making will materially benefit and advance the interests of the class in this case.

13.     Both Mr. Maupin and Mr. Pence are highly motivated to recover their substantial losses and intend to share their perspectives, experiences, and resources to direct this litigation. To this end, during our December 27, 2019 electronic meeting, we discussed the importance of joint decision-making and maintaining communication that will enable each of us to confer, with or without counsel, via telephone and/or e-mail on short notice to ensure that MR. Maupin and Mr. Pence will be able to make timely decisions.

14.     We have agreed that we will exercise joint decision-making and will jointly communicate with proposed lead counsel regarding the progress and prosecution of this action on a regular basis as well as when important decisions need to be made related to the action. To that end, we have agreed that proposed lead counsel will provide us with periodic status reports and hold regular joint calls to discuss: (i) new developments in the action, (ii) all significant decisions concerning the prosecution of the case, (iii) litigation and settlement strategies, (iv) significant

pleadings and briefs, (v) important discovery issues, (vi) attorney and expert work being performed, and (vii) any other issues bearing on the effective and efficient prosecution of this matter. Further, we agreed that the parties will make themselves available for any appearances, depositions, and other necessary meetings to facilitate the prosecution of this action.

15.     Given our obligations to the class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises, we agree to consult our attorneys at Levi & Korsinsky. If we still cannot agree, we agree to present the parties' respective views to a qualified independent arbitrator who has previously served as a state or federal judge and to be bound by any decisions made by the arbitrator.

16.     Mr. Maupin and Mr. Pence are committed to satisfying the fiduciary obligations that they will assume if appointed lead plaintiff, including by conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, Mr. Maupin and Mr. Pence will ensure that the Uniti securities litigation will be vigorously prosecuted consistent with the requirements of the lead plaintiff provisions under the PSLRA and in the best interests of the class and will seek to obtain the greatest possible recovery for the class.

17.     Mr. Maupin and Mr. Pence understand that one of the primary responsibilities of the lead plaintiff under the PSLRA is to select and retain lead counsel and to supervise the prosecution of the case. We believe that it is essential to the satisfaction of our fiduciary responsibility to the class to select and retain lead counsel that have a proven track record of handling these types of cases and that will operate pursuant to our direction and authority.

5

the lead plaintiff under the PSLRA is to select and retain lead counsel and to supervise the prosecution of the case. We believe that it is essential to the satisfaction of our fiduciary responsibility to the class to select and retain lead counsel that have a proven track record of handling these types of cases and that will operate pursuant to our direction and authority. Moreover, we are familiar with the law firms that handle this type of litigation and believe that Levi & Korsinsky is highly experienced and qualified to represent the class as lead counsel in these Actions. We believe that the appointment of Mr. Maupin and Mr. Pence as co-lead plaintiff and approval of Levi & Korsinsky as lead counsel will further the best interests of the class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this **28** day of December 2019

_____
Bradford Maupin

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this ___ day of December 2019

_____
Ira Pence

Moreover, we are familiar with the law firms that handle this type of litigation and believe that Levi & Korsinsky is highly experienced and qualified to represent the class as lead counsel in these Actions. We believe that the appointment of Mr. Maupin and Mr. Pence as co-lead plaintiff and approval of Levi & Korsinsky as lead counsel will further the best interests of the class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this ___ day of December 2019

_____
Bradford Maupin

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 27th day of December 2019

_____
Ira Pence

6