**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | **No. 4:19-cv-00756-BSM** |
| Plaintiff, | ) ) | **CLASS ACTION** |
| | ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN | ) ) ) ) ) | |
| Defendants. | ) | |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated, | ) ) | |
| | ) | **No. 4:19-cv-00873-BSM** |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN, | ) ) ) ) | |
| Defendants. | ) | |

(additional case caption continued on following page)

MICHAEL AVERY, on behalf of himself    )
and all others similarly situated,     )
                                       )    **No. 4:19-cv-00927-LPR**
                    Plaintiff,         )
                                       )
v.                                     )
                                       )    **JURY TRIAL DEMANDED**
UNITI GROUP INC., KENNETH A.           )
GUNDERMAN, MARK A. WALLACE,            )
                                       )
                    Defendants.        )
                                       )
                                       )


**NOTICE OF THE VON WALDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISION COUNSEL**

PLEASE TAKE NOTICE THAT on December 30, 2019 at 9:00 am or as soon thereafter as counsel may be heard, counsel for Conrad Von Wald and Criselda Von Wald (the "Von Walds") shall appear before the Honorable Brian S. Miller, or any judge sitting in his stead in Courtroom 2D of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, to present the Von Walds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel, a copy of which is served upon you, pursuant to Local Rule 5.5(a) of the Local Rules of the United States District Court for the Eastern District of Arkansas and the Private Securities Litigation Reform Act of 1995 ("PSLRA").

Dated: December 30, 2019

Respectfully submitted,

**The Von Walds**

*/s/ Scott Richardson*
Dustin B. McDaniel (AR 99011)
Rufus E. Wolff (AR 85175)
Scott Richardson (AR 2001208)
McDaniel, Wolff & Benca, PLLC
1307 West Fourth Street
Little Rock, AR 72201
Telephone: (501) 954-8000 Ext. 112
Facsimile: (866) 419-1601
dmcdaniel@mrcfirm.com
rwolff@wolfflawfirm.net
scott@mrcfirm.com

*Local Counsel for Movants Conrad and Criselda Von Wald and Proposed Liaison Counsel for the Class*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

1

-and-

Lewis S. Kahn
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Movants Conrad and Criselda Von Wald and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Scott Richardson*

2