**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | **No. 4:19-cv-00756-BSM** |
| | ) | |
| Plaintiff, | ) | **CLASS ACTION** |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN | ) ) ) ) ) | |
| Defendants. | ) | |
| | | |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | **No. 4:19-cv-00873-BSM** |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

(additional case caption continued on following page)

MICHAEL AVERY, on behalf of himself and all others similarly situated,

     Plaintiff,

v.

UNITI GROUP INC., KENNETH A. GUNDERMAN, MARK A. WALLACE,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**No. 4:19-cv-00927-LPR**

**JURY TRIAL DEMANDED**

**DECLARATION OF SCOTT RICHARDSON IN SUPPORT OF THE VON WALDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISION COUNSEL**

I, Scott Richardson, hereby declare as follows:

1.      I am an attorney in good standing of the bar of Arkansas and am an attorney at the law firm of McDaniel, Wolff & Beneca, PLLC, proposed Liaison Counsel for Movants Conrad Von Wald and Criselda Von Wald ("the Von Walds"). I submit this Declaration in support of the Motion filed by the Von Walds to: (1) consolidate related cases; (2) be appointed as Lead Plaintiff; and (2) to approve Proposed Lead Plaintiff's selection of Lead and Liaison Counsel for the Class.

2.      Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:    Certification of Conrad Von Wald along with a detailed listing of his transactions in Uniti common stock from April 20, 2015 through June 24, 2019, inclusive.

Exhibit B:    Certification of Criselda Von Wald along with a detailed listing of her transactions in Uniti common stock from April 20, 2015 through June 24, 2019, inclusive.

Exhibit C:    Loss Chart of the Von Walds reflecting their transactions in Uniti common stock from April 20, 2015 through June 24, 2019, inclusive.

Exhibit D:    Published Notice on *Globe Newswire* on October 29, 2019 of the first securities class action complaint filed, in this matter, in the United States District Court for Eastern District of Arkansas.

Exhibit E:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 30th day of December 2019, at Little Rock, Arkansas.

*/s/ Scott Richardson*
Scott Richardson

Dated: December 30, 2019

Respectfully submitted,

**The Von Walds**

*/s/ Scott Richardson*
Dustin B. McDaniel (AR 99011)
Rufus E. Wolff (AR 85175)
Scott Richardson (AR 2001208)
McDaniel, Wolff & Benca, PLLC
1307 West Fourth Street
Little Rock, AR 72201
Telephone: (501) 954-8000 Ext. 112
Facsimile: (866) 419-1601
dmcdaniel@mrcfirm.com
rwolff@wolfflawfirm.net
scott@mrcfirm.com

*Local Counsel for Movants Conrad and Criselda Von Wald and Proposed Liaison Counsel for the Class*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Movants Conrad and Criselda Von Wald and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.


*/s/ Scott Richardson*