# EXHIBIT B

# CERTIFICATION PURSUANT TO SECURITIES LAWS

Criselda Von Wald ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **Uniti Group, Inc.** at the direction of counselor in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Uniti Group, Inc.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10 November, 2019

_Criselda Von Wald_
_____
Criselda Von Wald
Movant

# Schedule of Movant's Transaction(s) in Uniti Group, Inc.

**Purchase(s):**
**(Criselda Von Wald; Account # 3)**

| Trade Date | Settlement Date | Units | Price | Total Cost |
|---|---|---|---|---|
| 1/3/18 | 1/5/18 | 400 | $17.03 | $6,812.00 |

**Sale(s):  None (Movant still owns all shares of Uniti Group, Inc. to this date)**