# EXHIBIT C

**Class Period Losses of Conrad and Criselda VonWald in Common Stock of Uniti Group Inc. (NASDAQ: "UNIT")**

| | | |
|---|---|---|
| **Class Period Begins:** | 4/20/2015 | |
| **Class Period Ends:** | 6/24/2019 | |
| **90-Day Lookback Ends:** | 9/22/2019 | |
| **90-Day Lookback Price:** | $8.47 | |

**Account #1**

| **Purchases** | | | | **Sales** | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | Quantity: | Price: | Cost: | Date: | Quantity: | Price: | Proceeds: | (Loss)/Gain: |
| 12/29/2017 | 3,000 | $17.85 | $53,550.00 | HELD* | 3,000 | $8.47 | $25,407.14 | (28,142.86) |
| 1/2/2018 | 3,000 | $17.50 | $52,500.00 | HELD* | 3,000 | $8.47 | $25,407.14 | (27,092.86) |
| 1/18/2018 | 4,000 | $16.25 | $65,000.00 | HELD* | 4,000 | $8.47 | $33,876.19 | (31,123.81) |
| 2/6/2018 | 5,000 | $14.70 | $73,500.00 | HELD* | 5,000 | $8.47 | $42,345.24 | (31,154.76) |
| | | | | | | | | **(117,514.29)** |

**Account #2**

| **Purchases** | | | | **Sales:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | Quantity: | Price: | Cost: | Date: | Quantity: | Price: | Cost: | (Loss)/Gain: |
| 1/3/2018 | 400 | $17.03 | $6,812.00 | HELD* | 400 | $8.47 | $3,387.62 | (3,424.38) |
| | | | | | | | | **(3,424.38)** |

**Account #3**

| **Purchases** | | | | **Sales:** | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | Quantity: | Price: | Cost: | Date: | Quantity: | Price: | Cost: | (Loss)/Gain: |
| 1/3/2018 | 400 | $17.03 | $6,812.00 | HELD* | 400 | $8.47 | $3,387.62 | (3,424.38) |
| | | | | | | | | **(3,424.38)** |

| | |
|---|---|
| **Total *Dura* Losses:** | **(124,363.05)** |

* To estimate damages, shares retained through the end of the Class Period have been assigned a value equal to the "mean trading price" of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See* 15 U.S.C. §78u-4(e).