**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-00756-BSM |
| Plaintiff, | |
| v. | |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN, | |
| Defendants. | |
| MICHAEL AVERY, on behalf of himself and all others similarly situated, | Case No. 4:19-cv-00927-LPR |
| Plaintiff, | |
| v. | |
| UNITI GROUP INC., KENNETH A. GUNDERMAN, and MARK A. WALLACE, | |
| Defendants. | |

**NOTICE OF TROY BOURQUE'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Troy Bourque ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel and Eldridge Brooks, PLLC as Liaison Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Conner Eldridge, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: December 30, 2019

**ELDRIDGE BROOKS, PLLC**

By: _____
Conner Eldridge, AR2003155
Emily A. Neal, AR2003087
Morgan R. Johnson AR2018173
5100 West JB Hunt Dr., Ste. 840
Rogers, Arkansas 72758
Telephone: (479) 553-7678
Facsimile: (479) 553-7553
conner@eldridgebrooks.com

*Liaison Counsel for Movant*

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant and Proposed Lead Counsel
for the Class*

*Pro Hac Vice Motions to follow*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 30, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Arkansas, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2019, at Rogers, Arkansas.

Conner Eldridge