**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN, <br><br> Defendants. | Case No. 4:19-cv-00756-BSM |
| MICHAEL AVERY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITI GROUP INC., KENNETH A. GUNDERMAN, and MARK A. WALLACE, <br><br> Defendants. | Case No. 4:19-cv-00927-LPR |

**DECLARATION OF CONNER ELDRIDGE IN SUPPORT OF TROY BOURQUE'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Conner Eldridge, hereby declare as follows:

1.      I am an attorney with the law firm Eldridge Brooks, PLLC, liaison counsel for lead plaintiff movant Troy Bourque ("Movant") and proposed liaison counsel for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published October 29, 2019 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit D:    Firm résumé of Eldridge Brooks, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 30th day of December, 2019.

Conner Eldridge, AR2003155
Eldridge Brooks, PLLC
5100 West JB Hunt Dr., Ste. 840
Rogers, AR 72758
Telephone: (479) 553-7678
Facsimile: (479) 553-7553
conner@eldridgebrooks.com

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 30, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Arkansas, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2019, at Rogers, Arkansas.

Conner Eldridge