# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## UNITI GROUP INC. SECURITIES LITIGATION

I, Troy Bourque individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.   I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.   I did not purchase the Uniti Group Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My transactions in Uniti Group Inc. securities during the Class Period set forth in the Complaint are as follows:

     (See attached transactions)

5.   I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


12/30/2019
_____
Date

DocuSigned by:

*Troy Bourque*
39ED2F39DD95485
Troy Bourque

**Troy Bourque's Transactions in
Uniti Group Inc. Common Stock**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/4/2019 | Bought[1] | 32,055 | $26.4100 |
| 5/1/2019 | Bought[2] | 81,237 | $26.4100 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/20/2017 | Bought | 10 | $27.1000 |
| 3/18/2019 | Bought[3] | 200 | $12.5000 |

**Troy Bourque's Transactions in
Uniti Group Inc. Options**

**Account 2**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Unit Price |
|---|---|---|---|---|---|
| 8/18/2017 | Sold | Put | Feb 16, 2018 / $15.00 | -32 | $1.2900 |
| 8/18/2017 | Bought | Call | Feb 16, 2018 / $20.00 | 32 | $1.6800 |
| 9/6/2017 | Sold | Put | Feb 16, 2018 / $15.00 | -32 | $1.4500 |
| 9/25/2017 | Sold | Put | May 18, 2018 / $15.00 | -64 | $2.8000 |
| 9/27/2017 | Bought | Put | Feb 16, 2018 / $15.00 | 64 | $3.0400 |
| 9/27/2017 | Bought | Put | May 18, 2018 / $15.00 | 64 | $3.9000 |
| 9/27/2017 | Sold | Put | Jan 18, 2019 / $12.50 | -64 | $3.5700 |
| 9/27/2017 | Sold | Put | Jan 18, 2019 / $12.50 | -64 | $4.0000 |
| 2/16/2018 | Sold | Call | Feb 16, 2018 / $20.00 | -32 | $0.3000 |
| 1/22/2019 | Expired | Put | Jan 18, 2019 / $12.50 | 128 | $0.0000 |
| 2/19/2019 | Sold | Call | Mar 15, 2019 / $12.50 | -2 | $1.4800 |
| 2/19/2019 | Sold | Put | Mar 15, 2019 / $12.50 | -2 | $0.9200 |
| 2/22/2019 | Bought | Call | Mar 15, 2019 / $12.50 | 2 | $0.4000 |
| 2/22/2019 | Bought | Put | Mar 15, 2019 / $10.00 | 5 | $1.1800 |
| 2/22/2019 | Bought | Call | Mar 15, 2019 / $10.00 | 5 | $1.2200 |
| 2/22/2019 | Sold | Call | Mar 15, 2019 / $15.00 | -10 | $0.1500 |
| 3/11/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -5 | $0.0500 |
| 3/14/2019 | Sold | Put | Mar 15, 2019 / $10.00 | -5 | $0.7500 |
| 3/18/2019 | Assigned | Put | Mar 15, 2019 / $12.50 | 2 | $0.0000 |
| 3/18/2019 | Expired | Call | Mar 15, 2019 / $15.00 | 10 | $0.0000 |
| 3/20/2019 | Bought | Put | Apr 18, 2019 / $10.00 | 10 | $0.9800 |
| 3/20/2019 | Bought | Call | Apr 18, 2019 / $10.00 | 10 | $0.6700 |
| 3/25/2019 | Sold | Call | Apr 18, 2019 / $10.00 | -10 | $0.5500 |

| 4/22/2019 | Expired | Put | Apr 18, 2019 / $10.00 | -10 | $0.0000 |
| 5/10/2019 | Sold | Put | May 17, 2019 / $10.00 | -14 | $0.1000 |
| 5/14/2019 | Sold | Put | May 17, 2019 / $10.00 | -86 | $0.0900 |
| 5/20/2019 | Expired | Put | May 17, 2019 / $10.00 | 100 | $0.0000 |

**Account 3**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 3/5/2019 | Sold | Call | Mar 15, 2019 / $12.50 | -38 | $0.3000 |
| 3/5/2019 | Sold | Call | Mar 15, 2019 / $12.50 | -160 | $0.2500 |
| 3/18/2019 | Expired | Call | Mar 15, 2019 / $12.50 | 198 | $0.0000 |
| 3/29/2019 | Sold | Call | Apr 18, 2019 / $12.50 | -320 | $0.1000 |
| 4/22/2019 | Expired | Call | Apr 18, 2019 / $12.50 | 320 | $0.0000 |
| 4/30/2019 | Sold | Call | May 17, 2019 / $12.50 | -320 | $0.2000 |
| 5/20/2019 | Expired | Call | May 17, 2019 / $12.50 | 320 | $0.0000 |
| 5/23/2019 | Sold | Call | Jun 21, 2019 / $12.50 | -320 | $0.2000 |
| 6/24/2019 | Expired | Call | Jun 21, 2019 / $12.50 | 320 | $0.0000 |

[1] Acquired pursuant to earn-out provisions of an agreement executed in connection with Uniti's acquisition of Hunt Telecommunications, LLC. The agreed market value was $26.41 per share.

[2] Acquired via the conversion of operating partnership units Mr. Bourque received via Uniti's acquisition of Hunt Telecommunications, LLC. The conversion request was executed on 2/17/2019. The chart reflects the date of receipt. The agreed market value was $26.41 per share.

[3] Option assignment.