# EXHIBIT D

# ELDRIDGE BROOKS PAR+NERS

## FIRM RESUME

**Eldridge Brooks, PLLC**

Eldridge Brooks Partners is a law firm specializing in complex corporate business matters, high stakes litigation, comprehensive investigations and intellectual property. Our 7 attorneys across two offices not only offer specialized legal services, they offer a different approach to attorney-client relationship. We do not measure success by hours billed, but by goals achieved. Founding member Conner Eldridge and Steve Brooks have real-world business experience and have taken risks, so they appreciate what their clients have built and need to protect.

**ATTORNEY PROFILES**

**Conner Eldridge**

Conner is a founding partner of Eldridge Brooks, a former United States Attorney, Chief Executive Officer of a $1 billion financial institution, and United States Senate candidate. As United States Attorney for the Western District of Arkansas from 2010-2015, Conner served as Chief Federal Law Enforcement Officer, responsible for all federal criminal cases in 34 counties in Arkansas. In 2015, he was a member of the Attorney General's Advisory Committee of the United States Department of Justice, which advises the Attorney General on behalf of the U.S. Attorney Community. As U.S. Attorney, he was involved locally and nationally with a number of committees covering issues including Child Exploitation, Cyber Crime and Security, Information Technology, Management and Budget, Terrorism and National Security, and White-Collar Crime.

Conner chaired the Investment Review Board, which was responsible for approving and allocating substantial information technology expenditures and the Domestic Terrorism Executive Committee, a committee led by the Department of Justice and comprised of numerous federal agencies involved in domestic terrorism cases and issues. Prior to serving as U.S. Attorney, Conner worked in a variety of positions, including Chief Executive Officer at Summit Bank and Summit Bancorp, a $1 billion community bank with over 20 branches and 300 employees. Most recently, Conner ran for the United States Senate in the 2016 election. As a major party nominee, Conner ran an aggressive, dynamic campaign against a long-time incumbent. Conner also previously served as a law clerk to the Honorable G. Thomas Eisele in federal court in the Eastern District of Arkansas, and as a staff member for former United States Congressman Marion Berry (AR) and former United States Senator Blanche Lincoln (AR). A native of Lonoke and Augusta, Arkansas, Conner worked in family businesses growing up, including as a farm hand at J.E. Tull and Son farms and as a summer worker at Eldridge Supply Company, a Case IH dealer.

Conner received his undergraduate degree from Davidson College in North Carolina and graduated *magna cum laude* from the University of Arkansas School of Law, where he also served on the Arkansas Law Review.

**Steve Brooks**

Steve is a founding partner of Eldridge Brooks and a former partner at Arkansas' largest law firm. Most recently, Steve was a partner at one of the state's largest venture capital and growth equity investment firms overseeing private capital formation and strategy and mergers and acquisitions activities and leading investments in healthcare, software technologies, e-commerce, energy infrastructure and retail and e-commerce businesses. He has over 20 years of experience advising and investing in private capital funds, private companies, as well as advising limited partners and funds of funds. Steve's practice is rooted in his broad experiences working with emerging high growth companies, investors, and funds, both in business and as a lawyer.

Prior to forming Eldridge Brooks, Steve was a partner at New Road Capital Partners, a venture capital and growth equity investment firm based in Bentonville, AR. He worked extensively with the portfolio companies as well as the funds themselves and their co general partners, namely Kayne Anderson, based in Los Angeles, CA. Prior to New Road Capital, Mr. Brooks was a partner in the private equity and mergers and acquisitions practice group of Friday Eldredge & Clark, Arkansas' largest law firm, from 2003 until 2013. Steve represented lower middle market issuers across the U.S. in private offerings of securities; structuring private equity funds and offerings; acquisitions and divestitures, as well as partnership and corporate tax matters. From 1995 to 2000, Brooks practiced as a CPA in both the private and public sectors in the tax section of Frost PLLC, Arkansas' largest public accounting firm and was senior tax accountant with Tyson Foods, Inc. He graduated from the University of Arkansas School of Law (Fayetteville), Cum Laude, and the University of Arkansas' Walton College of Business. He is a member of the Arkansas and Texas Bar, is admitted to the United States Tax Court and has served as Associate Justice on the Arkansas Supreme Court and is ranked in Chambers USA as one of America's leading lawyers –Mergers and Acquisitions.

**Dr. Debby Winters**

Debby Winters puts her years of experience as an intellectual property attorney and a Ph.D. in biochemistry and molecular biology to lead Eldridge Brooks' intellectual property practice. She offers clients assistance in handling a wide variety of matters including patents, trademarks, copyrights, trade secrets, and licensing. Protecting clients' intellectual property is critical and Debby is dedicated to this cause.

Dr. Winters has a varied background that includes teaching at the college level and practicing intellectual property and business law. She has practiced in an intellectual property law firm, served as in-house counsel for emerging start-up companies, and most recently ran a sole legal practice focusing on the startup community. Debby received her Ph.D. in Biochemistry and Molecular Biology from the University of Georgia. She pursued scientific research while teaching at both The Mount Sinai School of Medicine in New York City and The University of Arkansas, before turning to law. She received her J.D. from the University of Arkansas Law School, where she graduated *magna cum laude* and was on the Arkansas Law Review.

**Emily A. Neal**

Emily Neal is an experienced civil litigator whose practice includes handling class actions, complex commercial litigation, insurance coverage and defense, regulatory law, and multidistrict litigation. Emily graduated *magna cum laude* from the University of Arkansas School of Law in 2003, where she served on the Arkansas Law Review. Ms. Neal is a charter member of Arkansas Women In Power and enjoys volunteering in the community, including working with the Northwest Arkansas Women's Shelter, where she serves on its board of directors. She is a member of the Arkansas and Florida Bar Associations and is admitted to Arkansas state and federal courts, as well as the Eighth Circuit Court of Appeals.

**Chase Foster**

Chase Foster is an associate at Eldridge Brooks Partners. His practice focuses on business formation, private funding, and mergers and acquisitions. Chase is a 2017 graduate of the University of Arkansas School of Law, where he was a member of the Sports Law and Business Law Societies. He earned a Master of Business Administration degree from the Sam M. Walton College of Business at the University of Arkansas in 2018.

**Cameron Brewer**

Cameron is a graduate of the University of Arkansas School of Law (Fayetteville), Cum Laude, and received the Business Law Certificate for his focus in business and transactional law. During his time at the University of Arkansas, he competed in a national transactional law competition and served in several leadership positions in the Business Law Society and the Student Bar Association. Prior to his legal studies at the University of Arkansas School of Law, Cameron attended Baylor University, where he graduated with a Bachelor of Arts in Anthropology.

**Morgan Johnson**

Morgan is an associate at Eldridge Brooks where she focuses on civil litigation and immigration law. Morgan's immigration practice includes employment-based strategies, individual petitions, and regulatory compliance. She is a graduate of the University of Tulsa College of Law, where she graduated with highest honors, and is a member of the Arkansas Bar.  Before joining Eldridge Brooks, Morgan was an attorney with the United States Department of Justice, where she served as a federal clerk for the immigration court in Kansas City, Missouri.  Morgan has spent time lobbying and supporting legislative and regulatory changes, both in front of Congress and federal agencies in Washington, D.C., and has worked with both major political parties. During law school, Morgan was an Associate Editor for the Tulsa Law Review, a member of Phi Delta Phi Legal Honors Society, and a recipient of the Award of Excellence in Criminal Law. Before law school, Morgan obtained a Bachelor of Arts in Political Science, was named a Senior of Significance, and selected as a summer public policy fellow at Georgetown University.