## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br>Defendants. | No. 4:19-cv-00756-BSM<br><br>Judge Brian S. Miller<br><br><u>CLASS ACTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN,<br><br>Defendants. | No. 4:19-cv-00873-BSM<br><br>Judge Brian S. Miller |
| MICHAEL AVERY, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., KENNETH A. GUNDERMAN, MARK A. WALLACE,<br><br>Defendants. | 4:19-cv-00927-LPR<br><br>Judge Lee P. Rudofsky |

## MOTION OF THE UNITI INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF COUNSEL</u>

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and  David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA (together, the "Uniti Investor Group") will and hereby does respectfully move this Court on a date and at such a time as may be designated by this Court, at Courtroom 2D, 500 West Capitol Avenue, Room D258, Little Rock, Arkansas 72201, for the entry of an order: (i) consolidating the above-captioned actions; (ii) appointing the Uniti Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (iii) approving the Uniti Investor Group's selection of Labaton Sucharow LLP as Lead Counsel for the Class and Thrash Law Firm, P.A. as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Thomas P. Thrash, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

DATED:  December 30, 2019

Respectfully submitted,

*/s/ Thomas P. Thrash*

Thomas P. Thrash, ABN #80147
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222
tomthrash@thrashlawfirmpa.com

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant Uniti Investor
Group, and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for David McMurray*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on December 30, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Thomas P. Thrash*

Thomas P. Thrash, ABN #80147
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222
tomthrash@thrashlawfirmpa.com

# Mailing Information for a Case 4:19-cv-00756-BSM Safadi v. Uniti Group Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,freda.hoover@kutakrock.com,Suzette.McCasland@kutakrock.com

- **Brian M. Burnovski**
  brian.burnovski@davispolk.com,ecf.ct.papers@davispolk.com

- **Frederick Hart Davis**
  Frederick.Davis@KutakRock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Andrew King**
  andrew.king@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Gregory M. Nespole**
  gnespole@zlk.com

- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com

- **Randall Keith Pulliam**
  rpulliam@cbplaw.com,jcox@cbplaw.com,dengelby@cbplaw.com

- **Nikolaus Williams**
  nikolaus.williams@davispolk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eduard            Korsinsky
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
```

Case 4:19-cv-00756-BSM    Document 28    Filed 12/30/19    Page 6 of 6