**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN, <br>Defendants. | No. 4:19-cv-00756-BSM <br><br> Judge Brian S. Miller <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN, <br><br> Defendants. | No. 4:19-cv-00873-BSM <br><br> Judge Brian S. Miller |
| MICHAEL AVERY, on behalf of himself and all others similarly situated <br><br> Plaintiff, <br><br> vs. <br><br> UNITI GROUP INC., KENNETH A. GUNDERMAN, MARK A. WALLACE, <br><br> Defendants. | 4:19-cv-00927-LPR <br><br> Judge Lee P. Rudofsky |

**DECLARATION OF THOMAS P. THRASH IN SUPPORT OF THE MOTION OF THE UNITI INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD <u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Thomas P. Thrash, declare as follows:

I am a member in good standing of the bar of the State of Arkansas and am admitted to practice before this Court.  I am an attorney at the law firm of Thrash Law Firm, P.A. ("Thrash Law"), proposed Liaison Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and  David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA (together, the "Uniti Investor Group") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing the Uniti Investor Group as Lead Plaintiff; (iii) approving the Uniti Investor Group's selection of Labaton Sucharow LLP as Lead Counsel for the Class and Thrash Law as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of the Uniti Investor Group, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss analysis for the Uniti Investor Group;

EXHIBIT C:   Notice of pendency of *Safadi v. Uniti Group  Inc.*, No. 19-cv-00756 (E.D. Ark.), published on October 29, 2019;

EXHIBIT D:   Joint Declaration of the Uniti Investor Group;

EXHIBIT E:   Firm Resume of Labaton Sucharow;

EXHIBIT F:   Thrash Law Declaration.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

2

DATED:  December 30, 2019                    Respectfully submitted,

*/s/ Thomas P. Thrash*

Thomas P. Thrash, ABN #80147
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222
tomthrash@thrashlawfirmpa.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 30, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Thomas P. Thrash

Thomas P. Thrash, ABN #80147
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222
tomthrash@thrashlawfirmpa.com

# Mailing Information for a Case 4:19-cv-00756-BSM Safadi v. Uniti Group Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,freda.hoover@kutakrock.com,Suzette.McCasland@kutakrock.com

- **Brian M. Burnovski**
  brian.burnovski@davispolk.com,ecf.ct.papers@davispolk.com

- **Frederick Hart Davis**
  Frederick.Davis@KutakRock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Andrew King**
  andrew.king@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Gregory M. Nespole**
  gnespole@zlk.com

- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com

- **Randall Keith Pulliam**
  rpulliam@cbplaw.com,jcox@cbplaw.com,dengelby@cbplaw.com

- **Nikolaus Williams**
  nikolaus.williams@davispolk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eduard              Korsinsky
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
```