**Exhibit A**

## CERTIFICATION

I, Joseph M. Little, as Chairman of the Board of Trustees of Steamfitters Local 449 Pension Plan ("Local 449"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Local 449.  I have reviewed a Complaint filed against Uniti Group, Inc. ("Uniti") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Local 449 did not purchase securities of Uniti at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Local 449 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Local 449 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Local 449's transactions in Uniti securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Local 449 sought to serve or currently serves as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Lentch v. Vista Outdoor*, No. 1:17-cv-0012 (D. Utah.)
*Steamfitters Local 449 Pension Plan v. Molina Healthcare, Inc.*, No. 2:18-cv-3579 (C.D. Cal.)
*Potts v. Weight Watchers International, Inc.*, No. 1:19-cv-2005 (S.D.N.Y.)
*Gross v. AT&T Inc.*, No. 1:19-cv-2892 (S.D.N.Y.)

6.      Local 449 sought to serve as a representative party but not as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Steamfitters Local 449 Pension Plan v. Maximus, Inc.*, No. 1:17-cv-0884 (E.D. Va.)
*Steamfitters Local 449 Pension Plan v. Skechers U.S.A., Inc.*, No. 1:17-cv-08107 (S.D.N.Y.)
*City of Roseville Employees' Retirement System v. Apple Inc.*, No. 4:19-cv-2033 (N.D. Cal.)

7.    Beyond its pro rata share of any recovery, Local 449 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 7th day of November, 2019.

Joseph M. Little
Chairman of the Board of Trustees
Steamfitters Local 449 Pension Plan

**EXHIBIT A**

**TRANSACTIONS IN UNITI GROUP, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 06/21/16 | 1,046.00 | $26.01 | ($27,206.46) |
| Purchase | 06/21/16 | 2,000.00 | $27.67 | ($55,340.00) |
| Purchase | 09/02/16 | 1,053.00 | $31.96 | ($33,653.88) |
| Purchase | 09/06/16 | 1,819.00 | $31.89 | ($58,007.91) |
| Purchase | 09/08/16 | 846.00 | $31.78 | ($26,885.88) |
| Purchase | 01/16/19 | 10,840.00 | $18.98 | ($205,743.20) |
| Purchase | 01/16/19 | 10,805.00 | $18.98 | ($205,078.90) |
| Sale | 12/19/16 | -147.00 | $25.65 | $3,770.55 |
| Sale | 12/19/16 | -195.00 | $25.65 | $5,001.75 |
| Sale | 12/29/16 | -1,565.00 | $25.53 | $39,954.45 |
| Sale | 12/29/16 | -1,898.00 | $25.53 | $48,455.94 |
| Sale | 09/18/17 | -667.00 | $17.49 | $11,665.83 |
| Sale | 09/20/17 | -667.00 | $16.35 | $10,905.45 |
| Sale | 09/22/17 | -1,625.00 | $16.56 | $26,910.00 |
| Sale | 02/25/19 | -4,678.00 | $10.59 | $49,540.02 |
| Sale | 02/25/19 | -4,690.00 | $10.59 | $49,667.10 |
| Sale | 02/25/19 | -1,621.00 | $10.76 | $17,441.96 |
| Sale | 02/25/19 | -1,630.00 | $10.76 | $17,538.80 |
| Sale | 02/26/19 | -4,278.00 | $10.61 | $45,389.58 |
| Sale | 02/26/19 | -4,290.00 | $10.61 | $45,516.90 |
| Sale | 02/26/19 | -228.00 | $10.66 | $2,430.48 |
| Sale | 02/26/19 | -230.00 | $10.66 | $2,451.80 |

## CERTIFICATION

I, Gerard Grysko, as Deputy Director of Wayne County Employees' Retirement System ("Wayne County"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of Wayne County. I have reviewed a complaint filed against the Uniti Group Inc. ("Uniti") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.    Wayne County did not purchase securities of Uniti at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    Wayne County is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Wayne County fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    Wayne County's transactions in Uniti securities during the Class Period are reflected in Exhibit A, attached hereto;

5.    Wayne County sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*In re AmTrust Financial Services, Inc. Sec. Litig.* No. 1:17-cv-01545 (S.D.N.Y) (not appointed)
*Bettis v. Envision Healthcare Corp.*, No. 3:17-cv-01112 (M.D. Tenn.) (not appointed)
*Bhatt v. Tech Data Corp.*, No. 8:17-cv-02185 (M.D. Fla.)
*In re Frontier Communications, Corp. Stockholders Litig.*, No. 3:17-cv-1617 (D. Conn.) (not appointed)
*Chun v. Fluor Corp.*, No. 3:18-cv-01338 (N.D. Tex.)
*Wayne County Employees' Retirement System v. Mavenir, Inc. f/k/a Xura, Inc.* , No. 1:18-cv-01229 (D. Del.)
*Kanefsky v. Honeywell International Inc.*, No. 2:18-cv-15536 (D.N.J.)
*In re DXC Technology Co. Sec. Litig.*, No. 1:18-cv-01599 (E.D. Va.) (not appointed)
*Cambridge Retirement System v. EQT Corp.*, No. 2:19-cv-00754 (W.D. Penn.) (not appointed)

6.    Beyond its pro rata share of any recovery, Wayne County will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 26th day of November, 2019.

Gerard Grysko
*Deputy Director*
*Wayne County Employees' Retirement System*

## EXHIBIT A

## TRANSACTIONS IN THE UNITI GROUP INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 07/15/15 | 4,993 | $23.50 | ($117,321.02) |
| Purchase | 07/16/15 | 4,876 | $24.17 | ($117,833.42) |
| Purchase | 07/17/15 | 2,709 | $23.82 | ($64,518.36) |
| Purchase | 07/20/15 | 4,757 | $24.18 | ($115,025.21) |
| Purchase | 07/20/15 | 1,343 | $24.34 | ($32,682.31) |
| Purchase | 09/23/15 | 3,600 | $20.84 | ($75,012.12) |
| Sale | 06/23/16 | -830 | $29.34 | $24,348.88 |
| Sale | 07/07/16 | -1,005 | $29.22 | $29,362.08 |
| Sale | 07/08/16 | -725 | $29.99 | $21,739.42 |
| Sale | 09/29/16 | -715 | $31.40 | $22,453.22 |
| Sale | 09/29/16 | -1,133 | $31.78 | $36,008.33 |
| Purchase | 10/12/16 | 703 | $29.47 | ($20,714.39) |
| Purchase | 10/14/16 | 218 | $30.07 | ($6,555.17) |
| Purchase | 10/25/16 | 1,088 | $29.76 | ($32,374.53) |
| Purchase | 11/02/16 | 1,957 | $26.27 | ($51,408.82) |
| Purchase | 11/04/16 | 375 | $26.71 | ($10,014.64) |
| Purchase | 11/07/16 | 1,579 | $27.50 | ($43,414.76) |
| Purchase | 11/07/16 | 177 | $27.51 | ($4,868.56) |
| Purchase | 11/15/16 | 2,839 | $24.55 | ($69,708.81) |
| Sale | 09/05/17 | -4,779 | $19.02 | $90,890.85 |
| Sale | 07/19/18 | -658 | $18.71 | $12,310.72 |
| Sale | 07/20/18 | -227 | $18.38 | $4,171.53 |
| Sale | 07/20/18 | -2,239 | $18.07 | $40,449.55 |
| Sale | 07/20/18 | -5,312 | $17.56 | $93,301.56 |
| Sale | 08/06/18 | -1,359 | $18.15 | $24,669.66 |
| Sale | 08/06/18 | -1,359 | $18.21 | $24,742.50 |
| Sale | 08/06/18 | -1,359 | $18.24 | $24,791.29 |
| Sale | 08/06/18 | -1,359 | $18.26 | $24,817.65 |
| Sale | 08/06/18 | -3,626 | $18.19 | $65,947.88 |
| Sale | 08/07/18 | -4,529 | $18.12 | $82,055.97 |

## CERTIFICATION

I, David McMurray, as sole beneficiary of the David McMurray R/O IRA and on behalf of myself, hereby certify as follows:

1.      I have reviewed a complaint filed against Uniti Group Inc. ("Uniti") alleging violations of the federal securities laws, and authorize the filing of a motion for lead plaintiff appointment;

2.      I did not transact in the securities of Uniti at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      My transactions in Uniti securities are reflected in Exhibit A attached hereto;

5.      I have not sought to serve as a lead plaintiff and/or representative party in any class action filed under the federal securities laws during the last three years;

6.      Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this _____ day of December, 2019.

12/30/2019

DocuSigned by:

David McMurray

D1C3028A150846F...

David McMurray

DocuSign Envelope ID: 743184A5-AA8F-4486-8416-463950B0190D

## EXHIBIT A

## TRANSACTIONS IN UNITI GROUP INC.

| Account | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Rollover IRA | Spinoff Distribution* | 04/28/15 | 4,790 | $27.51 | ($131,772.90) |
| Rollover IRA | Purchase | 05/07/15 | 300 | $28.22 | ($8,466.00) |
| Rollover IRA | Purchase | 05/15/15 | 300 | $27.57 | ($8,271.00) |
| Rollover IRA | Purchase | 06/26/15 | 900 | $26.01 | ($23,408.91) |
| Rollover IRA | Purchase | 08/21/15 | 100 | $21.30 | ($2,130.00) |
| Rollover IRA | Purchase | 11/09/15 | 127 | $20.24 | ($2,570.48) |
| Rollover IRA | Purchase | 11/13/15 | 100 | $19.30 | ($1,930.00) |
| Rollover IRA | Purchase | 12/17/15 | 100 | $18.33 | ($1,832.70) |
| Rollover IRA | Sale | 01/20/16 | -1,000 | $17.50 | $17,500.00 |
| Rollover IRA | Purchase | 03/15/16 | 150 | $21.37 | ($3,206.03) |
| Rollover IRA | Purchase | 03/24/16 | 100 | $20.88 | ($2,088.00) |
| Rollover IRA | Purchase | 03/28/16 | 100 | $21.44 | ($2,143.56) |
| Rollover IRA | Purchase | 04/05/16 | 300 | $22.23 | ($6,669.00) |
| Rollover IRA | Purchase | 04/11/16 | 100 | $23.05 | ($2,305.00) |
| Rollover IRA | Purchase | 05/02/16 | 200 | $23.14 | ($4,628.00) |
| Rollover IRA | Purchase | 05/12/16 | 300 | $23.97 | ($7,191.00) |
| Rollover IRA | Purchase | 05/16/16 | 300 | $23.85 | ($7,155.00) |
| Rollover IRA | Purchase | 05/19/16 | 300 | $23.85 | ($7,155.00) |
| Rollover IRA | Purchase | 06/01/16 | 150 | $24.69 | ($3,703.50) |
| Rollover IRA | Purchase | 06/16/16 | 200 | $26.12 | ($5,224.00) |
| Rollover IRA | Purchase | 06/20/16 | 300 | $27.94 | ($8,382.00) |
| Rollover IRA | Purchase | 06/21/16 | 200 | $26.95 | ($5,390.00) |
| Rollover IRA | Purchase | 06/27/16 | 200 | $27.26 | ($5,451.70) |
| Rollover IRA | Purchase | 08/02/16 | 100 | $30.23 | ($3,022.59) |
| Rollover IRA | Purchase | 09/09/16 | 283 | $30.88 | ($8,739.04) |
| Rollover IRA | Purchase | 09/21/16 | 400 | $30.88 | ($12,352.00) |
| Rollover IRA | Purchase | 09/21/16 | 500 | $30.40 | ($15,200.00) |
| Rollover IRA | Purchase | 10/03/16 | 200 | $30.66 | ($6,131.60) |

*\* Shares have been valued at the close price on April 27, 2015, the ex-date established by Nasdaq.*

| Account | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Rollover IRA | Purchase | 10/06/16 | 200 | $29.31 | ($5,861.60) |
| Rollover IRA | Purchase | 10/11/16 | 250 | $29.09 | ($7,272.50) |
| Rollover IRA | Purchase | 10/24/16 | 300 | $30.17 | ($9,051.00) |
| Rollover IRA | Purchase | 10/27/16 | 500 | $28.92 | ($14,460.00) |
| Rollover IRA | Purchase | 11/02/16 | 200 | $26.11 | ($5,222.56) |
| Rollover IRA | Purchase | 11/10/16 | 200 | $25.97 | ($5,193.80) |
| Rollover IRA | Purchase | 11/14/16 | 300 | $23.32 | ($6,996.00) |
| Rollover IRA | Purchase | 11/29/16 | 100 | $25.36 | ($2,536.00) |
| Rollover IRA | Purchase | 11/30/16 | 200 | $25.09 | ($5,018.60) |
| Rollover IRA | Purchase | 12/01/16 | 200 | $24.60 | ($4,920.00) |
| Rollover IRA | Purchase | 12/01/16 | 200 | $24.06 | ($4,812.00) |
| Rollover IRA | Sale | 01/11/17 | -1,500 | $26.30 | $39,454.35 |
| Rollover IRA | Purchase | 02/01/17 | 200 | $26.08 | ($5,216.54) |
| Rollover IRA | Purchase | 02/06/17 | 400 | $25.99 | ($10,396.00) |
| Rollover IRA | Purchase | 03/01/17 | 50 | $28.85 | ($1,442.50) |
| Rollover IRA | Purchase | 03/06/17 | 150 | $28.62 | ($4,293.35) |
| Rollover IRA | Purchase | 03/08/17 | 80 | $27.76 | ($2,220.68) |
| Rollover IRA | Sale | 04/13/17 | -130 | $26.26 | $3,413.27 |
| Rollover IRA | Purchase | 08/10/17 | 500 | $21.20 | ($10,600.00) |
| Rollover IRA | Purchase | 08/16/17 | 200 | $19.21 | ($3,841.98) |
| Rollover IRA | Purchase | 08/31/17 | 300 | $19.27 | ($5,781.00) |
| Rollover IRA | Purchase | 09/08/17 | 300 | $18.44 | ($5,532.00) |
| Rollover IRA | Purchase | 09/27/17 | 500 | $14.98 | ($7,490.00) |
| Rollover IRA | Purchase | 10/02/17 | 500 | $14.61 | ($7,305.00) |
| Rollover IRA | Purchase | 10/24/17 | 200 | $16.28 | ($3,255.36) |
| Rollover IRA | Purchase | 10/30/17 | 200 | $17.00 | ($3,399.36) |
| Rollover IRA | Purchase | 11/06/17 | 200 | $16.34 | ($3,267.28) |
| Rollover IRA | Purchase | 11/08/17 | 40 | $16.16 | ($646.30) |
| Rollover IRA | Purchase | 11/17/17 | 100 | $15.84 | ($1,584.00) |
| Rollover IRA | Purchase | 02/08/18 | 300 | $14.78 | ($4,434.30) |
| Rollover IRA | Purchase | 04/16/18 | 26 | $16.43 | ($427.09) |
| Rollover IRA | Purchase | 07/23/18 | 150 | $17.01 | ($2,551.50) |
| Rollover IRA | Purchase | 08/09/18 | 484 | $18.52 | ($8,965.13) |

| Account | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Individual | Purchase | 11/28/17 | 500 | $15.62 | ($7,807.50) |
| Individual | Purchase | 12/13/17 | 450 | $17.95 | ($8,077.50) |
| Individual | Purchase | 12/19/17 | 1 | $17.02 | ($17.02) |
| Individual | Sale | 12/22/17 | -951 | $17.80 | $16,927.80 |
| Individual | Purchase | 06/15/18 | 100 | $22.45 | ($2,244.59) |
| Individual | Purchase | 06/22/18 | 300 | $22.61 | ($6,783.00) |
| Individual | Purchase | 07/18/18 | 1,000 | $18.93 | ($18,930.00) |
| Individual | Sale | 07/20/18 | -1,400 | $17.91 | $25,078.90 |
| Individual | Purchase | 08/29/18 | 300 | $21.09 | ($6,328.17) |
| Individual | Purchase | 09/04/18 | 500 | $20.35 | ($10,172.75) |
| Individual | Purchase | 09/20/18 | 200 | $20.79 | ($4,158.00) |
| Individual | Purchase | 09/21/18 | 500 | $20.69 | ($10,345.00) |
| Individual | Purchase | 09/25/18 | 200 | $20.31 | ($4,061.18) |
| Individual | Sale | 10/17/18 | -1,700 | $20.15 | $34,255.00 |
| Individual | Purchase | 11/19/18 | 300 | $19.27 | ($5,781.00) |
| Individual | Purchase | 11/20/18 | 300 | $18.47 | ($5,541.00) |
| Individual | Purchase | 12/12/18 | 100 | $17.88 | ($1,788.33) |
| Individual | Purchase | 12/13/18 | 300 | $18.00 | ($5,400.75) |
| Individual | Sale | 01/23/19 | -1,000 | $18.89 | $18,890.00 |
| Individual | Purchase | 02/15/19 | 100 | $15.60 | ($1,560.00) |
| Individual | Purchase | 02/15/19 | 300 | $15.60 | ($4,679.97) |
| Individual | Purchase | 02/15/19 | 750 | $15.79 | ($11,842.50) |
| Individual | Purchase | 02/15/19 | 300 | $15.24 | ($4,572.00) |
| Individual | Purchase | 02/19/19 | 300 | $12.00 | ($3,600.00) |
| Individual | Purchase | 02/25/19 | 60 | $10.74 | ($644.40) |
| Individual | Purchase | 04/26/19 | 190 | $11.34 | ($2,154.60) |
| Individual | Purchase | 05/01/19 | 500 | $11.16 | ($5,580.00) |
| Individual | Purchase | 06/05/19 | 1,000 | $10.65 | ($10,650.00) |

3