# Exhibit B

**LOSS ANALYSIS**
**Class Period: 4/20/2015 to 6/24/2019**

**UNITI GROUP, INC.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| UNIT | 91325V108 | BD6VBR1 | US91325V1089 | $8.4332 [1] |

**Steamfitters Local 449 Pension Plan**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 04/20/15 | 0 | | |
| | | | | |
| Purchase | 06/21/16 | 1,046 | $26.0100 | ($27,206.46) |
| Purchase | 06/21/16 | 2,000 | $27.6700 | ($55,340.00) |
| Purchase | 09/02/16 | 1,053 | $31.9600 | ($33,653.88) |
| Purchase | 09/06/16 | 1,819 | $31.8900 | ($58,007.91) |
| Purchase | 09/08/16 | 846 | $31.7800 | ($26,885.88) |
| Purchase | 01/16/19 | 10,840 | $18.9800 | ($205,743.20) |
| Purchase | 01/16/19 | 10,805 | $18.9800 | ($205,078.90) |
| *Class Period purchases:* | | *28,409* | | *($611,916.23)* |
| | | | | |
| Sale | 12/19/16 | -147 | $25.6500 | $3,770.55 |
| Sale | 12/19/16 | -195 | $25.6500 | $5,001.75 |
| Sale | 12/29/16 | -1,565 | $25.5300 | $39,954.45 |
| Sale | 12/29/16 | -1,898 | $25.5300 | $48,455.94 |
| Sale | 09/18/17 | -667 | $17.4900 | $11,665.83 |
| Sale | 09/20/17 | -667 | $16.3500 | $10,905.45 |
| Sale | 09/22/17 | -1,625 | $16.5600 | $26,910.00 |
| Sale | 02/25/19 | -4,678 | $10.5900 | $49,540.02 |
| Sale | 02/25/19 | -4,690 | $10.5900 | $49,667.10 |
| Sale | 02/25/19 | -1,621 | $10.7600 | $17,441.96 |
| Sale | 02/25/19 | -1,630 | $10.7600 | $17,538.80 |
| Sale | 02/26/19 | -4,278 | $10.6100 | $45,389.58 |
| Sale | 02/26/19 | -4,290 | $10.6100 | $45,516.90 |
| Sale | 02/26/19 | -228 | $10.6600 | $2,430.48 |
| Sale | 02/26/19 | -230 | $10.6600 | $2,451.80 |
| *Class Period sales (matched to Class Period purchases):* | | *-28,409* | | *$376,640.61* |

**LIFO Gain/(Loss):**          **($235,275.62)**

---

[1]  *Value of shares held is the mean trading price from 6/25/2019 to 9/20/2019.*

**Wayne County Employees' Retirement System**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 04/20/15 | 0 | | |
| Purchase | 07/15/15 | 4,993 | $23.4971 | ($117,321.02) |
| Purchase | 07/16/15 | 4,876 | $24.1660 | ($117,833.42) |
| Purchase | 07/17/15 | 2,709 | $23.8163 | ($64,518.36) |
| Purchase | 07/20/15 | 4,757 | $24.1802 | ($115,025.21) |
| Purchase | 07/20/15 | 1,343 | $24.3353 | ($32,682.31) |
| Purchase | 09/23/15 | 3,600 | $20.8367 | ($75,012.12) |
| Purchase | 10/12/16 | 703 | $29.4657 | ($20,714.39) |
| Purchase | 10/14/16 | 218 | $30.0696 | ($6,555.17) |
| Purchase | 10/25/16 | 1,088 | $29.7560 | ($32,374.53) |
| Purchase | 11/02/16 | 1,957 | $26.2692 | ($51,408.82) |
| Purchase | 11/04/16 | 375 | $26.7057 | ($10,014.64) |
| Purchase | 11/07/16 | 1,579 | $27.4951 | ($43,414.76) |
| Purchase | 11/07/16 | 177 | $27.5060 | ($4,868.56) |
| Purchase | 11/15/16 | 2,839 | $24.5540 | ($69,708.81) |
| *Class Period purchases:* | | *31,214* | | *($761,452.11)* |
| Sale | 06/23/16 | -830 | $29.3360 | $24,348.88 |
| Sale | 07/07/16 | -1,005 | $29.2160 | $29,362.08 |
| Sale | 07/08/16 | -725 | $29.9854 | $21,739.42 |
| Sale | 09/29/16 | -715 | $31.4031 | $22,453.22 |
| Sale | 09/29/16 | -1,133 | $31.7814 | $36,008.33 |
| Sale | 09/05/17 | -4,779 | $19.0188 | $90,890.85 |
| Sale | 07/19/18 | -658 | $18.7093 | $12,310.72 |
| Sale | 07/20/18 | -227 | $18.3768 | $4,171.53 |
| Sale | 07/20/18 | -2,239 | $18.0659 | $40,449.55 |
| Sale | 07/20/18 | -5,312 | $17.5643 | $93,301.56 |
| Sale | 08/06/18 | -1,359 | $18.1528 | $24,669.66 |
| Sale | 08/06/18 | -1,359 | $18.2064 | $24,742.50 |
| Sale | 08/06/18 | -1,359 | $18.2423 | $24,791.29 |
| Sale | 08/06/18 | -1,359 | $18.2617 | $24,817.65 |
| Sale | 08/06/18 | -3,626 | $18.1875 | $65,947.88 |
| Sale | 08/07/18 | -4,529 | $18.1179 | $82,055.97 |
| *Class Period sales (matched to Class Period purchases):* | | *-31,214* | | *$622,061.06* |

|  | **LIFO Gain/(Loss):** | **($139,391.05)** |
|---|---|---|

**David McMurray R/O IRA Account**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 04/20/15 | 0 | | |
| Spinoff Distribution | 04/28/15 | 4,790 | $27.5100 | ($131,772.90) [2] |
| Purchase | 05/07/15 | 300 | $28.2200 | ($8,466.00) |
| Purchase | 05/15/15 | 300 | $27.5700 | ($8,271.00) |
| Purchase | 06/26/15 | 327 | $26.0099 | ($8,505.24) |
| Purchase | 06/26/15 | 573 | $26.0099 | ($14,903.67) |
| Purchase | 08/21/15 | 100 | $21.3000 | ($2,130.00) |
| Purchase | 11/09/15 | 127 | $20.2400 | ($2,570.48) |
| Purchase | 11/13/15 | 100 | $19.3000 | ($1,930.00) |
| Purchase | 12/17/15 | 100 | $18.3270 | ($1,832.70) |
| Purchase | 03/15/16 | 150 | $21.3735 | ($3,206.03) |
| Purchase | 03/24/16 | 100 | $20.8800 | ($2,088.00) |
| Purchase | 03/28/16 | 100 | $21.4356 | ($2,143.56) |
| Purchase | 04/05/16 | 300 | $22.2300 | ($6,669.00) |
| Purchase | 04/11/16 | 100 | $23.0500 | ($2,305.00) |
| Purchase | 05/02/16 | 100 | $23.1400 | ($2,314.00) |
| Purchase | 05/02/16 | 100 | $23.1400 | ($2,314.00) |
| Purchase | 05/12/16 | 300 | $23.9700 | ($7,191.00) |
| Purchase | 05/16/16 | 300 | $23.8500 | ($7,155.00) |
| Purchase | 05/19/16 | 300 | $23.8500 | ($7,155.00) |
| Purchase | 06/01/16 | 150 | $24.6900 | ($3,703.50) |
| Purchase | 06/16/16 | 200 | $26.1200 | ($5,224.00) |
| Purchase | 06/20/16 | 300 | $27.9400 | ($8,382.00) |
| Purchase | 06/21/16 | 200 | $26.9500 | ($5,390.00) |
| Purchase | 06/27/16 | 200 | $27.2585 | ($5,451.70) |
| Purchase | 08/02/16 | 100 | $30.2259 | ($3,022.59) |
| Purchase | 09/09/16 | 100 | $30.8800 | ($3,088.00) |
| Purchase | 09/09/16 | 183 | $30.8800 | ($5,651.04) |
| Purchase | 09/21/16 | 400 | $30.8800 | ($12,352.00) |
| Purchase | 09/21/16 | 500 | $30.4000 | ($15,200.00) |
| Purchase | 10/03/16 | 200 | $30.6580 | ($6,131.60) |
| Purchase | 10/06/16 | 200 | $29.3080 | ($5,861.60) |
| Purchase | 10/11/16 | 250 | $29.0900 | ($7,272.50) |
| Purchase | 10/24/16 | 300 | $30.1700 | ($9,051.00) |
| Purchase | 10/27/16 | 400 | $28.9200 | ($11,568.00) |
| Purchase | 10/27/16 | 100 | $28.9200 | ($2,892.00) |
| Purchase | 11/02/16 | 200 | $26.1128 | ($5,222.56) |
| Purchase | 11/10/16 | 200 | $25.9690 | ($5,193.80) |
| Purchase | 11/14/16 | 300 | $23.3200 | ($6,996.00) |
| Purchase | 11/29/16 | 100 | $25.3600 | ($2,536.00) |
| Purchase | 11/30/16 | 200 | $25.0930 | ($5,018.60) |
| Purchase | 12/01/16 | 200 | $24.6000 | ($4,920.00) |
| Purchase | 12/01/16 | 200 | $24.0600 | ($4,812.00) |
| Purchase | 02/01/17 | 200 | $26.0827 | ($5,216.54) |
| Purchase | 02/06/17 | 400 | $25.9900 | ($10,396.00) |
| Purchase | 03/01/17 | 50 | $28.8500 | ($1,442.50) |

[2] *Shares were acquired through the spin-off of Uniti Group Inc. shares from Windstream Holdings Inc. shares, and valued at the closing price of the trade date.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/06/17 | 100 | $28.6223 | ($2,862.23) |
| Purchase | 03/06/17 | 50 | $28.6223 | ($1,431.12) |
| Purchase | 03/08/17 | 80 | $27.7585 | ($2,220.68) |
| Purchase | 08/10/17 | 500 | $21.2000 | ($10,600.00) |
| Purchase | 08/16/17 | 200 | $19.2099 | ($3,841.98) |
| Purchase | 08/31/17 | 300 | $19.2700 | ($5,781.00) |
| Purchase | 09/08/17 | 300 | $18.4400 | ($5,532.00) |
| Purchase | 09/27/17 | 500 | $14.9800 | ($7,490.00) |
| Purchase | 10/02/17 | 500 | $14.6100 | ($7,305.00) |
| Purchase | 10/24/17 | 200 | $16.2768 | ($3,255.36) |
| Purchase | 10/30/17 | 200 | $16.9968 | ($3,399.36) |
| Purchase | 11/06/17 | 200 | $16.3364 | ($3,267.28) |
| Purchase | 11/08/17 | 40 | $16.1574 | ($646.30) |
| Purchase | 11/17/17 | 100 | $15.8400 | ($1,584.00) |
| Purchase | 02/08/18 | 300 | $14.7810 | ($4,434.30) |
| Purchase | 04/16/18 | 26 | $16.4265 | ($427.09) |
| Purchase | 07/23/18 | 150 | $17.0100 | ($2,551.50) |
| Purchase | 08/09/18 | 484 | $18.5230 | ($8,965.13) |
| *Class Period purchases:* | | *18,630* | | *($460,512.43)* |
| | | | | |
| Sale | 01/20/16 | -1,000 | $17.5000 | $17,500.00 |
| Sale | 01/11/17 | -1,500 | $26.3029 | $39,454.35 |
| Sale | 04/13/17 | -130 | $26.2559 | $3,413.27 |
| *Class Period sales (matched to Class Period purchases):* | | *-2,630* | | *$60,367.62* |
| | | | | |
| | Shares Held: | 16,000 | $8.4332 | $134,931.61 |
| | | | **LIFO Gain/(Loss):** | **($265,213.20)** |

**David McMurray Individual Account**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| Open | 04/20/15 | 0 | | |
| | | | | |
| Purchase | 11/28/17 | 500 | $15.6150 | ($7,807.50) |
| Purchase | 12/13/17 | 450 | $17.9500 | ($8,077.50) |
| Purchase | 12/19/17 | 1 | $17.0200 | ($17.02) |
| Purchase | 06/15/18 | 100 | $22.4459 | ($2,244.59) |
| Purchase | 06/22/18 | 300 | $22.6100 | ($6,783.00) |
| Purchase | 07/18/18 | 1,000 | $18.9300 | ($18,930.00) |
| Purchase | 08/29/18 | 300 | $21.0939 | ($6,328.17) |
| Purchase | 09/04/18 | 500 | $20.3455 | ($10,172.75) |
| Purchase | 09/20/18 | 200 | $20.7900 | ($4,158.00) |
| Purchase | 09/21/18 | 500 | $20.6900 | ($10,345.00) |
| Purchase | 09/25/18 | 200 | $20.3059 | ($4,061.18) |
| Purchase | 11/19/18 | 300 | $19.2700 | ($5,781.00) |
| Purchase | 11/20/18 | 300 | $18.4700 | ($5,541.00) |
| Purchase | 12/12/18 | 100 | $17.8833 | ($1,788.33) |
| Purchase | 12/13/18 | 300 | $18.0025 | ($5,400.75) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/15/19 | 100 | $15.6000 | ($1,560.00) |
| Purchase | 02/15/19 | 300 | $15.5999 | ($4,679.97) |
| Purchase | 02/15/19 | 750 | $15.7900 | ($11,842.50) |
| Purchase | 02/15/19 | 300 | $15.2400 | ($4,572.00) |
| Purchase | 02/19/19 | 300 | $12.0000 | ($3,600.00) |
| Purchase | 02/25/19 | 60 | $10.7400 | ($644.40) |
| Purchase | 04/26/19 | 190 | $11.3400 | ($2,154.60) |
| Purchase | 05/01/19 | 500 | $11.1600 | ($5,580.00) |
| Purchase | 06/05/19 | 1,000 | $10.6500 | ($10,650.00) |
| *Class Period purchases:* | | *8,551* | | *($142,719.26)* |
| | | | | |
| Sale | 12/22/17 | -951 | $17.8000 | $16,927.80 |
| Sale | 07/20/18 | -1,400 | $17.9135 | $25,078.90 |
| Sale | 10/17/18 | -1,700 | $20.1500 | $34,255.00 |
| Sale | 01/23/19 | -1,000 | $18.8900 | $18,890.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-5,051* | | *$95,151.70* |
| | | | | |
| | Shares Held: | 3,500 | $8.4332 | $29,516.29 |
| | | | **LIFO Gain/(Loss):** | **($18,051.27)** |
| | | | **Total LIFO Gain/(Loss):** | **($657,931.14)** |
| | | | **Total Shares Bought:** | **86,804** |
| | | | **Total Net Shares:** | **19,500** |
| | | | **Total Net Expenditures:** | **($822,379.04)** |