# Exhibit C



*Source:* Levi & Korsinsky, LLP

*October 29, 2019 11:03 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Filed a Complaint to Recover Losses Suffered by Uniti Group Inc. Investors and Sets a Lead Plaintiff Deadline of December 30, 2019

NEW YORK, Oct. 29, 2019 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Uniti Group Inc.** ("Uniti") (NASDAQ: UNIT) **between April 20, 2015 and February 15, 2019**. **You are hereby notified** that the class action lawsuit *Safadi v. Uniti Group* (4:19-cv-00756) has been commenced in the United States District Court for the Eastern District of Arkansas. To get more information **go to:**

**https://www.zlk.com/pslra-1/uniti-group-inc-loss-form**

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that Uniti made materially false and/or misleading statements and/or failed to disclose that: (i) Uniti's financial results were not sustainable because its customer Windstream had defaulted on its unsecured notes; and (ii) as a result of the foregoing, Defendants' statements about Uniti's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

**If you suffered a loss in Uniti you have until December 30, 2019** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006

Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com