UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>Defendants. | No. 4:19-cv-00756-BSM<br><br>CLASS ACTION |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>Defendants. | No. 4:19-cv-00873-BSM<br><br>CLASS ACTION |

[Caption continued on following page.]

ZHENGXU HE, TRUSTEE FOR THE HE & FANG 2005 REVOCABLE LIVING TRUST'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

MICHAEL AVERY, Individually and on    )    No. 4:19-cv-00927-LPR
Behalf of All Others Similarly Situated,    )
                                            )    CLASS ACTION
                          Plaintiff,        )
                                            )
          vs.                               )
                                            )
UNITI GROUP INC., et al.,                   )
                                            )
                          Defendants.       )
                                            )

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust ("Mr. He") will and hereby does move this Court on a date and at such time as may be designated by the Court, at Courtroom 2D, 500 West Capitol Avenue, Room D258, Little Rock, Arkansas 72201, for an order: (1) consolidating the above-captioned related securities actions; (2) appointing Mr. He as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B); and (3) approving Mr. He's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  In support of this Motion, Mr. He submits the accompanying Memorandum of Law and the Declaration of Geoffrey P. Culbertson.

DATED:  December 30, 2019

/s/ Geoff Culbertson
GEOFFREY P. CULBERTSON

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd.
Texarkana, TX 75503
Telephone:  903/792-7080
903/792-8233 (fax)
gpc@texarkanalaw.com

Liaison Counsel

- 1 -

4829-9600-3504.v1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
danim@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4829-9600-3504.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 30, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Geoff Culbertson
GEOFFREY P. CULBERTSON

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd.
Texarkana, TX 75503
Telephone:  903/792-7080
903/792-8233 (fax)

E-mail:  gpc@texarkanalaw.com

4829-9600-3504.v1

# Mailing Information for a Case 4:19-cv-00756-BSM Safadi v. Uniti Group Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,freda.hoover@kutakrock.com,Suzette.McCasland@kutakrock.com

- **Brian M. Burnovski**
  brian.burnovski@davispolk.com,ecf.ct.papers@davispolk.com

- **Frederick Hart Davis**
  Frederick.Davis@KutakRock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Andrew King**
  andrew.king@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Gregory M. Nespole**
  gnespole@zlk.com

- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com

- **Randall Keith Pulliam**
  rpulliam@cbplaw.com,jcox@cbplaw.com,dengelby@cbplaw.com

- **Scott P. Richardson**
  scott@mrcfirm.com,kalverson@mrcfirm.com

- **Thomas P. Thrash**
  tomthrash@sbcglobal.net

- **Nikolaus Williams**
  nikolaus.williams@davispolk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eduard              Korsinsky
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
```