UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>    Defendants. | No. 4:19-cv-00756-BSM<br><br>CLASS ACTION |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>    Defendants. | No. 4:19-cv-00873-BSM<br><br>CLASS ACTION |

[Caption continued on following page.]

DECLARATION OF GEOFFREY P. CULBERTSON IN SUPPORT OF ZHENGXU
HE, TRUSTEE FOR THE HE & FANG 2005 REVOCABLE LIVING TRUST'S
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL

MICHAEL AVERY, Individually and on   )   No. 4:19-cv-00927-LPR
Behalf of All Others Similarly Situated,   )
                                 )   CLASS ACTION
                 Plaintiff,   )
                                 )
   vs.                              )
                                 )
UNITI GROUP INC., et al.,          )
                                 )
             Defendants.   )
                                 )

I, Geoffrey P. Culbertson, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Arkansas and this Court.  I am a member of the law firm of Patton Tidwell & Culbertson, LLP, liaison counsel for proposed lead plaintiff, Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust ("Mr. He"), in the above-entitled action.  I make this declaration in support of Mr. He's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of class action published on *Globe NewsWire*, a national business-oriented publication, dated October 29, 2019;

Exhibit B:   Mr. He's Certification;

Exhibit C:   Mr. He's estimated losses, prepared by counsel;

Exhibit D:   Declaration of Zhengxu He; and

Exhibit E:   Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of December, 2019, at Texarkana, Texas.

/s/ Geoff Culbertson
GEOFFREY P. CULBERTSON

- 1 -

4812-8243-3712.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 30, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Geoff Culbertson
GEOFFREY P. CULBERTSON

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd.
Texarkana, TX 75503
Telephone:  903/792-7080
903/792-8233 (fax)

E-mail:  gpc@texarkanalaw.com

4812-8243-3712.v1

# Mailing Information for a Case 4:19-cv-00756-BSM Safadi v. Uniti Group Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,freda.hoover@kutakrock.com,Suzette.McCasland@kutakrock.com

- **Brian M. Burnovski**
  brian.burnovski@davispolk.com,ecf.ct.papers@davispolk.com

- **Frederick Hart Davis**
  Frederick.Davis@KutakRock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Andrew King**
  andrew.king@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com

- **Gregory M. Nespole**
  gnespole@zlk.com

- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com

- **Randall Keith Pulliam**
  rpulliam@cbplaw.com,jcox@cbplaw.com,dengelby@cbplaw.com

- **Scott P. Richardson**
  scott@mrcfirm.com,kalverson@mrcfirm.com

- **Thomas P. Thrash**
  tomthrash@sbcglobal.net

- **Nikolaus Williams**
  nikolaus.williams@davispolk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eduard           Korsinsky
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
```