# EXHIBIT D

DocuSign Envelope ID: DAD62FC1-A416-4AB9-99CB-C9697A0C2F10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>Defendants. | No. 4:19-cv-00756-BSM<br><br>CLASS ACTION |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>Defendants. | No. 4:19-cv-00873-BSM<br><br>CLASS ACTION |

[Caption continued on following page.]

DECLARATION OF ZHENGXU HE

MICHAEL AVERY, Individually and on
Behalf of All Others Similarly Situated,

                       Plaintiff,

      vs.

UNITI GROUP INC., et al.,

                 Defendants.

No. 4:19-cv-00927-LPR

<u>CLASS ACTION</u>

I, ZHENGXU HE, declare as follows:

1.     This declaration is made in support of my motion for consolidation, appointment as lead plaintiff and for approval of selection of counsel.  I have personal knowledge of the facts set forth herein and, if called as witness, could and would testify competently thereto.

2.     I reside in Reno, Nevada.  I have a Ph.D. degree in mathematics and over 15 years of investing experience.

3.     I am Trustee for the He & Fang 2005 Revocable Living Trust.  I am aware that a lead plaintiff acts on behalf of and for the benefit of all potential class members and is responsible for overseeing counsel throughout the litigation.  I have recovered over $38 million for investors while serving as a lead plaintiff in class actions brought on behalf of purchasers of R.H. Donnelley Corporation and Accuray Inc. securities.

4.     As lead plaintiff, I intend to continue overseeing and directing counsel by, among other things, reviewing important documents in the case, participating in discovery (including providing deposition testimony, if necessary), participating in settlement discussions and/or attending trial.

5.     I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience and success prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis. I will review any fee/expense request before it is submitted to the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 th day of December, 2019, at Reno, Nevada.

DocuSigned by:

*Zhengxu He*

19F0D2BDC4D5419...

ZHENGXU HE