# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | **No. 4:19-cv-00756-BSM** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated, | ) ) | |
| | ) | **No. 4:19-cv-00873-BSM** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE, and KENNETH A. GUNDERMAN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

(additional case caption continued on following page)

MICHAEL AVERY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

UNITI GROUP INC., KENNETH A. GUNDERMAN, MARK A. WALLACE,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**No. 4:19-cv-00927-LPR**

**NOTICE OF WITHDRAWAL OF THE VON WALDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISION COUNSEL**

Upon review of the competing motions for appointment as Lead Plaintiff, Movants Conrad Von Wald and Criselda Von Wald (the "Von Walds") hereby respectfully withdraw their Motion(s) (No. 4:19-cv-00756, ECF No. 18; No. 4:19-cv-00873, ECF No. 4; No. 4:19-cv-00927, ECF No. 2), as they do not appear to possess the largest financial interest in the litigation. This Notice shall have no effect on, and is without prejudice to, their status as members of the proposed Class; including, but not limited to, their right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

DATED: January 2, 2020

Respectfully submitted,

**MCDANIEL, WOLFF & BENCA, PLLC**

*/s/ Scott Richardson*
Dustin B. McDaniel (AR 99011)
Rufus E. Wolff (AR 85175)
Scott Richardson (AR 2001208)
1307 West Fourth Street
Little Rock, AR 72201
Telephone: (501) 954-8000 Ext. 112
Facsimile: (856) 419-1601
dmcdaniel@mrcfirm.com
rwolff@wolfflawfirm.net
scott@mrcfirm.com

*Local Counsel for Movants Conrad and Criselda Von Wald and Proposed Liaison Counsel for the Class*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Movants Conrad and Criselda*
*Von Wald and Proposed Lead Counsel for*
*the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Scott Richardson*
Scott Richardson

2