UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IBRAHIM E. SAFADI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 4:19-cv-00756-BSM |
| v. | |
| UNITI GROUP INC.; MARK A. WALLACE; and KENNETH A. GUNDERMAN, | |
| Defendants. | |
| PHIL QUEDER, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 4:19-cv-00873-BSM |
| v. | |
| UNITI GROUP INC., INC., MARK A. WALLACE and KENNETH A. GUNDERMAN, | |
| Defendants. | |
| MICHAEL AVERY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 4:19-cv-00927-BSM |
| v. | |
| UNITI GROUP INC., KENNETH A. GUNDERMAN, and MARK A. WALLACE, | |
| Defendants. | |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTIONS TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Pending in this district are three purported securities class action lawsuits filed against Defendants Uniti Group Inc., Kenneth A. Gunderman, and Mark A. Wallace (collectively, "Defendants"): (1) *Sadafi v. Uniti Group Inc. et al.*, No. 4:19-cv-00756-BSM, filed October 25, 2019 (the "Safadi Action"); (2) *Queder v. Uniti Group Inc. et al.*, No. 4:19-cv-00873-BSM, filed December 6, 2019 (the "Queder Action"); and (3) *Avery v. Uniti Group Inc. et al.*, No. 4:19-cv-00927-BSM, filed December 23, 2019 (the "Avery Action" and, together with the "Safadi Action" and the "Queder Action," the "Actions").

On December 30, 2019, various motions to consolidate, appoint lead plaintiff, and approve lead plaintiff's selection of counsel were filed in the Actions (collectively, the "Motions").  Defendants do not oppose the Motions, and take no position as to whom the Court should appoint as lead plaintiff and lead counsel.  Defendants reserve all rights, however, with respect to the adequacy of the proposed lead plaintiffs as potential class representatives and the proposed law firms as potential class counsel.

Dated:  January 20, 2020             Respectfully Submitted,
        New York, NY

                                     /s/ Jess Askew III
                                     Jess Askew III, Ark. Bar No. 86005
                                     Andrew King, Ark. Bar No. 2007176
                                     Frederick H. Davis, Ark. Bar No. 2012271
                                     KUTAK ROCK LLP
                                     124 West Capitol Avenue, Suite 2000
                                     Little Rock, Arkansas 72201-3706
                                     (501) 975-3000 Telephone
                                     jess.askew@kutakrock.com
                                     andrew.king@kutakrock.com
                                     frederick.davis@kutakrock.com

Edmund Polubinski III (admitted *pro hac vice*)
Brian M. Burnovski (admitted *pro hac vice*)
Nikolaus Williams (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 Telephone
edmund.polubinski@davispolk.com
brian.burnovski@davispolk.com
nikolaus.williams@davispolk.com

*Attorneys for Defendants Uniti Group Inc.,*
*Mark A. Wallace, and Kenneth A. Gunderman*