**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANAS**

**CENTRAL DIVISION**

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and On Behalf of All Others Similarly Situated, | C.A. No.  4:19-cv-00756-BSM |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF WITHDRAWAL OF BRADFORD MAUPIN AND IRA PENCE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN, | |
| Defendants. | |
| PHIL QUEDER, Individually and On Behalf of All Others Similarly Situated, | C.A. No.   4:19-cv-00873-BSM |
| Plaintiff, | CLASS ACTION |
| vs. | |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN, | |
| Defendants. | |
| MICHAEL AVERY, Individually and On Behalf of All Others Similarly Situated, | C.A. No.   4:19-cv-00927-LPR |
| Plaintiff, | CLASS ACTION |
| vs. | |
| UNITI GROUP INC. f/k/a COMMUNICATIONS SALES & LEASING, INC., MARK A. WALLACE and KENNETH A. GUNDERMAN, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Bradford Maupin and Ira Pence ("Movants") respectfully withdraw their motion for consolidation of the above-captioned related actions, appointment as Co-Lead Plaintiffs and approval of their selection of Lead Counsel in the above-captioned actions (the "Actions"). On December 30, 2019, Movants timely filed a motion for consolidation of the Actions, appointment as Co-Lead Plaintiffs, and approval of selection of counsel, stating that they suffered losses of approximately $245,358.98 in financial losses in connection with their purchases of Uniti Group, Inc. ("UNIT") securities from April 20, 2015 through February 15, 2019, inclusive. Similar motions for consolidation of the actions, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions. Having reviewed the competing lead plaintiff motions, Movants do not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movants are well-qualified to serve as Co-Lead Plaintiffs in the Actions, they do not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on the Movants' membership in the proposed class and their right to share in any recovery obtained for the benefit of the class.

*[Signature on Following Page]*

2

Dated: January 6, 2020                    Respectfully,

                                          Randall K. Pulliam
                                          **CARNEY BATES & PULLIAM, PLLC**
                                          Randall K. Pulliam (ABN 98105)
                                          519 W. 7th Street
                                          Little Rock, Arkansas 72201
                                          Tel: (501) 312-8500
                                          Fax: (501) 312-8505
                                          Email: rpulliam@cbplaw.com

                                          *Attorneys for Movants*

                                          **LEVI & KORSINSKY, LLP (Trial Counsel)**
                                          Eduard Korsinsky
                                          Gregory M. Nespole
                                          55 Broadway, 10th Floor
                                          New York, NY I 0006
                                          Tel: (212) 363-7500
                                          Fax: (212) 363-7171
                                          Email: ek@zlk.com
                                                  gnespole@zlk.com

                                          *Attorneys for Movants*