UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

| | |
|---|---|
| IBRAHIM E. SAFADI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>Defendants. | No. 4:19-cv-00756-BSM<br><br>CLASS ACTION |
| PHIL QUEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITI GROUP INC., et al.,<br><br>Defendants. | No. 4:19-cv-00873-BSM<br><br>CLASS ACTION |

[Caption continued on following page.]

**STIPULATION AND [PROPOSED] ORDER: (1) CONSOLIDATING RELATED ACTIONS; (2) APPOINTING ZHENGXU HE AND THE UNITI INVESTOR GROUP AS LEAD PLAINTIFF; AND (3) APPROVING SELECTION OF ROBBINS GELLER RUDMAN & DOWD LLP AND LABATON SUCHAROW LLP AS LEAD COUNSEL**

MICHAEL AVERY, Individually and on Behalf of All Others Similarly Situated,

                     Plaintiff,

    vs.

UNITI GROUP INC., et al.,

                   Defendants.

No. 4:19-cv-00927-LPR

CLASS ACTION

WHEREAS, on October 25, 2019, plaintiff Ibrahim E. Safadi commenced this action by filing a complaint against defendants Uniti Group Inc. f/k/a Communications Sales & Leasing, Inc. ("Uniti"), Kenneth A. Gunderman, and Mark A. Wallace (collectively, "defendants"), alleging violations of the federal securities laws (the "*Safadi* Action");

WHEREAS, on December 6, 2019, plaintiff Phil Queder filed a complaint in this District against defendants, alleging violations of the federal securities laws (the "*Queder* Action");

WHEREAS, on December 23, 2019, plaintiff Michael Avery filed a complaint in this District against defendants, alleging violations of the federal securities laws (the "*Avery* Action") (collectively, the *Safadi*, *Queder*, and *Avery* Actions are the "Related Actions");

WHEREAS, on December 30, 2019, Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust, moved this Court for consolidation of the Related Actions, appointment as lead plaintiff, and approval of selection of lead counsel, claiming a loss of $5,691,113 in connection with his purchases of Uniti securities (ECF No. 32);

WHEREAS, on December 30, 2019, Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA (together, the "Uniti Investor Group"), moved this Court for consolidation of the Related Actions, appointment as lead plaintiff, and approval of selection of counsel, claiming collective losses of $657,931 in connection with their purchases of Uniti securities (ECF No. 28);

- 1 -

WHEREAS, on December 30, 2019, Troy Bourque moved for consolidation of the Related Actions, appointment as lead plaintiff, and approval of lead counsel (ECF No. 22);

WHEREAS, on December 30, 2019, Bradford Maupin and Ira Pence ("Maupin & Pence") moved this Court for consolidation of the Related Actions, appointment as co-lead plaintiffs, and approval of selection of counsel, claiming collective losses of $245,358 in connection with their purchases of Uniti securities (ECF No. 15);

WHEREAS, on December 30, 2019, Conrad and Criselda Von Wald moved this Court for consolidation of the Related Actions, appointment as lead plaintiff, and approval of their selection of lead and liaison counsel, claiming collective losses of $124,363 in connection with their purchases of Uniti securities (ECF No. 18);

WHEREAS, on December 30, 2019, Hallandale Beach Police and Firefighters Retirement Fund (the "Retirement Fund") moved for consolidation of the Related Actions, appointment as lead plaintiff, and approval of counsel in the *Queder* Action, claiming a loss of approximately $251,403 in connection with its purchases of Uniti securities (*Queder* ECF No. 2);

WHEREAS, on January 2, 2020, the Von Walds withdrew their motion to be appointed lead plaintiff because "they do not appear to possess the largest financial interest in the litigation" (ECF No. 36);

WHEREAS, on January 13, 2020, Maupin & Pence withdrew their motion to be appointed lead plaintiff because they "do not appear to have the largest financial interest" (ECF No. 41);

WHEREAS, on January 13, 2020, the Retirement Fund notified the Court that it does not oppose the competing motions to be appointed lead plaintiff because it "does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA" (ECF No. 42);

WHEREAS, on January 13, 2020, defendants notified the Court that they do not oppose the various motions to consolidate, and take no position as to whom the Court should appoint as lead plaintiff and lead counsel (ECF No. 40);

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(ii), provides, *inter alia*, that "[i]f more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed," the Court shall not make the determination of the most adequate plaintiff until "after the decision on the motion to consolidate is rendered."

WHEREAS, the Related Actions assert virtually identical federal securities laws claims against the same defendants during overlapping class periods and involve significant common questions of law and fact, such that consolidation would preserve judicial resources and promote efficient prosecution of the litigation. *See* Fed. R. Civ. P. 42(a).

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iii) provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class, and Mr. He has selected and retained the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and the Uniti Investor Group has selected and retained the law firm of Labaton Sucharow LLP ("Labaton") to pursue this litigation on behalf of the class if they are appointed Lead Plaintiff;

WHEREAS, oppositions to the motions to be appointed lead plaintiff are due on January 13, 2020;

WHEREAS, after reviewing the submissions to the Court, Mr. He, Mr. Bourque, and the Uniti Investor Group believe it is in the best interest of the class for Mr. He and the Uniti Investor Group to serve as Lead Plaintiff and for their selection of counsel, the law firms of Robbins Geller and Labaton, to serve as Lead Counsel;

WHEREAS, Mr. He and the Uniti Investor Group have provided signed, sworn Certifications in support of their motions for appointment as lead plaintiff setting forth, *inter alia*, their transactions in Uniti securities (*see* ECF Nos. 34-2 & 30-1);

WHEREAS, Robbins Geller and Labaton have experience successfully serving together as lead counsel to efficiently prosecute securities class; and

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, as follows:

1.      Pursuant to Rule 42(a), the Related Actions are consolidated as *In re Uniti Group Inc. Securities Litigation*, Master File No. 4:19-cv-00756-BSM;

- 5 -

2.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Mr. He and the Uniti Investor Group are hereby appointed Lead Plaintiff in the above-captioned consolidated action and any subsequently filed or transferred actions that are consolidated with the consolidated action; and

3.      Lead Plaintiff's selection of Robbins Geller and Labaton as Lead Counsel are hereby approved.

Dated: January 13, 2020

PATTON TIDWELL                                    THRASH LAW FIRM, P.A.
  & CULBERTSON LLP

        *s/ Geoffrey P. Culbertson*                         *s/ Thomas P. Thrash*
      GEOFFREY P. CULBERTSON                        THOMAS P. THRASH


ELDRIDGE BROOKS, PLLC

        *s/ Conner Eldridge*
      CONNER ELDRIDGE

- 6 -

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
2800 Texas Boulevard
Texarkana, TX  75503
Telephone:  903/792-7080
903/792-8233 (fax)
gpc@texarkanalaw.com

*Proposed Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN
  & DOWD LLP
Jack Reise
Sabrina Tirabassi
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
stirabassi@rgrdlaw.com

*Counsel for Lead Plaintiff Movant
Zhengxu He and Proposed Lead Counsel
for the Class*

THOMAS P. THRASH
Arkansas Bar No. 80147
1101 Garland Street
Little Rock, Arkansas 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222
tomthrash@thrashlawfirmpa.com

*Proposed Liaison Counsel for the Class*

LABATON SUCHAROW LLP
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant the
Uniti Investor Group and Proposed
Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for David
McMurray*

ELDRIDGE BROOKS, PLLC
Conner Eldridge
Arkansas Bar No. 2003155
Emily A. Neal
Arkansas Bar No. 2003087
Morgan R. Johnson
Arkansas Bar No. 2018173
5100 West JB Hunt Dr., Ste. 840
Rogers, Arkansas 72758
Telephone: (479) 553-7678
Facsimile: (479) 553-7553
conner@eldridgebrooks.com

*Local Counsel for Lead Plaintiff Movant*
*Troy Bourque*

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Troy*
*Bourque*

**IT IS SO ORDERED.**

DATED:  _____ ___, 2020

_____
UNITED STATES DISTRICT JUDGE

- 8 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Geoffrey P. Culbertson*
GEOFFREY P. CULBERTSON