# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**IBRAHIM E. SAFADI, Individually and**        **PLAINTIFFS**
**on behalf of all others similarly situated**

**v.**        **CASE NO. 4:19-CV-00756 BSM**

**UNITI GROUP, INC., et al.**        **DEFENDANTS**

**and**

**PHIL QUEDER, Individually and**        **PLAINTIFFS**
**on behalf of all others similarly situated**

**v.**        **CASE NO. 4:19-CV-00873 BSM**

**UNITI GROUP INC., et al.**        **DEFENDANTS**

## <u>ORDER</u>

Zhengxu He's motion to consolidate [Doc. No. 32] is granted. All other motions to consolidate [Doc. Nos. 15, 18, 22, 28] are denied as moot.

All plaintiffs in *Safadi v. Uniti Group, Inc., et al.*, Case No. 4:19-cv-00756 BSM, have stipulated to He and the Uniti Investor Group serving as lead plaintiff and for their selection of counsel, the law firms of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP, to serve as lead counsel. *See* Doc. No. 43; *see also* 15 U.S.C. § 78u-4(a)(3)(B)(iii) (lead plaintiff "has the largest financial interest in the relief sought by the class [and] otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure"). Defendants do not oppose this stipulation. Doc. No. 40.

Additionally, *Queder v. Uniti Group, Inc., et al.,* Case No. 4:19-cv-00873 BSM, is a

related case that concerns virtually identical federal law claims against the same defendants during overlapping class periods, and it involves common questions fact.

Accordingly, all cases are consolidated as *In re Uniti Group Inc. Securities Litigation*, Master File No. 4:19-cv-00756 BSM, with Zhengxu He as the lead plaintiff. *See* Fed. R. Civ. P. 42(a). The clerk is directed to update the docket to include the *In re Uniti Group Inc. Securities Litigation* caption. The clerk is also directed to administratively stay *Queder v. Uniti Group, Inc., et al.,* Case No. 4:19-cv-00873 BSM. All future pleadings shall be filed in *In re Uniti Group Inc. Securities Litigation*, Master File No. 4:19-cv-00756 BSM.

IT IS SO ORDERED this 12th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE