**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| In re Uniti Group Inc. Securities Litigation | : | No. 4:19-cv-00756-BSM |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

**PLAINTIFFS' MOTION FOR CLARIFICATION**
**AS TO THE COURT'S ORDER GRANTING ZHENGXU HE'S**
**MOTION TO CONSOLIDATE AND APPOINTING LEAD PLAINTIFF**

Plaintiffs Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust, Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA (together, the "Plaintiffs") move this Court for an Order clarifying the Court's recent Order (ECF No. 44) granting Zhengxu He's motion to consolidate and appoint lead plaintiff. Specifically, Plaintiffs seek to clarify which individuals and/or entities the Court appoints to serve as Lead Plaintiff in this action and request that the Court enter the Stipulation (ECF No. 43), or an order consistent therewith, appointing Mr. He *and* the Uniti Investor Group as Lead Plaintiffs and approving their selection of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP as Lead Counsel. Relatedly, Plaintiffs respectfully request that the Court enter the Joint Stipulation and Motion on Service of Process and Scheduling Under the PSLRA (ECF No. 12), or an order consistent therewith, which, among other things, establishes a schedule for the filing of a consolidated or amended complaint and related motion to dismiss briefing (or other appropriate responses to the operative complaint).

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law.

Dated: March 20, 2020

Respectfully submitted,

Geoffrey P. Culbertson
Arkansas Bar No. 2014011
PATTON, TIDWELL & CULBERTSON, L.L.P.
2800 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
(903) 792-8233 (fax)
gpc@texarkanalaw.com

*Liaison Counsel for Lead Plaintiff Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust*

Debra Wyman (*pro hac vice* pending)
Ting H. Liu (*pro hac vice* pending)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
debraw@rgrdlaw.com

*Counsel for Lead Plaintiff Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust*

Carol Villegas (*pro hac vice* forthcoming)
Christine Fox (*pro hac vice* forthcoming)
Ross M. Kamhi (*pro hac vice* forthcoming)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
rkamhi@labaton.com

*Counsel for Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA*

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Geoffrey P. Culbertson
Arkansas Bar No. 2014011
PATTON, TIDWELL & CULBERTSON, L.L.P.
2800 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
(903) 792-8233 (fax)
gpc@texarkanalaw.com

# Mailing Information for a Case 4:19-cv-00756-BSM Safadi v. Uniti Group Inc et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,freda.hoover@kutakrock.com,cassy.peters@kutakrock.com
- **Eric J. Belfi**
  ebelfi@labaton.com
- **Brian M. Burnovski**
  brian.burnovski@davispolk.com,ecf.ct.papers@davispolk.com
- **William Thomas Crowder**
  wcrowder@crowdermcgaha.com,wcrowde@gmail.com,cmecf@crowdermcgaha.com
- **Geoffrey Culbertson**
  gpc@texarkanalaw.com,4874984420@filings.docketbird.com,3156740420@filings.docketbird.com,sjohnson@texarkanalaw.com,jorr@texarkanalaw.com
- **Frederick Hart Davis**
  Frederick.Davis@KutakRock.com,freda.hoover@kutakrock.com,Lindsey.Sweet@KutakRock.com
- **William Conner Eldridge , Jr**
  conner@eldridgebrooks.com
- **Christopher J. Keller**
  ckeller@labaton.com
- **Andrew King**
  andrew.king@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com
- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com
- **Dustin Blake McDaniel**
  dmcdaniel@mwbfirm.com,prystrom@mwbfirm.com,dbm@dustinmcdaniel.com,kisha@mwbfirm.com
- **Corey Darnell McGaha**
  cmcgaha@crowdermcgaha.com,kblack@crowdermcgaha.com
- **Emily A. Neal**
  emily@eldridgebrooks.com

- **Gregory M. Nespole**
  gnespole@zlk.com
- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com
- **Randall Keith Pulliam**
  rpulliam@cbplaw.com,jcox@cbplaw.com,dengelby@cbplaw.com
- **Scott P. Richardson**
  scott@mwbfirm.com,kisha@mwbfirm.com
- **Thomas P. Thrash**
  tomthrash@sbcglobal.net
- **Nikolaus Williams**
  nikolaus.williams@davispolk.com
- **Rufus E. Wolff**
  rwolff@wolfflawfirm.net,vward@wolfflawfirm.net,dcarroll@wolfflawfirm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ting              H. Liu
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Debra             J. Wyman
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```