**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
|  | : |  |
| In re Uniti Group Inc. Securities Litigation | : | No. 4:19-cv-00756-BSM |
|  | : |  |
|  | : |  |
|  | : |  |

**MEMORANDUM OF LAW IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLARIFICATION**
**AS TO THE COURT'S ORDER GRANTING ZHENGXU HE'S**
**MOTION TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF**

Plaintiffs Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust, Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA (together, the "Plaintiffs"), respectfully file this motion seeking clarification as to the Court's recent Order (ECF No. 44) granting Zhengxu He's motion to consolidate and appoint lead plaintiff. Specifically, Plaintiffs seek to clarify which individuals and/or entities the Court appoints to serve as Lead Plaintiff in this action. In support thereof, Plaintiffs assert as follows:

1.     On October 25, 2019, plaintiff Ibrahim E. Safadi commenced this action by filing a complaint against defendants Uniti Group Inc. f/k/a Communications Sales & Leasing, Inc. ("Uniti"), Kenneth A. Gunderman, and Mark A. Wallace (collectively, "Defendants"), alleging violations of the federal securities laws. (the "*Safadi* Action").[1]

---

[1]  On December 6, 2019, plaintiff Phil Queder filed a complaint in this District against Defendants, alleging violations of the federal securities laws (the "*Queder* Action"). On December 23, 2019, plaintiff Michael Avery filed a complaint in this District against Defendants,

*(continued … )*

2.      On December 30, 2019, Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust, moved this Court for consolidation of the Related Actions, appointment as lead plaintiff, and approval of Robbins Geller Rudman & Dowd LLP as lead counsel. ECF No. 32.

3.      On December 30, 2019, Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA (together, the "Uniti Investor Group"), moved this Court for consolidation of the Related Actions, appointment as lead plaintiff, and approval of Labaton Sucharow LLP as lead counsel. ECF No. 28.

4.      On December 30, 2019, Troy Bourque moved for consolidation of the Related Actions, appointment as lead plaintiff, and approval of lead counsel. ECF No. 22.

5.      On December 30, 2019, additional individuals and entities filed motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel, ECF Nos. 15, 18, 22—all of whom later either withdrew their motions or filed a notice of non-opposition to the competing motions, on grounds that these individuals and entities did not appear to have the largest financial interest in this litigation within the meaning of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B). *See* ECF Nos. 36, 41, 42.[2]

6.      On January 13, 2020, Mr. He, Mr. Bourque, and the Uniti Investor Group entered a stipulation and proposed order seeking to: (1) consolidate the Related Actions; (2) appoint Zhengxu He and the Uniti Investor Group as Lead Plaintiffs; and (3) approve selection of

---

*( ... continued)*
alleging violations of the federal securities laws (the "*Avery* Action") (collectively, the *Safadi*, *Queder*, and *Avery* Actions are the "Related Actions").

[2] On January 13, 2020, Defendants notified the Court that they did not oppose the various motions to consolidate, and took no position as to whom the Court should appoint as lead plaintiff and lead counsel. ECF No. 40.

Robbins Geller Rudman & Down LLP ("Robbins Geller") and Labaton Sucharow LLP ("Labaton") as Lead Counsel. ECF No. 43 (the "Stipulation").

7.      The Stipulation states: "[A]fter reviewing the submissions to the Court, Mr. He, Mr. Bourque, and the Uniti Investor Group believe it is in the best interest of the class for Mr. He and the Uniti Investor Group to serve as Lead Plaintiff and for their selection of counsel, the law firms of Robbins Geller and Labaton, to serve as Lead Counsel." *Id.* at 4.

8.      Thus, all remaining movants stipulated to the appointment of Mr. He and the Uniti Investor Group as Lead Plaintiffs and the appointment of Robbins Geller and Labaton to serve as Lead Counsel.

9.      On March 12, 2020, the Court granted Mr. He's motion for consolidation and appointment as Lead Plaintiff and denied all other outstanding motions for appointment as Lead Plaintiff. ECF No. 44 (the "Consolidation Order").

10.     The Consolidation Order also states: "All plaintiffs in *Safadi v. Uniti Group, Inc.*, et al., Case No. 4:19-cv-00756 BSM, ***have stipulated to He and the Uniti Investor Group serving as lead plaintiff*** and for their selection of counsel, the law firms of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP, to serve as lead counsel." *Id.* at 1.

11.     Thus, the Court appears to have acknowledged that the remaining movants stipulated to the appointment of Mr. He ***and*** the Uniti Investor Group as Lead Plaintiffs (and to the appointment of Robbins Geller and Labaton as Lead Counsel).

12.     Plaintiffs therefore file this motion for clarification as to whether the Court intended to enter the Stipulation (ECF No. 43) appointing both Mr. He ***and*** the Uniti Investor Group as Lead Plaintiffs and approving their selection of Robbins Geller and Labaton as Lead

Counsel—as the Plaintiffs stipulated and agreed—or if the Court intended to only appoint Mr. He as Lead Plaintiff.

13. Relatedly, Plaintiffs respectfully request that the Court enter the Joint Stipulation and Motion on Service of Process and Scheduling Under the PSLRA (ECF No. 12), or an order consistent therewith, which, among other things, establishes a schedule for the filing of a consolidated or amended complaint and related motion to dismiss briefing (or other appropriate responses to the operative complaint).

WHEREFORE, Plaintiffs respectfully request that the Court clarify its March 12, 2020 Order consolidating this action and appointing Lead Plaintiff and Lead Counsel.

| | |
|---|---|
| Dated: March 20, 2020 | Respectfully submitted,<br><br>Geoffrey P. Culbertson<br>Arkansas Bar No. 2014011<br>PATTON, TIDWELL & CULBERTSON, L.L.P.<br>2800 Texas Blvd.<br>Texarkana, TX 75503<br>Telephone: (903) 792-7080<br>(903) 792-8233 (fax)<br>gpc@texarkanalaw.com<br><br>*Liaison Counsel for Lead Plaintiff Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust*<br><br>Debra Wyman (*pro hac vice* pending)<br>Ting H. Liu (*pro hac vice* pending)<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>debraw@rgrdlaw.com<br><br>*Counsel for Lead Plaintiff Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust*<br><br>Carol Villegas (*pro hac vice* forthcoming)<br>Christine Fox (*pro hac vice* forthcoming)<br>Ross M. Kamhi (*pro hac vice* forthcoming)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York  10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cvillegas@labaton.com<br>cfox@labaton.com<br>rkamhi@labaton.com<br><br>*Counsel for Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Geoffrey P. Culbertson
Arkansas Bar No. 2014011
PATTON, TIDWELL & CULBERTSON, L.L.P.
2800 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
(903) 792-8233 (fax)
gpc@texarkanalaw.com

# Mailing Information for a Case 4:19-cv-00756-BSM Safadi v. Uniti Group Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jess L. Askew , III**
  jess.askew@kutakrock.com,freda.hoover@kutakrock.com,cassy.peters@kutakrock.com
- **Eric J. Belfi**
  ebelfi@labaton.com
- **Brian M. Burnovski**
  brian.burnovski@davispolk.com,ecf.ct.papers@davispolk.com
- **William Thomas Crowder**
  wcrowder@crowdermcgaha.com,wcrowde@gmail.com,cmecf@crowdermcgaha.com
- **Geoffrey Culbertson**
  gpc@texarkanalaw.com,4874984420@filings.docketbird.com,3156740420@filings.docketbird.com,sjohnson@texarkanalaw.com,jorr@texarkanalaw.com
- **Frederick Hart Davis**
  Frederick.Davis@KutakRock.com,freda.hoover@kutakrock.com,Lindsey.Sweet@KutakRock.com
- **William Conner Eldridge , Jr**
  conner@eldridgebrooks.com
- **Christopher J. Keller**
  ckeller@labaton.com
- **Andrew King**
  andrew.king@kutakrock.com,Suzette.McCasland@KutakRock.com,freda.hoover@kutakrock.com
- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com
- **Dustin Blake McDaniel**
  dmcdaniel@mwbfirm.com,prystrom@mwbfirm.com,dbm@dustinmcdaniel.com,kisha@mwbfirm.com
- **Corey Darnell McGaha**
  cmcgaha@crowdermcgaha.com,kblack@crowdermcgaha.com
- **Emily A. Neal**
  emily@eldridgebrooks.com

- **Gregory M. Nespole**
  gnespole@zlk.com
- **Edmund Polubinski , III**
  edmund.polubinski@davispolk.com
- **Randall Keith Pulliam**
  rpulliam@cbplaw.com,jcox@cbplaw.com,dengelby@cbplaw.com
- **Scott P. Richardson**
  scott@mwbfirm.com,kisha@mwbfirm.com
- **Thomas P. Thrash**
  tomthrash@sbcglobal.net
- **Nikolaus Williams**
  nikolaus.williams@davispolk.com
- **Rufus E. Wolff**
  rwolff@wolfflawfirm.net,vward@wolfflawfirm.net,dcarroll@wolfflawfirm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ting            H. Liu
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Debra           J. Wyman
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```