# Exhibit A



# windstream

## Board of Directors Meeting
## Project RITE

May 5-6, 2014

DATA.
VOICE.
NETWORK.
CLOUD.

Confidential

Board of Directors Meeting - Project RITE Discussion Materials

# windstream



# Project RITE Discussion Materials

May 6, 2014

Confidential

WIN_00013468

Board of Directors Meeting - Project RITE Discussion Materials

# Structure & Relationship Between OpCo & PropCo





**Subs Owning Operating Assets**

- Operates core business, interfaces with customers and retains business risk
- Maintains day-to-day control of network operations
- Maintains all regulatory obligations

**Triple Net Lease Structure:**
- Master Lease structure (provides flexibility to substitute properties and diversification for Landlord)
- 15 years with extension provision
- Base rent subject to annual escalators

**OpCo Triple Net Lease Responsibilities:**
- Payment of rent to PropCo
- Maintenance capex
- Payment of insurance and taxes

- Owns title (or title assignments) to certain real property and improvements
- Rental payments from OpCo initially sole source of income
- Operating activities limited to leasing, administrative, reporting and Consumer CLEC business
- Opportunities for growth include success-based capex and rent escalators
- Ability to pursue acquisitions of additional properties in the future

8

WIN_00013475

Board of Directors Meeting - Project RITE Discussion Materials

# Strategic Options Summary



**Stand-Alone Windstream**

- "Stay-the-course" and continue with current financial plan

- Currently trading at a 11%+ dividend yield

- Ability to invest for growth, pursue strategic acquisitions and/or delever is limited

- Enhances ability to invest in growth initiatives, pursue M&A and/or delever

- Although partially priced in to current stock price, likely creates significant downward pressure on stock in short to medium term

- Likely difficult to use stock as acquisition currency in short to medium term

| Status Quo | |
| --- | --- |
| Revenue Growth | 1%  2% |
| Capex Intensity | 11% - 13% |
| Annual Dividend | $ 1.00 |
| '15 - '18 Aggregate Div. | $ 4.00 |
| FCF Payout Ratio | 75% - 85% |
| '15 - '18 Net Leverage | 3.6x - 3.2x |

| Growth Case | |
| --- | --- |
| Revenue Growth | 2% - 4% |
| Capex Intensity | 15% |
| Annual Dividend | $ 0.50 |
| '15 - '18 Aggregate Div. | $ 2.00 |
| FCF Payout Ratio | 45% - 51% |
| '15 - '18 Net Leverage | 3.5x - 2.8x |

**RITE**
**~$0.60 PropCo / $0.10 OpCo Dividend**

- Ability to reset capital structure and separate business into "growth" (OpCo) and "yield" (PropCo)

- Significant tax savings (NPV of $3.40/share) allows OpCo to make same amount of capital investment as in Base Windstream Growth Case, but with significantly higher aggregate annual dividend between OpCo / PropCo (~$0.70 vs. $0.50)

- Enhanced ability to fund incremental capital investments through equity and/or debt financing

- "First mover" in space creates opportunity but also poses execution risk including market reaction and regulatory approvals

- Limits long-term strategic alternatives of OpCo

| RITE: OpCo | |
| --- | --- |
| Revenue Growth | 2% - 4% |
| Capex Intensity (a) | 15% |
| Dividend | $ 0.10 |
| FCF Payout Ratio | 15% - 18% |
| '15 - '18 Net Leverage | 3.0x - 2.2x |

| RITE: PropCo | |
| --- | --- |
| Revenue Growth | 1% - 2% |
| Capex Funding | $ 120 |
| Dividend | $0.60 + |
| OCF Payout Ratio | ~75% |
| '15 - '18 Net Leverage | 5.2x - 4.7x |

| OpCo + PropCo | |
| --- | --- |
| '15 - '18 Aggregate Div. | $ 2.86 |

*Source: Windstream management.*
*(a) Includes $120M of capex funded by PropCo.*

13

16

WIN_00013480

Board of Directors Meeting - Project RITE Discussion Materials

# Valuation Approach



- Ernst & Young ("E&Y") was engaged on project RITE in 3Q13 to perform a valuation of the real estate assets to be transferred to PropCo

- E&Y performed their work on the assets existing as of 6/30/13.  Based on their work they concluded:
    - Assets transferred to PropCo have a fair market value between $7.1B - $7.8B
    - Residual value at the conclusion of the initial lease term would be ~25% of the original assessed value
    - Based on a reasonable market estimated lease return of 9-11%, fair market rent for the assets transferred equate to an annual lease payment of $603 - $727M

- Windstream management believes $650M is the optimal initial lease rate, which falls within E&Y's preliminary fair market rent range
    - Provides significant deleveraging to OpCo (immediately decreases net leverage at OpCo from 3.7x to 3.3x)
    - Allows PropCo to pay substantial dividend post transaction ($0.60/share initially, expected to grow modestly over time)
    - The lease payment is ~3.5x - 4x covered by EBITDAR at OpCo, ensuring feasibility and health of both OpCo and PropCo through the life of the lease

- Between announcement and closing of the transaction, Windstream will engage E&Y to update their asset valuation which will include their conclusions as to:
    - Whether the rent under the Master Lease is a reasonable fair market rent; and
    - Whether at the end of the initial term of the Master Lease, the residual value of the assets covered by the Master Lease will be at least 20% of their market value at the beginning of the term

22

Confidential

WIN_00013489

Board of Directors Meeting - Project RITE Discussion Materials

# E&Y Valuation Overview


windstream

*(Dollars in Millions)*

## Asset Valuation Analysis

| Asset Category | Fair Market Value Range | | | |
|---|---|---|---|---|
| | | Low | | High |
| Telecom distribution assets | $ | 6,800 | $ | 7,500 |
| Central office land / buildings [a] | | 221 | | 221 |
| CWIP | | 88 | | 88 |
| Total Fair Market Value (rounded) | $ | 7,100 | $ | 7,800 |
| *Implied Cap Rate* | | *9.2%* | | *8.3%* |
| Total Residual Value (rounded) [b] | $ | 1,800 | $ | 2,000 |
| *% of Fair Market Value* | | *25.4%* | | *25.6%* |

### Valuation Methodology:

- Cost approach
  - Replacement cost new less Depreciation & Obsolescence
  - Distribution system replacement cost new estimated to be approximately $16B, reduced by physical deterioration and obsolescence approximating $8B - $9B
- Market approach (Guideline comparable financial metrics)
  - Return on asset and profitability metrics of PropCo and OpCo were within the range of guideline comparable companies

## Lease Fair Market Rent Analysis

| Lease term | Fair Market Rent Range | | |
|---|---|---|---|
| | Estimated Lease Rates | | |
| 15 | 9% | 10% | 11% |
| Low | $603 | $633 | $664 |
| High | $660 | $693 | $727 |

### Lease Rate Methodology:

- Calculated a Weighted Average Cost of Capital (WACC) range
  - Calculated a market based capital structure: Debt = 45%, Equity = 55%
  - Selected a market based long term debt rate = 6.8% (pre-tax, BB, 20 year term)
  - Calculated a market based equity return = 9.5% (pre-tax)
  - Estimated WACC range of 7% (after-tax) to 11% (pre-tax)
- Calculated a market estimated lease return using the following benchmarks
  - Long term debt rate range = 5.8% to 6.8% (B to BB, 10 year term)
  - Pre-tax Return on Asset (ROA) mean/median = ~2.7%-4.0% (comparable companies)
  - Minimum estimated lease return of 9% (Long term debt plus ROA)
- Estimated a reasonable lease rate range of 9% to 11%

*Source: E&Y. Values are as of 6/30/13 and subject to change upon update.*
*(a) Central office land / buildings reported at net book value (6/30/13). Valuation analysis not performed.*
*(b) Central office land / buildings resdiual values based on a calculation based on estimated net book value.*

23

Confidential

WIN_00013490

Board of Directors Meeting - Project RITE Discussion Materials

# Overview of Master Lease



| | |
|---|---|
| **Parties** | ▪ OpCo ("Tenant") and PropCo ("Landlord") |
| **Leased Property** | ▪ Approximately [40] Facilities, categorized by geographic area including: (i) central office land and buildings and (ii) all fiber optic cable lines, copper cable lines, conduits, telephone poles, attachment hardware and additions thereto; and (2) all Easements, Permits and Pole Agreements related to the Lease Property |
| **Term** | ▪ 15 years ("Initial Term") and 4 5-year Renewal Terms |
| **Rent** | ▪ Initial Term: Estimated to be $650M, annually increasing by 0.5% beginning the 4th year<br><br>▪ Renewal Terms: Fair Market Rental Value, increasing annually by 0.5%<br><br>▪ Triple Net Obligations: Tenant responsible for all costs related to Leased Property, including taxes, maintenance, and fees |
| **Right of First Offer** | ▪ Landlord has a right of first offer to fund construction of Capital Improvements in geographic areas where Tenant or its Subsidiaries are licensed as ILEC providers |
| **Financial Covenants** | ▪ Consistent with Credit Agreement (on the last day of a Fiscal Quarter, Leverage Ratio shall not exceed 4.5 to 1.0 and Interest Coverage Ratio shall not be less than 2.75 to 1.0) |

25

Confidential

WIN_00013492

Board of Directors Meeting - Project RITE Discussion Materials

# Overview of Master Lease *(Cont'd)*



### Assignment/ Change of Control

1. Landlord consent required for change of control and assignments by Tenant

   a.   Permitted Assignments: Landlord consent not required

      i.      Assign the Master Lease to any of Tenant's Subsidiaries

      ii.     Tenant change of control or assignment to a Discretionary Transferee (a transferee with the required experience, licenses or certifications, solvency and financial qualifications)

      iii.    Foreclosure Assignment

2.   Landlord is restricted from transferring Facilities separately or all of the Facilities to a Competitor of Tenant

### End of Term

- At expiration or termination of Master Lease, Tenant transfers the business operations to a successor tenant ("Communications Assets")

   1.   If disagreement as to Fair Market Value of Communications Assets, the Fair Market Value is determined by the highest price a Qualified Successor Tenant would agree to pay under a 10 year lease under substantially similar terms

   2.   Tenant and Landlord will enter into an interim management agreement until the completion of the end of term auction process, with Management Fee to Tenant of 110% of the reasonable costs incurred by Tenant

### More detailed summary of Master Lease found in Section D of Board Materials Packet

26

29

Confidential

WIN_00013493

Board of Directors Meeting - Project RITE Discussion Materials

# Overview of Separation & Distribution Agreement



| | |
|---|---|
| **Parties** | ▪ Windstream Holdings, Inc. ("HoldCo"), OpCo and PropCo |
| **Purpose/ Timing** | ▪ Serves as a general roadmap agreement for the transfer of assets to PropCo and the distribution of PropCo stock to HoldCo stockholders.  Will be executed at or shortly before closing of the distribution |
| **Transfer of Assets; Assumption of Liabilities** | ▪ OpCo shall, and shall cause its applicable subsidiaries to, assign, transfer, convey and deliver: (1) to PropCo, all of its rights to the Intangible REITable Assets; (2) to PropCo, all of its right, title and interest in and to the Tangible REITable Assets; and (3) to a newly-formed taxable subsidiary of PropCo, all of its right, title and interest in and to the Consumer CLEC Business.  PropCo and its subsidiaries will assume all liabilities relating to the assigned assets, whenever arising |
| **Distribution** | ▪ Addressing the mechanics of, and conditions precedent to, the distribution of PropCo shares to HoldCo stockholders<br><br>▪ PropCo will file a registration statement on Form 10 to effect the distribution of PropCo common stock to HoldCo's stockholders and a registration statement on Form S-4 to reflect the offering to investors of new PropCo debt securities in exchange for OpCo debt securities purchased in the marketplace by such investors |

27

Confidential

WIN_00013494

Board of Directors Meeting - Project RITE Discussion Materials

# Overview of Separation & Distribution Agreement *(Cont'd)*



| **Representations and Warranties** | ▪ Customary representations and warranties which shall not survive the closing of the distribution |
|---|---|
| **Indemnification** | ▪ Indemnification of OpCo by PropCo for assumed liabilities and of PropCo by OpCo for excluded liabilities.  No indemnity for breaches of representations and warranties |
| **Schedules /Exhibits** | ▪ Schedules to include a Plan of Reorganization and lists of assets to be assigned by OpCo to PropCo<br><br>▪ Exhibits to include, among others, a Transition Services Agreement, Tax Matters Agreement, Employee Matters Agreement, and forms of Assumption and Assignment Agreements<br><br>▪ The Assignment and Assumption Agreement for the Intangible REITable Assets will convey the assignor's rights to (but not title in) such assets and include an option for PropCo to purchase the title upon satisfaction of certain conditions |

28

Confidential

WIN_00013495

Board of Directors Meeting - Project RITE Discussion Materials

# Windstream Additional Network Investment: Broadband Investment



| | Existing Approach | Alternative Approach |
|---|---|---|
| **Expand Speed Capabilities** | ▪ Convert 78% of fiber-fed DSLAMs to Ethernet by 2015<br><br>▪ No copper DSLAM replacement in competitive areas planned in 2014 | ▪ Convert 100% of fiber-fed DSLAMs to Ethernet by 2015<br><br>▪ Convert copper DSLAMs to fiber-fed in competitive areas and create entire fiber-fed communities<br><br>    • Similar to Lexington, KY |
| **Convert Select Markets to 100% VDSL Broadband** | ▪ No plans to actively replace fiber-fed ADSL2 DSLAMs with VDSL2 capabilities | ▪ Convert all fiber-fed DSLAMs in select markets to VDSL2 broadband to provide highest possible speeds for fiber-fed DSLAMs |

*Source: Windstream management.*                                                                                                     34

Confidential                                                                                                     WIN_00013501

Board of Directors Meeting - Project RITE Discussion Materials

## Implications on Debt Documents: Bond Indenture Considerations



- The Windstream indentures are more permissive than the Windstream credit agreement and the contemplated transaction can likely be done **without consents/waiver** under the indentures

- Key issues to consider are debt incurrence/sale-leaseback covenants as well as RP capacity necessary to bring PropCo outside of the credit group

    - Debt incurrence (4.50x total leverage) not implicated in the proposed transaction structure

    - Limitations on sale-leasebacks at Windstream subject to debt incurrence ratio

        - Given that lease obligation will be at OpCo/HoldCo, sale-leaseback covenant not implicated at Windstream

    - RP capacity to permit spin – based on fair market value of equity RP'ed out of the system, capacity exists to effect spin (~$5.5bn capacity expected at time of spin)

        - On-going RP capacity needed at Windstream to service lease payments at OpCo/HoldCo

        - RP capacity builds at EBITDA less 1.4x interest expense since October 1, 2006

        - Upstream guarantee of lease obligation at OpCo/HoldCo is a restricted investment

    - Asset sale covenant not implicated – permitted RPs carved out of asset sale definition

    - Fundamental changes covenant (sale of all or substantially all assets)

        - Covenant based on assessment of certain key metrics leaving the credit group – revenue, EBITDA, net income, FCF, assets (BV / FMV)

- Substantially all test

*Source: Windstream management.*                                                                50

Confidential                                                                WIN_00013517

Board of Directors Meeting - Project RITE Discussion Materials

# Communications Strategy



- We are developing a coordinated and cohesive communications strategy to ensure consistent messages across all of our key stakeholder groups including regulators, customers, investors, employees and industry / business partners

- We have engaged Brunswick to provide strategic guidance and develop a communications plan for the transaction as well as core messaging and documents for all stakeholder groups

- Our overarching communications strategy objectives include:

  **1** Position the separation as a way to accelerate the Company's ongoing transformation and further improve its already competitive position in a changing landscape

  **2** Highlight the growth opportunities that will be enabled as a result of the separation, and how these opportunities will benefit customers, investors and other stakeholders

  **3** Educate stakeholders on the structure and logistics of the separation through proactive dialogue and convey that there will be no immediate changes in service

80

83

Confidential

WIN_00013547

Board of Directors Meeting - Project RITE Discussion Materials

# Stakeholder Specific Objectives



| Customers | Reinforce there will be no change in service while highlighting this will allow the Company to accelerate network investments to better serve customers' changing needs |

| Regulators | Emphasize continuity in service for customers, commitment to all regulatory obligations and ability to accelerate network investments to better serve customers' changing needs |

| Investors | Demonstrate that the separation will unlock meaningful value for both organizations, as well as for new and existing investors |

| Employees | Communicate that the separation does not change employees' day-to-day responsibilities and that a stronger company will offer more opportunities |

| Industry / Business Partners | Highlight that the separation will enable accelerated investment and help the company succeed in the changing communications landscape |

- Following the announcement of the transaction, we will proactively reach out to key stakeholders through:
  - A transaction announcement call both internally and externally
  - A 2-3 day IR road show to visit top shareholders (additionally, attending 2 previously scheduled investor conferences in May)
  - Media background briefings and interviews to ensure understanding of rationale and benefits, when appropriate
  - Outbound calls to key regulators, customers, suppliers and partners

81

84

Confidential

WIN_00013548

Board of Directors Meeting - Project RITE Discussion Materials

# Communications Materials



☑ Core message materials: overarching narrative and key messages

☑ Regulators (narrative & key messages, Q&A, call lists, state PUC applications)

☑ Customers (narrative & key messages, Q&A, letter to key customers, call list)

☑ Investors (narrative & key messages, presentation, script and Q&A, call list)

☑ Media (narrative & key messages, Q&A, media list, social media material)

☑ Employees (key messages, FAQ, Intranet article, manager toolkit, exec video)

☑ Business partners (narrative & key messages, Q&A, cover letter, call list)

☑ Create a transaction website to support communication to all key stakeholders and host transaction- related documents in a single accessible location. This will have a look and feel that mirrors our corporate site.

82

85

WIN_00013549

Board of Directors Meeting - Project RITE Discussion Materials

# Overarching Narrative



## The overarching narrative lays the foundation and sets the tone for all stakeholder group communications

- Windstream is exploring plans to accelerate the company's transformation and further improve our competitive position

- The transaction will enable the expansion of our broadband network, a faster transition to an IP network and pursuit of additional opportunities that will strengthen our infrastructure and provide enhanced service to customers

- Windstream will separate its real estate assets into an independent, publicly-traded REIT (Real Estate Investment Trust) and retain its enterprise and consumer service business in OpCo

- The two companies will work together through a long-term agreement by which OpCo will lease the physical distribution assets -- fiber, copper and other long-term assets -- from the REIT to operate and maintain the network and provide service continuity and improvements for customers

- Data needs for both businesses and consumers are changing rapidly and significantly, and at the same time, the size and scale of industry players is also evolving. In the backdrop of these shifts, this structure will provide greater flexibility and increased ability to make capital investments, resulting in enhanced service for customers and continued opportunities for growth and yield for investors

83

Confidential

WIN_00013550

Board of Directors Meeting - Project RITE Discussion Materials

# Core Messaging



## The core messaging informs materials for all stakeholder groups

1. **Windstream is separating its physical distribution assets from its network communications services business**

   - This separation accelerates Windstream's transformation and improves its competitive position by enabling further expansion of its broadband network, a faster transition to an IP network and pursuit of additional opportunities to strengthen its infrastructure and provide enhanced service to customers

2. **The separation will position OpCo to pursue additional growth opportunities and expand its leadership in a communications landscape that is changing rapidly and significantly**

   - The incremental cash flow and lower leverage resulting from the separation will enable further investment in the expansion of Windstream's broadband network, a faster transition to a digital IP system and pursuit of additional opportunities that will strengthen our infrastructure and provide enhanced service to customers

3. **This separation will not result in any changes to the services customers are receiving**

   - OpCo will retain the day-to-day role of serving all customers. OpCo will lease the physical distribution assets (fiber, copper and other long-term assets)from PropCo to operate and maintain the network and provide service continuity and improvements for customers

4. **Windstream is approaching this transaction from a position of strength**

   - In recent years, Windstream has transformed from primarily a consumer voice provider to an advanced communications and technology services company. The separation advances the company's transformation and results in a stronger, more competitive company that is able to meet the evolving needs of customers while enabling an increase in shareholder value.

5. **There is more work to be done, but we have already made significant progress and the two companies will continue to work together throughout this transition and going forward**

84

87

Confidential

WIN_00013551

Board of Directors Meeting - Project RITE Discussion Materials

# Targeted Messages by Key Stakeholder



| | |
|---|---|
| **Customers** | ■ As always, we are focused on providing customers with advanced network communications solutions and we do not expect this separation to result in any changes to service<br><br>■ The separation will position the company to better serve you as the ways in which you consume data and integrated content evolve, recognizing your needs continue to change rapidly<br><br>■ OpCo will retain the day-to-day role of providing your service. Your account management and sales teams will remain unchanged and your interaction with OpCo will be seamless |
| **Regulators** | ■ The separation will not result in any changes to Windstream's commitment to serve its residential and business customers<br><br>■ OpCo will maintain its commitment to all of its regulatory obligations and as a result of this transaction will have an improved ability to meet these obligations<br><br>■ This separation provides Windstream with the ability to accelerate the expansion of our broadband network, make a faster transition to an IP network and pursue additional opportunities that will strengthen our infrastructure and provide more communities, homes and businesses with access to enhanced services |
| **Investors and analysts** | ■ This separation will unlock meaningful value for both organizations, as well as for new and existing investors. The PV of future tax savings is $2B<br><br>■ The new capital structure is better aligned with where we would like to take the business and allows us to optimize opportunities for both companies<br><br>■ We are pursuing a balanced approach to equity and debt investors over the long term |
| **Employees** | ■ The separation does not change the day-to-day operations of Windstream and has no impact on your role / responsibilities<br><br>■ This separation will accelerate our transformation and improve our competitive position in a changing communications landscape and industry<br><br>■ Being a stronger, more competitive company better positioned to pursue new opportunities will mean new opportunities for employees |
| **Industry and Business Partners** | ■ The separation will enable the pursuit of expansion and growth opportunities that will enhance our infrastructure and service to customers in a changing technology and communications landscape<br><br>■ We value our partnership and look forward to maintaining and growing our work together in this next chapter of our company's evolution<br><br>■ There will be no changes or interruptions to the service we provide to our customers and no impact on our partnership endeavors with you |

85

88

Confidential

WIN_00013552

Board of Directors Meeting - Project RITE Discussion Materials

# Indicative Timeline – Week of May 19 Announcement



**DAYS BEFORE ANNOUNCEMENT**

| CT | ET | Activity |
|---|---|---|
| Ongoing | Ongoing | Monitor traditional / social media for any leaks |
| Ongoing | Ongoing | Develop materials and microsite |

**DAY BEFORE ANNOUNCEMENT**

| CT | ET | Activity |
|---|---|---|
| TBD | TBD | Finalize all communications materials |
| TBD | TBD | Consider Exclusive/Pre- briefings with select journalists |

**ANNOUNCEMENT DAY (TENTATIVELY WEEK OF MAY 19)**

| CT | ET | Activity |
|---|---|---|
| 7:00 AM | 8:00 AM | RITE press release distributed |
| 7:05 AM | 8:05 AM | Transaction website goes live |
| 7:05 AM | 8:05 AM | Wintranet content goes live - include press release, video interview, FAQs |
| 7:05 AM | 8:05 AM | CEO email to employees with press release, cover note and link to Wintranet content |
| 7:05 AM | 8:05 AM | Distribute manager toolkit, including invitation for conference call |
| 7:05 AM | 8:05 AM | WIN relationship managers send release with cover note to key targets - Follow up with 1-on-1 calls to key groups<br>* Media<br>* Regulators<br>* Top customers<br>* Unions<br>* Business partners and industry groups |
| 7:30 AM | 8:30 AM | Additional outreach to key influential media<br>* Newswires and telecom industry beat reporters<br>* Financial and real estate media and commentators<br>* Local/Regional reporters<br>* Industry Trades/blogs |

86

Confidential

WIN_00013553

Board of Directors Meeting - Project RITE Discussion Materials

# Indicative Timeline *(Cont'd)*


windstream

### ANNOUNCEMENT DAY (TENTATIVELY WEEK OF MAY 19)

| CT | ET | Activity |
|---|---|---|
| 9:00 AM | 10:00 AM | Investor conference call |
| 10:00 AM | 11:00 AM | CEO, other executives hold management call for top 800-900  managers |
| PM | PM | Conduct media interviews as warranted |
| Ongoing | Ongoing | Monitor/respond to employee comments on Wintranet material |
| Ongoing | Ongoing | Reactively respond to consumer groups |

### ANNOUNCEMENT DAY PLUS ONE

| CT | ET | Activity |
|---|---|---|
| Ongoing | Ongoing | Continue stakeholder and media outreach |
| Ongoing | Ongoing | Reactively respond to consumer groups |
| All Day | All Day | Submit State Commission applications |

### DAYS / WEEKS AFTER ANNOUNCEMENT

| CT | ET | Activity |
|---|---|---|
| TBD | | Investor Road show – 2-3 day |
| Ongoing | Ongoing | Engagement with State Commissions |
| Ongoing | Ongoing | Additional Communication to key targets<br>* Media<br>* Regulators<br>* Top customers<br>* Business partners and industry groups<br>* Unions |

87

Confidential

WIN_00013554

Board of Directors Meeting - Investor Presentation

# windstream



# WIN to Pursue Separation of its Real-Estate Assets from its Operating Assets
## May 19, 2014

137

Confidential

1

WIN_00013601

Board of Directors Meeting - Investor Presentation

# Safe Harbor

Under review



## Safe Harbor Statement

Windstream claims the protection of the safe-harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Forward-looking statements are subject to uncertainties that could cause actual future events and results to differ materially from those expressed in the forward-looking statements. These forward-looking statements, including statements about Windstream's ability to meet our plan and goals for 2014, generate cash flows in future periods and to pay the current dividend, are based on estimates, projections, beliefs, and assumptions that Windstream believes are reasonable but are not guarantees of future events and results. For risk factors that could cause actual results and events to differ materially from those expressed, refer to Windstream's filings with the Securities and Exchange Commission.

## Regulation G Disclaimer

This presentation includes certain non-GAAP financial measures. Reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures are available on our website at www.windstream.com/investors.

2

138

Confidential

WIN_00013602

Board of Directors Meeting - Investor Presentation

# Windstream Participants



**Jeff Gardner**

Chief Executive Officer

**Tony Thomas**

Chief Financial Officer

**Bob Gunderman**

SVP & Treasurer

Throughout this presentation:

– "Windstream" or "WIN" refers to Windstream Holdings, Inc. (existing entity)

– "PropCo" refers to the proposed newly formed, publicly traded real estate investment trust ("REIT") to be spun-off to WIN shareholders

3

Confidential

WIN_00013603

# Company Snapshot



Windstream is a leading provider of advanced network communications, including cloud computing and managed services, to businesses nationwide. We also provide broadband, phone and digital TV services to consumers

## Key Stats

- ~$6 billion in annual revenue
- >150 offices in 48 states
- ~13k employees
- Serves 4 out of 5 Fortune 500 companies
- 118,000 fiber route miles
- Market cap ~$5.4B

### Revenue Breakdown
(2013)



- Strategic revenues up 2% in 2013

*Note: FY 2013 financial results.*

4

Confidential

WIN_00013604

Board of Directors Meeting - Investor Presentation

# Where We've Come From





**2006**

Traditional
Rural ILEC

**2007-2012**

Transformation

**2013+**

Business Services and
Broadband Provider

- Consumer-focused voice and broadband provider

- Expanded focus on enterprise and broadband services

- Executing a growth focused strategy

5

141

Confidential

WIN_00013605

Board of Directors Meeting - Investor Presentation

# Where We Are Today



## Strong business focus with advanced capabilities

| Strong Enterprise Focused Capabilities | National Footprint | Business, Broadband Leader | Focus on Mid-Size Enterprises | Stable Margins | Financially Strong |
|---|---|---|---|---|---|
|  |  |  |  |  39% |  |
| ▪ Top 5 Fiber Network<br>▪ 2,000+ Enterprise Sales Force | ▪ 48 States<br>▪ 86 Top markets | ▪ 73% revenue in growth segments | ▪ Advanced customized solutions | ▪ Disciplined expense management | ▪ ~$1B annual free cash flow |

windstream.®

6

142

Confidential

WIN_00013606

Board of Directors Meeting - Investor Presentation

# What We Are Announcing



## Windstream is pursuing a separation of its physical distribution systems into an independent, publicly-traded REIT



- Windstream's physical distribution systems- copper, fiber, real estate and other long- term assets will be spun out into a separate company that will become a REIT, called "PropCo"

  - Windstream will retain the day-to-day role of providing advanced network communications services to businesses and consumers

- Windstream retains operational control of the assets during the term of a long-term master lease agreement with PropCo

- Windstream will retain all existing regulatory obligations

7

143

Confidential

WIN_00013607

Board of Directors Meeting - Investor Presentation

# Why This Makes Sense


windstream

**Creates shareholder value**

- NPV of cash-tax savings of nearly $2B achieved within the companies
- Allows WIN to accelerate network investments while continuing to provide a significant dividend to shareholders
- Potential for increased aggregate trading value of the two companies

**Aligns strategic objectives**

- Growth-focused operating company (WIN) and yield-focused REIT (PropCo) to pursue own objectives
- Improves the growth prospects for WIN, reduces the amount of debt and improves strategic flexibility

**Optimizes capital allocation strategy**

- Allows WIN to increase growth investments while simultaneously retiring ~$3.2 billion of debt; with ability to more quickly delever over time
- Attractive dividend paid by PropCo

**Enables greater network investments**

- Enables WIN to deleverage immediately and accelerate investment in expansion of broadband network, faster transition to an IP network and pursue opportunities to provide enhanced services to customers
- WIN target capex intensity expected to increase from 11%-13% of revenue to 13%-15% of revenue
- Enhances ability of PropCo to finance cap-ex and acquisitions through equity issuances

**Improves cost of capital**

- Lower cost of capital promotes investment and increases the projects that meet return hurdles

8

WIN_00013608

Board of Directors Meeting - Investor Presentation

# WIN Additional Network Investments Will Drive Growth


windstream

Additional FCF resulting from this structure enables WIN to accelerate broadband investments, make a faster transition to an IP network and pursue additional growth opportunities

**Broadband Investment**

- Allows WIN to accelerate fiber deployment within our broadband network – providing faster broadband speeds and an improved user experience

**Faster Transition to IP Network**

- Incremental investment enables faster IP transition providing enhanced revenue opportunities, capacity and margins

**Fiber Expansion Builds**

- Investments in additional success-based fiber expansion drive revenue and provide ancillary benefits to greater network

**Accelerate Capital to Drive Growth**

**Increases Revenue Growth Opportunities**

9

145

Confidential

WIN_00013609

# Transaction Summary



Windstream [has received] a Private Letter Ruling from the IRS with respect to certain tax matters regarding the transaction, including the qualification of PropCo assets as "REITable" property

| | |
|---|---|
| Transaction Structure: | Tax-free spin-off of REIT (PropCo) to Windstream shareholders |
| Transaction Mechanics | Windstream receives:<br>• Distribution of $1.2B from Propco to Windstream<br>• Windstream Debt reduction via a debt-for-debt exchange of $2.2B<br>• New Windstream pays down ~$3.2B of debt [1] |
| Shareholder Consideration | WIN shareholders would retain shares of Windstream Holdings and receive one share of the new REIT (PropCo) for each WIN share owned |
| Dividend | As a REIT, PropCo will distribute at least 90% of its annual taxable income as dividends<br>New structure will transfer a significant percentage of current dividend to PropCo from Windstream while reducing overall dividend in the aggregate by 30%<br>Expected annual dividends of:<br>• WIN dividend of $0.10;<br>• PropCo dividend of $0.60 |

*(1) Net of estimated transaction expenses and financing fees.*

Confidential

WIN_00013610

Board of Directors Meeting - Investor Presentation

# Pro Forma Business Snapshot



| | New Windstream | PropCo |
|---|---|---|
| **Objectives** | ▪ Be the premier enterprise communications and services provider while continuing to maintain our stable consumer business and pursue new opportunities for growth | ▪ Real-estate investment trust with attractive growth opportunities |
| **Operations** | ▪ HQ in Little Rock, AR<br>▪ Serving 606k business locations (388k business customers)<br>▪ Providing broadband to 1.2M consumers primarily in rural markets<br>▪ 150 offices in 48 states<br>▪ ~13k employees | ▪ [HQ in Little Rock, AR]<br>▪ Initially serving one customer (Windstream) with ability and intention to grow over time<br>▪ ~ 20 employees |
| **Management Team / Board** | | |
| **Financial Considerations** | ▪ Pro forma revenue: ~$6B<br>▪ PF leverage: 3.3x (down from 3.8x); Leverage target of <3.0x<br>▪ Targeting capex intensity of ~13-15% [1]<br>▪ $0.10 dividend (~15-20% FCF payout ratio) | ▪ Pro forma revenue: ~$650<br>▪ PF leverage: 5.5x<br>▪ Expect annual capex of $120M [1]<br>▪ $0.60 dividend in 2015E, increasing by $0.01 per year (~75% FCF payout ratio) |

*(1) $120M of annual capex transferred to PropCo with a 8.125% cap rate.*

11

Confidential

WIN_00013611

Board of Directors Meeting - Investor Presentation

# Creates Attractive Growth and Yield Focused Companies

## Windstream Investment Highlights

- Differentiated business model
  - Strong enterprise capabilities
  - Focused on mid-size business market

- Clear roadmap to sustainable growth
  - 73% of revenue in growth segments

- Solid free cash flow and strong and improving balance sheet
  - Flexibility to invest in growth initiatives and reduce leverage
  - Starting leverage of 3.3x; target of <3.0x

- Solid performance record; management team with proven track record

## PropCo Investment Highlights

- Geographically diverse, high quality assets

- Long-term, triple net lease providing sustainable cash flows

- Multiple opportunities for growth
  - Success-based capex
  - Rent escalators
  - Opportunistic M&A

- Robust free cash flow
  - Supporting strong returns to shareholders with an ability to delever over time

**Growth focused enterprise telecom services provider**



**Yield-oriented company returning significant cash to investors**

12

148

Confidential

WIN_00013612



Confidential   WIN_00013613

Board of Directors Meeting - Investor Presentation

# Historical Valuation of REITs versus WIN Peers



**Triple Net REITs have historically traded at significant premiums to Windstream and its peers**

| Average During | Windstream | ILECs | Fiber | Triple Net REITs |
|---|---|---|---|---|
| Current Multiple: | 6.2x | 5.8x | 10.9x | 14.9x |
| Last 1 Year: | 6.0x | 5.6x | 10.3x | 14.6x |
| Last 2 Years: | 6.0x | 5.4x | 9.5x | 14.5x |
| Last 3 Years: | 6.2x | 5.4x | 9.1x | 13.9x |
| Last 5 Years: | 6.2x | 5.7x | 8.6x | 13.5x |



Source: Factset.
Note: Triple Net REITs average EV / NTM EBITDA includes O, OHI, NNN, GLPI, EPR, LXP, MPW, NHI, SBRA, LTC and GTY.
Note: ILECs average EV / NTM EBITDA includes ALSK, HCOM, FRP, CNSL, CBB, WIN, FTR and CTL.
Note: Fiber average EV / NTM EBITDA includes CCOI, TWTC and LVLT.

14

Confidential

WIN_00013614

Board of Directors Meeting - Investor Presentation

# Illustrative Pro Forma Capital Structure & Indicative Pro Forma Trading Range



windstream

## The proposed transaction is significantly deleveraging to New Windstream and provides the potential for substantial shareholder value creation

| (Dollars in Millions, Except per Share) | Current Windstream | New Windstream | PropCo | |
|---|---|---|---|---|
| Assumed Adjusted OIBDA Multiple | 6.2x | 6.2x | 14.9x | Triple-Net REIT Comp Average |
| Share Price (as of 4/24/14) | $ 8.99 | $ 7.63 | $ 10.07 | |
| *Shares Outstanding* | *598* | *598* | *598* | |
| Equity Value | $ 5,374 | $ 4,563 | $ 6,022 | |
| (+) Debt (as of 12/31/14E) [1] | 8,550 | 5,335 | 3,465 | |
| (-) Cash (as of 12/31/14E) | (50) | (50) | (100) | |
| Enterprise Value | $ 13,874 | $ 9,848 | $ 9,387 | |
| FY14E Revenue [2] | $ 5,897 | $ 5,897 | $ 650 | |
| FY14E Adjusted OIBDA [2] | 2,240 | 1,590 | 630 | |
| *% margin* | *38%* | *27%* | *97%* | |
| Total Leverage | 3.8x | 3.4x | 5.5x | |
| Net Leverage | 3.8x | 3.3x | 5.3x | |
| Dividend Yield | 11.1% | 1.3% | 6.0% | |

*Financial Assumptions:*
- Additional opex of $650M from lease payment to PropCo
- Paydown of ~$3.2B of debt
- Pro forma dividend of $0.10/share

*Financial Assumptions:*
- $650M revenue from lease
- ~$20M of operating expenses to support operations
- Leverage of 5.5x
- Pro forma dividend of $0.60/share

*Note: For illustrative purposes only and not intended to predict future share prices of New Windstream or PropCo.*
*(1) Excludes premium. FY14E debt estimated based on FCF and payout ratio guidance. Assumes New Windstream incurs $150M in transaction expenses and financing fees.*
*(2) FY14E Revenue and Adjusted OIBDA equal to Wall St. consensus estimates.*

15

Confidential

WIN_00013615

Board of Directors Meeting - Investor Presentation

# Key Next Steps


windstream

**WIN has performed significant diligence and has had numerous conversations with the IRS and rating agencies regarding this transaction**

- **2Q14**

  - File regulatory approval documentation with various regulatory authorities

    - Transaction will require regulatory approval in up to 10 ILEC states and 21 CLEC states

  - Prepare spin-off agreements and SEC filings (including pro forma financial statements for each company)

- **3Q14**

  - File Form S-11 with the SEC
  - Begin executing financing transactions

- **4Q14**

  - Distribution made after Form 10 declared effective and regulatory approval process completed

- **4Q14 / 1Q15**

  - PropCo to commence operations as a REIT

16

152

Confidential

WIN_00013616

Board of Directors Meeting - Investor Presentation

## Summary



- Transaction unlocks meaningful value for both organizations as well as for new and existing investors

- Windstream will be better positioned to focus on growth through high return expansion projects, while PropCo will focus on creating dividends

- New capital structure is better aligned with where we want to take the business and allows us to optimize opportunities for both companies

- Benefits equity and debt investors: Additional cash flow resulting from this structure will be used to accelerate debt paydown, increase revenue growth and ultimately shareholder returns

- Transaction presents limited operational complexity

**Transaction has little operational complexity and unlocks meaningful value facilitating reinvestment into the business, debt reduction and greater strategic and financial flexibility**

17

153

Confidential

WIN_00013617