# Exhibit D

**S&P Global**
Market Intelligence

# Uniti Group Inc. NasdaqGS:UNIT
# FQ4 2018 Earnings Call Transcripts
## Wednesday, March 20, 2019 8:15 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS (GAAP)** | 0.06 | 0.05 | ▼(16.67 %) | 0.05 | 0.03 | 0.04 | ▲33.33 | 0.19 |
| **Revenue (mm)** | 267.00 | 270.75 | ▲1.40 | 268.88 | 1014.07 | 1017.63 | ▲0.35 | 1085.54 |

Currency: USD
Consensus as of  Mar-11-2019 9:05 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS (GAAP) surprise     ▼ Negative EPS (GAAP) surprise     ● Neutral EPS (GAAP) surprise

| - EPS (GAAP) - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2018** | 0.01 | 0.00 | - |
| **FQ2 2018** | 0.02 | (0.03) | NM |
| **FQ3 2018** | 0.03 | 0.01 | ▼①(66.67 %) |
| **FQ4 2018** | 0.06 | 0.05 | ▼②(16.67 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ................................................................................... 3

Presentation ..................................................................................... 4

Question and Answer ..................................................................... 12

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Kenneth A. Gunderman**
*President, CEO & Director*

**Mark A. Wallace**
*Executive VP, CFO & Treasurer*

**ANALYSTS**

**Bora Lee**
*RBC Capital Markets, LLC,
Research Division*

**Frank Garrett Louthan**
*Raymond James & Associates,
Inc., Research Division*

**Matthew Niknam**
*Deutsche Bank AG, Research
Division*

**Philip A. Cusick**
*JP Morgan Chase & Co, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Welcome to Uniti Group's Fourth Quarter 2018 Conference Call. My name is Jimmy, and I will be your operator for today. A webcast of this call will be available on the company's website, www.uniti.com, beginning March 20, 2019, and will remain available for 14 days. [Operator Instructions]

The company would like to remind you that today's remarks include forward-looking statements and actual results can differ materially from those projected in these statements. The factors that could cause actual results to differ are discussed in the company's filings with the SEC. The company's remarks this afternoon will reference slides posted on its website, and you are encouraged to refer to those materials during this call.

Discussions during the call will also include certain financial measures that were not prepared in accordance with the generally accepted accounting principles. A reconciliation of these non-GAAP financial measures to the most directly comparable GAAP financial measures can be found on the company's current report on Form 8-K dated today.

I would now like to turn the call over to Uniti Group's Chief Executive Officer, Kenny Gunderman. Please go ahead, Mr. Gunderman.

**Kenneth A. Gunderman**
*President, CEO & Director*

Thank you. Good afternoon, everyone, and thank you for joining. Before I review our operational performance for the quarter, I'd like to reflect on currently -- current industry trends and company milestones we achieved in 2018.

Just like last year, demand for fiber infrastructure continued to be one of the top telecom themes in 2018 and going into 2019. In preparation for a broader rollout of 5G wireless and fixed wireless services, our wireless carrier customers are looking to densify their networks with both additional macro towers as well as small cell nodes.

As bandwidth consumption increases and new technologies continue to evolve and develop, the need for low latency, dense fiber will continue to increase. This densification will require a tremendous amount of fiber, and we believe that both Uniti Fiber and Uniti Leasing are uniquely positioned to capture this demand with over 5 million strand miles of available owned fiber.

At Uniti Fiber, we completed 3 dark fiber projects in 2018 and are currently in the process of completing the build out of several more dark fiber small cell projects, primarily in the Southeast, by the end of this year. In fact, we deployed our 1,000th small cell during the fourth quarter. We currently have approximately 1,700 small cells in our backlog and expect to deploy over 1,350 in 2019.

As we complete these projects, we will focus on leasing them up, not only with additional wireless opportunities, but enterprise, E-Rate and government opportunities, all of which have attractive economics and incremental yields. We continue to see positive momentum in our tower business. In the U.S., we continue to expect to build between 200 and 300 towers on average annually over the next 5 years.

With a backdrop of 5G densification, national wireless carriers continue to look for vendor diversity on new tower builds. Recently, AT&T announced that Uniti Towers is a strategic tower provider for them, and we look forward to fostering and expanding this relationship with AT&T for years to come. AT&T also acknowledged Uniti as a bundled infrastructure provider, including small cells, fiber and towers. We believe this comprehensive product suite distinguishes Uniti in the marketplace, principally with the wireless carriers and web-centric and national MSOs contemplating wireless strategies.

At Uniti Leasing, we announced 4 transactions in 2018, entering into a sale-leasebacks with TPx and CableSouth, acquiring fiber assets from CenturyLink and entering into a dark fiber lease with a national

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

MSO. We've been successful so far in leasing out these assets and expect similar opportunities to be abundant in 2019. We also recently announced our first strategic OpCo-PropCo transaction with Macquarie Infrastructure Partners and acquiring the fiber assets of Bluebird Network. We believe this deal structure can be replicated with other operating partners and provides the framework for future similarly structured transactions.

Together, these announced transactions represent an incremental $45 million of annual revenue with 90%-plus EBITDA margins and little to no additional CapEx required. By offering a full suite of services across Uniti Fiber, Uniti Towers and Uniti Leasing, we have the potential to further unlock significant value for our company. We currently have consolidated revenue remaining under contract of nearly $10 billion. And if you exclude revenue relating to the Windstream lease, our total revenue under contract grew over 45% from the prior year. It is important to know that over 90% of our revenue remaining under contract relates to leasing, towers, dark fiber and small cells, which have little to no churn associated with them and provide highly visible, steady cash flows over the next several quarters.

Let me now provide an update on our operational results. Uniti Fiber sales bookings in the fourth quarter were approximately $0.5 million of MRR, consistent with the prior quarter. 40% of our sales bookings in the fourth quarter came from local enterprises, government and K-12 schools, 37% from the 4 national wireless carriers and 23% from wholesale. We continue to see strong wireless momentum as the rollout of 5G services continues to ramp.

RFP activity for both small cells and backhaul from wireless carriers remains healthy in our markets, and we continue to see increased demand from nonwireless customers as well. For example, in the fourth quarter, we were awarded a 20-year contract from a national wireless carrier to build dark fiber to over 160 backhaul sites located primarily in the Southeast, which represents approximately $1 million of annual recurring revenue with an initial yield of approximately 15%.

We also signed a contract during the quarter for approximately 80 small cell nodes that are being deployed for enhanced coverage, including for first responders in the Florida Panhandle. Combined, both of these deals add over $23 million of total contractual revenue to our backlog.

Our E-Rate season is off to a good start as we expect to retain most of our existing business, and we've already won a handful of new deals as well. In fact, we were verbally awarded a 10-year contract with a large metropolitan school district in Florida that will add over $118,000 of MRR, representing total contract value of $14 million. We're already seeing benefits from our ITS acquisition as we have won a handful of deals that our ITS and Uniti sales teams partnered on.

We're actively pursuing several deals, including some larger scale ones, and we'll have a more comprehensive update on our E-Rate season during our next earnings call. Uniti Fiber installed $0.6 million of MRR during the fourth quarter 2018 with 18% related to bandwidth upgrades and 30% relating to dark fiber, backhaul and small cell projects. Installs were negatively impacted in the quarter by recovery efforts related to Hurricane Michael. Excluding the impact of the hurricane, installs would have been $0.9 million in the fourth quarter of '18, an increase of $0.2 million from the prior quarter and consistent with last year's fourth quarter activity level.

As we enter 2019, we continue to see solid improvement in dark fiber and small cell sites we won as we work closely with our customers and municipalities to complete these builds. We still expect the vast majority of our existing dark fiber and small cell construction projects will be completed by the end of 2019.

Total churn for the quarter, excluding intercompany churn related to the ITS transaction, was $0.5 million, resulting in a monthly churn rate of 0.8%, in line with the prior year's fourth quarter. For full year 2018, our monthly churn was 1%. We continue to make steady progress at Uniti Fiber as we work through most of the headwinds we outlined in prior quarters. We remain committed to our strategy of focusing on Tier 2 and Tier 3 markets with both attractive economics and competitive dynamics.

Turning to towers. We completed 78 new towers in the U.S. during the quarter. We also added 3 towers in Mexico, and our total tower count in the U.S. and Latin America combined now stands at 928 towers. In

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the U.S., we expect to complete construction of approximately 200 towers in 2019. Lease-up activity on our tower portfolio in the U.S. continues to ramp. Excluding towers acquired from Windstream and Hunt, our current tenancy ratio in the U.S. is at 1.1x. We look to continue to engage our wireless customers after furthering our existing relationships as they continue to look to diversify their existing vendor relationships.

In Uniti Leasing, we continue to see strong interest in additional opportunities, including additional lease-up, new sale-leasebacks and OpCo-PropCo structures. We remain actively engaged in leasing additional routes with customers across our entire footprint, including the largest content providers, MSOs and wireless carriers in the industry.

In fact, we signed an MLA with a national wireless customer in the fourth quarter on a 20-year term to lease long haul fiber, representing a total contract value of over $5 million. Based on our conversations with customers, we're targeting fiber portfolio acquisitions and new fiber builds in areas where we expect future demand is coming. With less than a year of development work, our current Uniti Leasing sales funnel continues to represent approximately $18 million of annual revenue and over $350 million of contract value.

With that, I will now turn the call over to Mark.

**Mark A. Wallace**
*Executive VP, CFO & Treasurer*

Thanks, Kenny. Good afternoon, everyone. We reported strong fourth quarter results with all of our business units demonstrating solid momentum going into this year. Industry trends remained favorable as the multiyear investment cycle and communication infrastructure remains healthy.

As the only diversified fiber-centric REIT, Uniti is well positioned to provide a differentiated value proposition as we offer a full suite of products and services across all 3 of our distinct business units. I'll start with a brief overview of 2018 this afternoon, but want to devote most of my comments to our outlook this year as we have the opportunity to achieve several significant milestones.

Turning to Slide 5. We reported consolidated revenues of $271 million, consolidated adjusted EBITDA of $210 million, AFFO attributable to common shares of $116 million and AFFO per diluted common share of $0.64. Net income attributable to common share for the quarter after transaction and integration-related cost was $12.3 million or $0.05 per diluted share. Net income for the quarter included $5.4 million of transaction-related cost, partially offset by approximately $3 million of income from changes in the fair value of contingent consideration.

Moving to our Leasing segment, 2018 and thus far in 2019, Uniti Leasing signed transactions that collectively will add over $45 million of annualized revenue. These transactions ranged in size from $30 million to $170 million with cumulative capital deployed expected to be over $320 million. That capital will earn attractive initial cash yields averaging over 10%. As important, each of these transactions has been structured with multiple growth drivers that had the potential to drive returns higher over the contractual lease term.

Uniti Leasing represents a growing proprietary business strategy within communication infrastructure to position fiber networks for their most productive use. Over time, we may well allocate more capital towards Uniti Leasing than any other business unit, given the attractive economics, substantial opportunity set and interest we have seen in future OpCo-PropCo transactions.

For the fourth quarter of last year, our Leasing segment revenues were just over $178 million with adjusted EBITDA of just under $178 million. Non-Windstream revenues and adjusted EBITDA were $4.3 million and $4 million, respectively, and should continue to represent a growing share of Uniti Leasing's revenues over the next several years. As previously announced, we completed the sale-leaseback and fiber acquisition with CableSouth Media, and the impact of that transaction is included in our results from its closing date on October 9 to year end.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Windstream made nearly $30 million of improvements during the quarter to our network with their capital, bringing the cumulative amount since our spinoff to over $600 million of tenant capital improvements. While Uniti Leasing essentially represents passive ownership and leasing of fiber on a nationwide basis, Uniti Fiber represents an operating platform with design, construction and operations across multiple fiber solution products and customer channels.

As such, Uniti Fiber is focused regionally in less competitive Tier 2 and Tier 3 markets, where we can build a dominant presence and take advantage of scale with a deep dense network footprint. Uniti Fiber revenues for the quarter were 800 -- Uniti Fiber revenues of $85 million and adjusted EBITDA of $36 million represented adjusted EBITDA margins of 42.8% for the quarter, which were slightly ahead of our expectations. These results include the acquisition of Information Transport Services (sic) [Solutions], or ITS, which closed on October 19 for a purchase price of $54 million. As you'll recall, ITS is a full-service provider of technology solutions to educational institutions. The result of ITS post-closing added approximately $9 million of revenue and $1.7 million of adjusted EBITDA in the quarter.

Fourth quarter results for Uniti Fiber were favorably impacted by about $3 million of nonrecurring or infrequent accrual adjustments, primarily relating to the successful settlement of billing disputes as well as franchise taxes and property tax reserves established during our initial purchase price allocations where the statute of limitations has expired or for which actual expenses were lower than anticipated once the state filings were completed.

The fourth quarter also included $1.2 million of revenue and $1.1 million of adjusted EBITDA for a title sale of fiber to an Air Force base. Uniti Fiber's fourth quarter results reflect no net cost related to Hurricane Michael as we currently expect our insurance to cover substantially all of these costs.

We continue to make progress on our dark fiber and small cell projects as we turned over 159 dark fiber and 196 small cell sites, adding annualized revenues of $2 million during the quarter. At the end of 2018, we had 7 major dark fiber projects and 7 small cell projects under development.

Uniti Fiber net success-based CapEx was $55.8 million, of which approximately 30% was directed towards our major dark fiber and small cell development projects. We also incurred $3.4 million of integration CapEx during the quarter, which is principally related to our off-net savings initiatives. Maintenance CapEx for the quarter was $2.5 million or about 3% of revenues.

Uniti Towers reported revenues of $4.5 million and adjusted EBITDA at $0.8 million for the fourth quarter. In the U.S., we completed construction of 78 towers during the fourth quarter and 209 towers for the full year 2018. In Latin America, we completed 3 towers during the fourth quarter and added 58 towers during the full year 2018, including the acquisition of 39 NMS development towers. CapEx was $26.6 million for the quarter. At year-end, Uniti Towers had 430 completed towers in the U.S., 498 completed towers in Latin America and approximately 320 towers in various stages of development in the U.S.

During the fourth quarter, we issued an aggregate 2.3 million shares of common stock off of our at-the-market program, or ATM program, at prices ranging from $19.45 to $20.15 per share. That brings total shares issued under our ATM program during 2018 to 5.5 million shares at average prices ranging from $19.45 to $21.04 per share. As I mentioned on our last call, we funded approximately $500 million of acquisitions on our line of credit as well as organic growth CapEx in 2018. Equivalently, the ATM proceeds were used to repay outstanding amounts under our revolver and to manage our leverage within previously established target levels.

Please turn to Slide 6. I'll now cover our 2019 guidance. Our outlook excludes any future acquisitions, capital market transactions and future transaction and integration cost, except those specifically identified in our comments or presentations today. Our current outlook assumes Windstream continues to make timely payments on all rent under our master lease.

The expected sale of our Latin American tower business is included in our guidance, based on the anticipated close date of April 1, 2019, for gross proceeds of approximately $100 million. The acquisition of the Bluebird fiber network, sale of our Uniti Fiber Midwest operations to Macquarie, and the concurrent

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

lease of the Bluebird and Midwest fiber networks to Macquarie are included in our outlook, based on the anticipated close date of October 1.

Our outlook is subject to adjustments based on the events arising during Windstream's reorganization proceedings, the timing and closing of acquisitions, any future capital market transactions, market conditions, finalization of purchase price allocations related to acquisitions and other factors. Actual results could differ materially from these forward-looking statements.

Our current outlook -- our current full year outlook for 2019 includes the following for each segment. Starting with Uniti Fiber, at the midpoint, we expect Uniti Fiber to contribute $337 million of revenue and $128 million of adjusted EBITDA in 2019, including the contribution of ITS of approximately $49 million of revenues and $9 million of adjusted EBITDA.

At the midpoint of our outlook range, our revenue guidance represents an as-reported growth rate of about 17% over full year 2018 levels and 5% over 2018 adjusted levels. Our annualized 4Q '18 to annualized 4Q '19 core organic revenue growth rate is expected to be approximately 6.5%, excluding the impact of the ITS acquisition. Excluding the nonrecurring and infrequent items mentioned earlier, normalized 4Q '18 annualized core organic growth is expected to be 10%.

Adjusted EBITDA margin should be about 38% for the full year at the midpoint. Excluding the impact of ITS, for which margins average about 18%, Uniti Fiber's adjusted EBITDA margin should be about 42% for the full year.

During 2019, we expect to make investments at Uniti Fiber in personnel to grow our bookings, accelerate install rates and improve other cycle times as well as internalize some outsourced services and enhance our sales, support and delivery functions. Accordingly, Uniti Fiber's outlook includes the addition of about 150 personnel by the end of 2019. We expect the cash cost of the increase in headcount in 2019 to be about $10 million with the adjusted EBITDA impact net of capitalized labor of approximately $6 million.

Excluding the impact of ITS, we expect adjusted EBITDA margins to be lower in early 2019 than the average for the full year and then improve to approximately 44% by the fourth quarter as dark fiber sites turn over, install rates accelerate, and we realize off-net or net savings.

Turning to Slide 7. We expect to achieve 10% growth of MRR in core revenues this year, excluding ITS. We expect to install approximately $51 million of annualized MRR during the year, including $17 million for dark fiber and small cell connections, $30 million for lit services and $4 million for bandwidth upgrades. Monthly churn for 2019 is forecast to average 0.8% compared to 1% in 2018. Disconnect churn is expected to be front-loaded in the first quarter of the year due to anticipated timing of [ the Turtle ] Beach and Atlanta lit backhaul disconnects.

Net success-based CapEx for Uniti Fiber in 2019 should be about $125 million at the midpoint, of which about 45% will be directed towards dark fiber and small cell projects. Of the 7 dark fiber projects and 7 small cell projects currently under construction, we expect all of these to be completed by year-end, except 2 dark fiber projects and one small cell project that will finish by the end of 2020.

Upon completion, these 14 projects are projected to consume $57 million of net capital in 2019 and $24 million in 2020, will add annualized incremental revenues of about $20 million, add approximately 100,000 fiber strand miles and will bring 1,380 small cells on air. We expect Uniti Fiber's net success-based capital intensity to decrease to 42% in 2019 and then trend towards the mid-30% range thereafter. We also expect integration and maintenance CapEx for 2019 of $9 million and $7 million, respectively.

As you know, one of the most attractive characteristics of Uniti Fiber's business is the long-term customer contracts that provide good line of sight to revenues. Uniti Fiber entered 2019 with $1.4 billion of revenues under contract, up 3% from the end of 2017, including $440 million of backlog expected to be activated over the next 3 years. 48% of revenues under contract and 75% of our backlog are for dark fiber and future small cell deployments with wireless carriers as the anchor tenants.

Turning now to Uniti Leasing on Slide 8. We expect Uniti Leasing 2019 revenues and adjusted EBITDA to be $722 million and $716 million, respectively, at the midpoint. Non-Windstream related revenues in 2019

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is expected to be $27 million, including the expected closing of Bluebird on October 1 of this year, which will add approximately $5 million of revenue and adjusted EBITDA post close. Based on this outlook, as reported non-Windstream revenues will be up nearly 350% or $20.5 million over 2018.

Windstream cash revenue of approximately $659 million this year reflects the 1.5% escalator effective May 2019. Of the $21 million of incremental non-Windstream revenues in 2019 compared to as reported revenues in 2018, about [ $60 million ] Is from 3 transactions completed last year, mainly TPx, CableSouth and CenturyLink and $5 million from Bluebird.

On Slide 19, you will see a summary of the additional Uniti Leasing transactions we have announced to-date. Combined, these deals represent over $845 million of revenue under contract and over 600,000 fiber strand miles of leasable fiber, of which there are approximately 285,000 fiber strand miles Uniti has exclusive use of.

As I mentioned earlier, these deals have attractive economics with a combined initial cash yield of over 10% with the potential for higher cumulative yields through additional lease-up over the life of the contract terms, which generally range from 15 to 25 years.

Turning to Slide 10. As previously announced, we have signed an agreement to sell our Latin American tower business for approximately $100 million to Phoenix Towers. We expect that transaction to close on or around April 1, 2019, and have included the Latin American results in our 2019 guidance only up to that estimated closing date.

Last year, the Latin American business contributed $9.4 million in revenues and $2.7 million of adjusted EBITDA. For 2019, we expect towers' revenues to be about $15 million with reported adjusted EBITDA of about $0.5 million, as we continue to invest in building our U.S. tower business. In the U.S., we expect Uniti Towers to complete the construction of about 200 towers this year with capital expenditures forecast to range from $60 million to $70 million that will result in Uniti Towers having approximately 620 completed towers in the U.S. at year-end.

Turning to Slide 11. For 2019, we expect full year AFFO to range between $2.23 and $2.29 per diluted share with the midpoint of $2.26 per diluted share. On a consolidated basis, we expect revenues to be nearly $1.1 billion and adjusted EBITDA to be $823 million at the midpoint. Our guidance contemplates consolidated interest expense for the full year of $372 million to $376 million with the increase primarily related to the higher interest rate on our term loans moving from LIBOR plus 300 to LIBOR plus 500 as a result of the recently executed credit agreement amendment.

Weighted average common shares outstanding for the full year 2019 are expected to be approximately 183 million shares. We expect our Consumer CLEC business revenues to be approximately $10 million to $11 million with average adjusted EBITDA margins of 20%, consistent with prior trends. Corporate SG&A, excluding amounts allocated to business segments, should be approximately $30 million, including $6 million of stock-based compensation expense.

As a reminder, guidance ranges for key components of our outlook are included in the appendix to our presentation. On Slide 12, we have provided a tabular reconciliation from our 2018 results to our 2019 guidance, which summarizes some of my comments this afternoon.

Solid organic growth from all of our business segments, the full year impact of ITS and incorporation of the M2 and Bluebird transactions into our forecast are expected to contribute $0.12 of AFFO per share to our 2019 outlook. The majority of the dilutive impact relate to the increased interest rate on our term loans, higher-average debt levels and issuance of shares under our ATM program.

Turning now to our balance sheet. At quarter-end, we had approximately $150 million of combined unrestricted cash and cash equivalent and [ undrawn ] capacity under our revolving credit agreements. Our leverage ratio under our debt agreements at year-end stood at 5.9x based on net debt to adjusted -- to annualized adjusted EBITDA, and that level continues to be our intermediate target range subject to periodic fluctuations.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 4:19-cv-00756-BSM    Document 63-4    Filed 07/10/20    Page 11 of 12

**UNITI GROUP INC. FQ4 2018 EARNINGS CALL | MAR 20, 2019**

On March 19, 2019, our board declared a dividend of $0.05 per share to stockholders of record on April 1, payable to stockholders on April 15, representing an annualized dividend yield of approximately 2% based on recent trading levels. The declared dividend is substantially less than the amount permitted under our recent credit agreement amendment. For tax year 2019, dividends attributable to our capital stock are allowed to be approximately $180 million, including the dividend paid in January this year.

Over the next 4 quarters, such dividends are allowed to be just under $70 million or about $0.37 per common share under our credit agreement. Assuming the full $0.37 is declared by our board for the 2019 tax year, that amount would represent an annualized yield over the next 4 quarters of about 3.8% based on recent trading levels. We expect our board will reconsider our dividend policy as key developments in Windstream's reorganization occur such as lease acceptance and/or Windstream's emergence for bankruptcy proceedings.

With that, I'll turn the call back over to Kenny.

**Kenneth A. Gunderman**
*President, CEO & Director*

Thanks, Mark. I'll now cover in more detail the sale of our Latin American tower portfolio. We've agreed to sell our tower portfolio in Latin America to PTI for approximately $100 million, or 37.5x 2018 adjusted EBITDA. The portfolio consists of approximately 500 towers located across Mexico, Colombia and Nicaragua. We believe this transaction realizes significant value for our shareholders as it represents an unlevered IRR of approximately 27% over a 3-year time period as well as an economic gain of over $20 million. This transaction also allows Uniti to focus more on communications infrastructure growth opportunities in the U.S. as building towers continues to be a significant part of our overall strategy to provide a full suite of solutions to wireless carriers as well as other customers.

The transaction is subject to customary closing conditions and is expected to close by April 1, 2019. The communications infrastructure M&A environment remains very robust. Uniti is uniquely positioned to participate as both a buyer and a seller with very valuable assets as well as with other -- as well as with our proprietary toolkit, including OpCo-PropCo structures on both new and existing assets. We believe this flexibility will not only provide value-enhancing liquidity alternatives, but also allows us to remain active with our diversification efforts during the duration of Windstream bankruptcy procedures.

I'd now like to discuss the recent events related to Windstream. As most of you are aware, Windstream recently received an unfavorable court ruling related to its Aurelius lawsuit. As a reminder, Uniti was not a party to this litigation and the validity of our master lease agreement was not challenged by the court's ruling. Subsequently, on February 25, Windstream commenced voluntary restructuring proceedings under Chapter 11 of the U.S. Bankruptcy Code. Obviously, we're disappointed by this outcome, but we've been contingency planning with our board and advisers for this possibility for some time. For example, as I've said for numerous quarters now, we've been focusing on smaller M&A transactions in order to minimize our capital markets exposure given the volatility in our securities.

As a result and as a result of several other steps we're taking, we believe we now have the ability to navigate the Windstream bankruptcy proceedings without having to raise external capital and still be able to invest uninterrupted in our premier fiber, tower and leasing businesses, including potentially pursuing smaller M&A transactions. We feel confident that Windstream will successfully restructure its balance sheet and remain focused on operating its business in normal course in the meantime. It is in all parties interest to minimize disruption and service to customers, and we're pleased that Windstream has chosen to remain current with all critical vendors, including Uniti.

Our network leased to Windstream is vitally important to Windstream, and we fully expect our commercial relationship to remain in place during and after bankruptcy. Also as Uniti and Windstream have been saying for almost 2 years now, we remain open to pursuing mutually beneficial transactions between the 2 companies that could be credit enhancing for Windstream and value accretive to Uniti.

The volatility in our stock price since the court's ruling and subsequent bankruptcy filing are largely related to an impression that our relationship with Windstream will be impaired to the detriment of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence                                                                    **10**

our stockholders. We disagree with this impression. In fact, we believe that our relationship could be strengthened to both companies' benefit. At the conclusion of the bankruptcy proceedings, we are optimistic that Windstream will not only be a stronger tenant, which will be beneficial to Uniti, but we believe our commercial relationship could be enhanced.

In the meantime and in the face of the volatility of our securities, we're choosing to invest our discretionary capital into growing our fiber, tower and leasing businesses and continuing to pursue value-accretive M&A. At this unique moment and time in Uniti's history, we believe this decision will result in better long-term returns for our stockholders.
Operator, we will now -- we're now ready to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.