# Exhibit K

MENU

Note: Quote Data is Delayed At Least 15 Minutes

# UNITI GROUP INC UNIT

**QUOTE**    **OPTIONS**

## QUOTE

### UNITI GROUP INC (UNIT)

# 9.475     +0.235 (+2.54%)

**Last Trade Time: 07/07/2020 11:53:13**

| LAST: | CHANGE: | % CHANGE: | VOLUME: |
|---|---|---|---|
| 9.475 | +0.235 | +2.54% | 342054 |
| TRADESIZE: | BID-ASK: | BSIZEXASIZE: | PREVPRICE: |
| 100 | 9.47/48 | 14x7 | 9.24 |
| OPEN: | HIGH: | LOW: | 52WKHI: |
| 9.22 | 9.51 | 9.17 | 11.08 |
| 52WKHIDATE: | 52WKLO: | 52WKLODATE: | BETA: |
| 03/03/20 | 4.86 | 04/16/20 | 0.9461 |
| EXCHANGE: | | | |
| NASD | | | |

## CHART



Symbol Search    +   ↔   ⮊   📈   •••   ⮊

UNIT | O: 9.22 | H: 9.51 | L: 9.17 | Δ: 0.235

13.00

12.00

11.00

10.00

9.475

9.00

8.00



| Date | 12/19/19 |
|---|---|
| **UNIT** | |
| Open | 8.21 |
| High | 8.51 |
| Low | 8.08 |
| Close | 8.25 |

VOL (UNIT)

Default    4.03M

## HISTORIC PRICES

Daily ▾   | 2019-07-24 | To | 2019-07-26 |   GO

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 07/26/2019 | 8.60 | 8.69 | 8.52 | 8.60 | 1,342,222 |
| 07/25/2019 | 8.83 | 8.87 | 8.48 | 8.60 | 1,883,696 |
| 07/24/2019 | 8.38 | 8.87 | 8.28 | 8.84 | 4,069,575 |

## INDICES

| DESCRIPTION | LAST | CHANGE (%) |
|---|---|---|
| NYSE COMPOSITE INDEX NEW | 12096.2154 | -63.7928 (-0.52%) |
| NYSE US 100 FUND | 10269.3589 | -29.7360 (-0.29%) |

Case 4:19-cv-00756-BSM    Document 63-11    Filed 07/10/20    Page 4 of 4

| DOW JONES INDUSTRIAL AVERAGE | 26114.27 | -172.76 (-0.66%) |
|---|---|---|
| S & P 500 INDEX | 3180.79 | +1.07 (+0.03%) |
| NYSE FANG+ TM INDEX | 4559.6629 | +50.4896 (+1.12%) |
| NYSE BITCOIN INDEX | 9250.3429 | +26.7497 (+0.29%) |

## COMMODITIES - ENERGY

| DESCRIPTION | LAST | CHANGE (%) |
|---|---|---|
| BRENT CRUDE OIL | 43.33 | +0.23 (+0.53%) |
| GAS OIL | 370.00 | -2.50 (-0.67%) |
| LIGHT CRUDE OIL-WTI | 40.82 | +0.19 (+0.47%) |
| NY HARBOR RBOB GASOLINE BLEND | 1.2693 | +0.0285 (+2.30%) |
| HEATING OIL | 1.2494 | +0.0077 (+0.62%) |

## COMMODITIES - SOFTS

| DESCRIPTION | LAST | CHANGE (%) |
|---|---|---|
| COFFEE | 97.20 c | () |
| COCOA | 2187 c | () |
| SUGAR #11 (WORLD) | 11.98 | +0.05 (+0.42%) |
| COTTON | 63.07 c | () |

## COMMODITIES - PRECIOUS METALS

| DESCRIPTION | LAST | CHANGE (%) |
|---|---|---|
| GOLD/US DOLLAR | 1795.194 | +12.346 (+0.69%) |
| SILVER/US DOLLAR | 18.3141 | +0.0555 (+0.30%) |
| PLATINUM/US DOLLAR | 839.518 | +18.018 (+2.19%) |
| PALLADIUM/US DOLLAR | 1927.652 | -11.848 (-0.61%) |

Market Data is delayed by 15 minutes and is for informational and/or educational purposes only. In certain circumstances, securities with respect to which the relevant exchange has commenced delisting proceedings may continue to be traded pending appeal of that determination. To view a list of securities that are subject to delisting, including those that continue to be traded pending appeal, please click here (/regulation/delistings).

CUSIP identifiers have been provided by CUSIP Global Services, managed on behalf of the American Bankers Association by Standard & Poor's Financial Services, LLC, The CUSIP Database, © 2020 American Bankers Association. "CUSIP" is a registered trademark of the American Bankers Association.

Yield data is for informational purposes only.