## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE UNITI GROUP INC. SECURITIES LITIGATION

No. 4:19-cv-00756-BSM

**PARTIES' JOINT INTERIM REPORT IN RESPONSE
TO JULY 17, 2020 INITIAL SCHEDULING ORDER**

Pursuant to the Court's scheduling order dated July 17, 2020 (ECF No. 65), Lead Plaintiffs Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust, Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA ("Plaintiffs") and Defendants Uniti Group Inc. ("Uniti"), Kenneth A. Gunderman, and Mark A. Wallace ("Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully submit this Interim Joint Report. By emails dated July 29, 2020 and July 31, 2020, counsel for the Parties met and conferred and agreed as follows:

**I.      BACKGROUND**

Between October 25, 2019, and December 23, 2019, several Uniti shareholders filed putative securities class actions against Defendants, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Securities and Exchange Commission Rule 10b-5.  The actions were subsequently consolidated by this Court's order dated March 12, 2020. (ECF No. 44.)  On April 14, 2020, this Court entered an order, which, among other things, adopted a joint scheduling stipulation previously entered in one of the earlier filed actions. (ECF No. 60.)  That joint stipulation provided, among other things, for a briefing schedule with respect

to dispositive motion practice.  (ECF No. 12.)  The stipulation also provided that, in accordance with the Private Securities Litigation Reform Act of 1995, "all discovery and other proceedings are stayed" pending a decision on Defendants' motion to dismiss.  (*Id.* ¶ 8(e) (citing 15 U.S.C. § 78u-4(b)(3)(B)).)

On May 11, 2020, Plaintiffs filed the operative Consolidated Amended Class Action Complaint (the "Amended Complaint") (ECF No. 62).

On July 10, 2020, Defendants moved to dismiss the Amended Complaint.  (ECF No. 63.)  Under the Court's previously entered scheduling order (ECF No. 12 (as adopted by ECF No. 60)), that motion is not scheduled to be fully briefed until October 23, 2020.

On July 17, 2020, this Court entered an initial scheduling order, directing the Parties to hold a Rule 26(f) conference by September 24, 2020, and to submit a Rule 26(f) Report by October 7, 2020.  (ECF No. 65.)  The order also set a proposed trial date of August 9, 2021. [1]

## II.     RULE 26(f) CONFERENCE AND REPORT

As reflected in the joint stipulation previously adopted by the Court, the PSLRA imposes an automatic stay of "all discovery and other proceedings" during the pendency of any motion to dismiss.  15 U.S.C. § 78u-4(b)(3)(B); *see Cornielsen v. Infinium Capital Mgmt., LLC*, 916 F.3d 589, 601 (7th Cir. 2019) ("The PSLRA imposes an automatic stay on discovery while a motion to dismiss is pending, absent exceptional circumstances."); *Collier v. Aksys Ltd.*, 179 F. App'x 770, 771 (2d Cir. 2006) ("Under the [PSLRA], there is an automatic stay of discovery pending a review of the sufficiency of the pleadings."); *Medhekar v. U.S. Dist. Court for the N. Dist. of Cal.*, 99 F.3d 325, 328-29 (9th Cir. 1996) (holding that PSLRA imposes stay on initial

---

[1] On September 15, 2020, counsel for Plaintiffs and Defendants contacted the Court by telephone to bring attention to the PSLRA stay and to note that this report therefore does not contain all of the usual elements contemplated in Local Rule 26.1.

disclosures and related discovery requirements during pendency of motion to dismiss); *In re Tyson Foods, Inc. Sec. Litig.*, 2018 WL 1598670, at *18 (W.D. Ark. Mar. 31, 2018) (noting that the PSLRA "imposed a statutory discovery stay until motions to dismiss are resolved").

The Parties have met and conferred and agree that the PSLRA's mandatory stay of discovery and other proceedings applies to this action. Accordingly, the Parties respectfully submit that it would be premature for the parties to engage in substantive discussions regarding the matters addressed in Rule 26(f) of the Federal Rules of Civil Procedure, and that all discovery issues, including those to be submitted in connection with a Rule 26(f) Report, should be postponed until this Court issues a decision on Defendants' pending motion to dismiss.

Accordingly, the Parties respectfully request that the Court adjourn the deadlines for holding a Rule 26(f) conference and submitting a substantive Rule 26(f) report until after the Court rules on Defendants' motion to dismiss.

Dated: September 15, 2020

By: */s/Jess Askew III*
Jess Askew III, Ark. Bar No. 86005
Andrew King, Ark. Bar No. 2007176
Frederick H. Davis, Ark. Bar No. 2012271
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3706
(501) 975-3000 Telephone
jess.askew@kutakrock.com
andrew.king@kutakrock.com
frederick.davis@kutakrock.com

Edmund Polubinski III *
Brian M. Burnovski *
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
brian.burnovski@davispolk.com

* *admitted pro hac vice*

*Counsel for Defendants Uniti Group Inc.,
Kenneth A. Gunderman, and Mark A. Wallace*


— and —


By: */s/Christine M. Fox*
Christine M. Fox
Ross M. Kamhi
LABATON SUCHAROW LLP
CAROL C. VILLEGAS
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
cvillegas@labaton.com
cfox@labaton.com
rkamhi@labaton.com


By: */s/ Debra J. Wyman*
Debra J. Wyman
Ting H. Liu
ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
tliu@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

Geoffrey P. Culbertson
PATTON TIDWELL & CULBERTSON, LLP
GEOFFREY P. CULBERTSON
2800 Texas Blvd.
Texarkana, TX 75503
Telephone: 903/792-7080
903/792-8233 (fax)
gpc@texarkanalaw.com

*Liaison Counsel for the Class*

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel: (424) 303-1964
Email: brian@schallfirm.com

Guillaume Buell
THORNTON LAW FIRM LLP
1 Lincoln Street, 25th Floor
Boston, MA 02111
Tel: (617) 720-1333
Email: gbuell@tenlaw.com

*Additional Plaintiffs' Counsel*