UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | ) ) ) | Master File No. 4:19-cv-00756-BSM |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | JOINT MOTION SEEKING ENTRY OF THE [PROPOSED] STIPULATED |
| ALL ACTIONS. | ) ) | PROTECTIVE ORDER |
| | ) | |

4842-3796-8116.v1

The parties jointly request approval of their [Proposed] Stipulated Protective Order ("Protective Order"), attached hereto as Exhibit A.  The parties have met and conferred in good faith on multiple occasions prior to submitting the Protective Order to the Court. Therefore, the parties respectfully request that the Court enter the Protective Order in its entirety and grant all other appropriate relief.

DATED:  July 27, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN
TING H. LIU


                        DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  debraw@rgrdlaw.com
            tliu@rgrdlaw.com

LABATON SUCHAROW LLP
CAROL C. VILLEGAS
CHRISTINE M. FOX
ROSS M. KAMHI
CHARLES FARRELL
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
E-mail:  cvillegas@labaton.com
            cfox@labaton.com
            rkamhi@labaton.com
            cfarrell@labaton.com

Lead Counsel for Lead Plaintiffs

- 1 -

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, TX 75503
Telephone: 903/792-7080
903/792-8233 (fax)
E-mail: gpc@texarkanalaw.com

Liaison Counsel for the Class

SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 424/303-1964
877/590-0483 (fax)
Email: brian@schallfirm.com

THORNTON LAW FIRM LLP
GUILLAUME BUELL
1 Lincoln Street, 25th Floor
Boston, MA 02111
Telephone: 617/720-1333
617/720-2445 (fax)
Email: gbuell@tenlaw.com

Additional Plaintiffs' Counsel

- 2 -

- 3 -

DATED:  July 27, 2021

KUTAK ROCK LLP
Jess Askew III, Ark. Bar No. 86005
Andrew King, Ark. Bar No. 2007176
Frederick H. Davis, Ark. Bar No. 2012271
ANDREW KING
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3706
(501) 975-3000
jess.askew@kutakrock.com
andrew.king@kutakrock.com
frederick.davis@kutakrock.com
Counsel for Defendants Uniti Group Inc.,
Kenneth A. Gunderman, and Mark A.
Wallace

DAVIS POLK & WARDWELL LLP
Edmund Polubinski III *
Brian M. Burnovski *
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
brian.burnovski@davispolk.com
* *admitted pro hac vice*
Additional Defendants' Counsel

- 3 -

4842-3796-8116.v1