UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | ) ) ) | Master File No. 4:19-cv-00756-BSM |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF PLAINTIFFS' |
| ALL ACTIONS. | ) ) ) | MOTION FOR CLASS CERTIFICATION |

4854-4200-8320.v1

I, DEBRA J. WYMAN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Plaintiffs Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA, in the above-entitled action.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Expert Report by Chad Coffman, CFA, dated October 25, 2021;

Exhibit B:    Firm Resume of Robbins Geller Rudman & Dowd LLP; and

Exhibit C:    Firm Resume of Labaton Sucharow LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 25, 2021, at San Diego, California.

_____
DEBRA J. WYMAN

- 1 -

4854-4200-8320.v1