# Exhibit E

**Labaton Sucharow**

**Christine M. Fox**
Partner
212 907 0784  direct
212 907 0700  main
212 883 7584  fax
cfox@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

November 1, 2021

**VIA E-MAIL**

Nikolaus Williams
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
nikolaus.williams@davispolk.com

RE:     *In re Uniti Group Inc. Securities Litigation*, No. 4:19-CV-00756 (E.D. Ark.)

Dear Nik:

Plaintiffs write to provide a list identifying all federal securities class actions brought under the PSLRA from November 1, 2016 to August 31, 2021 in which Lead Plaintiffs Steamfitters Local 449 Pension Plan and Wayne County Employees' Retirement System were, or sought to be, a lead plaintiff or class representative.

**Steamfitters Local 449 Pension Plan**
*Lentsch v. Vista Outdoor Inc.*, No. 1:17-cv-00012-DAK (D. Utah)
*Steamfitters Local 449 Pension Plan v. Molina Healthcare, Inc.,* No. 2:18-cv-03579-AB-JC (C.D. Cal.)
*In re Weight Watchers International, Inc. Securities Litigation,* No. 1:19-cv-02005-WHP (S.D.N.Y.)
*In re AT&T/DirecTV Now Securities Litigation,* No. 1:19-cv-02892-VEC (S.D.N.Y.)
*In re Uniti Group Inc. Securities Litigation*, No. 4:19-cv-00756-BSM(E.D. Ark.)
*Flynn v. Exelon Corp.,* No. 1:19-cv-08209 (N.D. Ill.)
*Swanson v. Interface, Inc.,* No. 1:20-cv-05518-BMC (E.D.N.Y.)

**Wayne County Employees' Retirement System**
*Galmi v. Teva Pharmaceutical Industries Limited,* No. 2:16-cv-08259-TJH-AS (C.D. Cal.)
*Miller v. AmTrust Financial Services, Inc.*, No. 2:17-cv-01608-CAS-FFM (C.D. Cal.)[1]
*In re Envision Healthcare Corp. Securities Litigation*, No. 3:17-cv-01112 (M.D. Tenn.)
*Bhatt v. Tech Data Corp.,* No. 8:17-cv-2185-T-02AEP (M.D. Fla.)
*In re Frontier Communications, Corp. Stockholders Litigation,* No. 3:17-cv-01617-VAB (D. Conn.)
*Chun v. Fluor Corp.,* No. 3:18-cv-01338-X (N.D. Tex.)
*Wayne County Employees' Retirement System v. Mavenir, Inc. f/k/a Xura, Inc.*, No. 1:18-cv-01229-SB (D. Del.)
*Kanefsky v. Honeywell International Inc.,* 2:18-cv-15536-WJM-JSA (D.N.J.)

---

[1] Lead Plaintiff Motion withdrawn before case transferred to S.D.N.Y.

# Labaton Sucharow

Nikolaus Williams
November 1, 2021
Page 2

*In re DXC Technology Co. Securities Litigation,* No. 1:18-cv-01599-AJT-MSN (E.D. Va.)
*In re EQT Corp. Securities Litigation,* No. 2:19-cv-00754-RJC (W.D. Pa.)
*In re Uniti Group Inc. Securities Litigation*, No. 4:19-cv-00756-BSM (E.D. Ark.)
*Union Asset Management Holding AG v. Fluor Corp.,* 3:20-cv-00518-X (N.D. Tex.)
*Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc.,* No. 1:20-cv-05635-NRB (S.D.N.Y.)
*In re Astrazeneca PLC Securities Litigation,* No. 1:21-cv-00722-JPO (S.D.N.Y.)

Plaintiffs also confirm that this is the only federal securities class action brought under the PSLRA from November 1, 2016 to August 31, 2021 in which Lead Plaintiff David McMurray was, or sought to be, a lead plaintiff or class representative.

Very truly yours,

Christine M. Fox

cc:    Ross Kamhi, Esq.
       Charles Farrell, Esq.
       Debra J. Wyman, Esq.
       Ting Liu, Esq.
       Brian M. Burnovski, Esq.