# Exhibit I

**Davis Polk**

Nikolaus Williams
+1 212 450 3381
nikolaus.williams@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

October 28, 2021

Re: *In re Uniti Group Inc. Securities Litigation*, No. 4:19-CV-00756 (E.D. Ark.)

Christine M. Fox
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

Dear Ms. Fox:

I write on behalf of Defendants in the above-captioned matter regarding Defendants' First Set of Requests for Production of Documents (the "Requests" and each a "Request"), Plaintiffs' Responses and Objections to the Requests (the "Responses" and each a "Response"), and the parties' June 24, 2021, June 29, 2021, and October 26, 2021 meet and confers regarding the Requests and Responses.   We set forth below our understanding of the parties' agreements and/or positions with respect to the issues discussed during our October 26, 2021 meet and confer.

### *Request Nos. 2, 7, 9, 16–17*

During the meet and confer, Plaintiffs confirmed that, insofar as their Responses to these Requests stated that Plaintiffs would produce documents that "relate to Plaintiffs' transactions in Uniti securities," that language was not intended to narrow the scope of the Requests, and that Plaintiffs did not intend to withhold non-privileged documents in their possession, custody, or control that hit on the agreed-upon search terms and are responsive to the Requests as originally drafted.

### *Request No. 38*

In their letter dated October 13, 2021, Plaintiffs proposed providing a list identifying all federal securities class actions brought under the PSLRA in which Lead Plaintiffs were, or sought to be, a lead plaintiff or class representative from November 1, 2016 to August 31, 2021.  Defendants accept this proposal, but reserve all rights with respect to seeking documents responsive to the Request as originally drafted.

### *Request No. 39*

In their letter dated October 13, 2021, Plaintiffs represented that they have not identified any depositions taken of Steamfitters Local 449 Pension Plan or Wayne County Employees' Retirement System in any federal securities class actions brought under the PSLRA in which the Pension Funds

**Davis Polk**   Christine M. Fox

were, or sought to be, a lead plaintiff or class representative from November 1, 2016 to August 31, 2021.

During the meet and confer, Defendants asked whether Plaintiffs were willing to investigate whether any depositions had been taken of the Pension Funds in securities cases not arising under the PSLRA or for any period before November 1, 2016.  Plaintiffs said they were not.

During the meet and confer, Defendants also asked whether Plaintiffs had identified any depositions taken of Lead Plaintiff David McMurray in any federal securities class actions brought under the PSLRA from November 1, 2016 to August 31, 2021.  Plaintiffs stated that they would investigate. Please let us know what you discover as soon as possible.

### *Request No. 40*

During the meet and confer, Defendants asked if Plaintiffs were willing to provide documents responsive to this Request for any period.  Plaintiffs said they were not.

* * *

We are willing to meet and confer on any issues as necessary.

Very truly yours,

*/s/ Nikolaus Williams*
Nikolaus Williams