# Exhibit J

## Williams, Nikolaus

| | |
|---|---|
| **From:** | Fox, Christine <CFox@labaton.com> |
| **Sent:** | Thursday, October 14, 2021 8:30 PM |
| **To:** | Williams, Nikolaus |
| **Cc:** | Burnovski, Brian M.; Hu, Diane S.; Magy, Daniel S.; Pucci, Michael V.; Debra Wyman; Ting Liu; Kamhi, Ross; Farrell, Charles; Cividini, Derick |
| **Subject:** | Re: [EXTERNAL]RE: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs |

Nik,

We do not agree to run these additional terms. But happy to certify that the meet and confer process on this issue has concluded should you require such certification to move to compel.

Chris

Sent from my iPhone

> On Oct 14, 2021, at 8:21 PM, Williams, Nikolaus <nikolaus.williams@davispolk.com> wrote:
>
> Chris,
>
> Thanks for your email.
>
> With respect to the names of the custodian banks, we disagree that those terms will not produce relevant information.  If, as you maintain, the pension funds did not make specific investment decisions with respect to Uniti securities, then it is important to understand what communications and instructions they were providing the custodian banks and investment managers even if those communications do not hit on "Uniti."  Moreover, any burden argument is premature; Plaintiffs should run those terms and provide a hit count, just as Defendants did for the search terms that Plaintiffs proposed that were objectionable to Defendants (and as contemplated by the ESI protocol).
>
> In addition, based on our discussions with the custodian banks and investment managers that we recently subpoenaed, we understand that Plaintiffs' investments in Uniti securities may have been through funds managed by the investment managers.  If that is the case, we believe the funds' names should be included as search terms, since documents hitting on those funds names would be relevant but may not hit on "Uniti" or the other search terms.  Because we do not yet know those funds' names, we ask that you find out that information from your pension fund clients and include the names as search terms.
>
> Given the parties' agreement on the remaining search terms and custodians, and the upcoming document production deadline, we see no reason why Plaintiffs should not proceed with reviewing the documents that hit on the remaining search terms.  Please confirm that Plaintiffs will do so.
>
> Thanks,
> Nik

**From:** Fox, Christine <CFox@labaton.com>
**Sent:** Wednesday, October 13, 2021 6:02 PM
**To:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Cc:** Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>; Cividini, Derick <DCividini@labaton.com>
**Subject:** Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Nik,

In response to your questions:

1) Plaintiffs do <u>not</u> intend to run the two custodial bank names as search terms (in any format - short name, domain name, or full name) and it was an error on my part in failing to strike those proposed terms in the list I recirculated to you. The reasons for this are set forth in my email to you on Oct. 7th. Only contracts and amendments with the two custodial banks will be produced. We believe all the search terms related to Uniti/CS&L will retrieve all relevant information about Plaintiffs' investments in Uniti during the Relevant Period. If those documents also mention the custodial banks, of course, we will produce them.

2) As we have said repeatedly, the Pension Funds used outside IMs to make all investment decisions. Indeed, as mentioned in my email, WCERS does not have a CIO. The custodians and files imaged are where Plaintiffs understand documents reflecting investments and other references to Uniti Securities and other general investment policies and procedures may be located. The custodians include the individuals overseeing the investment managers for the Pension Funds and individuals and departments which received reports and other communications from the IMs. As all investment decisions are left to the IMs, there are no individuals/custodians at the Pension Funds who make or oversee investment decisions.

3) Yes, we have collected from the departments and central files likely to have investment-related information.

4) We will respond separately for Plaintiff He, but are trying to move this process along, as we have agreed to run what Plaintiffs consider very general and overbroad terms which will likely retrieve a fair number of documents to review for production. The sooner we run these terms, the sooner we can begin the Plaintiff productions.

5) Tabled. Plaintiffs are not committing at this point to run any additional terms, but only committing to meet and confer on additional requests you may have at a later point in time.

6) If this is, in fact, the full name of the manager, we will run that term. As mentioned, I have not independently confirmed that information.

Chris

***Uniti – Plaintiffs' Proposed Search Terms (updated Oct.13th)***

   ***Time Period***: January 1, 2015 through October 25, 2019

> 1. Uniti
> 2. "UNIT"
> 3. "Communications Sales & Leasing"
> 4. "CS&L"

5. "CSAL" (former name and original ticker symbol)
6. Windstream OR WIN (to discuss after hit reports provided)
7. Aurelius
8. Investment w/2 (polic* or guideline)
9. 91325V108 (Uniti – CUSIP)
10. BD6VBR1 (Uniti – SEDOL)
11. 20341J104 (CS&L – CUSIP)
12. BVYV0D8 (CS&L – SEDOL)
13. (kenneth or ken or Kenny) w/2 gunderman
14. mark w/2 wallace

Run only Wayne County collection:
1. "Northpointe"
2. ~~"Northern Trust" OR NTRS~~ (Striken)
3. @northpointecapital.com [or any other applicable domain names for NorthePointe Capital]
4. ~~@ntrs.com [and any other applicable domain names for Northern Trust]~~
5. ~~[names of any employees at Northpointe or Northern Trust that participated in the decision to invest in Uniti securities on behalf of Wayne County]~~
6. Labaton
7. Buell
8. Garrett w/2 Bradley
9. Marisa w/2 DeMato

Run only in Local 449 collection:
11. "Federated" OR FGIM (to be confirmed)
12. "Chartwell"
13. ~~PNC~~ (Striken)
14. @FederatedHermes.com [or other applicable domain names for Federated]
15. @chartwellip.com [or other applicable domain names for Chartwell]
16. ~~@pnc.com  [and all other applicable domain names for PNC]~~
17. ~~[names of any employees at Federated, Chartwell, or PNC that participated in any decision to invest in Uniti securities on behalf of Local 449]~~
18. Labaton
19. Minerva

---

**From:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Sent:** Tuesday, October 12, 2021 10:52 PM
**To:** Fox, Christine <CFox@labaton.com>
**Cc:** Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>; Cividini, Derick <DCividini@labaton.com>
**Subject:** [EXTERNAL]RE: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Chris,

Thanks for your email on proposed search terms and custodians.  We have a few additional follow-up questions as noted below:

3

- *Custodian names.*  Your email states that you are not willing to run the names of the pension fund custodians and crosses out their domain names, but keeps the custodians' ordinary names as search terms.  Assuming Plaintiffs intend to run the custodians' ordinary names (but not their domain names) as search terms, that is acceptable to us, but we reserve all rights to request the domain names as discovery proceeds

- *Custodians*.  Please advise if the proposed custodians are the individuals likely to have been making and/or overseeing investment decisions for the respective pension funds.  If they are not, we would ask that Plaintiffs add those individuals to their custodian list.

- *Document collection*.  Likewise, please advise if the centralized files / folders that you are planning to collect are the folders that are likely to contain documents regarding investment decisions and/or investment oversight, including by any relevant investment committees.  If they are not, please confirm you will collect such folders.

- *Lead Plaintiff Zhengxu He*.  Your email doesn't identify what document collection efforts, if any, have been undertaken for Mr. He.  Please advise.

- *Names of individuals at pension fund investment managers / custodians.*  Your email crosses out the names of individuals at the investment managers and custodians for the pension funds who participated in the decision to invest in Uniti securities on behalf of the pension funds.  We believe those names would likely hit on relevant documents and (1) may not always be captured by the investment managers' email domains and (2) will not be captured by the custodians' domain names, since Plaintiffs are refusing to run those domain names as search terms.  Nonetheless, we are willing to table this issue until we identify the relevant individuals, and accordingly reserve all rights with respect to the issue.

- *FGIM*.  Regarding your question as to the FGIM acronym, we understand that it is the acronym for Federated Global Investment Management, which is the name of the investment manager identified in your initial disclosures.

We are happy to meet and confer regarding any of the above.

Thanks,
Nik

---

**From:** Fox, Christine <CFox@labaton.com>
**Sent:** Thursday, October 7, 2021 6:21 PM
**To:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Cc:** Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>; Cividini, Derick <DCividini@labaton.com>
**Subject:** Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Nik –

Plaintiffs will agree to run certain of the additional search terms you suggested below. The terms we do not agree to run are in strike out.

Running the names of the custodial banks for Local 449 and WCERS could retrieve documents concerning every single one of thousands of equity transactions during the almost five-year Relevant Time Period and will likely retrieve no non-duplicative documents concerning transactions in Uniti.  We would agree to run the custodial bank name within/10 of "Uniti or CS&L" but, practically speaking, that would be a more restrictive search term than terms 1 – 5 below. If the agreement with each custodial bank is not within the proposed production, we will "go get" that agreement and any related amendments and include that within the production.  Since we are running the email addresses @investmentmanagername.com, there is no need to also run specific contact names (which I do not know at this point) unless it appears the relevant individuals are using non-work email addresses to send information to either fund.  We will confirm during our review of the documents that the email addresses/domain names below are, in fact, the email designations for Northpointe, Chartwell, and Federated, and if they turn out to be some abbreviations of those names, we will run that term instead.

In theory, I do not have an objection to running the symbol for Windstream since I have agreed to run its short name. But since it is also happens to be such a common word, before we agree to run the term, we will provide a hit list for it for the two funds.  Separately, I am endeavoring to find out if we have access to the data to confirm if either Local 449 or WCERS had any trades in Windstream during the Relevant Time Period.  If the answer is yes, we will work with Defendants to craft a better search term for the WIN symbol that doesn't retrieve mostly mis-hits.

Finally, for Plaintiffs Local 449, WCERS, and David McMurray, we have imaged all files we have been informed might contain responsive information.  For Mr. McMurray, that includes all emails on his computer and hard copy trade reports and other documents that are being scanned in.

The files/custodians we have imaged for the funds are as follows:

**Wayne County Employees' Retirement System** – No hard copy documents; everything is electronic. PST Files Imaged for the following:

> 1) Robert J. Grden (WCERS Executive Director);
> 2) Gerard J. Grysko (WCERS Deputy Director); and
> 3) Mariana Carabas (WCERS Administrative Analyst/Finance Accounting).

In addition, WCERS SharePoint files for the following departments were imaged: 1) Accounting (with subfolders); 2) Retirement Board (with subfolders); 3) Department Files (with subfolders) (this last set of folders may have responsive fund policies and procedures).

WCERS does not have a CIO, but we are informed that in addition to the two fund executives and Sharepoint files listed above, Ms. Carabas may have responsive documents. I have attached an org chart that we will be including in the production.  This version is not yet stamped confidential and is shared at this time for the sole purposes of our discussions.

**Steamfitters Local 449 Pension Plan** - No hard copy documents collected except for Sharon Mastorovich; everything at the Pension Plan is electronic. Files Imaged for the following:

1) Joseph M. Little (Chairman of the Board of Trustees)
2) Richard King (Trustee)
3) Local 449 Pension Plan's third-party Benefits Administrator at CDS Administrators: Sharon Mastorovich.

***No search terms have yet been applied to any files imaged.  This process will start as soon as the parties have reached agreement on the terms.***

Separately, we have Defendants' meet and confer letter and will be responding as soon as possible, but likely not until at least Tuesday based on depositions in another case that have consumed me and Charlie, and the intervening holiday on Monday.

Chris

---

**From:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Sent:** Tuesday, October 5, 2021 6:39 PM
**To:** Fox, Christine <CFox@labaton.com>
**Cc:** Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; andrew.king@kutakrock.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>; Cividini, Derick <DCividini@labaton.com>
**Subject:** [EXTERNAL]RE: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Chris,

Thanks for sending us proposed search terms for Defendants RFPs served on Lead Plaintiffs. We have proposed some revisions below in red, along with some additional follow-up questions at the end.

Thanks,
Nik

\*\*\*

***Uniti – Plaintiffs' Proposed Search Terms:***

   ***Time Period***: January 1, 2015 through October 25, 2019

1. Uniti
2. "UNIT"
3. "Communications Sales & Leasing"
4. "CS&L"
5. "CSAL" (former name and original ticker symbol)
6. Windstream OR WIN (to discuss)
7. Aurelius
8. Investment w/2 (polic\* or guideline)
9. 91325V108 (Uniti – CUSIP)
10. BD6VBR1 (Uniti – SEDOL)
11. 20341J104 (CS&L – CUSIP)
12. BVYV0D8 (CS&L – SEDOL)
13. (kenneth or ken or Kenny) w/2 gunderman
14. mark w/2 wallace

Run only Wayne County collection:
1. "Northpointe"
2. "Northern Trust" OR NTRS
3. @northpointecapital.com [or any other applicable domain names for NorthePointe Capital]

6

4. ~~@ntrs.com [and any other applicable domain names for Northern Trust]~~
5. ~~[names of any employees at Northpointe or Northern Trust that participated in the decision to invest in Uniti securities on behalf of Wayne County]~~
6. Labaton
7. Buell
8. Garrett w/2 Bradley
9. Marisa w/2 DeMato

Run only in Local 449 collection:

11. "Federated" OR FGIM (to discuss where this acronym comes from as I am not familiar with it)
12. "Chartwell"
13. PNC
14. @FederatedHermes.com [or other applicable domain names for Federated]
15. @chartwellip.com [or other applicable domain names for Chartwell]
16. ~~@pnc.com  [and all other applicable domain names for PNC]~~
17. ~~[names of any employees at Federated, Chartwell, or PNC that participated in any decision to invest in Uniti securities on behalf of Local 449]~~
18. Labaton
19. Minerva

Additional follow-up questions:
- Please identify the proposed custodians for Local 449 and Wayne County ERS.
- Please advise how the individual plaintiffs' emails / files are being collected; i.e., are the two individual plaintiffs' entire mailboxes being collected with the search terms run across them, or something else?

---

**From:** Fox, Christine <CFox@labaton.com>
**Sent:** Friday, October 1, 2021 11:59 AM
**To:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Cc:** Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; andrew.king@kutakrock.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>; Cividini, Derick <DCividini@labaton.com>
**Subject:** Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Nik and Brian –

As discussed, pursuant to the ESI Protocol, below are Plaintiffs proposed search terms for the four lead plaintiffs:

<u>***Uniti – Plaintiffs' Proposed Search Terms:***</u>

     ***Time Period***: January 1, 2015 through October 25, 2019

1. Uniti
2. "UNIT"
3. "Communications Sales & Leasing"

4. "CS&L"
5. "CSAL" (former name and original ticker symbol)
6. Windstream
7. Aurelius
8. Investment w/2 (polic* or guideline)
9. 91325V108 (Uniti – CUSIP)
10. BD6VBR1 (Uniti – SEDOL)
11. 20341J104 (CS&L – CUSIP)
12. BVYV0D8 (CS&L – SEDOL)
13. (kenneth or ken or Kenny) w/2 gunderman
14. mark w/2 wallace

Run only Wayne County collection:
1. "Northpointe"
2. Buell
3. Garrett w/2 Bradley
4. Marisa w/2 DeMato

Run only in Local 449 collection:
1. "Federated"
2. "Chartwell"
3. Labaton
4. Minerva

---

**From:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Sent:** Monday, September 27, 2021 1:21 PM
**To:** Fox, Christine <CFox@labaton.com>
**Cc:** Polubinski III, Edmund <edmund.polubinski@davispolk.com>; Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; jess.askew@kutakrock.com; andrew.king@kutakrock.com; frederick.davis@kutakrock.com; gpc@texarkanalaw.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>
**Subject:** [EXTERNAL]RE: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Thanks.  We can use this Zoom.

Time: Sep 29, 2021 01:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://davispolk.zoom.us/j/93213154418?pwd=SzEzcFdiT3VuUk5ZSGdDcGhmYnV5QT09

Meeting ID: 932 1315 4418
Passcode: 953352
One tap mobile

   US: +16465189805,,93213154418#  or +16465588656,,93213154418#

Find your local number: https://davispolk.zoom.us/u/adhMAf0iLm

**From:** Fox, Christine <CFox@labaton.com>
**Sent:** Monday, September 27, 2021 1:05 PM
**To:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Cc:** Polubinski III, Edmund <edmund.polubinski@davispolk.com>; Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; jess.askew@kutakrock.com; andrew.king@kutakrock.com; frederick.davis@kutakrock.com; gpc@texarkanalaw.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>
**Subject:** Re: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Let's continue the M&C on Weds at 1pm ET.

**From:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Sent:** Saturday, September 25, 2021 5:52 PM
**To:** Fox, Christine <CFox@labaton.com>
**Cc:** Polubinski III, Edmund <edmund.polubinski@davispolk.com>; Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; jess.askew@kutakrock.com; andrew.king@kutakrock.com; frederick.davis@kutakrock.com; gpc@texarkanalaw.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>
**Subject:** [EXTERNAL]Re: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Chris,

Please let us know your availability to continue meeting and conferring on Plaintiffs' R&Os to our first set of RFPs. We are available Monday afternoon/evening or Wednesday at 1 EST or after 4:30 pm EST. Please let us know if any of those times work.

Thanks
Nik

> On Sep 20, 2021, at 7:10 PM, Fox, Christine <CFox@labaton.com> wrote:
>
>
> Nik,
>
> How's Friday at 2pm ET for the M&C on the R&Os (via Zoom) and Monday Sept 27th in the late afternoon or Tuesday Sept 28th for a M&C on Plaintiffs' 30(b)(6) notice (recognizing the noticed date will need to be postponed slightly).
>
> On the search terms, I'll send a separate proposed M&C day and time, but the rest of our team is checking their availability this Wednesday Sept 22nd. I'm not free which is why we're not scheduling the M&C on the R&Os that day.  But, others can handle the search term M&C in my absence.
>
> Thanks,
> Chris

**From:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Sent:** Friday, September 17, 2021 4:48 PM
**To:** Fox, Christine <CFox@labaton.com>
**Cc:** Polubinski III, Edmund <edmund.polubinski@davispolk.com>; Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; jess.askew@kutakrock.com; andrew.king@kutakrock.com; frederick.davis@kutakrock.com; gpc@texarkanalaw.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>
**Subject:** [EXTERNAL]RE: Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Christine,

Thanks for sending the R&Os to our first set of RFPs.  We would like to set up a time to meet and confer on them early next week.  Please let us know your availability.

In addition, we have received your notice of a 30(b)(6) deposition of Uniti on September 29, 2021.  Could you please let us know your availability towards the end of next week to meet and confer regarding the notice (after we have had a chance to discuss with our client)?  In the meantime, we assume the proposed September 29 date was just a placeholder.  Given the need to work through the scope of the topics in the notice (many of which we believe are vague and/or overbroad), figure out who at Uniti (likely more than one person) is in the best position to address the topics, and appropriately prepare the witness(es) for their deposition, we don't think that date is feasible.  We would therefore propose that the parties agree on a new date once we've meet and conferred.  Please let us know if that is agreeable.

Thanks,
Nik


**From:** Fox, Christine <CFox@labaton.com>
**Sent:** Wednesday, September 15, 2021 4:44 PM
**To:** Williams, Nikolaus <nikolaus.williams@davispolk.com>
**Cc:** Polubinski III, Edmund <edmund.polubinski@davispolk.com>; Burnovski, Brian M. <brian.burnovski@davispolk.com>; Hu, Diane S. <diane.hu@davispolk.com>; Magy, Daniel S. <daniel.magy@davispolk.com>; Pucci, Michael V. <michael.pucci@davispolk.com>; jess.askew@kutakrock.com; andrew.king@kutakrock.com; frederick.davis@kutakrock.com; gpc@texarkanalaw.com; Debra Wyman <DebraW@rgrdlaw.com>; Ting Liu <TLiu@rgrdlaw.com>; Kamhi, Ross <RKamhi@labaton.com>; Farrell, Charles <CFarrell@labaton.com>
**Subject:** Uniti - Lead Plaintiffs' Responses & Objections to Defendant's First Set of RFPs

Dear Counsel:

Please find attached Plaintiffs' Responses and Objections to Defendants' First Set of Requests for the Production of Documents in connection with the above-captioned matter.

Chris


**Christine M. Fox | Partner**
140 Broadway, New York, New York 10005
T: (212) 907-0784 |  F: (212) 818-0477
E: cfox@labaton.com  |  W: www.labaton.com

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us

immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.