# Exhibit K

**Labaton**
**Sucharow**

Christine M. Fox
Partner
212 907 0784  direct
212 907 0700  main
212 883 7584  fax
cfox@labaton.com

VIA EMAIL

New York Office
140 Broadway
New York, NY 10005

November 1, 2021

Nikolaus Williams
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
nikolaus.williams@davispolk.com

Re:  *In re Uniti Group Inc. Securities Litigation*, No. 4:19-CV-00756 (E.D. Ark.)

Dear Nik:

I write in response to your letter to me dated October 26, 2021, concerning Defendants' First Set of Interrogatories (the "Interrogatories" and each an "Interrogatory"), Plaintiffs' Responses and Objections to the Interrogatories (the "Responses" and each a "Response"), and the Parties' subsequent meet and confer on October 19, 2021 regarding the Interrogatories and Responses.

We appreciate Defendants' efforts to clarify the Parties' respective positions and write in response to further clarify Plaintiffs' position with respect to each Response to the Interrogatories. At the outset, we note that at this time, Plaintiffs do not possess additional information requiring any supplementation of the Responses.

**Interrogatory No. 1**.  Defendants take no issue with Plaintiffs' Response to Interrogatory No. 1.

**Interrogatory No. 2**.  Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 2, with one exception.  During the meet and confer, I noted that my present understanding is that Steamfitters Local 449 Pension Plan ("Local 449") and Wayne County Employees' Retirement System ("WCERS") did not purchase or sell Uniti options during the class period. Should we become aware of options trading in Uniti securities during our review of documents in response to Defendants' Requests For Production and the Parties' subsequent meet and confer process, we will, of course, produce documents evidence such trading.

**Interrogatory No. 3**.  Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 3, with one exception.  As discussed during the meet and confer: (1) it is counsel's understanding that neither Local 449 nor WCERS participated in any discussions internally or with their investment managers before the managers transacted in Uniti Securities; and (2) it is highly unlikely that any of the client relations individuals from the investment management firms at issue participated in, or assisted in, executing any transactions in Uniti Securities on behalf of Local 449 or WCERS.  However, given that client relations individuals at investment management firms typically do not participate in investment research or in the purchase or sale of

# Labaton Sucharow

November 1, 2021
Page 2

securities, it is Plaintiffs' position that the names of any client relations individuals the funds may have communicated with about their accounts in general is not responsive to this Interrogatory. As a result, Plaintiffs do not intend to supplement their Response to Interrogatory No. 3 with such information. But, at Defendants' request, we did agree to attempt to ascertain the names of such individuals.

**Interrogatory No. 4**. Defendants take no issue with Plaintiffs' Response to Interrogatory No. 4.

**Interrogatory No. 5**. Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 5. Plaintiffs reserve the right, after expert discovery, to claim additional date(s) on which Uniti's stock price fell in response to information revealing the truth of the alleged misstatement or omission or the materialization of any undisclosed risk.

**Interrogatory No. 6**. Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 6.

**Interrogatory No. 7**. Defendants take no issue with Plaintiffs' Response to Interrogatory No. 7.

**Interrogatory No. 8**. Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 8.

**Interrogatory No. 9**. Plaintiffs do not currently possess additional information requiring supplementation of their Response to Interrogatory No. 9.

**Interrogatory No. 10**. Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 10.

**Interrogatory No. 11**. Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 11.

**Interrogatory No. 12**. Plaintiffs do not currently possess additional information requiring supplementation of their Response to Interrogatory No. 12.

**Interrogatory No. 13**. Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 13.

# Labaton
# Sucharow

November 1, 2021
Page 3


**Interrogatory No. 14**.   Plaintiffs agree with Defendants' characterization of Plaintiffs' position on their Response to Interrogatory No. 14.

Very truly yours,

Christine M. Fox

cc:     Ross Kamhi, Esq.
        Charles Farrell, Esq.
        Debra J. Wyman, Esq.
        Ting Liu, Esq.
        Brian M. Burnovski, Esq.