# Exhibit L

N-Q 1 d232475dnq.htm AIC III NORTHPOINTE FUNDS

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM N-Q

**QUARTERLY SCHEDULE OF PORTFOLIO HOLDINGS OF REGISTERED
MANAGEMENT INVESTMENT COMPANY**

**Investment Company Act file number 811-22920**

# The Advisors' Inner Circle Fund III
**(Exact name of registrant as specified in charter)**

**One Freedom Valley Drive
Oaks, PA 19456**
**(Address of principal executive offices) (Zip code)**

**SEI Investments
One Freedom Valley Drive
Oaks, PA 19456**
**(Name and address of agent for service)**

**Registrant's telephone number, including area code: 1-877-446-3863**

Date of fiscal year end: October 31, 2016
Date of reporting period: July 31, 2016

**Item  1.      Schedule of Investments**

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE
SMALL CAP VALUE FUND
JULY 31, 2016 *(Unaudited)***

**SCHEDULE OF INVESTMENTS**
**COMMON STOCK — 97.7%‡**

| | Shares | Value |
|---|---|---|
| **CONSUMER DISCRETIONARY — 12.8%** | | |
| Callaway Golf | 64,595 | $ 691,166 |
| Citi Trends | 9,950 | 165,966 |
| Crocs * | 22,696 | 257,146 |
| EW Scripps, Cl A * | 19,812 | 336,012 |
| FTD * | 15,255 | 386,104 |
| Standard Motor Products | 10,846 | 454,881 |
| Stoneridge * | 37,482 | 625,200 |
| | | 2,916,475 |
| **ENERGY — 5.4%** | | |
| Matador Resources * | 28,874 | 608,953 |
| Synergy Resources * | 96,308 | 626,965 |
| | | 1,235,918 |
| **FINANCIALS — 31.3%** | | |
| Ameris Bancorp | 20,443 | 677,890 |
| Bank of the Ozarks | 13,066 | 470,245 |
| BGC Partners, Cl A | 71,322 | 632,626 |
| BNC Bancorp | 30,208 | 732,846 |
| CenterState Banks | 32,285 | 537,868 |
| Communications Sales & Leasing REIT | 20,906 | 649,759 |
| Hercules Capital | 43,379 | 575,206 |
| HomeStreet * | 24,043 | 536,159 |
| Kearny Financial | 32,768 | 426,639 |
| Kennedy-Wilson Holdings | 17,302 | 364,207 |
| National General Holdings | 31,951 | 659,149 |
| New Residential Investment REIT | 32,493 | 444,179 |
| Talmer Bancorp, Cl A | 18,630 | 391,603 |
| | | 7,098,376 |
| **HEALTH CARE — 13.3%** | | |
| Aerie Pharmaceuticals * | 22,949 | 398,165 |
| Capital Senior Living * | 24,399 | 475,292 |
| GenMark Diagnostics * | 53,342 | 568,092 |
| Genocea Biosciences * | 49,692 | 202,247 |
| Novavax * | 89,619 | 656,011 |

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE
SMALL CAP VALUE FUND
JULY 31, 2016 *(Unaudited)***

**COMMON STOCK — continued**

| | Shares | Value |
|---|---|---|
| **HEALTH CARE — continued** | | |
| Supernus Pharmaceuticals * | 32,426 | $    720,506 |
| | | 3,020,313 |
| | | |
| **INDUSTRIALS — 15.1%** | | |
| Aerojet Rocketdyne Holdings * | 27,821 | 524,704 |
| Kimball International, Cl B | 38,275 | 435,952 |
| Matthews International, Cl A | 4,067 | 244,467 |
| National Presto Industries | 2,421 | 216,776 |
| Park-Ohio Holdings | 9,271 | 276,090 |
| Swift Transportation, Cl A * | 38,782 | 746,554 |
| Team * | 14,708 | 406,088 |
| Viad | 16,407 | 571,292 |
| | | 3,421,923 |
| | | |
| **INFORMATION TECHNOLOGY — 10.3%** | | |
| Fabrinet * | 5,124 | 193,482 |
| Five9 * | 16,366 | 206,375 |
| NeoPhotonics * | 54,759 | 687,225 |
| ShoreTel * | 39,488 | 289,842 |
| Stamps.com * | 6,631 | 502,663 |
| Super Micro Computer * | 21,670 | 466,989 |
| | | 2,346,576 |
| | | |
| **MATERIALS — 9.5%** | | |
| Ferro * | 39,985 | 518,206 |
| Flotek Industries * | 50,336 | 714,771 |
| Headwaters * | 20,406 | 405,875 |
| Olin | 24,212 | 506,031 |
| | | 2,144,883 |
| | | |
| TOTAL COMMON STOCK | | |
| (Cost $19,907,199) | | 22,184,464 |

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE**
**SMALL CAP VALUE FUND**
**JULY 31, 2016 *(Unaudited)***

**EXCHANGE TRADED FUND — 0.1%**

| | Shares/Number of Rights | Value |
|---|---|---|
| iShares Russell 2000 Value ETF | | |
| (Cost $9,173) | 100 | $ 10,188 |
| **RIGHTS — 0.0%** | | |
| Synergetics - CVR, expires 10/15/18* | | |
| (Cost $0) | 40,157 | — |
| **SHORT TERM INVESTMENT(A) — 2.5%** | | |
| SEI Daily Income Trust Government Fund, Cl A, 0.160% | | |
| (Cost $570,165) | 570,165 | 570,165 |
| TOTAL INVESTMENTS — 100.3% | | |
| (Cost $20,486,537)† | | $22,764,817 |

*Percentages are based on Net Assets of $22,702,605.*
\*   *Non-income producing security.*
(A)  *The rate reported is the 7-day effective yield as of July 31, 2016.*
‡   *More narrow industries are utilized for compliance purposes, whereas broad sectors are utilized for reporting purposes.*
†   *At July 31, 2016, the tax basis cost of the Fund's investments was $20,486,537, and the unrealized appreciation and depreciation were $2,923,755 and ($645,475) respectively.*

*Cl — Class*
*CVR — Contingent Value Rights*
*ETF — Exchange Traded Fund*
*REIT — Real Estate Investment Trust*

*Amounts designated as "—" are $0 or have been rounded to $0.*

*As of July 31, 2016, all of the Fund's investments in securities were considered Level 1, in accordance with the authoritative guidance on fair value measurements and disclosure under U.S. GAAP.*

*For the period ended July 31, 2016, there have been no transfers between Levels or Level 3 securities.*

*For information on the Fund's policy regarding valuation of investments, fair value hierarchy levels and other significant accounting policies, please refer to the Fund's most recent financial statements.*

*NPC-QH-001-0500*

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE
LARGE CAP VALUE FUND
JULY 31, 2016 *(Unaudited)***

**SCHEDULE OF INVESTMENTS**
**COMMON STOCK — 96.7%‡**

| | Shares | Value |
|---|---|---|
| **CONSUMER DISCRETIONARY — 4.5%** | | |
| Discovery Communications, Cl A * | 19,454 | $   488,101 |
| General Motors | 18,297 | 577,087 |
| Lear | 2,324 | 263,658 |
| Skechers U.S.A., Cl A * | 14,652 | 351,941 |
| Whirlpool | 1,222 | 235,064 |
| | | 1,915,851 |
| **CONSUMER STAPLES — 8.0%** | | |
| Coca-Cola | 5,482 | 239,180 |
| Kimberly-Clark | 1,723 | 223,214 |
| Mondelez International, Cl A | 7,296 | 320,878 |
| Procter & Gamble | 9,583 | 820,209 |
| Reynolds American | 8,486 | 424,809 |
| Tyson Foods, Cl A | 7,101 | 522,634 |
| Wal-Mart Stores | 11,493 | 838,644 |
| | | 3,389,568 |
| **ENERGY — 12.4%** | | |
| Chevron | 9,011 | 923,447 |
| Exxon Mobil | 18,068 | 1,607,149 |
| Helmerich & Payne | 4,951 | 306,813 |
| Marathon Oil | 20,787 | 283,535 |
| National Oilwell Varco | 16,254 | 525,817 |
| Phillips 66 | 4,716 | 358,699 |
| Pioneer Natural Resources | 2,070 | 336,520 |
| Valero Energy | 8,209 | 429,166 |
| World Fuel Services | 10,248 | 487,805 |
| | | 5,258,951 |
| **FINANCIALS — 27.4%** | | |
| Aflac | 5,449 | 393,854 |
| Alleghany * | 667 | 362,514 |
| Bank of America | 45,199 | 654,933 |
| Bank of New York Mellon | 15,463 | 609,242 |
| Berkshire Hathaway, Cl B * | 5,611 | 809,499 |
| BlackRock, Cl A | 1,488 | 544,980 |

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE
LARGE CAP VALUE FUND
JULY 31, 2016 *(Unaudited)***

**COMMON STOCK — continued**

| | Shares | Value |
|---|---:|---:|
| **FINANCIALS — continued** | | |
| Brixmor Property Group REIT | 18,569 | $  527,360 |
| CubeSmart REIT | 13,470 | 400,194 |
| Equity Residential REIT | 7,692 | 522,979 |
| First Republic Bank | 5,793 | 415,184 |
| Interactive Brokers Group, Cl A | 8,036 | 279,975 |
| JPMorgan Chase | 22,330 | 1,428,450 |
| Lincoln National | 8,900 | 388,663 |
| MetLife | 14,236 | 608,447 |
| Old Republic International | 21,656 | 419,693 |
| PNC Financial Services Group | 4,255 | 351,676 |
| Prologis REIT | 12,607 | 686,955 |
| Public Storage REIT | 1,672 | 399,474 |
| Voya Financial | 18,328 | 469,747 |
| Wells Fargo | 18,141 | 870,224 |
| Western Alliance Bancorp * | 14,861 | 505,720 |
| | | 11,649,763 |
| **HEALTH CARE — 12.1%** | | |
| Aetna | 2,364 | 272,356 |
| Anthem | 2,172 | 285,271 |
| Baxter International | 10,122 | 486,059 |
| Johnson & Johnson | 7,364 | 922,194 |
| Merck | 11,731 | 688,140 |
| Pfizer | 37,078 | 1,367,807 |
| Stryker | 3,233 | 375,933 |
| Thermo Fisher Scientific | 2,383 | 378,516 |
| Zimmer Biomet Holdings | 2,744 | 359,848 |
| | | 5,136,124 |
| **INDUSTRIALS — 9.2%** | | |
| AGCO | 8,382 | 403,677 |
| Boeing | 2,101 | 280,819 |
| FedEx | 1,682 | 272,316 |
| General Dynamics | 2,912 | 427,744 |
| General Electric | 35,543 | 1,106,809 |
| ManpowerGroup | 3,729 | 258,793 |

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE
LARGE CAP VALUE FUND
JULY 31, 2016 *(Unaudited)***

**COMMON STOCK — continued**

| | Shares | Value |
|---|---:|---:|
| **INDUSTRIALS — continued** | | |
| Oshkosh | 8,053 | $ 443,640 |
| Pitney Bowes | 20,454 | 394,967 |
| Terex | 13,710 | 330,959 |
| | | 3,919,724 |
| **INFORMATION TECHNOLOGY — 10.1%** | | |
| Applied Materials | 22,757 | 598,281 |
| CA | 13,231 | 458,454 |
| Cisco Systems | 25,643 | 782,881 |
| Citrix Systems * | 5,471 | 487,630 |
| Dolby Laboratories, Cl A | 6,405 | 322,236 |
| Electronic Arts * | 3,266 | 249,261 |
| Facebook, Cl A * | 3,323 | 411,853 |
| Intel | 14,393 | 501,740 |
| Xerox | 47,598 | 490,259 |
| | | 4,302,595 |
| **MATERIALS — 3.0%** | | |
| Dow Chemical | 8,119 | 435,747 |
| Nucor | 5,598 | 300,277 |
| Reliance Steel & Aluminum | 6,850 | 537,314 |
| | | 1,273,338 |
| **TELECOMMUNICATION SERVICES — 3.3%** | | |
| AT&T | 24,346 | 1,053,938 |
| CenturyLink | 10,981 | 345,243 |
| | | 1,399,181 |
| **UTILITIES — 6.7%** | | |
| Consolidated Edison | 5,947 | 476,236 |
| Great Plains Energy | 16,211 | 482,764 |
| PG&E | 10,245 | 655,065 |
| WEC Energy Group | 9,334 | 605,870 |

**THE ADVISORS' INNER CIRCLE FUND III**

**NORTHPOINTE
LARGE CAP VALUE FUND
JULY 31, 2016 *(Unaudited)***

**COMMON STOCK — continued**

| | Shares | Value |
|---|---|---|
| **UTILITIES — continued** | | |
| Xcel Energy | 14,885 | $ 654,642 |
| | | 2,874,577 |
| TOTAL COMMON STOCK | | |
| (Cost $38,865,576) | | 41,119,672 |
| **EXCHANGE TRADED FUND — 1.0%** | | |
| iShares Russell 1000 Value ETF | | |
| (Cost $435,630) | 4,202 | 443,605 |
| **SHORT TERM INVESTMENT(A) — 2.3%** | | |
| SEI Daily Income Trust Government Fund, Cl A, 0.160% | | |
| (Cost $985,066) | 985,066 | 985,066 |
| TOTAL INVESTMENTS — 100.0% | | |
| (Cost $40,286,272)† | | $ 42,548,343 |

*Percentages are based on Net Assets of $42,528,905.*
\*   *Non-income producing security.*
(A)  *The rate reported is the 7-day effective yield as of July 31, 2016.*
‡   *More narrow industries are utilized for compliance purposes, whereas broad sectors are utilized for reporting purposes.*
†   *At July 31, 2016, the tax basis cost of the Fund's investments was $40,286,272, and the unrealized appreciation and depreciation were $2,809,944 and ($547,873) respectively.*

*Cl — Class*
*ETF — Exchange Traded Fund*
*REIT — Real Estate Investment Trust*

*As of July 31, 2016, all of the Fund's investments in securities were considered Level 1, in accordance with the authoritative guidance on fair value measurements and disclosure under U.S. GAAP.*

*For the period ended July 31, 2016, there have been no transfers between Levels or Level 3 securities.*

*For information on the Fund's policy regarding valuation of investments, fair value hierarchy levels and other significant accounting policies, please refer to the Fund's most recent financial statements.*

*NPC-QH-002-0500*

**Item 2.    Controls and Procedures**

(a) The registrant's principal executive and principal financial officers, or persons performing similar functions, have concluded that the Registrant's disclosure controls and procedures (as defined in Rule 30a-3(c) under the Investment Company Act of 1940 (the "1940 Act")) are effective, based on the evaluation of these controls and procedures required by Rule 30a-3(b) under the 1940 Act and Rules 13a-15(b) or 15d-15(b) under the Securities Exchange Act of 1934 as of a date within 90 days of the filing date of this report.

(b) There were no significant changes in the registrant's internal control over financial reporting (as defined in Rule 30a-3(d) under the 1940 Act) that occurred during the registrant's last fiscal quarter that have materially affected, or are reasonably likely to materially affect, the registrant's internal control over financial reporting.

**Item 3.    Exhibits.**

(a) A separate certification for the principal executive officer and the principal financial officer of the registrant as required by Rule 30a-2(a) under the Investment Company Act of 1940, as amended (17 CFR 270.30a-2(a)), are filed herewith.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(Registrant)                                          The Advisors' Inner Circle Fund III

By (Signature and Title)                              /s/ Michael Beattie
                                                      Michael Beattie
                                                      President

Date: September 29, 2016

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By (Signature and Title)                              /s/ Michael Beattie
                                                      Michael Beattie
                                                      President

Date: September 29, 2016

By (Signature and Title)                              /s/ Stephen Connors
                                                      Stephen Connors
                                                      Treasurer, Controller & CFO

Date: September 29, 2016