UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | ) ) ) | Master File No. 4:19-cv-00756-BSM |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | **NOTICE OF ERRATA** |
| ALL ACTIONS. | ) ) ) | |

Lead Plaintiffs Steamfitters Local 449 Pension Plan ("Local 449 Pension Plan"), Wayne County Employees' Retirement System ("Wayne County ERS"), and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA ("McMurray," together, "Lead Plaintiffs"), submit this Notice of Errata to update information reflected in ECF Nos. 30-1, 30-2 filed in connection with the Uniti Investor Group's Motion for the Appointment of Lead Plaintiff. ECF Nos. 28-30.

The updated information now excludes Uniti transactions effectuated in a related, but different, Steamfitters Local 449 retirement fund. Local 449 Pension Plan's certification and loss chart indicated that the Pension Plan acquired 21,645 shares of Uniti common stock on January 16, 2019, at $ 18.98 per share. ECF Nos. 30-1, 30-2. In fact,

1

Local 449 **Pension Plan** acquired only 10,805 Uniti shares on January 16, 2019, at $18.98 per share (with the additional 10,840 shares of Uniti common stock on January 16, 2019 being purchased by the Steamfitters Local 449 **Retirement Security Plan** ("Local 449 RSP"). *See* Exhibit A ("Ex. A") attached hereto.

Similarly, Local 449 Pension Plan's certification and loss chart indicated the fund sold 21,645 shares of Uniti common stock between February 25, 2019, and February 26, 2019.  ECF Nos. 30-1, 30-2. In fact, the Local 449 Pension Plan sold only 10,805 shares of Uniti common stock between February 25, 2019 and February 26, 2019 (with the additional 10,840 shares of Uniti common stock sold on February 25, 2019 and February 26, 2019 being sold by Local 449 RSP). *See* Exhibit A ("Ex. A").

Accordingly, Local 449 Pension Plan's total cost, total proceeds, and total estimated loss are $406,173.03, $261,466.01, and ($144,707.02), respectively. *See* Ex. A.

Lead Plaintiffs have confirmed the rest of the Uniti transactions on the Local 449 Pension Plan certification (ECF No. 30-1) are Local 449 **Pension Plan** transactions.

DATED:  December 20, 2021            Respectfully submitted,

LABATON SUCHAROW LLP

*/s/ Christine M. Fox*_____
CAROL C. VILLEGAS
CHRISTINE M. FOX
ROSS M. KAMHI
CHARLES FARRELL
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
E-mail:  cvillegas@labaton.com
            cfox@labaton.com
            rkamhi@labaton.com
            cfarrell@labaton.com

DEBRA J. WYMAN
California Bar No. 190812
Attorney for Lead Plaintiff
ROBBINS GELLER RUDMAN
  & DOWD LLP
TING H. LIU
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  debraw@rgrdlaw.com
         tliu@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
PATTON TIDWELL & CULBERTSON,
LLP
2800 Texas Boulevard
Texarkana,  TX  75503
Telephone:  903/792-7080
903/792-8233 (fax)
E-mail:  gpc@texarkanalaw.com

*Liaison Counsel for the Class*

SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  424/303-1964
877/590-0483 (fax)
Email:  brian@schallfirm.com

THORNTON LAW FIRM LLP
GUILLAUME BUELL
1 Lincoln Street, 25th Floor
Boston, MA  02111
Telephone:  617/720-1333
617/720-2445 (fax)
Email:  gbuell@tenlaw.com

3

4

*Additional Plaintiffs' Counsel*

4