# EXHIBIT A

Purchases and Losses                      Class Period: 4/24/15 to 6/24/19                                                UNITI GROUP INC

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Steamfitters Local 449 Pension Plan** | 06/21/16 | 1,046 | $26.01 | $27,206.46 | 12/19/16 | 147 | $25.65 | $3,770.55 | |
| | 06/21/16 | 2,000 | $27.67 | $55,340.00 | 12/19/16 | 195 | $25.65 | $5,001.75 | |
| | 09/02/16 | 1,053 | $31.96 | $33,653.88 | 12/29/16 | 1,565 | $25.53 | $39,954.45 | |
| | 09/06/16 | 1,819 | $31.89 | $58,007.91 | 12/29/16 | 1,898 | $25.53 | $48,455.94 | |
| | 09/08/16 | 846 | $31.78 | $26,885.88 | 09/18/17 | 667 | $17.49 | $11,665.83 | |
| | 01/16/19 | 10,805 | $18.98 | $205,078.90 | 09/20/17 | 667 | $16.35 | $10,905.45 | |
| | | | | | 09/22/17 | 1,625 | $16.56 | $26,910.00 | |
| | | | | | 02/25/19 | 4,678 | $10.59 | $49,540.02 | |
| | | | | | 02/25/19 | 1,621 | $10.76 | $17,441.96 | |
| | | | | | 02/26/19 | 4,278 | $10.61 | $45,389.58 | |
| | | | | | 02/26/19 | 228 | $10.66 | $2,430.48 | |
| **Total** | | **17,569** | | **$406,173.03** | | **17,569** | | **$261,466.01** | **($144,707.02)** |

Prices listed are rounded up to two decimal places.