# EXHIBIT B

# Deutsche Bank
## Markets Research



| Rating | Company | Date |
|---|---|---|
| **Buy** | **Uniti Group** | 21 May 2017 |

North America
United States

TMT
Telecom Services

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| UNIT.OQ | UNIT US | NSM | UNIT |

## Initiation of Coverage

| | |
|---|---|
| Price at 19 May 2017 (USD) | 24.10 |
| Price target | 28.00 |
| 52-week range | 30.63 - 21.89 |

# Seeing 3D: Defensive, Diversifying, and Discounted; initiate at Buy

**Initiating coverage with a Buy and $28 price target, implying 25%+ total return**
Our positive view is underpinned by Uniti's **defensive revenue streams** (~70% of total), **diversification/upside optionality** from growth segments (~30%), and **discounted valuation**. As a Telecom-centric infrastructure REIT, we think UNIT offers both Telco/REIT investors Wireline-type yields without the heightened dividend risk facing service providers (ie: CTL, FTR, WIN). At the same time, UNIT has materially diversified its revenue streams via M&A, with its Fiber segment (~30% of revenues) now scaling among the top 10 largest nationally. Taken together, we believe UNIT's growth potential (2-3% pro forma) and AFFO stability (DBe: low-single digit growth) are underappreciated given its current, peer-low valuation (9x 2018E AFFO, and a 10% dividend yield).

Matthew Niknam

Research Analyst
+1-212-250-4711

Whitney Fletcher

Research Associate
+1-212-250-9490

Benjamin Soff

Research Associate
+1-212-250-3716

## What drives our bullish view, catalysts, and where are we different?
**Breaking down the 3 D's**: In contrast to our cautious stance on Wireline/Wireless Telcos, we believe infrastructure-centric companies (ie: Fiber, Towers) are better positioned as beneficiaries of secular tailwinds, with less downside risk. ***Our bullish view on UNIT reflects this*** , and we **detail our investment view with our "3-D" framework:**

**(1) Defensive** – Heightened challenges facing Wireline providers (ie: CTL, FTR and WIN) have investors concerned around longer-term dividend sustainability. As a "network landlord" for WIN, we believe UNIT's leasing revenue streams (network use payments from WIN, at ~70% of UNIT revenues) represent **a more defensive way to invest in the space**. For context, we believe ***UNIT's 10% yield offers investors Wireline-type yields (8-13%) with far less risk*** . We think dividends at the Wireline operators (including WIN) would be first to get reduced in the event of a cash crunch, with network lease payments to UNIT more of a "last resort" (ie: the network needs to run for a core utility service like Telecom). Though we're Restricted on WIN, we note consensus implies WIN's annual lease payments to UNIT are (a) ***3x*** **covered** by Adj. OIBDAR (EBITDA pre-rent) through at least 2020, and that (b) WIN does not have any debt maturities through 2020.

**(2) Diversification and upside optionality** – UNIT has **materially diversified its revenue exposure** over the last 18 months, and has now built a **Fiber business that ranks among the 10 largest nationally**. Uniti Fiber makes up ~30% of revenues, and is positioned to benefit from key industry tailwinds benefitting infrastructure players (ie: accelerating data demand, small cells, etc.). UNIT also

*Valuation: Our $28 price target is the average of DCF ($27, using 1.5% perpetuity growth and 7.5% WACC), P/AFFO ($29, using 11x 2018E AFFO/share), and dividend yield ($27, using 9.0% target yield) analyses. At our price target, UNIT would be trading 10.6x 2018E AFFO; this would be at the lower-end of REIT peers, and roughly in-line with UNIT's P/AFFO valuations since its inception (~10x, despite improving revenue exposure and moving past WIN's monetization of its ~20% stake last year).*
*Key risks: (1) high tenant concentration via WIN, (2) M&A challenges (rising multiples, integration risk), and (3) increasing interest rates / high leverage.*

---

Deutsche Bank Securities Inc.                                   Distributed on: 22/05/2017 03:27:07 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 083/04/2017.



has a small Tower business in its very early stages, which we think will see the same secular themes benefitting the public Tower companies (AMT, CCI, SBAC).

(**3) Discounted valuation** – At 9x 2018E AFFO and offering a 10% dividend yield, UNIT's valuation ranks at the lower-end of REIT peers. This is despite our comfort on sustainability of network lease payments from WIN (15-year lease, with the network absolutely critical for a utility-like service like Telecom), and upside optionality from growth businesses (fiber, towers).



## PM Summary - Initiating at Buy, with a $28 price target

We initiate coverage of Uniti Group (UNIT, $4bn market cap.) with a Buy rating and $28 price target. Combined with a 10% dividend yield, **our valuation framework implies 25%+ total return.**

Figure 1: Uniti at a glance - Summary financial/valuation metrics ($mns, except per share items)

| Summary Financial Metrics | |
| --- | --- |
| Price | $24.10 |
| Market Cap | $4,213 |
| 2018E Net Debt | $4,791 |
| Enterprise Value | $9,004 |
| 2018E Revenue | $1,000 |
| 2018E Adj. EBITDA | $794 |
| 2018E AFFO/share | $2.65 |
| **Summary Valuation Ratios** | |
| 2018 EV/EBITDA | 11.3x |
| 2018 P/AFFO | 9.1x |
| Dividend Yield | 10.0% |
| Price Target | $28.00 |

*Source: Deutsche Bank, Factset*

Figure 2: UNIT derives two-thirds of revenue from network lease payments (via WIN), with Fiber/Towers making up much of the remainder



**2018E Revenue by segment**

Towers, 1%
Fiber, 29%
CLEC, 1%
Leasing, 68%

*Source: Deutsche Bank estimates, company data.*

**Breaking down our "3-D" investment framework - three reasons why we like Uniti:**

**(1) Defensive** –

**\* Attractive dividend yield with less risk -** We believe UNIT offers investors an opportunity to capture Wireline-type yields with substantially less risk as compared to the Wireline operators (CNSL, CTL, FTR, WIN). For context, UNIT currently offers a 10% dividend yield, vs. the above operators at 8-13%.

**\* Why is UNIT less exposed to Wireline dividend risk?** UNIT serves as a "network landlord" for Windstream, and so derives this portion of its revenues via a 15-year master lease agreement in place with WIN. So, **these revenues represent what we believe are the most critical expense for Windstream, network costs**. While this segment's growth is modest for UNIT at ~0.5% (annual escalators), it compares to mid/high-single revenue digit declines at the service providers. We think dividends at the Wireline operators (including WIN) would be first to get reduced in the event of a cash crunch (they're a discretionary payment, after



capex/interest/cash taxes have been paid). In contrast, network lease payments to UNIT are more of a "last resort" (ie: the network needs to run for a core utility service like Telecom). ***Interestingly, we also think Wireline's pain could provide greater opportunity for UNIT over time,*** as operators may increasingly view "sale-leaseback" structures (ie: with UNIT) as a means of de-levering to fund dividends/ additional investments.

**\* What about Windstream, specifically?** Though we're Restricted on WIN, we note consensus implies ***WIN's annual lease payments to UNIT are 3x covered by Adj. OIBDAR*** (EBITDA pre-rent) through at least 2020. At the same time, ***WIN does not have any debt maturities through 2020*** . So, while we certainly acknowledge the risks associated with WIN as a significant tenant, we also believe the above factors shield UNIT from more material risks to this revenue stream.

**(2) Diversification and upside optionality** -

**\* UNIT has  materially diversified its revenue exposure** over the last 18 months via a wave of M&A. In fact, revenue from its Fiber segment will make up almost one-third of 2018 revenues, with **Uniti  Fiber now one of the top 10 largest fiber companies US** (pro forma for the announced Hunt/Southern Light deals).

**\* Upside optionality from Fiber and Towers -** We think current valuation undervalues the upside potential from Uniti's growth segments. Fiber is obviously largest, and we think UNIT's presence in Tier 2 and 3 markets enables it to benefit from the same tailwinds benefitting infrastructure peers in larger markets, including accelerating data demand, small cells, etc. UNIT also has a small Tower business (US/LatAm) in its very early stages, which we expect should benefit from the same wireless data drivers that frame our positive view on the public Tower companies (AMT, CCI, SBAC).

(**3) Discounted valuation** –

**\* AFFO per share valuation lags REIT peers -** At 9x 2018E AFFO, UNIT sits at the lower end of Triple-Net REIT peers (9x-17x), despite what we believe is greater dividend safety and increasing fiber exposure.

**\* 10% dividend yield** similarly compares more attractively to both Wireline and REIT comps (ranging between 4% to 13%). This is despite our comfort on sustainability of network lease payments from WIN (15-year lease, with the network absolutely critical for a utility-like service like Telecom), and upside optionality from growth businesses (fiber, towers).

21 May 2017
Telecom Services
Uniti Group



Figure 3: DB UNIT estimates vs. consensus ($mns, except per share estimates)

| | Uniti | | | |
|---|---|---|---|---|
| | **2Q17** | **CY17** | **CY18** | **CY19** |
| **Revenue** | | | | |
| Consensus | $214 | $883 | $939 | $918 |
| DB est | $215 | $910 | $1,000 | $1,025 |
| *Delta* | *0.7%* | *NM* | *NM* | *NM* |
| **Adj. EBITDA** | | | | |
| Consensus | $180 | $747 | $801 | $794 |
| DB est | $179 | $746 | $794 | $802 |
| *Delta* | *-0.7%* | *-0.1%* | *-0.8%* | *1.0%* |
| **AFFO/share** | | | | |
| Consensus | $0.58 | $2.50 | $2.66 | $2.63 |
| DB est | $0.58 | $2.51 | $2.65 | $2.68 |
| *Delta* | *0.6%* | *0.6%* | *-0.1%* | *1.8%* |
| **Capex** | | | | |
| Consensus | $29 | $102 | $80 | $62 |
| DB est | $19 | $118 | $163 | $164 |
| *Delta* | *-50.7%* | *13.0%* | *NM* | *NM* |

*Source: Deutsche Bank, Factset.*

Deutsche Bank Securities Inc.

21 May 2017
Telecom Services
Uniti Group



**Figure 4: Communication Services valuation comps**

| Company | Ticker | Price | Market Cap | Enterprise Value | EV/EBITDA | | P/E | | FCF yield | | Leverage | | Dividend yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2017 | 2017 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | |
| **Integrated Telco / Wireless** | | | | | | | | | | | | | |
| AT&T | T | $38.24 | $236,553 | $347,484 | 6.7x | 6.4x | 13.3x | 12.9x | 7.7% | 8.1% | 2.1x | 2.0x | 5.1% |
| Verizon | VZ | $45.42 | $185,632 | $295,432 | 6.7x | 6.5x | 12.3x | 12.0x | 4.4% | 8.0% | 2.5x | 2.4x | 5.1% |
| Sprint | S | $8.07 | $32,183 | $65,163 | 9.0x | 8.7x | NM | NM | 0.0% | -0.5% | 4.6x | 4.4x | NM |
| T-Mobile US | TMUS | $66.37 | $57,903 | $84,394 | 8.7x | 7.3x | 30.0x | 23.6x | 3.9% | 6.3% | 2.7x | 2.1x | NM |
| US Cellular | USM | $38.75 | $3,289 | $4,607 | 5.9x | 6.0x | 98.0x | 64.5x | NM | NM | 1.7x | 1.7x | NM |
| **Weighted Average** | | | **$515,560** | **$797,080** | **7.0x** | **6.7x** | | | | | **2.5x** | **2.3x** | |
| **RLECs / Other Wireline** | | | | | | | | | | | | | |
| Cincinnati Bell | CBB | $17.35 | $731 | $1,894 | 6.6x | 6.3x | NM | 74.7x | NM | NM | 4.0x | 3.8x | NM |
| CenturyLink | CTL | $24.87 | $13,468 | $30,757 | 5.2x | 5.3x | 12.0x | 13.4x | 11.9% | 8.3% | 2.9x | 3.0x | 8.7% |
| Consolidated | CNSL | $19.60 | $994 | $2,359 | 8.0x | 7.9x | 43.6x | 39.6x | NM | NM | 4.6x | 4.6x | 7.9% |
| Fairpoint | FRP | $14.15 | $386 | $1,293 | 5.2x | 5.3x | NM | NM | NA | NA | 3.6x | 3.7x | NM |
| Frontier | FTR | $1.46 | $1,699 | $20,660 | 5.8x | 5.5x | NM | NM | 42.0% | 39.6% | 5.3x | 4.9x | 11.0% |
| Telephone & Data | TDS | $27.20 | $3,000 | $4,582 | 4.3x | 4.1x | 78.1x | 94.8x | 7.3% | 5.8% | 1.5x | 1.4x | 2.2% |
| **Uniti Group** | **UNIT** | **$24.10** | **$4,213** | **$8,910** | **11.9x** | **11.3x** | **NM** | **NM** | **10.4%** | **11.0%** | **6.3x** | **6.0x** | **10.0%** |
| Windstream | WIN | $4.71 | $897 | $11,106 | 5.6x | 5.5x | NM | NM | 12.9% | 7.6% | 5.2x | 5.0x | 12.7% |
| **Weighted Average** | | | **$25,388** | **$81,562** | **5.8x** | **5.7x** | | | | | **4.0x** | **3.8x** | |
| **Towers** | | | | | | | | | | | | | |
| American Tower | AMT | $128.32 | $54,376 | $74,208 | 18.3x | 17.2x | 42.1x | 33.1x | 4.9% | 5.6% | 4.9x | 4.3x | 1.9% |
| Crown Castle | CCI | $99.44 | $35,970 | $49,258 | 20.5x | 19.6x | 81.0x | 74.4x | 5.0% | 5.5% | 5.5x | 5.5x | 3.8% |
| SBA Comm. | SBAC | $132.80 | $16,166 | $24,888 | 20.8x | 19.6x | 148.9x | 101.2x | 5.2% | 5.8% | 7.3x | 7.1x | NM |
| **Weighted Average** | | | **$106,513** | **$148,354** | **19.4x** | **18.3x** | | | | | **5.5x** | **5.1x** | |
| **Cable / Satellite** | | | | | | | | | | | | | |
| Cable One | CABO | $688.25 | $3,937 | $4,237 | 10.9x | 10.5x | 31.2x | 29.9x | 3.9% | 4.2% | 0.8x | 0.6x | 0.9% |
| Comcast* | CMCSA | $38.85 | $183,866 | $242,405 | 8.6x | 8.0x | 19.6x | 17.6x | 5.2% | 6.0% | 2.1x | 1.9x | 1.6% |
| Charter* | CHTR | $315.78 | $85,136 | $146,932 | 9.6x | 8.9x | NM | NM | 4.9% | 6.8% | 4.0x | 3.8x | NM |
| Dish Network* | DISH | $63.53 | $14,451 | $26,204 | 8.5x | 8.7x | 23.3x | 25.8x | 5.5% | 5.5% | 3.8x | 3.7x | NM |
| Intelsat | I | $3.12 | $371 | $14,012 | 8.5x | 8.3x | NM | NM | NM | NM | 8.3x | 8.1x | NM |
| Sirius XM Radio* | SIRI | $4.91 | $22,905 | $27,690 | 13.7x | 12.8x | 27.6x | 22.3x | 13.6% | 16.7% | 2.4x | 2.3x | 0.9% |
| **Weighted Average** | | | **$310,666** | **$461,480** | **9.1x** | **8.6x** | | | | | **3.0x** | **2.8x** | |
| **Enterprise** | | | | | | | | | | | | | |
| Cogent | CCOI | $38.15 | $1,714 | $2,193 | 12.8x | 11.6x | 78.9x | 49.0x | 3.7% | 5.3% | 2.8x | 2.8x | 4.7% |
| Level 3 | LVLT | $59.58 | $21,531 | $29,528 | 10.0x | 9.1x | 41.6x | 33.2x | 5.1% | 5.5% | 2.7x | 2.2x | NM |
| Lumos | LMOS | $17.77 | $425 | $857 | 8.4x | 8.2x | 140.3x | 23.7x | NA | NA | 4.2x | 4.1x | NM |
| GTT Comm. | GTT | $28.95 | $1,195 | $1,938 | 8.8x | 7.8x | NM | 29.3x | 6.0% | 9.1% | 3.4x | 3.2x | NM |
| Zayo | ZAYO | $31.25 | $7,680 | $13,035 | 10.5x | 9.6x | 52.4x | 46.0x | 3.3% | 2.2% | 4.3x | 3.9x | NM |
| **Weighted Average** | | | **$32,545** | **$47,550** | **10.1x** | **9.3x** | | | | | **3.2x** | **2.8x** | |

*Source: Deutsche Bank, Factset, company data*

## Business overview - What does Uniti do?

**Leasing (68% of 2018 revenue)**

**Uniti's Leasing segment** acquires network assets, and leases them back to an anchor tenant via longer term contracts. Currently, Windstream (WIN) is Uniti's sole leasing tenant, and this segment's revenues are entirely related to the contract between the two companies. The sale-leaseback deal, which closed in 2Q15, gave UNIT ownership of ~80% of WIN's network (ie. its fiber/copper assets). Going forward, Uniti management has stated it plans to acquire additional network assets via incremental sale lease-back transactions, which we think could happen as early as this year. *We believe the rising fundamental headwinds facing Wireline-centric operators could actually benefit UNIT,* as these operators may incrementally look to sale-leaseback structures (like WIN did) as a means of freeing up additional capital to sustain dividend payouts/network investments.



**Terms of the WIN Master Lease Agreement (MLA):**

The sale-leaseback agreement is structured with ~$163mn in quarterly rent payments from WIN to UNIT (~$654mn annually), in exchange for access to the network. These payments are scheduled to increase at a **0.5% yoy escalator** 3 years after the original spin-off transaction closed (2Q18). The **original lease term is 15 years**, with 4, five year renewals that WIN can exercise to extend the lease beyond that date. The contract has an exclusivity provision, which **prevents UNIT from leasing up additional tenants on the network**, thus preserving capacity for WIN. We think that this caps the growth potential for this asset (we also believe UNIT may look to avoid exclusivity terms in future sale-leaseback transactions).

**Who pays for maintenance and network upgrades**: The lease is structured as a triple-net lease, meaning operating expenses, taxes, insurance and maintenance are fully handled by the tenant. This is the main driver behind >97% EBITDA margins in this segment. Additionally, the tenant handles most of the improvement capex, which WIN either pays for itself (where it shows up in Uniti's TCI revenue on an amortized basis), or reimburses UNIT for capital it spends (which gets passed through via increased rent payments). This pass-through of network investment drives strong FCF conversion for the segment.

**Why we think UNIT is relatively insulated from risk at WIN:** Though Uniti's Leasing revenues do rely on the sustained financial well-being of WIN, UNIT's master lease has a good deal of legal protection if financial issues at WIN escalate. The lease is structured as a commercial master lease agreement, and is an operating lease where rent payments are effectively a necessity for WIN to run its business (which, in many rural markets, is a core utility service). These also would (we believe) take priority over other uses of cash at WIN, including growth related capex and dividends. Given Windstream's guidance (as of 1Q17) for $2.0-2.06bn Adj. OIBDAR for 2017, we see greater safety in the company's ability to service its ~$650mn rent payments in for the foreseeable future. In fact, consensus expectations imply 3x OIBDAR coverage through at least the end of the decade.

**Growth**: While we do not assume incremental transactions in this segment (besides the existing WIN lease), UNIT management has expressed interest in adding incremental assets to its leasing segment via new sale-leaseback transactions with other Telcos/Network Operators, We believe the company will be able to bid competitively for these assets given its tax-free REIT status. We think there are a number of potential assets that UNIT might be interested in, including the ELNK assets recently acquired by WIN, or other Wireline network assets that could be spun off by financially strapped owners looking for cash proceeds. Growth would come via escalators on incremental assets, as well as the potential to lease-up new tenants (in the absence of exclusivity).

21 May 2017

Telecom Services

Uniti Group





Figure 5: We expect Leasing segment revenue to remain stable, via 0.5% escalators embedded in UNIT's contract with WIN

**Uniti Leasing revenue ($ mns) and PF growth (% YoY)**

*Source: Deutsche Bank estimates, company information.*



Figure 6: And as a triple-net lease agreement, we expect margins to remain high

**Uniti Leasing EBITDA ($ mns) and Margin (%)**

*Source: Deutsche Bank estimates, company information.*

**Fiber (29% of 2018E revenue)**

Uniti's Fiber segment ranks among the top 10 fiber companies nationally (pro forma for the Hunt/Southern Light deals), with ~96k fiber route miles and 4.8mn strand miles in service (3.6mn of which are via WIN). We estimate the segment will generate nearly ~$300mn in 2018E revenue and ~$130mn in Adj. EBITDA. This segment was created through various acquisitions of fiber assets over the past 18 months (ie: PEG Bandwidth, Tower Cloud), and will incorporate certain additional deals once they close later this year (Hunt Telecom and Southern Light).



Figure 7: Uniti Fiber is now one of the top ten fiber operators in the US



*Source: Deutsche Bank estimates, company information.*

Figure 8: Pro forma for its recent deals, ~80% of Fiber revenue under contract is from lit backhaul, dark fiber and small cells



*Source: Deutsche Bank estimates, company information.*

The company's fiber footprint is located mainly in Tier 2 and 3 markets. Pro forma for Southern Light (and other prior deals), 35% of Uniti Fiber's revenue under contract is for higher margin (and more infrastructure reliant) small cell & dark fiber projects, where we think the company will increase its focus for the foreseeable future. Customers in the Fiber segment include Wireless carriers, Enterprises, Government organizations and School districts (E-Rate services).

**Growth**: Uniti Fiber is differentiated as **one of the largest remaining independent fiber network operators in the US** (especially after the most recent wave of industry consolidation). The company's presence in Tier 2 and 3 markets is also a key differentiator, as there has been less competitive overbuilding of fiber relative to larger metros. Pro forma for recent M&A, we model Uniti Fiber revenue growth of ~7% (company commentary implies closer to ~10%), with EBITDA margins improving into the mid-40% range by 2018, (which we think could represent upside).

21 May 2017

Telecom Services

Uniti Group



Figure 9: We expect Uniti's Fiber business to grow ~7% annually beyond this year…



**Uniti Fiber revenue ($ mns) and PF growth (% YoY)**

*Source: Deutsche Bank estimates, company information.*

Figure 10: …with improving margins as it gains scale



**Uniti Fiber EBITDA ($ mns) and Margin (%)**

*Source: Deutsche Bank estimates, company information.*

### Towers (1% of 2018E revenue)

Uniti's tower assets primarily consist of the NMS tower portfolio (acquired in 1Q17) and legacy towers it received in the WIN transaction (with the remainder developed by UNIT or purchased in smaller deals). The company has ~500 towers today (roughly 80% in Latin America, 20% US), with another ~90 in development. The company is bullish on the opportunity to increase tenancy in LatAm (off a relatively low base today), as these markets continue to see a ramp in data usage and carrier network investment. The majority of the company's LatAm portfolio is located in Mexico (212 sites) with the remainder in Colombia (100 sites) and Nicaragua (54).

Uniti is also positive on the build-to-suit opportunity in the US, which it estimates to be 20k towers over the next 5 years. Specifically, we think upcoming spectrum builds (ie: FirstNet via AT&T, T-Mobile's 600MHz build) could be catalysts for the US tower opportunity in the near term (we expect more activity on these fronts in 2018). We think UNIT will look to take advantage of these carrier build-outs to add towers to its portfolio with highly reliable anchor tenants.

When compared to peers, we believe UNIT may be able to bid more competitively for these projects, since it can afford to be more flexible in negotiations with carriers (ie: it doesn't have an existing portfolio with 3% escalators). Moreover, with earnings growth becoming much more challenging in Wireless, we think the carriers may look to alternative providers like UNIT, who could offer more attractive pricing (ie. lower escalators).

At this point, the tower segment is immaterial to UNIT's results (1% of revenue, negative EBITDA as the business is still sub-scale), and is acting as more of a compliment to its other strategic business lines (FTTx/Small Cells). That said, we believe the tower business is a strategic area for UNIT to operate in (given our

view that network spending is accelerating, and given Towers' complimentary nature with fiber and small cells).



Figure 11: We believe Uniti will look to grow its tower business (from its small scale today)…

*Source: Deutsche Bank estimates, company information.*



Figure 12: ...which could weigh on EBITDA margins in the interim as the business ramps

*Source: Deutsche Bank estimates, company information.*

**CLEC (2% of 2018E revenue)**

UNIT's CLEC business, "Talk America" came via the WIN transaction. This segment serves retail consumers with voice and broadband services, with its revenues in the TRS (Taxable REIT Subsidiary) due to its non-real estate nature. Revenues for this segment have been declining in the double digits, mainly via a rapidly declining customer count. Margins for this business are lower than those of the other segments (DBe: 22-24%) reflecting higher access costs that "Talk America" pays as a CLEC. We believe this business is being managed for cash flow, and expect this segment to become a progressively smaller part of Uniti as revenues continue to decline.

21 May 2017

Telecom Services

Uniti Group



Figure 13: We expect more declines in Uniti's CLEC business, as it continues to lose customers...



*Source: Deutsche Bank estimates, company information.*

Figure 14: We estimate margins will remain low in the 22-24% range



*Source: Deutsche Bank estimates, company information.*

## Key investment positives

### Defensive revenue stream (via WIN master lease) supports FCF stability

Though UNIT has made significant progress diversifying its revenue over the last 18 months, leasing revenue from WIN still represents ~68% of UNIT's 2018E revenue. We believe these high margin (~97% EBITDA) revenues provide the company with stability, at a time when Wirelines are facing continued pressure to both revenue/EBITDA.

These heightened challenges facing Wirelines have investors concerned around longer-term dividend sustainability (at these operators). As a "network landlord" for WIN, we believe UNIT's leasing revenue streams (network use payments from WIN, at ~68% of UNIT's 2018E revenues) represent **a more defensive way to invest in the space**. For context, we believe ***UNIT's 10% yield offers investors Wireline-type yields (8-13%) with far less risk*** .

We think dividends at the Wireline operators (including WIN) would be first to get reduced in the event of a cash crunch, with network lease payments to UNIT more of a "last resort" (ie: the network needs to run for a core utility service like Telecom).

Though we're Restricted on WIN, we note consensus implies WIN's annual lease payments to UNIT are (a) 3x covered by Adj. OIBDAR (EBITDA pre-rent) through at least 2020, and that (b) WIN does not have any debt maturities through 2020.

21 May 2017
Telecom Services
Uniti Group





Figure 15: Uniti's multi-year revenue growth exceeds dividend paying Telco/RLEC peers

*Source: Deutsche Bank estimates, company information, FactSet.*

*Note: Uniti growth is pro-forma for recent M&A / We use FactSet consensus estimates for Windstream.*



Figure 16: ...as does its multi-year EBITDA growth

*Source: Deutsche Bank estimates, company information, FactSet.*
*Note: Uniti growth is pro forma for recent M&A / We use FactSet consensus estimates for Windstream.*

Going forward, we think the rent payments from WIN remain safe (despite tougher operating trends), given: (1) the structure of the master lease agreement, and (2) the non-discretionary nature of this lease to WIN's business.

**(1) Windstream contract structure provides protection for Uniti**. The lease with Windstream is structured as Master Lease Agreement (MLA), where the rent payments are considered an operating expense on WIN's income statement. As such, we think these payments would take priority over more discretionary uses of cash (ie. dividend and growth capex). We therefore see a good deal of stability, as WIN expects to generate $2.00-2.06bn in Adj. OIBDAR in 2017, which even after interest ($360mn) and cash taxes ($5mn), should be more than enough to cover the $650mn annual MLA payments (per 2017 company guidance). We are also encouraged by the fact that WIN has no debt maturities before 2020, which should help maintain financial flexibility over the coming years.

21 May 2017

Telecom Services

Uniti Group



Figure 17: WIN's 2017 guidance implies ample room to support MLA rent payments (even accounting for interest/taxes)



*Source: Company guidance.*

**(2) Even in a distressed situation, we think WIN would continue to operate its network assets**. We believe these network assets are mission critical to Windstream's business, especially as a provider of network connectivity to its rural customers. Additionally, given customer reliance on WIN's network for its services, we believe WIN would continue to operate in the event of a potential bankruptcy (making lease payments), as opposed to disrupting service for its consumers.

All that said, however, **we do not think the market is expecting such an event to occur** (even given a declining revenue/EBITDA trajectory, per WIN's guidance). Consensus is currently modeling ~$2.0bn in Adj. OIBDAR, *providing 3x support for the rent payments through at least 2020*. In addition, if fundamentals at WIN were to deteriorate, we think WIN may look to do another sale-leaseback transaction with its newly acquired assets (ie: acquired ELNK assets, or the remaining 20% of its legacy copper/fiber assets that it did not initially spin off), providing another leasing opportunity for UNIT.

Deutsche Bank Securities Inc.

Figure 18: Consensus is currently modeling ~$2.0bn in Adj. OIBDAR at WIN, providing 3x support for the rent payments through at least 2020.



*Source: Company information, FactSet.*

### Diversification, with upside optionality which helps growth

**Increasingly exposed to growth businesses**. We are positive on Uniti's growing exposure to some of the more strategic infrastructure segments in Telco (i.e. fiber, and towers to a lesser extent). After a wave of industry consolidation over the past few years, we believe **Uniti is now one of the top 10 remaining independent owner/operators of fiber network assets.**

Figure 19: We believe Uniti now ranks among the top 10 largest Fiber owners in the US



*Source: Deutsche Bank estimates, company information.*

21 May 2017
Telecom Services
Uniti Group



Figure 20: We expect Uniti to increase its exposure to key infrastructure segments



**2Q15 Revenue by segment**

CLEC, 4%

Leasing, 96%



**2018E Revenue by segment**

Towers, 1%

Fiber, 29%

CLEC, 1%

Leasing, 68%

*Source: Deutsche Bank estimates, company information.*

As such, we believe the company is well positioned to take advantage of secular trends, such as increased carrier spending on network densification, capacity improvement, and coverage build-outs in the coming years. Most notably, we see several tailwinds underpinning strong growth in both fiber (29% of 2018 revenue) and towers (1% of 2018 revenue, but growing) going forward.

- *In fiber* , we think increases in spending will be driven by: **(1) a growing need for small cells** (in an unlimited/5G world), **(2) rapid growth in IP data traffic** (+19% yoy IP data traffic CAGR in North America between 2015-2020, per Cisco), and **(3) a shift in enterprise networking to more bandwidth intensive software driven platforms** (i.e. cloud computing, SD-WAN), that require greater levels of connectivity (via fiber). Going forward, we expect small cells to be a bigger part of Uniti Fiber's business (with 88% of the Uniti Fiber's bookings in 1Q coming in for small cells, per the company).

- *In towers* , we expect a **pick-up in spend on macro sites** in 2017/2018, as carriers increasingly compete on network quality (and prepare for 5G) and look to deploy recently acquired spectrum (ie. FirstNet, WCS/AWS-3, and 600MHz). Specifically, UNIT hopes to target the build to suit opportunity, which it estimates to be roughly 20k new towers in the US.

21 May 2017
Telecom Services
Uniti Group



Figure 21: Uniti's market opportunity as a supplier of Fiber & Small Cells is supported by recent industry commentary

**Recent Fiber & Small Cell Commentary**

| |
|---|
| **CCI's CEO** (4/25/17) stated, "We are seeing a <u>significant increase in activity from our carrier customers</u> as they <u>utilize small cells to augment and further densify their macro networks</u> and deploy spectrum closer to their customers. Our Small Cell <u>pipeline currently stands at record levels</u>, with contracts to deliver <u>nearly 25,000 nodes over the next 18 to 24 months</u>," |
| **T's CEO** (4/25/17) noted that, "where the cost, the availability is there, we will run fiber. So I think <u>the U.S. is going to see a lot of fiber being deployed over the next few years</u> as a byproduct of 5G." |
| **T's CEO** (4/25/17) explained, "But [...] **we make evaluations on build or buy all the time** with regard to wireless -- with regard to <u>backhaul for towers that kind of</u> |
| **T's EVP Tech Ops.** (5/10/17) stated, "in a lot of cases, <u>there's no substitute for small cells</u> to deal with capacity hotspots. And they do create a great foundation for deploying license-assisted access and also 5G." |
| **VZ's COO** (5/8/17) noted, "... over the course of the next several years, you're <u>going to see tens of thousands of small cells</u> added to the Verizon Wireless topology." |
| **VZ's CFO** (4/20/17) noted, "... as we look at the networks of the future, they're <u>going to be built with a lot of fiber deep into the network</u> and that network is going to be built for multiuse cases, not for a single-use case. So it's going to deliver <u>consumer to the home applications</u>, it's going to deliver <u>small business applications</u>, it's going to <u>light up enterprise buildings</u> and it's also going to deliver smart cities and IoT solutions, too. So as we think about how you build that network out, **you're going to need fiber that's not out there today** ..." |
| **TMUS' CTO** (3/21/17) mentioned, " … we have a <u>pipeline build of about 20,000 (small cells) nationally</u> and we will go <u>build several thousand of those this year</u> […] and it's primarily gated on fiber availability and delivery. We think that's the critical (part) -- <u>the long pole in the tent is the fiber</u>." |
| **S' CEO** (1/05/17) stated, "We've been ... putting thousands and thousands of permits in many different counties, municipalities and cities. We are very satisfied with the percentage of approvals that we're getting. And I would say this coming year, 2017, is for sure going to see even further improvements to our network as we start rolling out our small cells ..." |

*Source: Deutsche Bank, company information.*

21 May 2017

Telecom Services

Uniti Group



**Figure 22: Recent industry commentary demonstrates a growing opportunity for newer Tower companies to grow portfolios with wireless carriers**

**Recent Build-to-Suit / 3rd Party Tower Commentary**

**T's EVP Tech. Ops.** (5/10/17) clarified, "So what we've done is we found new (tower) suppliers that are embracing a different business model. And **we're starting to reallocate sites to those new suppliers that allow us to have a business model that we believe is going to be more sustainable**, [...] over the next few years. And we have **thousands of sites that -- renew every year**. And those are all decision points for us in terms of what we do going forward. And then obviously, with the build plan that we have with FirstNet and with small cells and others, those suppliers that are embracing that model are going to find opportunities with us.

**T's EVP Network Ops.** (8/9/16): "We are going to densify our network; we are going to build additional cell towers; and we are going to put additional fiber in the ground for expansion of some of our broadband capabilities."

*Source: Deutsche Bank, company information.*

**Figure 23: Recent commentary supports the view that enterprise IT spending is moving towards more bandwidth intensive (fiber driven) applications**

**Recent Enterprise/Cloud Computing Commentary**

**CCOI's CEO** (3/6/17) noted, "Corporate (Enterprise) customers are running their data processing, data storage, data backup applications in a remote environment […] increasingly that connectivity is now going in an over-the-top on the Internet application."

**CCOI's CEO** (11/9/16) explained, "the reason these Corporate customers need more bandwidth is they are increasingly using SaaS applications and cloud-based computing that is driving into use more Internet connectivity. "

*Source: Deutsche Bank, company information.*

21 May 2017
Telecom Services
Uniti Group



Figure 24: We expect carrier capex (on items including towers and small cells) to ramp from lower 2016 levels



Source: Deutsche Bank, company information.

**We are positive on Uniti's "growth via M&A" strategy**, as incremental assets will **(1) add scale** (allowing the company to better serve bigger enterprise customers and provide opportunities for cost efficiencies/synergies), and **(2) provide incremental revenue diversification** (helping to continue de-risking the business away from WIN).

Figure 25: Uniti has been able to acquire fiber assets at lower multiples (vs. industry peers), due to its focus on smaller markets

### US Fiber/Enterprise transaction comps

($ in millions)

| Announced date | Target | Acquiror | TEV | NTM EBITDA | TEV / EBITDA | TEV / EBITDA (w/synergies) |
|---|---|---|---|---|---|---|
| 17-Apr-17 | Wilcon Holdings | Crown Castle | $600 | $30 | 20.0x | NA |
| 21-Feb-17 | Lumos | EQT Infrastruc | $950 | $101 | 9.4x | NA |
| 30-Nov-16 | Electric Lightwave | Zayo | $1,420 | $180* | 7.9x | 6.5x |
| 1-Nov-16 | FiberNet | Crown Castle | $1,500 | $90 | 16.7x | NA |
| 31-Oct-16 | Level 3 | CenturyLink | $33,400 | $2,976 | 11.2x | 8.7x |
| 30-Apr-15 | Sunesys | Crown Castle | $1,000 | $63 | 16.0x | NA |
| 16-Jun-14 | tw telecom | Level 3 | $7,500 | $572 | 13.1x | 9.7x |
| 16-May-14 | Geo Networks | Zayo | $292 | $19* | 15.2x | 10.0x |
| | | | **Median** | **$95** | **14.2x** | **9.2x** |
| | | | **Mean** | **$504** | **13.7x** | **8.7x** |

*LQA EBITDA

Source: Deutsche Bank estimates, company information.

21 May 2017
Telecom Services
Uniti Group



Figure 26: UNIT has been diversifying its revenue base largely through fiber acquisitions



*Source: Deutsche Bank estimates, company information.*

### Valuation not reflecting (improved) fundamentals

As we have mentioned, we are positive on the core fundamentals of UNIT's business, given the relative safety of its leasing revenue (from WIN) and the strategic value of its growing fiber/tower business. Though UNIT does pay out ~90% of current AFFO via its dividend, we view the dividend as safe given the reliable revenue streams supporting it. We model UNIT's longer term AFFO growth at a low-single digit CAGR through 2020, which supports dividend sustainability and moderate improvements in its payout ratio.

That said, we believe these attributes are not being properly reflected in UNIT's share price, which we explain in greater detail below:

**(1) RLEC exposure has weighed on Uniti shares**. We note that UNIT's dividend yield is currently trading in-line with the RLECs (~10%), despite better fundamentals (which we alluded to earlier). UNIT's share price has declined (-5%) YTD (vs. S&P +6%), despite no real (negative) change to the fundamentals (in our view). The RLECs, on the other hand, have reported worsening trends, with shares for the group underperforming the market. We think some of this negative sentiment has been expressed in Uniti's shares, given its exposure to WIN (~70% of PF revenue). However, as mentioned earlier, we believe this exposure is relatively protected, with the rest of the business (fiber/towers) seeing stronger growth. As a result, we estimate a much stronger FCF trajectory at UNIT (vs. RLEC peers), which should provide greater dividend support.

Deutsche Bank Securities Inc.

21 May 2017
Telecom Services
Uniti Group



Figure 27: Uniti's dividend yield is at a similar level to the RLECs despite more stable revenue streams and superior FCF trajectory



Source: Deutsche Bank, company information, FactSet.

Figure 28: We think the negative market sentiment on RLECs has weighed on UNIT shares



Source: Deutsche Bank, company information, FactSet.

Figure 29: In our view, Uniti has a superior FCF trajectory to RLEC peers for the forseeable future *(note 2017 FCF growth for UNIT is depressed due to pre-funding of recent deals)*



Source: Deutsche Bank estimates, company information.

**(2) Better positioned today, but not getting the credit**. Since its spin-off in 2015, WIN has diversified its "non-leasing" revenue streams from 4% up to ~30% , increasing its exposure to higher growth fiber and tower segments. That said, we note Uniti's dividend yield is currently trading on-par with historical levels (spread

21 May 2017

Telecom Services

Uniti Group

over 10-year UST). In our view, the company is much better positioned today relative to where it was two years ago, and we believe its dividend yield should better reflect those improvements. Similarly, we think this diversification should help to separate its association with WIN's share price, which UNIT has tended to follow in recent periods (see below).

Figure 30: Uniti continues to trade at an 800bp spread over the US 10-year (in-line with historical averages), despite increased exposure to growth segments and lower customer concentration



Source: Deutsche Bank, Factset.

Figure 31: Uniti is trading below its historical EV/EBITDA multiple despite improved fundamentals (mentioned prior)



Source: Deutsche Bank, company information, FactSet.

21 May 2017

Telecom Services
Uniti Group



Figure 32: Uniti and Windstream have traded largely in tandem since the spin-off, which we think should dissipate with greater diversification

Source: Deutsche Bank, company information, FactSet.

Overall, we think Uniti is well positioned among "high dividend" Telco peers to deliver strong capital returns, with significantly better financials. Uniti's revenue is growing ~+2.5% yoy organically, with ~80% Adj. EBITDA margins and AFFO/share growing at a low-single digit CAGR (excluding future M&A). When compared to estimates for RLECs (CTL/FTR) and dividend paying Telco peers (T/VZ), we think there is a clear disconnect between Uniti's growth and where it trades relative to its dividend payments. We also note, UNIT is trading at a relative discount to Triple-net-lease REIT peers, despite having a similar payout ratio (only slightly higher).

21 May 2017
Telecom Services
Uniti Group





Figure 33: Uniti trades at a substantial discount to triple-net-lease REIT peers, despite having only a slightly higher payout ratio

*Source: Deutsche Bank estimates, company information, FactSet.*

## Valuation

**Initiating coverage with a Buy rating and $28 price target.** Our $28, 12 month price target is the average of our DCF, P/AFFO, and dividend yield valuations. Our price target implies a total return of 25%+, including UNIT's 10% dividend yield. We provide additional detail on our valuation framework below:

- **DCF**: Our $27, DCF valuation assumes a 1.5% perpetuity growth rate and 8% WACC (4% risk free rate, 1.08 beta, 9.4% cost of equity, 6% cost of debt). The 1.5% perpetuity growth is given the modest growth in the leasing segment, and boosted by upside in fiber.

- **P/AFFO**: Our $29, P/AFFO valuation uses an 11x 2018E target P/AFFO multiple, which is a premium to its historical average (~10x), given greater diversification vs. prior periods. We note this is at the lower end of its triple net REIT peers (which are currently trading at 9-17x 2018E P/AFFO).

- **Dividend yield**: Our $27 dividend yield analysis uses a 9% target dividend yield. We note UNIT's 2017 dividend yield is trading in-line to its RLEC peers (~8-13%), despite a much safer dividend trajectory (in our view).

21 May 2017
Telecom Services
Uniti Group

Figure 34: On average, UNIT has historically traded at 9.6x NTM P/AFFO



Source: Deutsche Bank estimates, company information, FactSet.

Figure 35: UNIT is currently trading in-line with its RLEC peers (CTL, FTR, WIN), despite a much safer dividend (in our view)



Source: Deutsche Bank estimates, company information, FactSet.

## Key investment risks

**High customer concentration**. As mentioned previously, the majority of the company's revenue comes from Windstream (~70% today, pro forma for announced deals). Since the sale leaseback transaction in 2015, Uniti has worked to diversify its revenue stream, surpassing its initial target of 25% revenue diversification (ex-WIN) and now targeting ~50% in the near future (which we believe will require incremental M&A). While we believe Uniti has made impressive progress on this front, *we still think it is worth flagging the inherent risk tied to having one customer representing over two thirds of its revenue* (especially given investor concerns around headwinds facing the Wireline Telecoms).

Although we believe UNIT's lease obligation with WIN would remain a top priority in the event of a potential bankruptcy (given the importance of the network), the (small, yet present) risk of pressure to restructure the contract / potentially lower pricing exists. We note that, of its REIT peers, UNIT has the highest customer concentration (CCI is the second most concentrated, with 27% of its revenue coming from AT&T). Moreover, other REITs with high customer concentration (ie. Towers, DFT, MPW) tend to trade at a discount relative to their REIT peers on a P/AFFO basis (see exhibit below).

Deutsche Bank Securities Inc.

21 May 2017
Telecom Services
Uniti Group



Figure 36: Pro forma for Hunt and Southern Light, 70% of UNIT's revenue will still come from WIN



*Source: Deutsche Bank estimates, company information.*

Figure 37: Other REITs with high customer concentration tend to trade below their REIT peers on a P/AFFO basis



*Source: Deutsche Bank estimates, company information.*

**Relying on M&A may become more challenging**. We believe incremental M&A remains key to Uniti's long term strategy (and is essential in achieving its target of 50% revenue diversification in upcoming periods); however, we see several risks when M&A is used as a key driver of growth.

*(1) M&A may get tougher as multiples creep higher*. While we are positive on the fiber/tower business models (given their exposure to mobile data traffic), we think their growing importance is being reflected in current market valuations and deal comps. We note that several fiber assets have recently been sold for 15-20x NTM EBITDA (ie. CCI/Wilcon, CCI/FiberNet, CCI/Sunesys) and that private tower portfolios have also been quite expensive (so much so that public tower companies like SBAC have cited rising valuations and passed on deals in recent periods, opting instead to buy back their own stock). While Uniti has been successful in purchasing cheaper fiber assets in tier 2-3 markets (see below), we think a growing need for more fiber outside of dense metro areas may eventually push these multiples higher too. As a result, we believe incremental growth and value creation at Uniti may become more difficult to achieve.

*(2) Frequent M&A may lead to integration risk*. While Uniti has been able to successfully integrate deals thus far (ie. PEG Bandwidth/TowerCloud), we note that as the company grows in size, integration may become more of a challenge.

21 May 2017
Telecom Services
Uniti Group



**Figure 38: Recent fiber deals have been done at 15-20x NTM EBITDA**



**US Fiber/Enterprise transaction comps**

*($ in millions)*

| Announced date | Target | Acquiror | TEV | NTM EBITDA | TEV / EBITDA | TEV / EBITDA (w/synergies) |
|---|---|---|---|---|---|---|
| 17-Apr-17 | Wilcon Holdings | Crown Castle | $600 | $30 | 20.0x | NA |
| 21-Feb-17 | Lumos | EQT Infrastruc | $950 | $101 | 9.4x | NA |
| 30-Nov-16 | Electric Lightwave | Zayo | $1,420 | $180* | 7.9x | 6.5x |
| 1-Nov-16 | FiberNet | Crown Castle | $1,500 | $90 | 16.7x | NA |
| 31-Oct-16 | Level 3 | CenturyLink | $33,400 | $2,976 | 11.2x | 8.7x |
| 30-Apr-15 | Sunesys | Crown Castle | $1,000 | $63 | 16.0x | NA |
| 16-Jun-14 | tw telecom | Level 3 | $7,500 | $572 | 13.1x | 9.7x |
| 16-May-14 | Geo Networks | Zayo | $292 | $19* | 15.2x | 10.0x |
| | **Median** | | | **$95** | **14.2x** | **9.2x** |
| | **Mean** | | | **$504** | **13.7x** | **8.7x** |

*LQA EBITDA

*Source: Deutsche Bank, company information, FactSet.*

**High leverage in a rising rate environment.** As a REIT (and at ~6x leverage), we believe rising rates could lead to multiple compression and higher financing costs (as mentioned above) at Uniti. Given the significant capital costs associated with real estate, REITs have traditionally moved in opposite directions of the US 10-Year, which Uniti has not been immune from (see below). Our DB macro team expects the 10-Year UST to reach 2.75% by year end (from 2.23% today), which may serve as an additional headwind to Uniti. Also, we believe rising rates may impact the company's ability to create value through M&A, given a potentially higher cost of debt. In our view, a higher cost of capital at UNIT may be a disadvantage relative to other investment grade peers (such as CCI). More importantly, we ultimately believe that a strategy so reliant on M&A for diversification may be at greater risk in a rising rate environment.

**Figure 39: Historically, UNIT's NTM P/AFFO multiple has moved in the opposite direction the 10-Year US Treasury**



*Source: Deutsche Bank estimates, company information, FactSet.*

21 May 2017
Telecom Services
Uniti Group



## Figure 40: UNIT summary financial and operating metrics (in $mns, except per share items)

| | 2015 | 2016 | 1Q17 | 2Q17E | 3Q17E | 4Q17E | 2017E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **FY17E** | | | | | **FY18E** | | | | |
| **Income Statement** | | | | | | | | | | | | | |
| **Leasing Revenue** | $459 | $677 | $170 | $171 | $171 | $171 | $682 | $170 | $171 | $171 | $171 | $684 | $685 |
| *% YoY Growth* | | | *1.0%* | *0.9%* | *0.6%* | *0.3%* | *0.7%* | *-0.1%* | *0.4%* | *0.4%* | *0.4%* | *0.3%* | *0.2%* |
| **Fiber Revenue (reported)** | $0 | $71 | $35 | $38 | $60 | $68 | $201 | $70 | $71 | $73 | $74 | $287 | $309 |
| *% YoY Growth* | | | | *177.5%* | *137.9%* | *115.5%* | *185.0%* | *99.7%* | *86.2%* | *21.2%* | *8.8%* | *43.0%* | *7.3%* |
| **CLEC Revenue** | $18 | $22 | $5 | $5 | $4 | $4 | $18 | $4 | $4 | $4 | $3 | $15 | $13 |
| *% YoY Growth* | | | *-18.3%* | *-18.4%* | *-19.2%* | *-19.2%* | *-18.8%* | *-18.5%* | *-17.7%* | *-17.6%* | *-17.6%* | *-17.9%* | *-15.9%* |
| **Towers Revenue** | $0 | $0 | $1 | $2 | $2 | $3 | $8 | $3 | $3 | $3 | $4 | $13 | $19 |
| *% YoY Growth* | | | | | | | | *100.6%* | *53.6%* | *51.5%* | *47.1%* | *59.1%* | *40.0%* |
| **Revenue (reported)** | $476 | $770 | $211 | $215 | $237 | $245 | $910 | $247 | $249 | $251 | $253 | $1,000 | $1,025 |
| *% YoY Growth (organic)* | | *1.1%* | *3.5%* | *3.3%* | *3.2%* | *3.2%* | *3.3%* | *1.3%* | *2.1%* | *2.6%* | *2.9%* | *2.2%* | *2.5%* |
| **Leasing Adj. EBITDA** | $449 | $659 | $165 | $165 | $165 | $166 | $661 | $165 | $166 | $166 | $166 | $663 | $665 |
| *% of Revenue* | *98.0%* | *97.3%* | *96.9%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* | *97.0%* |
| **Fiber Adj. EBITDA (reported)** | $0 | $26 | $12 | $14 | $26 | $32 | $84 | $32 | $33 | $34 | $35 | $132 | $144 |
| *% of Revenue* | *NM* | *36.7%* | *33.2%* | *36.6%* | *43.6%* | *46.9%* | *41.6%* | *45.7%* | *45.9%* | *46.1%* | *46.6%* | *46.1%* | *46.6%* |
| **CLEC Adj. EBITDA** | $4 | $5 | $1 | $1 | $1 | $1 | $4 | $1 | $1 | $1 | $1 | $4 | $3 |
| *% of Revenue* | *22.4%* | *22.6%* | *23.7%* | *23.6%* | *23.6%* | *23.5%* | *23.6%* | *23.5%* | *23.4%* | *23.4%* | *23.3%* | *23.4%* | *23.3%* |
| **Towers Adj. EBITDA** | $0 | $0 | ($1) | ($2) | ($0) | ($0) | ($3) | ($1) | ($1) | ($1) | ($1) | ($5) | ($9) |
| *% of Revenue* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| **Adjusted EBITDA (reported)** | $453 | $690 | $177 | $179 | $193 | $198 | $746 | $197 | $198 | $199 | $200 | $794 | $802 |
| *% of Revenue* | *95.2%* | *89.6%* | *83.7%* | *82.9%* | *81.1%* | *80.6%* | *82.0%* | *79.8%* | *79.5%* | *79.3%* | *79.2%* | *79.4%* | *78.3%* |
| *% YoY Growth (organic)* | | *0.9%* | *-0.2%* | *0.4%* | *0.3%* | *3.7%* | *1.7%* | *2.5%* | *2.6%* | *1.2%* | *1.0%* | *1.8%* | *1.0%* |
| **AFFO** | $267 | $399 | $100 | $98 | $110 | $115 | $423 | $115 | $116 | $116 | $117 | $464 | $468 |
| *% YoY Growth* | | | *2.9%* | *-1.8%* | *10.3%* | *12.9%* | *6.1%* | *14.3%* | *18.7%* | *5.8%* | *1.7%* | *9.7%* | *0.8%* |
| **AFFO/Share** | $1.78 | $2.61 | $0.65 | $0.58 | $0.63 | $0.66 | $2.51 | $0.66 | $0.66 | $0.67 | $0.67 | $2.65 | $2.68 |
| *% YoY Growth* | | | *-0.5%* | *-11.8%* | *-2.8%* | *0.3%* | *-3.7%* | *1.5%* | *14.3%* | *5.8%* | *1.7%* | *5.6%* | *0.8%* |
| **Dividend/Share** | $1.64 | $2.40 | $0.60 | $0.60 | $0.60 | $0.60 | $2.40 | $0.60 | $0.60 | $0.60 | $0.60 | $2.40 | $2.40 |
| *% YoY Growth* | | | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* |
| *AFFO Payout* | *92.0%* | *91.9%* | *92.8%* | *103.3%* | *95.4%* | *91.3%* | *95.5%* | *91.5%* | *90.4%* | *90.1%* | *89.7%* | *90.4%* | *89.7%* |
| **Balance Sheet** | | | | | | | | | | | | | |
| **Gross Debt** | $3,639 | $4,223 | $4,217 | $4,592 | $4,736 | $4,736 | $4,736 | $4,736 | $4,736 | $4,761 | $4,786 | $4,786 | $4,886 |
| **Net Debt (incl. Preferred)** | $3,497 | $4,131 | $4,229 | $3,922 | $4,660 | $4,697 | $4,697 | $4,719 | $4,739 | $4,767 | $4,791 | $4,791 | $4,881 |
| **Leverage ratio** | | 6.0x | 6.0x | 5.5x | 6.1x | 5.9x | 6.3x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.1x |
| **Cash Flow Statement** | | | | | | | | | | | | | |
| **Maintenance Capex** | $0 | $3 | $1 | $1 | $2 | $2 | $6 | $2 | $2 | $2 | $3 | $9 | $11 |
| *% of Fiber + Tower Revenue* | *NM* | *4.7%* | *1.5%* | *3.0%* | *3.0%* | *3.0%* | *2.7%* | *3.0%* | *3.0%* | *3.3%* | *3.3%* | *3.1%* | *3.4%* |
| **Net Success-Based Capex** | $0 | $27 | $12 | $16 | $34 | $41 | $103 | $34 | $36 | $37 | $38 | $145 | $144 |
| *% of Fiber + Tower Revenue* | *NM* | *38.0%* | *32.3%* | *39.3%* | *55.3%* | *58.3%* | *49.2%* | *47.3%* | *48.3%* | *48.3%* | *48.3%* | *48.0%* | *44.0%* |
| **Total Capex** | $44 | $35 | $15 | $19 | $38 | $45 | $118 | $38 | $40 | $41 | $42 | $163 | $164 |
| *% of Total Revenue* | *9.3%* | *4.5%* | *7.1%* | *8.8%* | *16.1%* | *18.4%* | *12.9%* | *15.6%* | *16.2%* | *16.5%* | *16.8%* | *16.3%* | *16.0%* |

*Source: Deutsche Bank, company data.*

21 May 2017
Telecom Services
Uniti Group

# Appendix 1

## Important Disclosures

### *Other information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| Uniti Group | UNIT.OQ | 24.10 (USD) 19 May 2017 | NA |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg, and other vendors. Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/ DisclosureDirectory.eqsr. Aside from within this report, important conflict disclosures can also be found at https://gm/db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Matthew Niknam

Historical recommendations and target price. Uniti Group (UNIT.OQ)
*(as of 05/19/2017)*



Current Recommendations
Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

---

21 May 2017
Telecom Services
Uniti Group

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.
Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.
Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



North America Universe

Deutsche Bank Securities Inc.



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. Trade ideas for equities can be found at the SOLAR link at http://gm.db.com. A SOLAR idea represents a high conviction belief by an analyst that a stock will outperform or underperform the market and/or sector delineated over a time frame of no less than two weeks. In addition to SOLAR ideas, the analysts named in this report may from time to time discuss with our clients, Deutsche Bank salespersons and Deutsche Bank traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if any opinion, forecast or estimate contained herein changes or subsequently becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst concerned or of the Research Department Management and as such the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Unless otherwise indicated, prices are current as of the end of the previous trading session, and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank, subject companies, and in some cases, other parties.

The Deutsche Bank Research Department is independent of other business areas divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research is available on our website under Disclaimer found on the Legal tab.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss.



The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or the liquidation of positions), and settlement issues related to local clearing houses are also important risk factors to be considered. The sensitivity of fixed income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. It is important to note that the index fixings may -- by construction -- lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. It is also important to acknowledge that funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Naturally, options on swaps (swaptions) also bear the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including, among others, market, counterparty default and illiquidity risk. The appropriateness or otherwise of these products for use by investors is dependent on the investors' own circumstances including their tax position, their regulatory environment and the nature of their other assets and liabilities, and as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: ( i) exchange rates can be volatile and are subject to large fluctuations; ( ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government imposed exchange controls which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited.



**India**: Prepared by Deutsche Equities India Pvt Ltd, which is registered by the Securities and Exchange Board of India (SEBI) as a stock broker. Research Analyst SEBI Registration Number is INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may only undertake the financial services activities that fall within the scope of its existing QFCRA license. Principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company, (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may only undertake the financial services activities that fall within the scope of its existing CMA license. Principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

21 May 2017

Telecom Services

Uniti Group



**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia**: Retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Please refer to Australian specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2017 Deutsche Bank AG

Deutsche Bank Securities Inc.

### David Folkerts-Landau
Group Chief Economist and Global Head of Research

| Raj Hindocha | Michael Spencer | Steve Pollard |
|---|---|---|
| Global Chief Operating Officer Research | Head of APAC Research Global Head of Economics | Head of Americas Research Global Head of Equity Research |

| Anthony Klarman | Paul Reynolds | Dave Clark | Pam Finelli |
|---|---|---|---|
| Global Head of Debt Research | Head of EMEA Equity Research | Head of APAC Equity Research | Global Head of Equity Derivatives Research |

| Andreas Neubauer | Stuart Kirk |
|---|---|
| Head of Research - Germany | Head of Thematic Research |

## International locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500