# EXHIBIT C

EQUITY RESEARCH   INITIATION



# RBC Capital Markets

RBC Capital Markets, LLC
**Jonathan Atkin**  (Analyst)
(415) 633-8589
jonathan.atkin@rbccm.com
**Bora Lee**  (AVP)
(212) 618-7823
bora.lee@rbccm.com

**Brajesh Mishra**  (Senior Associate)
(212) 558-0411
brajesh.mishra@rbccm.com

**Sector: Communications Infrastructure**

June 19, 2017

# Uniti Group Inc.

## Initiating at Outperform; favorable growth, diversification, and dividend

**Our view:** We are initiating coverage of Uniti Group Inc. with an Outperform rating based on favorable organic and inorganic growth opportunities vs. peers, due in part to its focus on less competitive tier 2 and tier 3 markets; progressive diversification of revenues to a broader customer base; and strong valuation metrics (dividend, cashflow multiple) vs. other communications infrastructure stocks. Our price target is $32.

### Key points:
### Positives
- **Unique Network REIT investment platform**. Uniti is the only REIT focused on both fixed-line and mobile communications infrastructure, and uniquely leveraged to less competitive tier 2 and tier 3 markets with more reasonable acquisition multiples. Uniti has flexibility through its taxable REIT subsidiaries to operate and acquire businesses, sell entire businesses or enter into sale-leasebacks in a tax-efficient manner. It recently converted to an UPREIT structure, enabling the company to use OP units for acquisitions.
- **Steady revenue base and revenue visibility.** Uniti's master lease with Windstream provides an annuity-like revenue stream with nearly 100% flow-through to EBITDA. The 15-year exclusive triple-net lease covers ~80% of Windstream's fiber based network. Uniti has a robust pipeline of bookings that lends near-term revenue visibility, driven primarily by Uniti Fiber.
- **Diversification through acquisitions.** Since its spin-off, Uniti has diversified its revenue stream and customer base, reducing its revenue exposure to Windstream from ~96% immediately after its spin-off to ~81% at 1Q17, or ~70% pro forma the Hunt Telecom and Southern Light acquisitions. Uniti's next target is to reduce Windstream exposure below 50% within the next 24 months, and ultimately, below 20%.

### Risk
- **Windstream counterparty risk.** WIN's significant revenue contribution links the investment narratives of the two companies. UNIT shares could see pressure if Windstream experiences operating and financial difficulties. We believe that, given the importance of the leased network to Windstream's operations and the structure of the lease agreement, the lease payments to Uniti would be considered essential for the ongoing business and prioritized under a restructuring, thereby mitigating UNIT's risk.

**Valuation and estimates:** Our $32 price target is based on a five-year DCF (8.5% discount rate and 13.5x terminal-year FCF multiple). UNIT shares are trading at 11.8x 2017 EV/EBITDA and 10.8x 2018 EV/EBITDA, in line with its peers, with P/AFFO of 10.9x vs. peers at 15.3x. We estimate 2017/2018 revenue of $905M/$995M, and EBITDA of $747M/$816M.

## Outperform
NASDAQ: UNIT; USD 26.73

### Price Target USD 32.00
### Scenario Analysis*

|  | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
|  | 16.00 | 26.73 | 32.00 | 40.00 |
|  | ↓ 31% |  | ↑ 29% | ↑ 59% |

*Implied Total Returns

### Key Statistics
| Shares O/S (MM): | 175.4 | Market Cap (MM): | 4,688 |
|---|---|---|---|
| Dividend: | 2.40 | Yield: | 9.0% |
|  |  | Avg. Daily Volume: | 1,299,125 |

### RBC Estimates

| FY Dec | 2016A | 2017E | 2018E |
|---|---|---|---|
| **Revenue** | 770.4 | 905.2 | 995.0 |
| **EBITDA** | 690.2 | 747.2 | 816.0 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2016 | 174.7A | 188.6A | 200.2A | 206.9A |
| 2017 | 211.5A | 214.2E | 235.5E | 244.0E |
| **EBITDA** |  |  |  |  |
| 2016 | 165.7A | 171.6A | 175.7A | 177.2A |
| 2017 | 177.0A | 177.4E | 193.9E | 198.9E |

All values in USD unless otherwise noted.

Disseminated: Jun 19, 2017 05:17ET; Produced: Jun 19, 2017 05:17ET     Priced as of prior trading day's market close, EST (unless otherwise noted).

For Required Conflicts Disclosures, see Page 38.
RBC Capital Markets appreciates your consideration in the 2017 Institutional Investor All-America Research Team survey.



# RBC Capital Markets

## Target/Upside/Downside Scenarios

### Exhibit 1: Uniti Group Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

**Target price/base case**

Based on a five-year discounted cash flow, we estimate a value of $32/share. We assume an 8.5% discount rate and 13.5x terminal year FCF multiple.

**Upside scenario**

Based on a five-year discounted cash flow, we assume a higher revenue CAGR (+200 bps) and higher EBITDA margins each year (+50 bps) than in our base case, deriving a value of $40/share. We assume an 8.5% discount rate and 13.5x terminal year FCF multiple.

**Downside scenario**

Our downside scenario price target of $16 utilizes comparable company Level 3's trough EV/EBITDA multiple during the market turmoil in 2008/2009 (9.0x). We believe sentiment may drive share valuation in periods of market turmoil over fundamentals. Hence, a market multiple provides a more conservative view of the stock.

## Investment summary

We believe Uniti has the potential to outperform its peers if the management team can successfully execute on its strategy of diversification through disciplined M&A, efficient use of its unique REIT platform, and growth through its fiber platform.

### Positives:

- Uniti has a unique tax-beneficial structure from which to acquire communications infrastructure assets. Through its focus on Tier 2 and 3 markets, the company has been able, to date, to sidestep the valuation creep seen in Tier 1 market transactions.
- Windstream's master lease provides a stable revenue base upon which incremental fiber opportunities, among others, can be layered. The company's steady pipeline of acquisitions and associate pipelines provide near-term revenue visibility.
- Uniti is making steady progress diversifying its revenue base and customer base.

### Potential catalysts:

**Positive**: Credit rating agency action supporting investor comfort around the protection provisions of the Windstream lease and/or indications of further de-linking of Uniti's and Windstream's investment theses.

**Negative**: Headline risk if Windstream experiences financial and operational challenges.

### Risks/price target impediments:

- Windstream revenue concentration and Windstream's continued ability to pay in the face of challenging secular trends remains top of mind for investors.
- Management has successfully integrated acquisitions to date, realizing synergies earlier than projected. The M&A intensive strategy is highly dependent on their ability to execute and remain disciplined.
- Limited management equity ownership in the company could be of concern to investors who wish to see greater alignment of interests.

 **RBC Capital Markets**

# Table of contents

Key questions ........................................................................................................................4

Company summary ................................................................................................................5

Investment considerations ...................................................................................................8

Risks and price target impediments ..................................................................................12

Revenue segments ..............................................................................................................14

Expense drivers ...................................................................................................................18

Capital expenditures ..........................................................................................................21

Key events and financings ..................................................................................................22

Balance sheet and capitalization .......................................................................................24

Management background and ownership ..........................................................................27

Shareholder base ................................................................................................................29

Valuation and trading multiples ........................................................................................31

Management guidance and RBC Capital Markets estimates .............................................34



# Key questions

**Our view**

**1)  What are the key terms of Uniti's lease agreement with Windstream?**

As part of its spin-off from Windstream (NASD: WIN, NR), Uniti (NASD: UNIT, OP) entered into a 15-year exclusive triple-net Master Lease for the contributed fiber/copper/real estate assets ("the Distribution System"). Uniti receives an annual fixed rent of $653.5M, with a 0.5% annual escalator starting May 2018. Capital expenditures for the Distribution System are generally the responsibility of Windstream. Tenant-funded capital improvements ("TCI"), including the replacement of copper distribution systems with fiber, become the property of UNIT. During 1Q16, the Master Lease was amended to allow Uniti to exchange ownership or IRUs of certain fiber assets to a third party, which would then be leased back to Windstream. The amendment also allows Uniti to install, own and operate certain wireless communication towers, antennas and related equipment on designated portions of the leased property.

**2)  What is Uniti's counterparty exposure to Windstream?**

Uniti diversified its revenue exposure to Windstream from ~96% immediately after spin-off to ~81% in 1Q17, primarily through a series of acquisitions. Given the significant exposure, Windstream's financial stability and ability to pay its lease is a consideration for Uniti investors. We believe that while the exposure bears watching, there are mitigating factors. (1) UNIT continues to make progress diversifying its revenue base. Pro forma for the pending Hunt and Southern Light acquisitions, Windstream exposure is projected at ~70% of total revenue; (2) the lease agreement covers ~80% of Windstream's network, and is structured such that individual markets cannot be cherry picked. Given the critical nature of the network to Windstream's operation, we believe that if a restructuring scenario were to occur, the lease expense would likely be considered essential for the ongoing business and prioritized, analogous to what tower operators experienced from time to time with restructurings involving their carrier tenants (e.g., the current Oi restructuring process, and the Chapter 11 filings of Ntelos and Horizon PCS. Windstream closed its acquisition of Earthlink in 1Q17, and its Broadview acquisition is pending (3Q17E). While there is associated integration risk, Windstream's financial position and rent coverage ratio should improve, assuming realization of synergies.

**3)  What are the organic growth opportunities for the business?**

Over the next few years, we expect the primary growth driver to be fiber operations, with a revenue mix-shift towards dark fiber and small cells. For 2017, management projects Uniti Fiber's organic growth rate at 10%, with margin expansion from acquisition-related synergies and revenue generation from Tower Cloud/Southern Light projects. With 80% excess network capacity, Uniti has the opportunity to monetize fiber capacity by selling to other wholesale carriers, enterprises, businesses, and schools (E-Rate). Management hopes to do more sale leasebacks in the fiber space, which tend to be immediately accretive. Towers are viewed more as opportunistic, and as a complement to fiber.

**4)  What capex intensity is needed to support fiber business growth?**

Pro forma for the Hunt and Southern acquisitions, maintenance capex is ~2% of Uniti Fiber revenues. Given the capital intensive nature of the fiber business and the amount of backlogged dark fiber, management projects 2017 capex at 40-50% of sales to support 10% organic revenue growth. For comparison purposes, in 1Q17, Zayo's maintenance capex was ~1.3% of sales and total capex was ~38%.



**RBC Capital Markets**

# Company summary

Headquartered in Little Rock, Arkansas, Uniti Group Inc. (NASDAQ: UNIT), formerly Communications Sales & Leasing, Inc. (CS&L), is an internally managed real estate investment trust (REIT) focused on communications infrastructure such as fiber and copper networks, wavelength services, towers, ground leases, cell-site backhaul, and small cells for carriers and enterprises. It also has a consumer broadband division.

The company was spun-off from parent Windstream (NASD: WIN) in April 2015, at which time Windstream contributed certain telecommunications network assets including fiber and copper networks, other real estate, and a small consumer competitive local exchange carrier (CLEC) business. Immediately post spin-off, Windstream entered into a long-term agreement to lease the contributed network from Uniti on an exclusive basis.

The company has four reporting business segments: Leasing, Fiber Infrastructure, Towers and Consumer CLEC, which represent the operations of Uniti Leasing, Uniti Fiber, Uniti Towers, and Talk America, respectively.

As of 1Q17, and pro forma for Hunt and Southern Light, Uniti has 4.8 million fiber strand miles and 708 towers in the U.S. and Latin America. For the year ended December 31, 2016, the company had revenues, funds from operations (FFO) and adjusted funds from operations (AFFO) of $770.4 million, $346.1 million and $398.5 million, respectively.

The following exhibit provides an overview of Uniti's network.

Exhibit 2: Uniti's Fiber Network (pro forma)

Source: Company sources, RBC Capital Markets

**RBC Capital Markets**

The following exhibit provides an overview of Uniti's major business segments (Fiber, Leasing, Towers, and Consumer CLEC). The Fiber segment consists of lit services, dark fiber, and small cells, while the Tower segment consists of U.S. and international towers as well as ground leases.

Exhibit 3: Uniti's Business Portfolio

| Reportable segments | Ground Leases | Macro Towers | Small Cells | Dark Fiber | Lit Fiber | Uniti Leasing | Consumer CLEC |
|---|---|---|---|---|---|---|---|
| | Uniti Towers | | Uniti Fiber | | | Uniti Leasing | Consumer CLEC |
| REITable? | Yes | Yes | Yes | Yes | (a) | Yes | No |
| Initial Yields | 6%-8% | 5%-10%+ | 5%-7% | 5%-7% | 10%-20% | 8%-12% | EBITDA Margin: 22% |
| Multi Tenant Leased up "Shared Economics" | | Yes | Yes | Yes | Yes | Yes | NM |
| Initial Term (Years) | 50-99 | 5-10 | 10-20 | 10-20 | 5-10 | 15-20 | Month-to-month |
| Escalators | 1%-4% | 1%-3% | 0%-3% | 0%-3% | NA | 1%-3% | NM |
| 1Q17 Revenue Growth | 524.0% | | 10.3% | | | 0.2% | (5.2%) |
| 1Q17 EBITDA Growth | NM | | 3.8% | | | 0.5% | (2.8%) |
| Characteristics | Infrastructure | | | | | Infrastructure | Infrastructure |
| | | | Services Component | | | | |

Note: (A) Lit fiber is generally not REITable; however, TRS structure and tax attributes for Uniti Fiber expected to provide substantial tax benefits. Future conversions of lit fiber to dark fiber may result in assets becoming REIT eligible.
Source: Company earnings presentation.

The following exhibits provide consolidated and segment views of the company's diversification path from its majority Windstream-derived revenues.

**RBC Capital Markets**

### Exhibit 4: Uniti consolidated snapshot post-IPO and today

| | | (April 30, 2015) | As of 1Q17* |
|---|---|---|---|
| Scale | Annual revenues | ~$700M | >$950M |
| | Adjusted EBITDA** | >$650M | >$770M |
| | Enterprise value | ~$8B | ~$8.6B |
| Revenue Diversification*** | Windstream | 98% | 70% |
| | Other | 2% | 30% |
| | Capital deployed for non-Windstream operations | | >$1.5B |
| Operations | Customers | 1 | 15,500 |
| | Strand Miles | 3.5M | 4.8M |

\* Pro forma the acquisitions of NMS, Southern Light, and Hunt. Market data as of May 12, 2017.
\*\*Adjusted EBITDA includes expected synergies.
\*\*\* Excludes revenue from amortized tenant capital improvements.
Source: Company presentation, RBC Capital Markets

### Exhibit 5: Uniti segment snapshot post-IPO and today

| | Uniti Fiber | Uniti Towers | Uniti Leasing |
|---|---|---|---|
| Acquisitions | PEG Bandwidth; Tower Cloud; Hunt Telecom (pending); Southern Light (pending) | Summit Wireless; NMS; Windstream - Tower assets | Windstream Master Lease |
| **Key Metrics** | | | |
| Assets | 1.2M strand miles | 708 owned towers | 3.6M strand miles |
| Revenues under contract (1) | >$1.2B | >$65M | ~$8.8B |
| Avg remaining contract length (1) (2) | >6 years | 8 years | 13 years (+ possible extension up to 20 yrs) |
| Capital deployed (3) | >$1.5B | ~$70M | ~$8B |

Note: Information is as of 1Q17, and pro forma for acquisitions of NMS, Southern Light, and Hunt.
(1) Uniti Fiber Revenues Under Contract includes $61M attributable to Hunt.
(2) Includes contracts for wireless Enterprise and E-rate and Government.
(3) Capital deployed represents aggregate purchase price of acquired entities for Uniti Fiber and Towers.
Windstream master lease capital deployed represents enterprise value at the time of the spin-off.
(4) Towers owned is pro-forma for 134 towers from the Hunt acquisition and 81 towers in development from the NMS acquisition.
Source: Company presentation, RBC Capital Markets

# Investment considerations

## Positives

### Unique Network REIT Investment Platform

Uniti is the first network REIT focused on acquisitions, with a broad portfolio of communications infrastructure investments including dark/lit fiber, ground leases, macro towers, small cells, and consumer broadband. The qualified REIT subsidiaries (QRS) include Uniti Leasing (i.e., the Windstream network) and Uniti Towers (both tower and ground lease operations); Uniti Fiber and the Consumer CLEC businesses are treated as taxable REIT subsidiaries (TRS). As part of the spin-off process, Windstream received a Private Letter Ruling from the IRS which deemed copper and fiber as real property. Subsequent legislation and IRS regulations make replicating a similar propco/opco tax-free spin-off and REIT conversion difficult, in our view.

Uniti has capacity through the TRSs to acquire up to 25% of the total REIT asset value (up to 20% starting in 2018) in non-REIT operating businesses and assets. With the large anchor Windstream Distribution System in the QRS, management has the capacity and flexibility to operate newly acquired businesses, sell entire businesses or enter into sale-leasebacks. Additionally, REITable assets that are in the TRS can be eventually migrated into the QRS when beneficial, for instance, to provide incremental TRS capacity or after harvesting tax benefits such as the $81.2 million in federal NOLs from the Tower Cloud acquisition.

Uniti recently converted to an UPREIT (Umbrella Partnership) structure, which allows it to use operating partnership (OP) units as currency for acquisitions. The OP unit is entitled to the same dividend as the stock, and allows for deferral of tax gains until it is converted into a share of REIT stock. The ability to time the tax gain may particularly appeal to private sellers, who are more likely to be structured as pass-through entities that can take advantage of this characteristic. The pending acquisitions of Hunt and Southern Light are the first transactions in which OP units will be used.

### Steady revenue base and revenue visibility

Windstream's master lease provides an annuity-like revenue stream for Uniti. The 15-year exclusive triple-net lease covers ~80% of Windstream's fiber-based network, with annual rent of $653.5 million subject to a 0.5% annual escalator beginning in May 2018. Under a triple net lease, Windstream is responsible for the ongoing expenses of the property including real estate taxes, insurance, and maintenance, resulting in the leasing segment's close to 100% EBITDA margins. Additionally, Windstream has four 5-year renewal options available that could potentially extend the lease term to 35 years. The sizeable base and flow-through provide a stable starting point from which Uniti has the opportunity to add incremental revenue from its acquisitions.

Uniti has a robust bookings pipeline that lends near-term revenue visibility. At 1Q17 (pro forma the Hunt and Southern Light transactions), the company had $10.0 billion of revenues under contract. Of this amount, Uniti Fiber accounted for greater than $1.2 billion with an average remaining contract term of greater than 6 years, and almost 80% of the bookings from investment-grade customers.

Over the next few years, management expects the primary growth driver to be fiber operations, with a revenue mix-shift towards dark fiber and small cells. For 2017, management projects Uniti Fiber's organic growth rate at 10%, with margin expansion from acquisition-related synergies and Tower Cloud/Southern Light projects starting to become revenue-producing. With 80% excess network capacity, Uniti has the opportunity to



## RBC Capital Markets

monetize fiber capacity by selling to other wholesale carriers, enterprises, businesses, and schools (E-Rate). Management continues to hope to do more sale leasebacks in the fiber space, largely driven towards non-Windstream related activities. Uniti's fiber network, pro forma for the Hunt and Southern Light acquisitions, will total 96,000 fiber route miles, making it one of the largest 15 fiber networks in the U.S. as can be seen in the following exhibit.

Exhibit 6: Top 15 Largest Fiber Networks – Fiber route miles ('000s)



\* Pro forma for pending M&A.
\*\* Includes US and International fiber networks.
\*\*\* Includes third-party fiber from other carriers
Source: Company sources, Vertical Systems Group, RBC Capital Markets estimates

Management views towers more opportunistically, and as a complement to fiber, with the possibility for build to suit opportunities in both the U.S. and Mexico. Upon closing of the NMS acquisition in January 2017, Uniti executed an MLA with the Mexican public-private partnership Red Compartida, which should drive lease-up on its Mexican portfolio.

### Diversification through acquisitions

Since its spin-off from Windstream, the company has been diversifying its revenue stream and customer base, deploying ~$1.6 billion in capital across seven acquisitions (two of which are pending). Uniti has reduced its revenue exposure to Windstream from ~96% immediately after its spin-off to ~81% at 1Q17, or ~70% pro forma the Hunt Telecom and Southern Light acquisitions.

Uniti's next target is to reduce Windstream exposure below 50% within the next 24 months, and ultimately, below 20%. Additionally, the customer base will have increased from 1 to ~15,500 (pro forma, excluding Consumer CLEC connections). The following table shows Uniti's key M&A transactions to achieve revenue diversification.

 **RBC Capital Markets**

Exhibit 7: Uniti's M&A History

| Announcement date | Closing date | Seller | Uniti Segment | Deal Value ($M) | LQA Revenue ($M) | LQA EBITDA ($M) | EBITDA Multiple (Pre-synergy) / EV/TCF | Asset Description | Consideration |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/16 | 1/22/16 | Summit Wireless Infrastructure LLC | Tower | $1.7 | NA | NA | NA | Builds, owns and operates telecommunications towers for wireless carriers in Latin America. | Performance based equity vests fully on 3rd anniversary of the closing date, subject to performance targets, and debt assumption |
| 1/7/16 | 5/2/16 | Affiliates of Associated Partners (PEG Bandwidth) | Fiber Infrastructure | $413.0 | $81.0 | $36.0 | 11.5x | Cell site backhaul and dark fiber for telecom carriers & enterprises; 14,900 route miles fiber miles (100% owned); NE/Mid-Atlantic and South Central U.S., and Illinois | $315M cash, 1M shares of CSAL common stock, 87,500 shares of 3% Series A Convertible Preferred Stock. |
| 3/29/16 | 5/12/16 | Windstream (Wireless towers) | Tower | $3.0 | NA | NA | NA | Acquired 32 wireless towers from Windstream and operating rights for 49 wireless towers. | |
| 6/20/16 | 8/31/16 | Tower Cloud, Inc. | Fiber Infrastructure | $344.8 | $41.0 | $14.0 | 12.4x | Fiber network of ~90k fiber strand miles across the SE United States, with 181,000 fiber strand miles awarded for future deployment for the major wireless carriers. | $187.7m in cash, 1.9m shares of common stock issued ($58.5M), additional contingent consideration of up to $130M (FV of $98.6m) dependent on milestones payable with up to 50% stock. |
| 11/14/16 | 1/31/17 | Network Management Holdings (NMS) | Tower | $62.6 | $6.3 | $4.4 | 14.2x | 366 wireless communications towers in Latin America (Mexico, Nicaragua, Colombia) with the rights to acquire an additional 105 BTS towers under development when completed. | Cash |
| 2/23/17 | 3Q17E | Hunt Telecommunications, LLC | Fiber Infrastructure | $114.5 | $37.0 | $15.0 | 11.5x | Hunt is a leading provider of data transport to K–12 schools and gvt agencies with a network of 140k fiber strand miles and 2,600 fiber route miles in Louisiana. Hunt also own 134 towers. | $114.5m in cash (on hand and revolver), ~2M OP units |
| 4/10/17 | 3Q17E | Southern Light | Fiber Infrastructure | $700.0 | $88.0 | $41.0 | 15.0x | Southern owns 540k strand miles/5,700 fiber route miles in the SE region. It owns virtually all its fiber with a focus on building metro networks and growing Tier II and III markets using anchor, wireless or gvt customers. | $635M cash, 2.5M OP units (FMV $65M) |
| 3/15/17 | 3/15/17 | NMS | Tower | $2.1 | NA | NA | NA | Acquired 24 towers that had been under development and completed. | Cash |

Source: Company sources, RBC Capital Markets

## Robust M&A pipeline

The company has an active M&A pipeline of potential transactions to grow and diversify its business. We estimate this transaction pipeline in the high double digits (by number of deals). At January 31, 2017, 92% of prospective deals were privately negotiated with 8% being conducted via a formal sale process. Other than the previously announced acquisitions of Hunt and Southern Light, no purchase agreements or commitments had been signed for any of these transactions as of May 2017. 65% of the prospective pipeline is for deals under $250 million, with 23% of deals between $250 million and $500 million and 12% greater than $500 million. By asset type, 69%, 12%, 11% and 8% of transactions are fiber, ground lease, tower, and consumer broadband assets, respectively; the asset mix reflects management commentary that fiber assets are of primary interest, with towers viewed from the lens of being complementary and synergistic with fiber.

Uniti focuses primarily on Tier 2 and 3 markets that are less competitive than Tier 1 markets. Historically, Uniti's pipeline has been privately negotiated, with fiber deals at ~12x EBITDA. With increasing competition for fiber assets, there have been some market transactions in the 15x-20x EBITDA multiple range, primarily in Tier 1 markets; in Tier 2 and 3 markets, management believes valuations have remained relatively in keeping with historical norms, with the median multiple of fiber assets in Uniti's pipeline similar to those of the prior year.



## RBC Capital Markets

Exhibit 8: Uniti M&A Pipeline (As of January 31, 2017)



Source: Company earnings presentations, RBC Capital Markets

### Secular Demand Drivers

Mobile data traffic is being driven by bandwidth intensive devices and applications such as smartphones, IoT, and mobile streaming video, which necessitate investment in communications infrastructure to keep up with demand. Cisco forecasts North America mobile data traffic will grow at a 13% CAGR through 2021, with 99% of the installed base converted to smart devices and connections by 2021.

Data consumption growth should, we believe, continue to benefit demand across tower leasing, small cells, bandwidth infrastructure, and colocation services. Uniti management plans to focus primarily on fiber, growing it to scale, with towers second, followed by ground leases, and lastly, data centers (likely as sale leasebacks) and consumer broadband. The company's positioning to capitalize on this trend is supported by the increased activity it has been seeing for small cell deployments, demand for dark fiber, and upgrade bandwidth for lit services.

**RBC Capital Markets**

# Risks and price target impediments

### Revenue concentration

While Uniti has made progress diversifying its business, Windstream's lease payments make up ~70% of pro forma total revenue, linking the investment narratives of the two companies. A risk to Uniti would result if Windstream experiences operating and financial difficulties and becomes unable to generate sufficient cash to make payments under the Master Lease. In recent years, Windstream has experienced annual declines in its total revenue and profitability. We believe that, given the importance of the leased network to Windstream's operations and the structure of the lease agreement, the lease payments to Uniti would be considered essential for the ongoing business and prioritized under a restructuring.

### Integration risk

Since Uniti was spun-off from Windstream in April 2015, the company has focused on inorganic growth as a strategy and diversification means. Key acquisitions include PEG Bandwidth, Tower Cloud, and NMS, with the Hunt Telecommunications and Southern Light transactions pending. While Uniti has been able to accelerate the full run-rate cost synergies on PEG and tower transactions, it is possible that the company might not realize expected cost synergies.

### Contract renewal risk

Uniti's customer contracts must be renewed or extended from time to time. If significant customers terminate or do not renew or extend their contracts, the overall revenue stream of Uniti may be impacted adversely. Lit fiber, which makes up greater than 98% of pro forma revenue, has contract terms of 5-10 years, typically without escalators. The Windstream lease has an initial term of 15 years, with four five-year renewal options and a 0.5% escalator starting after the third year. The company's contract backlog is weighted toward dark fiber revenues, which have initial terms of 10-20 years; we believe this may elongate average remaining contract term as these projects come online.

### Lack of management stake

The company's executive team does not own a material equity stake in Uniti (just over 600,000 shares out of a total of ~175 million). This low degree of ownership could be of concern to investors who wish to see greater evidence of alignment between the executive team, company performance, and shareholder returns. The CEO, CFO, and General Counsel have until the 2020 annual shareholders meeting to meet their ownership guidelines, while directors subject to these guidelines have until the 2021 meeting. Total management equity ownership, both current and under guidelines, collectively represent less than 1% of current shares outstanding.



**RBC Capital Markets**

Exhibit 9: Directors and Officers Ownership Guidelines

| Name | Position | # of shares owned | % of common stock owned | Guideline share amount | % of common stock owned - Guideline |
|---|---|---|---|---|---|
| Francis X. ("Skip") Frantz | Chairman of the Board | 152,854 | * | 20,947 | * |
| Jennifer S. Banner | Director | 11,393 | * | 20,947 | * |
| David L. Solomon | Director | 11,195 | * | 20,947 | * |
| Kenneth A. Gunderman | Director, President and CEO | 27,032 | * | 146,628 | * |
| Mark A. Wallace | CFO and Treasurer | 5,479 | * | 53,414 | * |
| Daniel L. Heard | General Counsel and Secretary | 3,603 | * | 43,988 | * |
| Directors and officers subject to ownership guidelines | | 55,099 | * | 241,936 | * |
| | | | | | |
| Scott G. Bruce | Director | - | * | - | |
| Andrew Frey | Director | 10,000,000 | 6% | - | |
| Ronald J. Mudry | Executive VP - Fiber Operations | 14,367 | * | - | |
| All directors and officers | | 10,069,466 | 6% | 241,936 | * |

* Indicates less than 1%. Data reflects the number of common stock deemed to be held under the guidelines as of March 10, 2017.
Source: Company sources, RBC Capital Markets

## Longer term competition may increase

The company faces competition from telecommunications companies, investment companies, private equity funds, hedge fund investors, sovereign funds and other REITs who focus on various segments of the communications infrastructure industry. With changing business dynamics, Uniti may face increased competition securing organic and inorganic opportunities. However, we view the company's focus on tier 2 and tier 3 markets as a source of competitive insulation as these markets are not as likely to attract the preponderance of attention from peers.



**RBC Capital Markets**

# Revenue segments

Uniti operates its business through four business segments - Leasing, Fiber Infrastructure, Towers and Consumer CLEC. The Leasing segment represents its leasing business (Uniti Leasing), which acquires and leases back communications assets to anchor customers on either an exclusive or shared-tenant basis, such as the Windstream lease. The Fiber Infrastructure segment includes the operations of Uniti Fiber, which includes cell site backhaul and dark fiber operations. Towers include the operations of Uniti Towers, which acquires and builds tower and tower-related real estate in the U.S. and Latin America (Mexico, Nicaragua, and Colombia). Consumer CLEC segment includes the revenue and expenses of Talk America, which provides local phone, high-speed internet and long distance services to customers in the eastern and central United States. In 1Q17, the Leasing segment generated revenues of $170.3 million (80.4% of total revenue), Fiber Infrastructure $34.8 million (16.5%), Consumer CLEC $4.9 million (2.3%), and Towers $1.4 million (0.7%).

During 2016, Leasing, Fiber Infrastructure, Towers and Consumer CLEC revenues were $676.9 million, $70.6 million, $0.5 million and $22.5 million, respectively, accounting for 87.9%, 9.2%, 0.1% and 2.9% of total revenue. The company's business segments in 2015 were Leasing, and Consumer CLEC. During 2015, which includes the period from its spin-off on April 24 through year-end 2015, Leasing and Consumer CLEC accounted for 96.3% and 3.7%, respectively, of total revenue, representing revenue of $458.6 million and $17.7 million. Tower assets were first added to the portfolio in 1Q16 with the acquisition of Summit Wireless.

Exhibit 10: Segment Revenue Trends



Source: Company reports, RBC Capital Markets

Based on 1Q17 data pro forma the Southern Light and Hunt acquisitions, Windstream represents ~70% of total revenue. Since its spin-off on April 24, 2015, Uniti has continuously diversified its services and customer base.

## Leasing

Uniti Leasing's mandate is the acquisition of communications infrastructure assets such as fiber, data centers, next-generation consumer broadband, coaxial and upgradeable copper, and leasing them back to anchor customers on an exclusive or shared-tenant basis. Additional services envisioned include capital investment financing to communications

 **RBC Capital Markets**

service providers for network upgrades or expansions; and M&A financing, taking advantage of Uniti's cost of capital and REIT structure.

Leasing revenue currently consists of rental revenue from the Windstream Master Lease. Structured as an exclusive use triple net lease, Windstream is responsible for the operating of the Distribution Systems (i.e., the fiber/copper/real estate assets contributed by Windstream) including property taxes, insurance, and maintenance and repair costs in exchange for exclusive use of the network. The Distribution System consists of 64,200 fiber route miles, 230,800 route miles of copper, central office land and buildings across 29 states and right to permits, pole agreements and easements.

The Master Lease has an initial term of 15 years with four 5-year renewal options and includes properties located in 29 states. Per the initial terms of the lease, annual rent expense for the first three years is fixed at $650 million. From the fourth year of the Master Lease and for the remainder of the initial term, rent is subject to an annual escalator of 0.5%.

Capital expenditures for the Distribution System are generally Windstream's responsibility. Uniti funded $43.1 million of capex at YE15, resulting in a $3.5 million increase in annual rent effective as of the date of capex funding. Rental revenues over the initial term of the Master Lease are recognized in the financial statements on a straight line basis, representing approximately $670.7 million per year.

Tenant-funded capital improvements ("TCI"), including the maintenance, repair, upgrade or replacement of the leased network (e.g., replacing copper with fiber) become the immediate property of Uniti. As Uniti becomes the owner of the assets, the company recognizes the cost basis of TCI as real estate investments and deferred revenue, which are depreciated and amortized as additional leasing revenue, respectively, over the same useful life.

During 1Q16, the Master Lease was amended to allow Uniti to exchange ownership or IRUs of certain fiber assets to a third party, which could then be leased back to Windstream under the Master Lease. The amendment also allows Uniti to install, own and operate certain wireless communication towers, antennas and related equipment on designated portions of the leased property.

In 1Q17, Uniti recognized $170.3 million of revenue under the Master Lease, including $2.6 million of TCI revenue. For full year 2016, Uniti recognized ~$677 million of revenue under the Master Lease, including $6.1 million of TCI revenue. For the period from April 24, 2015 to December 31, 2015, Uniti recognized $458.6 million of revenue under the Master Lease, which included $0.8 million of TCI revenue. The company recorded TCIs of $157.0 million and $68.6 million for the year ended December 31, 2016 and for the period from April 24, 2015 through December 31, 2015, respectively.

### Fiber Infrastructure

Uniti Fiber provides infrastructure solutions, including cell-site backhaul, small cells for wireless operators, Ethernet, wavelengths and dark fiber for telecommunications carriers and enterprises. The company also leverages K-12 school opportunities through the E-Rate program. At year-end 2016, Uniti Fiber's network consisted of ~21,000 fiber route miles and ~5,450 customer connections.

Uniti completed two significant fiber acquisitions in 2016. In May 2016, Uniti acquired PEG Bandwidth, a provider of infrastructure solutions including cell site backhaul and dark fiber. With the PEG acquisition, the company gained ~14,900 fiber route miles in the Northeast/Mid Atlantic, Illinois and South Central regions of the U.S. for consideration of $413 million. In August 2016, Uniti acquired Tower Cloud, a fiber-based provider of



**RBC Capital Markets**

infrastructure solutions to the wireless and enterprise sectors, including fiber-to-the-tower backhaul, small cell networks, and dark fiber deployments in the South East region of the United States. Initial consideration was $246.2 million, with additional contingent consideration of up to $130 million (FMV $98.6 million). With the Tower Cloud acquisition, Uniti also acquired $81.2 million of federal NOLs.

Uniti announced the 2017 acquisitions of Hunt Telecommunications and Southern Light, which are expected to close by the end of 3Q17. Hunt is a provider of E-Rate services primarily in Louisiana with ~2,600 fiber route miles. Uniti's strategic rationale is to use Hunt's expertise in the E-rate system to expand the program to adjacent markets, and expand Uniti's FTT strategy to Hunt's footprint. Southern Light owns ~5,700 fiber route miles, with offerings similar to those of Uniti's prior acquisitions, with additional enterprise and wholesale customers, as well as the military and the Department of Defense.

The Fiber Infrastructure segment generated $70.6 million of revenue in 2016 (~9.2% of total revenue); 1Q17 reported revenue was $34.8 million (16.5% of total revenue). Pro forma for the Hunt and Southern Light acquisitions, 1Q17 LQA revenue is $258 million with an EBITDA margin of 38%. The following discussion on the fiber segment relates to 1Q numbers, pro forma for the pending acquisitions.

1Q customer revenue mix for this segment is Wireless Carriers (56%), E-rate & Government (23%), Enterprise & Wholesale (20%), and Other (1%).

<span style="color:#2E75B6">Exhibit 11: Uniti Fiber Customer Revenue Mix – 1Q17*</span>



Other, 1%
Ent & Whs, 20%
E-Rate + Gov't, 23%
Wireless Carriers, 56%

\* Pro forma Hunt Telecom and Southern Light acquisitions.
Source: Company reports

By product, Lit Backhaul services makes up the majority of revenue at 54%, with E-rate/Government, and Enterprise/Wholesale similar at 23% and 20%, respectively. Dark Fiber & Small Cells make up 2% and Other, 1%. Comparing the current product mix to the mix of revenues under contract provides an indication of how the mix may shift going forward. Uniti has greater than $1.2 billion of revenues under contract (pro forma) with an average remaining contract term of more than 6 years. Assuming revenues under contract are realized, dark fiber and small cells appear to be a key driver of growth.



## RBC Capital Markets

Exhibit 12: Uniti Fiber Product Revenue Mix – 1Q17*



* Pro forma Hunt & Southern Light acquisitions.
Source: Company presentations

Exhibit 13: Uniti Fiber Revenue Under Contract Mix – 1Q17*



* Pro forma Hunt & Southern Light acquisitions.
Source: Company presentations

### Towers

Uniti Towers acquires and constructs towers and tower-related real estate (e.g., ground leases) in the United States and Latin America, with a focus on markets with multiple investment-grade carriers and underpenetrated 3G or 4G technology. As of 1Q17, Uniti owned 493 towers, with revenues of $1.4 million, or 0.7% of total revenue. Pro forma for the 134 towers owned by Hunt and 81 NMS towers under development, Uniti owns 708 towers. Towers are viewed by management as a complement to the fiber business rather than a primary growth driver, and helpful to the extent they provide synergy opportunities with the company's customer relationships. Management expect Uniti Towers to win additional opportunities for build-to-suit towers in Mexico and the U.S. in 2017.

Uniti has grown its tower operations through a series of small acquisitions. In 2016, it acquired Latin American tower operator Summit Wireless, and it also acquired from Windstream 32 towers and operating rights for 49 towers Uniti had been leasing. The most significant tower transaction to date was the January 2017 acquisition of Network Management Holdings (NMS). At closing, NMS owned and operated 366 wireless communications towers in Latin America (212 sites in Mexico, 100 in Colombia, and 54 in Nicaragua). As part of the acquisition, Uniti obtained the right to acquire an additional 105 build-to-suit tower sites that were under development at the time of close. Uniti acquired 24 of the completed towers in March.

### Consumer CLEC

Uniti operates the Consumer CLEC Business through Talk America Services, LLC (Talk America). Talk America provides local telephone, high-speed Internet and long distance service to ~37,000 customers primarily located in 17 states across the eastern and central United States via interconnection agreements. Talk America Services operates the CLEC Business as a reseller of telecommunication services governed by service agreements with Windstream; Windstream does not own the underlying facilities required to support the Consumer CLEC Business and acts a reseller. The Consumer CLEC segment generated $22.5 million of revenue in 2016, with revenues declining 4-6% sequentially due to competition and customer attrition.

**RBC Capital Markets**

# Expense drivers

Given the significance of the Windstream Lease agreement relative to the consolidated business and minimal associated operating expense, consolidated Uniti operations have relatively low recurring costs. Expenses include operating expenses, general and administrative expense, interest expense and depreciation and amortization. Margins have seen pressure from the 2Q16 and 3Q16 acquisitions of PEG Bandwidth and Tower Cloud, and to a lesser extent, the 1Q17 acquisition of NMS.

### Operating Expense

CLEC operating expenses primarily reflect costs associated with Uniti's Wholesale Master Services Agreement and Master Services Agreement with Windstream. Under the Wholesale Agreement, Windstream provides local and long distance transport services, provisioning services (directory assistance/listing, service activation and service changes), and repair services. Fiber Infrastructure operating expenses include tower rent, payroll, lit service and maintenance expense.

For 2016, operating expenses totaled $49.7 million (or 6.4% of revenue), with $17.4 million (2.3%) related to the Consumer CLEC business and $32.1 million (4.2%) associated with Fiber Infrastructure businesses. The bigger components of Fiber Infrastructure operating expenses are tower rent ($7 million), payroll ($5.3 million), and lit service expense ($4.3 million).

1Q17 operating expenses were $22.1 million, with a mix of $3.8 million CLEC/$17.6 million Uniti Fiber, representing 1.8% and 8.4% of revenues, respectively. Wholesale Master Services Agreement and Master Services Agreement associated expenses of $3.2 million formed the bulk of CLEC operating expenses. Fiber Infrastructure operating expenses included $2.8 million of tower rent, $3.3 million of payroll related expense, $1.8 million of lit service expense and $1.7 million of maintenance expense.

### Exhibit 14: Operating expenses ($,'000s)



* Period from April 24 - December 31, 2015.
Source: Company reports, RBC Capital Markets



**RBC Capital Markets**

### General and Administrative Expenses

G&A expenses include compensation costs (including stock-based compensation awards), professional and legal services, corporate office costs and other costs. During 2016, G&A costs totaled $35.4 million (or 4.6% of revenue), including $4.8 million of stock-based compensation expense. For the year ended December 31, 2016, G&A expenses included $13.1 million (1.7% of revenue) of expense related to the PEG Bandwidth and Tower Cloud businesses. 1Q17 G&A totaled $14.0 million, including $1.6 million of stock-based compensation expense.

Exhibit 15: General and administrative expenses ($,'000s)



Note: Includes non-cash compensation expense.
* Period from April 24 - December 31, 2015.
Source: Company reports, RBC Capital Markets

### Interest Expense

Interest expense included interest payments on Uniti's credit facility, term loan, secured loan and capital leases. Interest expense for 2016 totaled $275.4 million including non-cash interest expense of $16.0 million from the amortization of debt discounts and issuance costs; the calculated cost of debt is 6.5%. Based on 1Q17 interest expense of $73.4 million and gross debt of ~$4.3 billion, calculated cost of debt declined slightly to 6.2%.



## RBC Capital Markets

Exhibit 16: Interest Expense and coverage ($,'000s)



\* Period from April 24 - December 31, 2015.
Source: Company reports, RBC Capital Markets

### Depreciation and Amortization Expense

D&A expense for 2016 totaled $376.0 million (or 48.8% of revenue), including depreciation of $369.9 million and intangible asset amortization of $6.1 million. The sharp increases reflect Uniti's M&A activity, which result in higher depreciable PP&E and acquired intangible assets.

Exhibit 17: Depreciation and Amortization expenses ($,'000s)



\* Period from April 24 - December 31, 2015.
Source: Company reports, RBC Capital Markets

**RBC Capital Markets**

# Capital expenditures

Uniti's capital expenditure is largely success-based, with annual maintenance capex (pro forma for Hunt and Southern Light) of roughly $8 million. Uniti Fiber accounts for the bulk of the company's total capex, followed by Towers (including ground leases). Capital expenditures for the Distribution Systems are generally the responsibility of Windstream, and the Consumer CLEC provides service through interconnection agreements rather than through owned plant. Uniti Fiber's capital expenditures during 2016 included $32.8 million of success-based capex and $3.3 million related to maintenance.

Since its spin-off in 2Q15, Uniti's capex remained under 0.5% of revenue until 2Q16 when it completed its first significant acquisition, PEG Bandwidth. In recent quarters, Uniti's capex has ranged between 7%-8% of revenue. For 2017, Uniti expects $70-75 million capex related to Uniti Fiber, and $25-$30 million capex for Uniti Towers business, driven by the development of build-to-suit towers in the U.S. and Latin America, and $20 million for ground lease investments. Management does not expect any significant annual capex related to Consumer CLEC Business/corporate assets in 2017.

Exhibit 18: Capital expenditure trends ($,'000s)



\* Period from April 24 - December 31, 2015.
Source: Company reports, RBC Capital Markets

**RBC Capital Markets**

# Key events and financings

**May 2, 2016:** Uniti completed the $424 million acquisition of PEG Bandwidth. Deal consideration included $322.5 million of cash, 1M common shares, and 87,500 shares of 3% Series A Convertible Preferred Stock. The cash portion of the transaction was funded through cash on hand and $321 million of revolver borrowings.

**June 9, 2016:** $150 million of 6.00% Senior Secured Notes were issued as an add-on to the company's existing Senior Secured Notes due April 15, 2023. The add-on Notes were issued at 99.25%, and subject to the same covenants as the existing Notes. Proceeds, together with cash on hand, were used to re-pay existing borrowings under the revolver.

**June 15, 2016:** Windstream Holdings sold ~50% of its retained ownership interest in Uniti (14.7 million shares) to creditors in exchange for satisfaction of certain Windstream debt; creditors' shares were ultimately sold to qualified institutional investors including Searchlight Capital Partners. Searchlight acquired 10 million common shares and was offered a board seat. The right will end if Searchlight's ownership drops below 5% prior to June 15, 2019 or below 8% thereafter. Uniti did not receive any proceeds.

**June 24, 2016:** Windstream sold its remaining 14.7 million Uniti shares as part of a public offering. In connection with the offering, Uniti issued 2.2 million additional common shares; net proceeds of $54.8 million were used to repay existing borrowings under its revolver.

**August 31, 2016:** Uniti completed the $345 million acquisition of Tower Cloud for $187.7 million in cash and 1.9 million common shares (fair value of $58.5 million). The company funded the cash portion of the transaction through cash on hand and $150 million of revolver borrowings. Additional contingent consideration of up to $130 million (acquisition date FV of $98.6 million) will be paid upon achieving certain operational and financial milestones. During January 2017, Uniti paid contingent consideration payments of $18.8 million.

**December 15, 2016:** $400 million of 7.125% Senior Unsecured Notes due December 15, 2024 were issued at par. A portion of the proceeds was used to repay existing revolver borrowings, with the rest used for general corporate purposes.

**January 31, 2017:** Uniti completed the $62.6 million acquisition of NMS. Under the terms of the agreement, Uniti received the right to acquire 105 towers under development when completed. Uniti acquired 24 of those towers during 1Q17.

**February 23, 2017:** Uniti announced a definitive agreement to acquire Hunt Telecommunications for initial consideration of $114.5 million in cash and ~2 million OP units. The cash portion is expected to be funded through cash on hand and its revolver, with an expected 3Q17 close.

**April 10, 2017:** Uniti announced a definitive agreement to acquire Southern Light for initial consideration of $700 million, consisting of $635 million in cash and the issuance of 2.5 million OP units. The transaction is expected to close during 3Q17.

**April 24, 2017:** Uniti issued $200 million of 7.125% senior notes due 2024, at an issue price of 100.5% plus accrued interest from December 15, 2016. Proceeds will be used to fund a portion of the cash consideration for the Southern Light acquisition. If the acquisition is not completed by October 14, 2017, Uniti will be required to redeem the notes at issue price plus accrued interest.



**RBC Capital Markets**

**April 25, 2017:** 19.5 million common shares were issued for gross proceeds of ~$518 million. The proceeds will be used to fund a portion of the cash consideration payable for the Southern Light and Hunt acquisitions.

**April 28, 2017:** Uniti increased the commitments available under its revolver to $750 million.

**May 2017:** Uniti established an UPREIT structure that will enable it to acquire properties by issuing OP units to sellers as a form of consideration. The OP units are entitled to the same dividend as common shares and can be converted into common shares on a one-to-one basis.

 **RBC Capital Markets**

# Balance sheet and capitalization

As of 1Q17, Uniti had cash and cash equivalents of approximately $68.7 million, and $750 million of undrawn borrowing capacity under its revolving credit facility. Total gross debt (including capital leases) of ~$4.2 billion consists of $2.1 billion in term loans, senior secured notes of $0.6 billion, senior unsecured notes of $1.5 billion, and capital leases of $54.1 million, with 97% of debt maturing in more than five years.

Exhibit 19: Uniti debt maturity distribution ($,'000s)



Note: Excludes capital leases of approximately $95M.
Source: Company Filings

Management expects to maintain leverage roughly at its current pro forma leverage ratio of ~5.7x (net debt/adjusted EBITDA). The company would consider going above that target for an acquisition if there were a clear path toward deleveraging back to the target range. Under the company's credit agreement, its maximum leverage ratio is 6.5x. A summary of 1Q capitalization metrics on a reported and pro forma basis (for the pending Southern Light and Hunt transactions) follows.



**RBC Capital Markets**

Exhibit 20: Uniti Capitalization Metrics and Ratios

| ($M) | 1Q17A | 1Q17 Pro forma |
|---|---|---|
| **Capitalization:** | | |
| Cash | $69 | $16 |
|   Revolver | - | - |
|   Term Loan B | 2,103 | 2,103 |
|   Secured Notes | 550 | 550 |
|   Unsecured Notes | 1,510 | 1,510 |
|   New Unsecured Debt | - | 200 |
|   Capital Leases | 54 | 57 |
| Total Debt | 4,217 | 4,420 |
| Convertible preferred | 81 | 81 |
| | | |
| **Ratios:** | | |
| 1Q17 LQA Adjusted EBITDA | 708 | 771 |
| Net Debt | 4,148 | 4,404 |
| Net Debt/LQA Adj. EBITDA | 5.9x | 5.7x |
| Net Secured Debt | $2,638 | $2,694 |
| Net Secured Debt/LQA Adj. EBITDA | 3.7x | 3.5x |
| | | |
| Target leverage (net debt/LQA adj. EBTIDA) | ~5.8x | |
| Max leverage | 6.5x | |
| | | |
| Credit rating (Moody's/S&P) | B2 (Stable)/B+ (Stable) | |

Source: Company presentation

At December 31, 2016, Uniti had federal NOLs of ~$102.9 million which will expire between 2026 and 2036. The following table provides a snapshot of Windstream's financial and credit metrics given its significance to Uniti's business. Windstream has been posting declining revenues and OIBDAR for the last several quarters due to challenging sector fundamentals and declining revenue due to competition and technical substitution.

Exhibit 21: Windstream Financial and Credit Metrics

| (in $M) | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | includes Earthlink 1Q17 | includes Earthlink & Broadview* 1Q17 Annualized |
|---|---|---|---|---|---|---|---|---|---|---|
| pf Revenue | | | | | $1,631.5 | $1,606.5 | $1,586.4 | $1,544.9 | $1,515.2 | $1,575.0 |
| *pf Revenue q/q growth* | | | | | | (1.5%) | (1.3%) | (2.6%) | (1.9%) | |
| Revenue | $1,379.9 | $1,388.4 | $1,467.2 | $1,398.6 | $1,373.4 | $1,359.6 | $1,344.9 | $1,309.1 | | |
| *Revenue q/q growth* | | 0.6% | 5.7% | (4.7%) | (1.8%) | (1.0%) | (1.1%) | (2.7%) | | |
| Adjusted OIBDAR** | $481.3 | $479.3 | $540.5 | $503.2 | $485.3 | $482.2 | $464.7 | $481.5 | | |
| *Adjusted OIBDAR q/q growth* | | (0.4%) | 12.8% | (6.9%) | (3.6%) | (0.6%) | (3.6%) | 3.6% | | |
| pf Adjusted OIBDAR | | | | | $546.0 | $538.6 | $515.1 | $527.0 | $498.4 | $550.0 |
| *pf Adjusted OIBDAR q/q growth* | | | | | | (1.4%) | (4.4%) | 2.3% | (5.4%) | |
| Master lease rent payment | $162.5 | $162.5 | $162.5 | $162.5 | $163.5 | $163.4 | $163.3 | $163.4 | $163.4 | $163.4 |
| Adjusted OIBDA | $318.8 | $316.8 | $378.0 | $340.7 | $321.8 | $318.8 | $301.4 | $318.1 | | |
| *Adjusted OIBDA q/q growth* | | (0.6%) | 19.3% | (9.9%) | (5.5%) | (0.9%) | (5.5%) | 5.5% | | |
| pf Adjusted OIBDA | | | | | $382.5 | $375.2 | $351.8 | $363.6 | $335.0 | |
| *pf Adjusted OIBDA q/q growth* | | | | | | (1.9%) | (6.2%) | 3.4% | (7.9%) | |
| Rent coverage ratio | 3.0x | 2.9x | 3.3x | 3.1x | 3.0x | 3.0x | 2.8x | 2.9x | 3.1x | 3.4x |
| Net leverage ratio*** | 4.2x | 3.6x | 3.6x | 3.5x | 3.5x | 3.5x | 3.8x | 3.9x | 3.9x | 3.7x |
| Credit rating (Moody's/S&P) | | | | | | | | B+ (Stable)/B1 (Negative) | | |

\* Pro forma figures for Earthlink & Broadview include synergies. \*\* Adjusted OIBDAR is adjusted OIBDA before the annual cash rent payment due under the master lease agreement with CS&L assuming the lease payments began on January 1, 2015. \*\*\* Net leverage is defined as (Debt-Cash)/(Adjusted OIBDAR - Master Lease payment).

Source: Company presentations, Bloomberg, RBC Capital Markets

 **RBC Capital Markets**

Exhibit 22: Windstream debt maturities ($M)



Source: Company filings, RBC Capital Markets

 **RBC Capital Markets**

# Management background and ownership

### Kenny Gunderman, President and Chief Executive Officer

Mr. Gunderman was appointed to the Board of Directors and has served as President and Chief Executive Officer since March 2, 2015. He has 17 years of investment banking and private equity experience including as the co-head of investment banking at Stephens Inc. and as a member of the telecom investment banking group at Lehman Brothers. Previously, he served as a senior accountant at KPMG as a CPA. Mr. Gunderman holds a Bachelor of Arts from Hendrix College and an MBA from Yale. Mr. Gunderman currently serves on the board of America's Car- Mart, Inc.

### Mark A. Wallace, Executive Vice President – Chief Financial Officer and Treasurer

Mr. Wallace has served as the Executive Vice President - Chief Financial Officer and Treasurer of Uniti since April 1, 2015. He previously worked as a managing director at Fortress Investment Group Inc. and affiliates from May 2014 to December 2014, and served as the CFO and Treasurer of New Senior Investment Group (NYSE: SNR), a publicly traded REIT managed by Fortress from October 2014 until December 2014. Other experience includes serving as the CFO and Treasurer of HCP Inc., an S&P 500 healthcare REIT. Mr. Wallace has a Bachelor's in Business Administration from Texas Tech University and an MBA from Colorado State University. He is a certified public accountant in Texas.

### Daniel Heard, Executive Vice President – General Counsel and Secretary

Daniel Heard has served as the Executive Vice President, General Counsel and Secretary since April 1, 2015, and is responsible for the company's legal affairs and corporate governance. Previously, he was a partner in the law offices of Kutak Rock LLP in Little Rock, Arkansas. He has more than 16 years' experience in negotiating, structuring and consummating mergers and acquisitions, public offerings of debt and equity securities and other corporate finance transactions. Mr. Heard graduated from the William H. Bowen School of Law at the University of Arkansas at Little Rock and has a Bachelor of Arts from the University of Central Arkansas.

### Michael Friloux, Senior Vice President –CTO

Mr. Friloux is a Senior Vice President and the Chief Technology Officer of Uniti with over 30 years of telecommunications and information systems technology experience. He was previously Chief Executive Officer and President of PEG Bandwidth, where he led the wireless backhaul provider through a time of rapid expansion serving 2,400 cell towers over a 15,000 route mile network through 16 states. Prior to joining PEG Bandwidth, Mr. Friloux served as President and Chief Operations Officer for Citynet Fiber Networks where he developed the company into a leading regional wholesale carrier network spanning 13 states and 8,000 route miles. He holds a Bachelor of Science degree from Oklahoma State University.

### Ronald J. Mudry, President, Uniti's Fiber Division

Mr. Mudry has served as Executive Vice President-Fiber Operations since Uniti's acquisition of Tower Cloud, Inc. on August 31, 2016. Prior to the acquisition, he served as CEO and President of Tower Cloud, which he founded in 2006. Previously, he founded Progress Telecom in 1998 and before that, spent 15 years with GTE Corporation (now Verizon) where he held key management positions in finance, sales and marketing, international operations, treasury, strategic planning, and mergers and acquisitions. He holds a bachelor's in finance from the University of Michigan and an MBA from the University of Tampa.



**RBC Capital Markets**

### Lawrence Gleason, President, Uniti's Tower Division

Mr. Gleason, Jr. has spent more than 15 years working in telecommunications infrastructure. Prior to the creation of Uniti Towers, he was founder and Chief Executive Officer of Summit Wireless Infrastructure and COO for Latin America for American Tower during which time AMT's Latin American presence grew from 4,400 towers in Mexico and Brazil to nearly 20,000 towers in Mexico, Brazil, Colombia, Peru and Chile. The expansion included 3,000 new tower builds and more than 20 acquisition deals. He has also been a practicing attorney, earning his JD from the University of Baltimore Law School and completing his undergraduate studies at Cornell University.

### Arnoud D. Krijt, Vice President – Corporate Development

Mr. Krijt is Vice President of Corporate Development for Uniti and is responsible for sourcing, evaluating and executing Uniti's investments in the telecommunications sector. He oversees the corporate development team responsible for the day-to-day analysis of investment considerations. He has more than 8 years of corporate finance experience with an emphasis on the telecommunications sector. Previously, he served on the business development and finance team for Softcard, a joint venture between AT&T, Verizon and T-Mobile. Prior to joining Softcard, he was a member of the corporate finance division at Stephens Inc. He also serves on the board of directors for Delta Dental of Arkansas, an insurance provider.

 **RBC Capital Markets**

# Shareholder base

Since its spin-off, Uniti's shareholder base has notably changed in composition even while the absolute number of shareholders has increased less than 10% since June 2015. From the end of 2Q15 through 1Q16, institutional ownership as a percentage of shares outstanding was flat to declining with the absolute number of shareholders declining as well. Hedge funds were the exception to the trend, increasing their stake from 3.7% to 6.6%. This trend reversed in 2Q16, coincident with Windstream's sale of the totality of its Uniti shares. Traditional investment managers increased their ownership by ~9%, hedge funds increased their ownership by ~5%, with total institutional ownership increasing ~22% to 69.5% and the absolute number of shareholders increasing by 38 institutions. REIT institutional ownership has remained relatively stable at a modest 0.1%.

Exhibit 23: Changes in institutional shareholder ownership base (% of shares outstanding)

Windstream divestiture of all Uniti shares.

| Type | 06/30/2015 | 09/30/2015 | 12/31/2015 | 03/31/2016 | 06/30/2016 | 09/30/2016 | 12/31/2016 | 03/31/2017 |
|---|---|---|---|---|---|---|---|---|
| Traditional Investment Manager | 40.1% | 39.0% | 38.6% | 35.9% | 44.7% | 49.0% | 52.0% | 51.8% |
| Bank/Investment Bank | 2.1% | 2.3% | 1.7% | 1.9% | 2.6% | 3.1% | 2.5% | 2.6% |
| Hedge Fund Manager | 3.7% | 4.9% | 6.9% | 6.6% | 11.8% | 10.9% | 5.4% | 3.3% |
| Government Pension Sponsor | 2.3% | 2.3% | 2.3% | 2.2% | 2.3% | 2.3% | 2.1% | 2.4% |
| Family Offices/Trust | 0.1% | 0.1% | 0.4% | 0.4% | 1.2% | 0.9% | 0.4% | 0.7% |
| Corporate Pension Sponsors | 0.04% | 0.04% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | - |
| VC/PE Firm | 0.0% | 0.1% | 0.0% | 0.0% | 6.6% | 6.5% | 6.4% | 6.4% |
| Charitable Foundation | - | - | - | - | - | - | - | - |
| Educational/Cultural Endowment | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% |
| REITs | - | - | - | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Insurance Company | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| **Total** | **48.4%** | **48.8%** | **50.0%** | **47.1%** | **69.5%** | **73.1%** | **69.2%** | **67.6%** |
| Number of shareholders | 227 | 224 | 204 | 196 | 234 | 246 | 244 | 247 |

Source: Capital IQ, RBC Capital Markets



## RBC Capital Markets

The following table outlines share ownership of the management team and significant shareholders. Collectively, the executive team does not own a material equity stake in the company.

Exhibit 24: Ownership of management and significant shareholders (%)

| Owner | Position | # of shares | % of common stock owned |
|---|---|---|---|
| Jennifer S. Banner | Director | 19,130 | * |
| Scott G. Bruce | Director | 10,292 | * |
| Francis X. ("Skip") Frantz | Chairman of the Board | 168,152 | * |
| Andrew Frey (1) | Director | 9,057 | * |
| Kenneth A. Gunderman | Director, President and CEO | 255,794 | * |
| Daniel L. Heard | Director | 36,117 | * |
| Ronald J. Mudry | Director | 37,612 | * |
| David L. Solomon | Director | 18,837 | * |
| Mark A. Wallace | Director, CFO and Treasurer | 53,563 | * |
| All current directors and executive officers as a group (nine persons) | | 608,554 | * |
| | | | |
| **Significant ownership** | | | |
| The Vanguard Group | | 12,637,050 | 8.1% |
| Blackrock, Inc. | | 10,779,275 | 6.9% |
| Searchlight II CLS, L.P. c/o Searchlight Capital Partners, L.P. | | 10,009,057 | 6.4% |
| The Bank of New York Mellon Corporation | | 8,470,897 | 5.4% |

* Indicates less than 1%.
(1) Mr. Frey holds these shares as a nominee for the benefit, of Searchlight II CLS, L.P. ("Searchlight II CLS") and disclaims beneficial ownership of such shares. Mr. Frey, a partner of Searchlight Capital Partners, L.P., an affiliate of Searchlight II CLS, serves as a director of the Company as a nominee of Searchlight II CLS. Excludes 10,000,000 shares owned by Searchlight II CLS.
Source: Company proxy, RBC Capital Markets

 **RBC Capital Markets**

# Valuation and trading multiples

We are initiating coverage of Uniti with an Outperform rating. Based on a five-year discounted cash flow, we estimate a value of $32/share. We assume an 8.5% discount rate and 13.5x terminal year FCF multiple. The discount rate is a weighted average cost of capital using Bloomberg's cost of equity, the company's effective cost of debt and stated cost of preferred equity. By comparison, we use a terminal multiple of 12.5x for Zayo and for Cogent Communications. We believe our terminal cash flow multiple assumption is appropriate in light of the lower churn profile at Uniti and absence of revenue or pricing pressures in most of its business lines.

**Exhibit 25: Price target assumptions ($,'000s)**

| Price Target Assumptions | |
| --- | --- |
| Discount rate (future CFs) | 8.50% |
| Terminal year FCF multiple | 13.5x |
| | |
| PV of free cash flows | $8,861,959 |
| PV of terminal value | $2,088,866 |
| NPV | $10,950,825 |
| | |
| Less: 1Q18E debt and preferred | $4,438,367 |
| Add: 1Q18E cash | $494,707 |
| Add: PV of NOLs | 24,302 |
| Equity value | $7,031,467 |
| Public market discount | 20% |
| 1Q18E shares | 174,776 |

Source: RBC Capital Markets estimates

UNIT shares currently trade at 11.8x 2017E EV/EBITDA, in line with its competitive bandwidth infrastructure peer group average, based on RBC estimates. On 2017E AFFO, UNIT shares currently trade at 10.9x, which represents a ~29% discount to broadband infrastructure peers. UNIT's current dividend yield is ~8.9%.

Within the broader communications sector, the tower REITs trade at 2017E multiples of 20.7x for EBITDA, and 20.8x for AFFO with an average 2.8% dividend yield and the datacenter REITs trade at 21.5x and 23.4x 2017E EBITDA and AFFO multiples, with a ~3% dividend yield.



**RBC Capital Markets**

## Exhibit 26: Communications infrastructure comps

**Tower Infrastructure**

| Company | Symbol | Rating | Price 06/15/17 | YTD % Chg. | Mkt. Cap. (MM) | Ent. Val. (MM) | Net Debt/ LQA EBITDA | Revenue (MM) CY17E | CY18E | EBITDA (MM) CY17E | CY18E | Div Yield | AFFO/share CY17E | CY18E | EV/EBITDA CY17E | CY18E | AFFO Multiple CY17E | CY18E | EV/uFCF CY17E | CY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Tower | AMT | OP | $130.87 | 23.8% | $56,300 | $77,964 | 4.5x | $6,595 | $7,188 | $4,053 | $4,436 | 1.9% | $6.57 | $7.36 | 19.2x | 17.5x | 20.7x | 18.3x | 24.5x | 21.7x |
| Crown Castle International | CCI | OP | $101.30 | 16.7% | $36,643 | $50,021 | 5.8x | $4,194 | $4,389 | $2,394 | $2,542 | 3.8% | $4.99 | $5.35 | 21.8x | 20.7x | 21.5x | 20.0x | 40.8x | 38.2x |
| SBA Communications | SBAC | OP | $132.22 | 28.0% | $16,096 | $24,614 | 7.3x | $1,705 | $1,807 | $1,187 | $1,280 | NM | $6.83 | $7.60 | 21.1x | 19.2x | 20.3x | 18.2x | 25.3x | 23.1x |
| **Wireless Tower Infrastructure Average** | | | | **22.9%** | | | **5.9x** | | | | | **2.8%** | | | **20.7x** | **19.1x** | **20.8x** | **18.8x** | **30.2x** | **27.7x** |

**Fiber/Bandwidth Providers**

| Company | Symbol | Rating | Price 06/15/17 | YTD % Chg. | Mkt. Cap. (mil.) | Ent. Val. (mil.) | Net Debt/ LQA EBITDA | Revenue (MM) CY17E | CY18E | EBITDA (MM) CY17E | CY18E | Div Yield | EV/EBITDA CY17E | CY18E | P/FCF CY17E | CY18E | AFFO Multiple CY17E | CY18E | EV/uFCF CY17E | CY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cogent Communications | CCOI | OP | $40.65 | (1.7%) | $1,826 | $2,130 | 1.9x | $489 | $541 | $174 | $202 | 4.3% | 13.0x | 11.1x | 32.0x | 24.9x | 22.7x | 16.6x | 17.9x | 14.9x |
| Level 3 Communications | LVLT | SP | $63.80 | 13.2% | $23,230 | $32,133 | 3.1x | $8,272 | $8,503 | $2,961 | $3,114 | NA | 11.6x | 11.0x | 25.0x | 18.9x | 14.9x | 13.4x | 21.4x | 17.0x |
| Zayo Group Holdings | ZAYO | OP | $32.13 | (2.2%) | $7,907 | $13,326 | 4.8x | $2,501 | $2,714 | $1,254 | $1,365 | NA | 10.7x | 9.9x | 12.7x | 12.2x | 12.7x | 12.2x | NM | NM |
| Uniti Group Inc. (formerly CS&L) | UNIT | OP | $26.88 | 5.8% | $4,716 | $9,024 | 6.0x | $905 | $995 | $747 | $816 | 8.9% | 11.8x | 10.8x | 10.4x | 9.4x | 10.9x | 10.2x | NM | NM |
| **Competitive Bandwidth Average** | | | | **3.8%** | | | **3.9x** | | | | | **6.6%** | **11.8x** | **10.7x** | **20.0x** | **16.4x** | **15.3x** | **13.1x** | **19.6x** | **15.9x** |

**Datacenter REITS**  -29%

| Company | Symbol | Rating | Price 06/15/17 | YTD % Chg. | Mkt. Cap. (mil.) | Ent. Val. (mil.) | Net Debt/ LQA EBITDA | Revenue (MM) CY17E | CY18E | EBITDA (MM) CY17E | CY18E | Div Yield | EV/EBITDA CY17E | CY18E | FFO Multiple CY17E | CY18E | AFFO Multiple CY17E | CY18E | EV/uFCF CY17E | CY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coresite Realty Corp | COR | OP | $107.80 | 35.8% | $5,156 | $5,989 | 3.2x | $477 | $530 | $260 | $289 | 3.3% | 24.2x | 22.7x | 24.5x | 22.0x | 29.5x | 25.6x | NM | NM |
| Cyrusone Inc. | CONE | OP | $57.59 | 28.8% | $5,052 | $6,910 | 5.8x | $674 | $782 | $370 | $428 | 2.9% | 20.4x | 18.3x | 19.2x | 17.0x | 22.2x | 18.9x | NM | NM |
| Digital Realty Trust | DLR | OP | $117.75 | 19.8% | $19,086 | $26,316 | 5.6x | $2,261 | $2,424 | $1,310 | $1,414 | 3.2% | 20.3x | 18.9x | 19.5x | 18.3x | 21.8x | 20.0x | NM | NM |
| DuPont Fabros Technology | DFT | SP | $63.95 | 45.6% | $5,763 | $7,314 | 4.6x | $580 | $664 | $355 | $407 | 3.1% | 21.7x | 19.4x | 20.8x | 18.8x | 20.9x | 18.9x | NM | NM |
| Equinix Inc. * | EQIX | OP | $433.96 | 21.4% | $31,838 | $36,082 | 2.5x | $4,020 | $4,615 | $1,879 | $2,243 | 1.8% | 21.2x | 17.7x | 36.8x | 28.0x | 31.3x | 25.8x | NM | NM |
| QTS Realty Trust | QTS | OP | $52.50 | 5.7% | $2,927 | $3,952 | 5.3x | $451 | $510 | $207 | $241 | 3.0% | 21.4x | 19.3x | 19.3x | 16.4x | 21.2x | 18.0x | NM | NM |
| **Datacenter REITS Average** | | | | **26.2%** | | | **4.5x** | | | | | **2.9%** | **21.5x** | **19.4x** | **23.4x** | **20.1x** | **24.5x** | **21.2x** | **NM** | **NM** |

| INDEX | Symbol | | Price 06/15/17 | YTD % Chg. | Mkt. Cap. (mil.) | AFFO (MM) CY17E | CY18E | AFFO/share CY17E | CY18E | AFFO Multiple CY17E | CY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MSCIUSREITINDEX** | RMZ | | $1,175.11 | 6.7% | $889,891 | $47,231 | $50,231 | $62.37 | $66.33 | 18.8x | 17.7x |

\* EQIX EBITDA does not include the impact of VZ.
Note: Multiples treat stock-based compensation as a cash expense.
Source: Company reports, RBC Capital Markets estimates, S&P Capital IQ



# RBC Capital Markets

Since Uniti began trading on April 27, 2015 (originally as CSAL), the stock has generally underperformed its peers other than a period of outperformance June-October 2016.

Exhibit 27: Relative stock performance



Source: Capital IQ; priced as of 6/15/17



**RBC Capital Markets**

# Management guidance and RBC Capital Markets estimates

Exhibit 28: Management guidance tracker for 2017 estimates

| ($M) | As on 02/23/2017 | As on 05/04/2017 |
|------|------------------|------------------|
| Revenue | $844 | $906 |
| Adjusted EBITDA | $715 | $746 |
| Applicable to common shareholders: | | |
| Net income (loss) | ($4) | ($15) |
| FFO | $363 | $352 |
| AFFO | $405 | $422 |
| FFO/share | $2.34 | $2.07 |
| AFFO/share | $2.61 | $2.50 |

Source: Company reports

Since 3Q15, Uniti's financial performance has been typically within ~1% of consensus expectations, often posting slightly better than expected results.

Exhibit 29: Actual results vs. Expectations tracker

| | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 2015 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 2016 | 1Q17 |
|--|------|------|------|------|------|------|------|------|------|------|------|
| **Revenue** | | | | | | | | | | | |
| Surprise | (0.03%) | (26.07%) | 0.60% | 0.28% | (11.36%) | 0.17% | 0.02% | 1.12% | 0.00% | (0.01%) | 1.33% |
| Difference | (0.05) | (45.41) | 1.03 | 0.49 | (61.02) | 0.29 | 0.04 | 2.21 | - | (0.07) | 2.77 |
| Actual | 174.70 A | 128.75 A | 173.63 A | 173.93 A | 476.31 A | 174.68 A | 188.57 A | 200.24 A | 206.92 A | 770.41 A | 211.47 A |
| Estimate | 174.75 E | 174.16 E | 172.60 E | 173.44 E | 537.33 E | 174.39 E | 188.53 E | 198.03 E | 206.92 E | 770.48 E | 208.70 E |
| **EBITDA** | | | | | | | | | | | |
| Surprise | 3.25% | (24.88%) | 1.77% | 1.18% | (30.85%) | 0.46% | 1.36% | 0.66% | 0.13% | 1.90% | (0.65%) |
| Difference | 5.32 | (40.47) | 2.85 | 1.94 | (202.26) | 0.76 | 2.31 | 1.15 | 0.23 | 12.88 | (1.14) |
| Actual | 168.80 A | 122.18 A | 163.45 A | 166.08 A | 453.30 A | 165.71 A | 171.64 A | 175.68 A | 177.16 A | 690.18 A | 175.37 A |
| Estimate | 163.48 E | 162.65 E | 160.60 E | 164.14 E | 655.56 E | 164.95 E | 169.33 E | 174.53 E | 176.93 E | 677.30 E | 176.51 E |

Source: Company reports, RBC Capital Markets estimates

We introduce our initial estimates summarized in the following table and in the financial model at the back of this report.

Exhibit 30: 2017/2018 RBC Estimates ($M, except per share figures)

| | FY2017E | | FY2018E | |
|--|---------|---------|---------|---------|
| | New | Y/Y Change | New | Y/Y Change |
| Leasing | $681.4 | 0.7% | $686.9 | 0.8% |
| Fiber Infrastructure | $198.7 | 529.4% | $283.6 | 42.7% |
| Tower | $7.5 | 3161.0% | $11.9 | 58.8% |
| Consumer CLEC | $17.6 | 238.8% | $12.6 | (28.6%) |
| Total revenue | $905.2 | 26.8% | $995.0 | 9.9% |
| Adjusted EBITDA | $747.2 | 8.3% | $816.0 | 9.2% |
| *EBITDA margin, consolidated* | *82.5%* | *-1414 bps* | *82.0%* | *-53 bps* |
| Capex, total (excl. land) | $105.1 | 201.2% | $119.4 | 13.6% |
| AFFO/share | $2.51 | (3.7%) | $2.69 | 7.0% |

Source: Company filings, RBC Capital Markets estimates



# RBC Capital Markets

Communications Infrastructure
Uniti Group Inc.

**Uniti Group Inc.**
Income Statement
(all amounts in 000s, except per share data)

**RBC Capital Markets**
Jonathan Atkin - (415) 633-8589
Bora Lee - (212) 618-7823
Brajesh Mishra - (212) 558-0411

| | 2015A | | | | | 2016A | | | | | 2017E | 2018E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2015A | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 2016A | 1Q17A | 2Q17E | 3Q17E | 4Q17E | 2017E | 2018E |
| Leasing revenue | $458,614 | $168,613 | $168,966 | $169,366 | $169,923 | $676,868 | $170,306 | $169,777 | $170,377 | $170,977 | $681,436 | $686,907 |
| *% of total revenue* | 96.3% | 96.5% | 89.6% | 84.6% | 82.1% | 87.9% | 80.5% | 79.3% | 72.3% | 70.1% | 75.3% | 69.0% |
| *q/q growth* | | 0.7% | 0.2% | 0.2% | 0.3% | 47.6% | 0.2% | (0.3%) | 0.4% | 0.4% | 0.7% | 0.8% |
| *y/y growth* | | - | 36.1% | 1.4% | 1.5% | 47.6% | 1.0% | 0.5% | 0.6% | 0.6% | 0.7% | 0.8% |
| Fiber infrastructure | - | - | $13,776 | $25,219 | $31,573 | $70,568 | $34,812 | $38,293 | $58,972 | $66,638 | $198,715 | $283,632 |
| *% of total revenue* | - | - | 7.3% | 12.6% | 15.3% | 9.2% | 16.5% | 17.9% | 25.0% | 27.3% | 22.0% | 28.5% |
| *q/q growth* | | - | - | 83.1% | 25.2% | - | 10.3% | 10.0% | 54.0% | 13.0% | 181.6% | 42.7% |
| *y/y growth* | - | - | - | - | - | - | - | 178.0% | 133.8% | 111.1% | 181.6% | 42.7% |
| Tower revenue | - | $28 | $84 | $159 | $229 | $500 | $1,428 | $1,514 | $1,968 | $2,558 | $7,468 | $11,862 |
| *% of total revenue* | | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% | 0.7% | 0.7% | 0.8% | 1.0% | 0.8% | 1.2% |
| *q/q growth* | | - | 200.0% | 89.3% | 44.0% | - | 523.6% | 6.0% | 30.0% | 30.0% | 1,393.5% | 58.8% |
| *y/y growth* | | - | 0.0% | 0.0% | 0.0% | - | 5,000.0% | 1,702.0% | 1,137.6% | 1,017.1% | 1,393.5% | 58.8% |
| Consumer CLEC revenue | $17,700 | $6,034 | $5,747 | $5,496 | $5,195 | $22,472 | $4,927 | $4,591 | $4,229 | $3,856 | $17,603 | $12,566 |
| *% of total revenue* | 3.7% | 3.5% | 3.0% | 2.7% | 2.5% | 2.9% | 2.3% | 2.1% | 1.8% | 1.6% | 1.9% | 1.3% |
| *q/q growth* | - | (6.4%) | (4.8%) | (4.4%) | (5.5%) | - | (5.2%) | (6.8%) | (7.9%) | (8.8%) | (21.7%) | (28.6%) |
| *y/y growth* | - | 0.0% | 25.6% | (17.7%) | (19.4%) | 27.0% | (18.3%) | (20.1%) | (23.1%) | (25.8%) | (21.7%) | (28.6%) |
| Total revenue | $476,314 | $174,675 | $188,573 | $200,240 | $206,920 | $770,408 | $211,473 | $214,174 | $235,545 | $244,029 | $905,221 | $994,967 |
| *q/q growth* | | 0.4% | 8.0% | 6.2% | 3.3% | - | 2.2% | 1.3% | 10.0% | 3.6% | 17.5% | 9.9% |
| *y/y growth* | - | - | 46.5% | 15.3% | 19.0% | 61.7% | 21.1% | 13.6% | 17.6% | 17.9% | 17.5% | 9.9% |
| | | | | | | | | | | | | |
| Total operating cost & expenses | 268,909 | 100,146 | 121,745 | 131,933 | 140,885 | 494,709 | 158,487 | 143,978 | 149,422 | 153,355 | 605,242 | 648,676 |
| Operating income (loss) | 207,405 | 74,529 | 66,828 | 68,307 | 66,035 | 275,699 | 52,986 | 70,196 | 86,123 | 90,674 | 299,979 | 346,291 |
| *operating margin* | 43.5% | 42.7% | 35.4% | 34.1% | 31.9% | 35.8% | 25.1% | 32.8% | 36.6% | 37.2% | 33.1% | 34.8% |
| Interest expense | 181,797 | 66,049 | 68,036 | 70,522 | 70,787 | 275,394 | 73,365 | 76,415 | 77,174 | 76,745 | 303,699 | 306,687 |
| Total other expense / (income) | $181,797 | $66,049 | $68,036 | $70,522 | $70,787 | $275,394 | $73,365 | $76,415 | $77,174 | $76,745 | $303,699 | $306,687 |
| Pretax income | 25,608 | 8,480 | (1,208) | (2,215) | (4,752) | 305 | (20,379) | (6,219) | 8,949 | 13,929 | (3,719) | 39,605 |
| Income tax (expense)/benefit | (738) | (444) | (327) | (128) | 382 | (517) | 379 | 498 | (716) | (1,114) | (954) | (3,168) |
| *tax rate* | 2.9% | 5.2% | (27.1%) | (5.8%) | 8.0% | 169.5% | 1.9% | 8.0% | 8.0% | 8.0% | -25.6% | 8.0% |
| Net (loss) income | 24,870 | 8,036 | (1,535) | (2,343) | (4,370) | (212) | (20,000) | (5,722) | 8,234 | 12,815 | (4,673) | 36,436 |
| Participating securities' share in earnings | (1,152) | (355) | (402) | (407) | (393) | (1,557) | (387) | (350) | (350) | (350) | (1,437) | (1,400) |
| Dividends declared on convertible preferred stock | - | - | (438) | (649) | (656) | (1,743) | (656) | (656) | (656) | (656) | (2,625) | (2,625) |
| Amortization of discount on convertible preferred stock | - | - | (496) | (745) | (744) | (1,985) | (745) | (750) | (750) | (750) | (2,995) | (3,000) |
| Net (loss) income applicable to common shareholders | 23,718 | 7,681 | (2,871) | (4,144) | (6,163) | (5,497) | (21,788) | (7,478) | 6,477 | 11,059 | (11,730) | 29,411 |
| EPS, diluted | $0.16 | $0.05 | ($0.02) | ($0.03) | ($0.04) | ($0.04) | ($0.14) | ($0.05) | $0.04 | $0.06 | ($0.07) | $0.17 |
| Weighted average common shares, diluted | 149,835 | 149,984 | 150,913 | 153,878 | 155,137 | 152,473 | 155,184 | 165,026 | 174,776 | 174,776 | 169,458 | 174,776 |
| EBITDA | $446,153 | $160,869 | $159,213 | $165,030 | $166,557 | $651,669 | $154,347 | $175,732 | $192,058 | $197,023 | $719,160 | $808,308 |
| addback: non-cash compensation | 1,934 | 930 | 1,217 | 1,331 | 1,368 | 4,846 | 1,632 | 1,653 | 1,818 | 1,883 | 6,986 | 7,678 |
| addback: gain on asset-related transactions | 5,210 | 3,910 | 11,210 | 9,315 | 9,234 | 33,669 | 9,684 | - | - | - | 9,684 | - |
| **adj. EBITDA** | **$453,297** | **$165,709** | **$171,640** | **$175,676** | **$177,159** | **$690,184** | **$177,002** | **$177,385** | **$193,876** | **$198,906** | **$747,169** | **$815,987** |
| *adj. EBITDA margin* | 95.2% | 94.9% | 91.0% | 87.7% | 85.6% | 89.6% | 83.7% | 82.8% | 82.3% | 81.5% | 82.5% | 82.0% |
| FFO/Share | $1.73 | $0.62 | $0.56 | $0.55 | $0.54 | $2.27 | $0.45 | $0.52 | $0.56 | $0.58 | $2.10 | $2.43 |
| AFFO/Share | $1.78 | $0.65 | $0.66 | $0.65 | $0.66 | $2.61 | $0.65 | $0.59 | $0.64 | $0.67 | $2.51 | $2.69 |
| Capital expenditures (excl. land acq) | $1,336 | $77 | $8,028 | $9,752 | $17,043 | $34,900 | $14,931 | $27,843 | $30,621 | $31,724 | $105,118 | $119,396 |
| Common stock dividends | 156,854 | 90,314 | 90,380 | 92,998 | 94,138 | 367,830 | 94,133 | 99,016 | 104,866 | 104,866 | 402,880 | 419,462 |
| Dividend payout (Dividend/AFFO) | 92% | 92% | 91% | 93% | 92% | 92% | 93% | 101% | 94% | 90% | 95% | 89% |

Source: Company reports, RBC Capital Markets estimates



# RBC Capital Markets

**Communications Infrastructure**
**Uniti Group Inc.**

**Uniti Group Inc.**
Balance Sheet
(all amounts in 000s, except per share data)

**RBC Capital Markets**
Jonathan Atkin - (415) 633-8589
Bora Lee - (212) 618-7823
Brajesh Mishra - (212) 558-0411

| | 2015A | | | 2016A | | | | | 2017E | | | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015A | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 2016A | 1Q17A | 2Q17E | 3Q17E | 4Q17E | 2017E | 2018E |
| Cash and cash equivalents | $142,498 | $165,340 | $48,813 | $40,762 | $171,754 | $171,754 | $68,726 | $542,817 | $519,006 | $501,217 | $501,217 | $480,065 |
| Accounts receivable, net | 2,083 | 832 | 8,458 | 15,846 | 15,281 | 15,281 | 17,236 | 17,456 | 19,198 | 19,889 | 19,889 | 20,521 |
| Straight-line revenue receivable | 11,795 | 16,117 | 20,422 | 24,969 | 29,088 | 29,088 | 33,406 | 33,833 | 37,209 | 38,549 | 38,549 | 39,774 |
| Property, plant and equipment, net | 2,372,651 | 2,321,124 | 2,569,402 | 2,694,141 | 2,670,037 | 2,670,037 | 2,672,349 | 2,604,978 | 2,539,962 | 2,475,610 | 2,475,610 | 2,174,032 |
| Goodwil | - | - | 146,590 | 263,459 | 262,334 | 262,334 | 262,086 | 262,086 | 262,086 | 262,086 | 262,086 | 262,086 |
| Intangible assets, net | 10,530 | 11,190 | 47,920 | 162,941 | 160,584 | 160,584 | 214,061 | 203,739 | 193,441 | 183,168 | 183,168 | 142,125 |
| Derivative asset | - | - | - | - | - | - | - | - | - | - | - | - |
| Other assets | 3,079 | 3,312 | 10,070 | 15,416 | 9,674 | 9,674 | 12,813 | 12,813 | 12,813 | 12,813 | 12,813 | 12,813 |
| **Total Assets** | 2,542,636 | 2,517,915 | 2,851,675 | 3,217,534 | 3,318,752 | 3,318,752 | 3,280,677 | 3,677,722 | 3,583,714 | 3,493,332 | 3,493,332 | 3,131,416 |
| | | | | | | | | | | | | |
| Accounts payable, accrued expenses and other liabilities | 10,409 | 8,596 | 20,206 | 37,925 | 40,977 | 40,977 | 56,023 | 59,032 | 67,481 | 72,941 | 72,941 | 70,584 |
| Accrued interest payable | 24,440 | 53,340 | 26,384 | 57,528 | 27,812 | 27,812 | 65,715 | 65,715 | 65,715 | 65,715 | 65,715 | 65,715 |
| Deferred revenue | 67,817 | 99,260 | 148,346 | 213,889 | 261,404 | 261,404 | 293,879 | 293,879 | 293,879 | 293,879 | 293,879 | 293,879 |
| Derivative liability | 5,427 | 45,869 | 66,888 | 68,758 | 6,102 | 6,102 | 1,536 | 1,536 | 1,536 | 1,536 | 1,536 | 1,536 |
| Dividends payable | 90,507 | 90,621 | 93,208 | 94,470 | 94,607 | 94,607 | 94,810 | 94,810 | 94,810 | 94,810 | 94,810 | 94,810 |
| Deferred income taxes | 5,714 | 5,498 | 5,115 | 31,390 | 28,394 | 28,394 | 47,048 | 47,048 | 47,048 | 47,048 | 47,048 | 47,048 |
| Capital lease obligations | - | - | 48,980 | 55,215 | 54,535 | 54,535 | 54,068 | 52,901 | 51,735 | 50,568 | 50,568 | 45,901 |
| Contingent consideration | - | - | - | 98,600 | 98,600 | 98,600 | 90,719 | 90,719 | 90,719 | 90,719 | 90,719 | 90,719 |
| Notes and other debt, net | 3,505,228 | 3,503,642 | 3,690,186 | 3,846,711 | 4,028,214 | 4,028,214 | 4,003,792 | 4,301,466 | 4,301,466 | 4,301,466 | 4,301,466 | 4,301,466 |
| **Total Liabilities** | 3,709,542 | 3,806,826 | 4,099,313 | 4,504,486 | 4,640,645 | 4,640,645 | 4,707,590 | 5,007,107 | 5,014,389 | 5,018,682 | 5,018,682 | 5,011,658 |
| | | | | | | | | | | | | |
| Convertible preferred stock | - | - | 79,063 | 79,807 | 80,552 | 80,552 | 81,296 | 81,296 | 81,296 | 81,296 | 81,296 | 81,296 |
| | | | | | | | | | | | | |
| Common stock, $ 0.0001 par value | 15 | 15 | 15 | 15 | 15 | 15 | 16 | 16 | 16 | 16 | 16 | 16 |
| Additional paid-in capital | 1,392 | 3,407 | 81,881 | 140,466 | 141,092 | 141,092 | 141,503 | 141,503 | 141,503 | 141,503 | 141,503 | 141,503 |
| Accumulated other comprehensive loss | (5,427) | (45,789) | (66,967) | (68,938) | (6,369) | (6,369) | 3,072 | 3,072 | 3,072 | 3,072 | 3,072 | 3,072 |
| Distributions in excess of accumulated earnings | (1,162,886) | (1,246,544) | (1,341,630) | (1,438,302) | (1,537,183) | (1,537,183) | (1,652,800) | (1,555,272) | (1,656,561) | (1,751,237) | (1,751,237) | (2,106,129) |
| **Total stockholders' equity** | (1,166,906) | (1,288,911) | (1,326,701) | (1,366,759) | (1,402,445) | (1,402,445) | (1,508,209) | (1,410,681) | (1,511,970) | (1,606,646) | (1,606,646) | (1,961,538) |
| | | | | | | | | | | | | |
| **Total liabilities + Total shareholders' equity** | 2,542,636 | 2,517,915 | 2,851,675 | 3,217,534 | 3,318,752 | 3,318,752 | 3,280,677 | 3,677,722 | 3,583,714 | 3,493,332 | 3,493,332 | 3,131,416 |

Source: Company reports, RBC Capital Markets estimates



# RBC Capital Markets

**Uniti Group Inc.**
Cash Flow Statement
(all amounts in 000s, except per share data)

**RBC Capital Markets**
Jonathan Atkin - (415) 633-8589
Bora Lee - (212) 618-7823
Brajesh Mishra - (212) 558-0411

| | 2015A | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 2016A | 1Q17A | 2Q17E | 3Q17E | 4Q17E | 2017E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (loss) | 24,870 | 8,036 | (1,535) | (2,343) | (4,370) | (212) | (20,000) | (5,722) | 8,234 | 12,815 | (4,673) | 36,436 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | | | | | | | | |
| Depreciation and amortization | 238,748 | 86,340 | 92,385 | 96,723 | 100,522 | 375,970 | 101,361 | 105,536 | 105,935 | 106,349 | 419,180 | 462,017 |
| Amortization of deferred financing costs | 4,832 | 1,818 | 1,863 | 1,959 | 2,183 | 7,823 | 2,487 | 2,762 | 3,037 | 3,312 | 11,598 | 13,248 |
| Amortization of debt discount | 5,172 | 1,946 | 1,980 | 2,038 | 2,215 | 8,179 | 2,778 | 3,078 | 3,378 | 3,678 | 12,912 | 14,712 |
| Deferred income taxes | (1,211) | (216) | (383) | 1,435 | (3,022) | (2,186) | (1,002) | - | - | - | (1,002) | - |
| Straight-line revenues | (11,795) | (4,322) | (4,305) | (4,547) | (4,119) | (17,293) | (3,629) | (4,079) | (4,529) | (4,979) | (17,216) | (21,416) |
| Stock-based compensation | 1,934 | 930 | 1,217 | 1,331 | 1,368 | 4,846 | 1,632 | 1,653 | 1,818 | 1,883 | 6,986 | 7,678 |
| Other | (3) | (9) | 3 | 28 | 914 | 936 | 124 | - | - | - | 124 | - |
| Changes in assets and liabilities, net of acquisitions: | | | | | | | | | | | | |
| Accounts receivable | (215) | 1,307 | (822) | (4,920) | 919 | (3,516) | 1,014 | 220 | 1,742 | 691 | 3,667 | 632 |
| Other assets | (1,148) | (252) | (1,852) | (2,847) | 3,586 | (1,365) | 9,284 | - | - | - | 9,284 | - |
| Accounts payable, accrued expenses and other liabilities | 32,024 | 26,123 | (26,441) | 27,883 | (24,759) | 2,806 | 34,153 | (3,009) | (8,449) | (5,460) | 17,235 | 2,357 |
| **Net cash provided by operating activities** | 293,208 | 121,701 | 62,110 | 116,740 | 75,437 | 375,988 | 128,202 | 100,439 | 111,165 | 118,290 | 458,096 | 515,665 |
| | | | | | | | | | | | | |
| Capital expenditures | (1,336) | (77) | (9,375) | (9,752) | (15,696) | (34,900) | (14,931) | (27,843) | (30,621) | (31,724) | (105,118) | (119,396) |
| Acquisition of real estate (ground leases) | (43,077) | (1,347) | 1,347 | - | (11,543) | (11,543) | (7,191) | - | - | - | (7,191) | - |
| Acquisition of businesses, net of cash acquired | - | 111 | (316,244) | (173,405) | 750 | (488,788) | (64,374) | - | - | - | (64,374) | - |
| Consideration paid to Windstream Services | (1,035,029) | - | - | - | - | - | - | - | - | - | - | - |
| **Net cash (used in) provided by investing activities** | (1,079,442) | (1,313) | (324,272) | (183,157) | (26,489) | (535,231) | (86,496) | (27,843) | (30,621) | (31,724) | (176,683) | (119,396) |
| | | | | | | | | | | | | |
| Principal payment on debt | (10,700) | (6,044) | (5,350) | (5,350) | (5,283) | (22,027) | (5,270) | - | - | - | (5,270) | - |
| Dividends paid | (156,854) | (90,314) | (90,380) | (92,998) | (94,138) | (367,830) | (94,133) | (99,672) | (105,522) | (105,522) | (404,849) | (422,087) |
| Proceeds from issuance of Term Loans | 1,127,000 | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from issuance of Notes | - | - | 148,875 | - | 400,000 | 548,875 | - | - | - | - | - | - |
| Borrowings under revolving credit facility | - | - | 321,000 | 200,000 | 120,000 | 641,000 | 25,000 | - | - | - | 25,000 | - |
| Payments under revolving credit facility | - | - | (278,936) | (42,064) | (320,000) | (641,000) | (25,000) | - | - | - | (25,000) | - |
| Capital lease payments | - | - | (469) | (476) | (604) | (1,549) | (672) | 1,167 | 1,167 | 1,167 | 2,828 | 4,667 |
| Deferred financing costs | (30,057) | - | (2,998) | 52 | (17,611) | (20,557) | (24,418) | - | - | - | (24,418) | - |
| Common stock issuance, net of costs | (656) | - | 54,836 | (625) | 2 | 54,213 | (54) | 500,000 | - | - | 499,946 | - |
| Net share settlement | - | (1,266) | (789) | (68) | (236) | (2,359) | (1,690) | - | - | - | (1,690) | - |
| Cash in-lieu of fractional shares | (19) | - | - | - | - | - | - | - | - | - | - | - |
| Other financing activities | - | - | - | - | - | - | (18,791) | - | - | - | (18,791) | - |
| **Net cash (used in) provided by financing activities** | 928,714 | (97,624) | 145,789 | 58,471 | 82,130 | 188,766 | (145,028) | 401,495 | (104,355) | (104,355) | 47,756 | (417,421) |
| | | | | | | | | | | | | |
| Effect of exchange rate changes on cash | - | 78 | (154) | (105) | (86) | (267) | 294 | - | - | - | 294 | - |
| | | | | | | | | | | | | |
| Cash and cash equivalents, beginning | 18 | 142,498 | 165,340 | 48,813 | 40,762 | 142,498 | 171,754 | 68,726 | 542,817 | 519,006 | 171,754 | 501,217 |
| Net increase (decrease) in cash and cash equivalents | 142,480 | 22,842 | (116,527) | (8,051) | 130,992 | 29,256 | (103,028) | 474,091 | (23,811) | (17,789) | 329,463 | (21,152) |
| Cash and cash equivalents, ending | 142,498 | 165,340 | 48,813 | 40,762 | 171,754 | 171,754 | 68,726 | 542,817 | 519,006 | 501,217 | 501,217 | 480,065 |

Source: Company reports, RBC Capital Markets estimates

 **RBC Capital Markets**

# Required disclosures

## Conflicts disclosures

This product constitutes a compendium report (covers six or more subject companies). As such, RBC Capital Markets chooses to provide specific disclosures for the subject companies by reference. To access conflict of interest and other disclosures for the subject companies, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1. These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com.

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick(TP)/ Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).

| Distribution of ratings RBC Capital Markets, Equity Research As of 31-Mar-2017 | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 843 | 51.94 | 285 | 33.81 |
| HOLD [Sector Perform] | 679 | 41.84 | 149 | 21.94 |
| SELL [Underperform] | 101 | 6.22 | 8 | 7.92 |

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible

 **RBC Capital Markets**

Communications Infrastructure
Uniti Group Inc.

to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsight.com/CM/Login.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general

 **RBC Capital Markets**

distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. However, targeted distribution may be made to selected retail clients of RBC and its affiliates. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity granted offshore bank licence by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® **Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2017 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2017 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2017**
**Copyright © Royal Bank of Canada 2017**
**All rights reserved**