# EXHIBIT F

**QUICK THOUGHTS**
October 19, 2017

Uniti Group Inc. (UNIT)



**Buy**

**Price Target: $25.00**

**Price: $16.08**

# WIN Debt Exchange, Consent Solicitation Seek to Cut Off Bondholder

Early this morning Windstream Holdings (WIN, $1.90, NR) announced two actions intended to thwart the recent bondholder's claim of default. First, WIN offered a debt exchange, which appears to be an attempt to dilute the bondholder claiming technical default based upon their interpretation of a covenant breach relating to the 2015 spin-off of UNIT. Second, WIN seeks consent solicitations from noteholders to waive certain alleged defaults related to the UNIT spin and amend governing indentures accordingly. These actions, which are not mutually exclusive, show WIN's attempt to thwart what is seemingly an effort to push the company into bankruptcy proceedings outside of litigation. We continue to believe both logic and WIN will prevail and that its master lease with UNIT will remain intact.

**Attempt to dilute bondholder below trigger point** – With the announced debt exchange offer, we believe it is clear that in addition to defending itself and its shareholders from the attack of a bondholder, Windstream will employ tactics similar to those being waged against it that appear to be designed to push it into a major reorganization.

**Seeking consent solicitations** – In addition to the debt exchange, WIN also launched consent solicitations with respect to the 2020, 2021, 2022, 2023, and 6 3/8% senior notes. The consent solicitations seek to waive certain alleged defaults related to the UNIT spin-off and amend the indentures accordingly. WIN plans to make consent payments if requisite consents are agreed to by a majority of bondholders and become effective. Though a successful consent solicitation effort would not necessarily upend the bondholder's claim, in our view, it may reduce their chances of prevailing in court.

**Is there even standing for action?** It is important to remind investors that the firm that appears to be attempting to push the reorganization is reported to not have been a stakeholder at the time of the spin, nor had it claimed any form of injury until serving notice to Windstream last month, per WIN's filing. Windstream itself has suggested the fund is attempting to push the reorganization so that it might collect on a separate, potentially much larger, credit default swap position should it be successful in labeling the action default. It still remains unclear if in buying the notes so long after the event in question occurred, provides the 25% owner of the 6 3/8 2023 bonds standing to bring action in the first place.

**Greg P. Miller**
212-303-4169
greg.miller@suntrust.com

Matthew Kahn, CFA
212-319-2644
matthew.kahn@suntrust.com

Miguel Munoz
212-303-4191
miguel.munoz@suntrust.com

**SEE PAGE 3 FOR REQUIRED DISCLOSURE INFORMATION**

Equity Research



**All possible means of defense expected** – We do not view the recent maneuvers of Windstream as indicative of an expectation of defeat in court, as Windstream requests injunctive relief. Rather, given what appears to be an unprecedented raid of corporate assets that potentially utilizes litigation as a primary lever, we believe the company will pursue any and every avenue to defeat its aggressor and protect its longstanding stakeholders. We do not expect this will be the last maneuver by Windstream in an attempt to derail the efforts of the aggressor.

**Anything could happen but logic should prevail** – Although handicapping outcomes such as these are always extremely difficult to do, we remain reasonably confident that the legality of its spin-off will be upheld and that Windstream will not be forced into a bankruptcy reorganization process. Further, given that there have been no objections to the spin-off until now, only after a large CDS position has been created (according to Windstream management) that would greatly benefit the firm in a bankruptcy, we find it difficult to believe the courts will side with the aggressor. We believe Windstream will prevail and the master lease with Uniti Group will remain intact.

Our $25 target implies ~9.5x 2018E AFFO, a significant discount to comparable triple-net peers. Risks include customer concentration (WIN) and execution of its fiber roll-up strategy.



## Companies Mentioned in This Note
**Uniti Group Inc.** (UNIT, $16.08, Buy, Greg Miller)
Windstream Holdings (WIN, $1.90, NR)

## Analyst Certification

I, Greg P. Miller , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. makes a market in the following companies at the time of this report: UNIT, UNIT-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



Rating and Price Target History for: Uniti Group Inc. (UNIT-US) as of 10-19-2017

Created by BlueMatrix

## STRH Ratings System for Equity Securities
### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at STRHEquityResearchDepartment@SunTrust.com or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**



**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return ≥ 15% (10% for low-Beta securities)***
· Reduce – total return ≤ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 10/19/2017):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 422 | 60.03% | Buy | 131 | 31.04% |
| Hold/Neutral | 277 | 39.40% | Hold/Neutral | 63 | 22.74% |
| Sell/Reduce | 4 | 0.57% | Sell/Reduce | 1 | 25.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry



involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2017 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070