"

"

"

"

"

"

"

"

"

GZJ KDKV'T "

Case 4:19-cv-00756-BSM   Document 105-7   Filed 12/23/21   Page 1 of 6



SunTrust
Robinson Humphrey

# Court Hearing Modestly Positive

**Buy**

**Price Target: $25.00**

**Price: $16.53**

Yesterday afternoon's court hearing in the Windstream (WIN, $1.88, NR) case revealed a few new wrinkles, but largely went as expected, in our view. WIN's successful Consent Solicitations as well as the Debt Exchange Offering has at least complicated the Noteholder's allegation of default, if not rendering it moot altogether, as the company now claims. For their part, the Noteholder maintains WIN defaulted per the indenture and the actions taken since serving the company notice should be deemed invalid. The court will reconvene on November 21 to adjudicate the matters (i.e. Consent Solicitations and Debt Exchange validity, and alleged default) together, expecting a new amended complaint from the Noteholder to arrive in the interim. While we're not legal experts, our main conclusions from the judge's ruling are as follows:

1. The Noteholder will now have to prove *first* that WIN's Debt Exchange and Consent Solicitations were invalid *before* the court addresses the default claim.
2. The cure period (December 7) is now irrelevant as successful Debt Exchange and Consent Solicitations give WIN standing to claim the alleged default, which they maintain did not occur, has effectively been resolved
3. Expect the Noteholder to file a new complaint alleging the Debt Exchange and Consent Solicitations were invalid, to which WIN will address and likely seek to dismiss
4. The trustee's standing in the case has been complicated by the Debt Exchange and Consent Solicitations, but given the moving parts and anticipation of an amended complaint, the judge did not outright agree with WIN that the trustee has no standing

**What does this mean for UNIT?** In our view, near-term risk for UNIT has been modestly reduced by the court's action. WIN's successful Debt Exchange and Consent Solicitations, including delivery of an officer's certificate and supplemental indenture to the trustee, has created a situation whereby the court needs to determine the validity of these moves before addressing the alleged default. Despite the noteholder's assertion that their default claim should continue to be addressed first, the court – logically, in our view – determined at the very least the matters should be adjudicated together pending an amended complaint, first assessing the validity of WIN's Debt Exchange and Consent Solicitations. As such, it appears the prospects of accelerated default and resultant bankruptcy for WIN are no more, as WIN would claim the conditions under which the Noteholder claims default no longer apply. The risk remains, however, as the Noteholder may still prevail in its claim, but now needs to prove the Debt Exchange and Consent Solicitations were invalid. Simplistically, the Noteholder now needs to prove two claims instead of one, with standing on the main claim of default contingent on proving invalidity

**Greg P. Miller**
212-303-4169
greg.miller@suntrust.com

Miguel Munoz
212-303-4191
miguel.munoz@suntrust.com

Matthew Kahn, CFA
212-319-2644
matthew.kahn@suntrust.com

Case 4:19-cv-00756-BSM     Document 105-7     Filed 12/23/21     Page 3 of 6


of the subsequent Debt Exchange and Consent Solicitations. This makes for a more difficult case, in our view.

If the court affirms the validity WIN's Debt Exchange and Consent Solicitations, we believe that action would effectively eliminate the trustee's standing, removing it from proceedings and leaving the Noteholder with little grounds to continue to allege default. We do not expect the Noteholder to surrender easily, but their recourse may be only to bring a lawsuit intending to bring damages, but without pushing WIN into bankruptcy. While we will have to wait to see the Noteholder's amended complaint, given the majority of WIN's bondholders have agreed to the Consent Solicitations, we find it difficult to believe the court will find WIN's actions invalid. Accordingly, in addition to upholding the Master Lease, any pressure to renegotiate it would be significantly diminished, in our opinion.

**Valuation -** Our price target implies 9.5x our 2018E AFFO estimate of $2.64.
**Risks -** WIN court proceedings, customer concentration, M&A



## Companies Mentioned in This Note
**Uniti Group Inc.** (UNIT, $16.53, Buy, Greg Miller)
Windstream Holdings, Inc (WIN, $1.88, NR)

## Analyst Certification

I, Greg P. Miller , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. makes a market in the following companies at the time of this report: UNIT, UNIT-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities
**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at STRHEquityResearchDepartment@SunTrust.com or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**



**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return ≥ 15% (10% for low-Beta securities)***
· Reduce – total return ≤ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 11/08/2017):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
| --- | --- | --- | --- | --- | --- |
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 411 | 59.91% | Buy | 132 | 32.12% |
| Hold/Neutral | 271 | 39.50% | Hold/Neutral | 64 | 23.62% |
| Sell/Reduce | 4 | 0.58% | Sell/Reduce | 1 | 25.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry



involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2017 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070