EXHIBIT J

Completed    03 Nov 2017 12:43 AM EDT
Disseminated 03 Nov 2017 12:51 AM EDT
**North America Equity Research**
03 November 2017



# J.P.Morgan

# Uniti Group Inc

## Model Update

We update our model for Uniti following 3Q17 earnings. We adjust 4Q17 revenue and adjusted EBITDA to $246.0m and $197.8m from $245.8m and $198.6m, respectively. Our 2017 revenue and adjusted EBITDA estimates move to $915.7m and $749.3m (guidance of $913-918m and $748-753m) from $915.3m and $751.3m previously. We model AFFO/share of $2.51 vs. $2.49-2.52 guidance and $2.52 previously. We remain Neutral and maintain our $16 price target for YE18.

## Neutral

**UNIT, UNIT US**

Price: $16.37

**Price Target: $16.00**

**Telecom Services / Cable & Satellite**

**Philip Cusick, CFA** AC
(1-212) 622-1444
philip.cusick@jpmorgan.com
**Bloomberg** JPMA CUSICK <GO>

**Eudora Erickson**
(1-212) 622-5623
eudora.erickson@jpmorgan.com

**Richard Choe**
(1-212) 622-6708
richard.choe@jpmorgan.com

**Sebastiano C Petti**
(1-212) 622-8529
sebastiano.c.petti@jpmorgan.com

J.P. Morgan Securities LLC

**Price Performance**



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -38.0% | 12.1% | -33.7% | -37.5% |
| Rel | -47.6% | 13.0% | -39.6% | -66.2% |

**Uniti Group Inc (UNIT;UNIT US)**

| FYE Dec | 2015A | 2016A | 2017E | 2018E (Prev) | 2018E (Curr) |
|---|---|---|---|---|---|
| EPS ($) |  |  |  |  |  |
| Q1 (Mar) | - | 0.05 | (0.14)A | 0.03 | 0.04 |
| Q2 (Jun) | 0.05 | (0.02) | (0.11)A | 0.03 | 0.04 |
| Q3 (Sep) | 0.06 | (0.03) | 0.02A | 0.03 | 0.04 |
| Q4 (Dec) | 0.05 | (0.04) | 0.04 | 0.03 | 0.04 |
| FY | 0.16 | (0.03) | (0.19) | 0.14 | 0.15 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 16.37 |
| Date Of Price | 02 Nov 17 |
| 52-week Range ($) | 29.65-13.81 |
| Market Cap ($ mn) | 2,861.77 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 175 |
| Price Target ($) | 16.00 |
| Price Target End Date | 31-Dec-18 |

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

North America Equity Research
03 November 2017

J.P.Morgan

### Figure 1: UNIT 3Q17 Results vs. JPM Estimates

|  | 3Q17 | 2Q17 | % Change | 3Q17-Prev | % Variance | 2017E | 2016 | % Change | 2017E-Prev | % Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| REIT (Leasing) | 171.7 | 170.9 | 0.4% | 170.7 | 0.6% | 684.9 | 677.4 | 1.1% | 683.3 | 0.2% |
| Fiber Infrastructure | 66.4 | 35.0 |  | 35.3 | 87.8% | 203.2 | 70.6 | 187.9% | 140.8 | 44.3% |
| Consumer CLEC | 4.4 | 4.7 | -6.1% | 4.5 | -1.8% | 18.1 | 22.5 | -19.4% | 18.3 | -0.8% |
| **Total Revenue** | **245.2** | **213.0** | **15.1%** | **245.1** | **0.1%** | **915.7** | **770.4** | **18.9%** | **915.3** | **0.0%** |
|  |  |  |  |  |  |  |  |  |  |  |
| Total Cost of Service | 30.2 | 22.0 | 37.4% | 30.6 | -1.5% | 103.8 | 49.7 | 108.9% | 104.2 | -0.4% |
| Total SG&A | 22.1 | 13.5 | 63.4% | 20.3 | 8.5% | 69.2 | 35.4 | 95.5% | 67.5 | 2.6% |
|  |  |  |  |  |  |  |  |  |  |  |
| **Adj. EBITDA** | **194.9** | **179.6** | **8.6%** | **196.1** | **-0.6%** | **749.3** | **690.2** | **8.6%** | **751.3** | **-0.3%** |
| Margin (%) | 79.5% | 84% | -6% | 80% | -0.6% | 81.8% | 90% | -9% | 82% | -0.3% |
|  |  |  |  |  |  |  |  |  |  |  |
| Operating Income (EBIT) | 74.9 | 60.9 | 23.0% | 84.9 | -11.8% | 276.8 | 275.7 | 0.4% | 287.9 | -3.8% |
|  |  |  |  |  |  |  |  |  |  |  |
| **Net Income (Loss) (Reported)** | **4.8** | **-16.5** | **-129.4%** | **5.9** | **-17.8%** | **-23.1** | **-0.2** | **10806.3%** | **-21.9** | **5.5%** |
| Net Income to shareholders - Diluted | -4.0 | -18.2 | -77.9% |  |  | -37.3 | -5.5 | 579.3% |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| **Diluted EPS - adjusted** | **$0.02** | **($0.11)** | **-115.6%** | **$0.02** | **-28.5%** | **($0.19)** | **($0.03)** | **459.6%** | **($0.19)** | **4.2%** |
|  |  |  |  |  |  |  |  |  |  |  |
| Capex | 111.1 | 46.2 | 140.3% | 44.4 | 150.0% | 218.7 | 34.9 | 526.8% | 150.0 | 45.8% |
|  |  |  |  |  |  |  |  |  |  |  |
| Free Cash Flow | 153.8 | -40.4 | -480.8% | 50.3 | 205.6% | 297.3 | 341.1 | -12.8% | 177.1 | 67.9% |
|  |  |  |  |  |  |  |  |  |  |  |
| Funds from Operations (FFO) | 96.2 | 73.9 | 30.2% | 96.0 | 0.3% | 341.3 | 346.1 | -1.4% | 340.2 | 0.3% |
| **NFFO/share** | **$0.60** | **$0.52** | **15.2%** | **$0.55** | **8.5%** | **$2.21** | **$2.49** | **-11.5%** | **$2.15** | **2.4%** |
|  |  |  |  |  |  |  |  |  |  |  |
| Adj. Funds from Operations (AFFO) | 110.7 | 101.4 | 9.1% | 110.3 | 0.3% | 424.4 | 398.5 | 6.5% | 425.6 | -0.3% |
| **AFFO/share** | **$0.63** | **$0.60** | **5.5%** | **$0.63** | **0.1%** | **$2.51** | **$2.61** | **-3.8%** | **$2.52** | **-0.4%** |

Source: J.P. Morgan estimates, Company data.

### Figure 2: UNIT 4Q17 and 2018 Estimate changes

| 4Q17E | 4Q17E-Prev | % Variance |  | 2018E | 2017E | % Change | 2018E-Prev | % Variance |
|---|---|---|---|---|---|---|---|---|
| 172.0 | 171.3 | 0.4% | REIT (Leasing) | 688.3 | 684.9 | 0.5% | 686.7 | 0.2% |
| 67.0 | 35.7 |  | Fiber Infrastructure | 278.3 | 203.2 | 37.0% | 284.7 |  |
| 4.1 | 4.2 | -1.8% | Consumer CLEC | 15.9 | 18.1 | -12.0% | 16.1 | -0.8% |
| **246.0** | **245.8** | **0.1%** | **Total Revenue** | **993.9** | **915.7** | **8.5%** | **997.0** | **-0.3%** |
|  |  |  |  |  |  |  |  |  |
| 29.5 | 29.5 | 0.1% | Total Cost of Service | 114.3 | 103.8 | 10.1% | 114.6 | -0.3% |
| 19.7 | 19.7 | 0.1% | Total SG&A | 79.5 | 69.2 | 14.9% | 79.8 | -0.3% |
|  |  |  |  |  |  |  |  |  |
| **197.8** | **198.6** | **-0.4%** | **Adj. EBITDA** | **806.5** | **749.3** | **7.6%** | **808.9** | **-0.3%** |
| 80.4% | 80.8% | -0.5% | Margin (%) | 81.1% | 81.8% | -0.8% | 81.1% | 0.0% |
|  |  |  |  |  |  |  |  |  |
| 88.0 | 89.0 | -1.2% | Operating Income (EBIT) | 369.5 | 276.8 | 33.5% | 376.5 | -1.9% |
|  |  |  |  |  |  |  |  |  |
| **8.5** | **8.7** | **-1.8%** | **Net Income (Loss) (Reported)** | **28.4** | **-23.1** | **-222.7%** | **25.2** | **12.5%** |
| 6.7 |  |  | Net Income to shareholders - Diluted | 26.8 | -37.3 | -171.8% |  |  |
|  |  |  |  |  |  |  |  |  |
| **$0.04** | **$0.04** | **-2.6%** | **Diluted EPS - adjusted** | **$0.15** | **($0.19)** | **-179.3%** | **$0.14** | **12.9%** |
|  |  |  |  |  |  |  |  |  |
| 46.5 | 44.4 | 4.6% | Capex | 127.3 | 218.7 | -41.8% | 129.9 | -2.0% |
|  |  |  |  |  |  |  |  |  |
| 70.6 | 53.9 | 31.1% | Free Cash Flow | 348.1 | 297.3 | 17.1% | 336.2 | 3.5% |
|  |  |  |  |  |  |  |  |  |
| 101.9 | 101.0 | 0.9% | Funds from Operations (FFO) | 403.6 | 341.3 | 18.2% | 396.5 | 1.8% |
| **$0.58** | **$0.58** | **0.6%** | **FFO/share** | **$2.30** | **$2.21** | **4.3%** | **$2.27** | **1.6%** |
|  |  |  |  |  |  |  |  |  |
| 112.0 | 113.6 | -1.4% | Adj. Funds from Operations (AFFO) | 469.4 | 424.4 | 10.6% | 437.3 | 7.4% |
| **$0.64** | **$0.65** | **-1.6%** | **AFFO/share** | **$2.68** | **$2.51** | **6.5%** | **$2.50** | **7.1%** |

Source: J.P. Morgan estimates, Company data.

2

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

North America Equity Research
03 November 2017

J.P.Morgan

## Figure 3: UNIT Valuation

| | 2015 | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | CAGR 15-25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Leasing revenue | 459 | 677 | 685 | 688 | 692 | 693 | 694 | 694 | 694 | 694 | 694 | 4.2% |
| % growth, YoY | | 47.7% | 1.1% | 0.5% | 0.5% | 0.2% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Consumer CLEC revenue | 18 | 22 | 18 | 16 | 14 | 12 | 11 | 10 | 9 | 8 | 7 | -8.5% |
| % growth, YoY | | 27.0% | -19.4% | -12.0% | -12.0% | -12.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% | |
| **Total revenue** | **476** | **770** | **916** | **994** | **1,013** | **1,027** | **1,039** | **1,051** | **1,064** | **1,078** | **1,092** | **8.7%** |
| % growth, YoY | | 61.7% | 18.9% | 8.5% | 1.9% | 1.4% | 1.2% | 1.2% | 1.2% | 1.3% | 1.3% | |
| **Operating Expenses** | | | | | | | | | | | | |
| CLEC Cost of revenues | 14 | 17 | 15 | 13 | 12 | 11 | 10 | 10 | 9 | 8 | 7 | -6.1% |
| % of revenue | 2.9% | 2.3% | 1.6% | 1.3% | 1.2% | 1.1% | 1.0% | 0.9% | 0.8% | 0.8% | 0.7% | |
| SG&A | 11 | 25 | 28 | 29 | 31 | 32 | 34 | 36 | 37 | 39 | 40 | 13.7% |
| % of revenue | 2.4% | 3.2% | 3.0% | 2.9% | 3.0% | 3.2% | 3.3% | 3.4% | 3.5% | 3.6% | 3.7% | |
| **Adj. EBITDA (reported)** | **453** | **690** | **749** | **806** | **824** | **837** | **849** | **861** | **874** | **886** | **899** | **7.1%** |
| % growth, YoY | | 52.3% | 8.6% | 7.6% | 2.1% | 1.6% | 1.4% | 1.4% | 1.5% | 1.4% | 1.4% | |
| Cash EBITDA margin | 95.2% | 89.6% | 81.8% | 81.1% | 81.3% | 81.5% | 81.7% | 81.9% | 82.1% | 82.2% | 82.3% | |
| Depreciation | 239 | 376 | 426 | 431 | 440 | 448 | 457 | 460 | 464 | 470 | 480 | |
| EBITA | 214 | 314 | 323 | 376 | 384 | 389 | 392 | 401 | 410 | 415 | 418 | 6.9% |
| **Taxes paid** | (1) | (1) | 8 | (1) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | |
| % of EBT | -2.9% | -169.5% | -26.9% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | |
| % of revenue | 0.2% | 0.1% | -0.8% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | |
| **Interest expense** | (182) | (275) | (305) | (340) | (345) | (350) | (353) | (356) | (359) | (362) | (364) | |
| Interest coverage ratio ((EBITDA-Capex)/Int Expense) | 2.5x | 2.4x | 1.7x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.1x | 2.1x | |
| **Capital Expenditures** | **2** | **35** | **219** | **127** | **134** | **124** | **124** | **129** | **133** | **138** | **143** | **148** | **50.8%** |
| Capital expenditures/ service revenue | 0.5% | 4.5% | 23.9% | 12.8% | 13.2% | 12.1% | 12.4% | 12.7% | 13.0% | 13.3% | 13.6% | |
| % growth, YoY | | 782.5% | 427.3% | -46.4% | 3.4% | -8.6% | 2.3% | 2.4% | 2.3% | 2.3% | 2.3% | |
| **Unlevered Free Cash Flow** | 481 | 651 | 637 | 678 | 688 | 711 | 719 | 726 | 733 | 740 | 748 | 4.5% |
| % growth, YoY | | 35.3% | -2.2% | 6.4% | 1.5% | 3.4% | 1.1% | 1.0% | 1.0% | 1.0% | 1.0% | |
| Yield | 17.1% | 23.1% | 22.6% | 24.1% | 24.4% | 25.3% | 25.5% | 25.8% | 26.0% | 26.3% | 26.6% | |
| **Levered Free Cash Flow** | **334** | **395** | **331** | **338** | **343** | **362** | **366** | **370** | **374** | **378** | **384** | **1.4%** |
| % growth, YoY | | 18.4% | -16.2% | 2.1% | 1.4% | 5.5% | 1.1% | 1.1% | 1.2% | 1.2% | 1.4% | |
| Yield | **11.9%** | **14.0%** | **11.8%** | **12.0%** | **12.2%** | **12.8%** | **13.0%** | **13.1%** | **13.3%** | **13.4%** | **13.6%** | |
| **Earnings per share (diluted)** | $0.16 | ($0.03) | ($0.19) | $0.15 | $0.17 | $0.17 | $0.17 | $0.20 | $0.23 | $0.25 | $0.25 | 4.9% |
| **Dividends** | 157 | 368 | 400 | 421 | 421 | 421 | 421 | 421 | 421 | 421 | 421 | |
| Dividend per share (diluted) | $0.89 | $2.10 | $2.28 | $2.40 | $2.40 | $2.40 | $2.40 | $2.40 | $2.40 | $2.40 | $2.40 | |
| Yield | 5.6% | 13.1% | 14.2% | 14.9% | 14.9% | 14.9% | 14.9% | 14.9% | 14.9% | 14.9% | 14.9% | |
| **Payout ratio** | 53.7% | 107.8% | 134.4% | 120.9% | 119.3% | 113.3% | 112.0% | 110.9% | 109.6% | 108.4% | 106.9% | |
| EOY Net Debt | 3,363 | 3,955 | 4,451 | 4,523 | 4,591 | 4,640 | 4,686 | 4,727 | 4,763 | 4,796 | 4,823 | |
| Net debt to TTM adj. EBITDA | 7.4x | 5.7x | 5.9x | 5.6x | 5.6x | 5.5x | 5.5x | 5.5x | 5.5x | 5.4x | 5.4x | |
| FFO/Share | $1.73 | $2.27 | $2.01 | $2.30 | $2.36 | $2.41 | $2.45 | $2.49 | $2.54 | $2.59 | $2.65 | |
| % growth, YoY | | 30.9% | -11.4% | 14.4% | 2.6% | 1.9% | 1.7% | 1.9% | 2.0% | 1.9% | 2.0% | |
| AFFO/Share | $1.78 | $2.61 | $2.51 | $2.68 | $2.75 | $2.80 | $2.84 | $2.89 | $2.94 | $2.99 | $3.05 | |
| % growth, YoY | | 46.6% | -3.8% | 6.5% | 2.7% | 1.8% | 1.7% | 1.6% | 1.8% | 1.7% | 1.9% | |

| Private Market Valuation Summary | | Price Multiples @ | $ | 16.37 | 2,871 | |
|---|---|---|---|---|---|---|
| | 2018E | | | EV ($b) | 2015 | 2016E | 2017E | 2018E |
| NPV of EBITDA 19E--25E | 4,171 | Current EV/EBITDA | 7.39 | 16.3x | 10.7x | 9.9x | 9.2x |
| NPV of taxes paid 19E --25E | (9) | Current P/E | | NM | NM | NM | NM |
| NPV of capex 19E --25E | (655) | Current P/FFO | | 9.4x | 7.2x | 8.1x | 7.1x |
| NPV of free cash flow 19E --20E | 3,506 | Current P/AFFO | | 9.2x | 6.3x | 6.5x | 6.1x |
| NPV of 2025 terminal value | 4,146 | | | | | | |
| PMV of operations | 7,652 | Target EV/EBITDA | 7.34 | 16.2x | 10.6x | 9.8x | 9.1x |
| | | Target P/E | | NM | NM | NM | NM |
| NPV of NOLs | 0 | Target P/FFO | | 9.3x | 7.1x | 8.0x | 7.0x |
| Net debt, end of period | (4,523) | Target P/AFFO | | 9.0x | 6.1x | 6.4x | 6.0x |
| PMV of equity | 3,129 | | | | | | |

| | | UNIT Valuation Grid - DCF Value of Equity |
|---|---|---|
| Basic shares outstanding | 175 | Terminal Growth Rate (across) on 2025E EBITDA, Discount Rate (down) |
| Shares to be issued from converts/warrants/options | 0.0 | |
| Fully diluted shares outstanding | 175 | |

| | | | 0.0% | 0.5% | 1.0% | 1.5% | 2.0% |
|---|---|---|---|---|---|---|---|
| DCF Value per Share | $17.84 | 9.00% | 18 | 19 | 21 | 23 | 25 |
| Private to public discount | 10% | 9.50% | 15 | 17 | 18 | 20 | 22 |
| Valuation per share | $16.06 | 10.00% | 14 | 15 | 16 | 18 | 19 |
| Annual dividend | $2.40 | 10.50% | 12 | 13 | 14 | 15 | 17 |
| Dividend yield | 14.7% | 11.00% | 10 | 11 | 12 | 13 | 15 |
| Upside to valuation | -1.9% | | | | | | |
| Upside to valuation including dividend | 12.7% | | | | | | |

| Valuation Based on Forward FCF Multiple | | | | | | Valuation Grid - year-end value per share | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016E | 2017E | 2018E | 2019E | **Free Cash Flow Multiple** | | | |
| EBITDA | 453 | 690 | 749 | 806 | 824 | | 2016 | 2017E | 2018E |
| Less: Cash capex | (2) | (35) | (219) | (127) | (134) | 7.0x | $18 | $13 | $13 |
| Less: taxes | (1) | (3) | (4) | (1) | (2) | 8.0x | $20 | $15 | $15 |
| Less: Change in Working Capital | 31 | (1) | 49 | 0 | 0 | 9.0x | $23 | $17 | $17 |
| Less: Interest expense | (182) | (275) | (305) | (340) | (345) | 10.0x | $25 | $19 | $19 |
| Levered Free Cash Flow | 334 | 395 | 331 | 338 | 343 | 12.0x | $31 | $23 | $23 |
| | | | | | | | | | |
| Dividend Payment | (157) | (368) | (400) | (421) | (421) | **EV/EBITDA Multiple** | | | |
| Dividends | $1.64 | $2.40 | $2.40 | $2.40 | $2.40 | | 2016 | 2017E | 2018E |
| Payout Ratio | 47.0% | 93.1% | 120.6% | 124.5% | 122.8% | 8.0x | $6 | $8 | $11 |
| | | | | | | 9.0x | $10 | $13 | $16 |
| FCF / diluted share | $2.23 | $2.55 | $1.89 | $1.93 | $2.03 | 10.0x | $14 | $17 | $20 |
| FCF Yield | 13.6% | 15.6% | 11.5% | 11.8% | 12.4% | 11.0x | $17 | $21 | $25 |
| EV/FCF | 22.2x | 18.7x | 22.3x | 21.9x | 21.6x | 12.0x | $21 | $25 | $29 |
| | | | | | | | | | |
| Funds from Operations (FFO) | 260 | 346 | 341 | 404 | 414 | **AFFO Multiple** | | | |
| FFO / share | $1.73 | $2.27 | $2.01 | $2.30 | $2.36 | | 2016 | 2017E | 2018E |
| Payout Ratio | 94.7% | 105.7% | 119.3% | 104.3% | 101.6% | 6.0x | $16 | $15 | $16 |
| | | | | | | 8.0x | $21 | $20 | $21 |
| Adjusted Funds from Operations (AFFO) | 267 | 399 | 424 | 469 | 482 | 10.0x | $26 | $25 | $27 |
| AFFO / share | $1.78 | $2.61 | $2.51 | $2.68 | $2.75 | 12.0x | $31 | $30 | $32 |
| Payout Ratio | 92.1% | 91.9% | 95.5% | 89.7% | 87.3% | 14.0x | $37 | $35 | $37 |

Source:  J.P.  Morgan  estimates,  Company  data..

3

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

North America Equity Research
03 November 2017

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Uniti Group Inc *(Neutral; Price Target: $16.00)*

*Uniti relies heavily on Windstream for cash flow to pay interest expense and dividends*
Windstream provides ~75% of Uniti revenue and we estimate >100% of its cash flow. Windstream is investing aggressively to improve its business, we currently expect EBITDAR (earnings before interest, taxes, depreciation, amortization, and rent payments) to stabilize for Windstream in 2017. While continued revenue declines and recently high capital intensity at Windstream could threaten the lease payment to Uniti, the 4.3x 2016E EBITDAR/lease payment coverage ratio at Windstream is on the high end of the triple-net REIT comps. The risk that a Windstream bankruptcy may occur in the near-term (via legal proceedings on the distressed credit side) or long-term (via the refinancing challenges in 2020) imply high risks with the potential for further deterioration.

Uniti Group shares currently trade at 9.2x 2018E EV/EBITDA, 6.1x AFFO, and a 14.7% dividend yield compared with the triple-net REIT universe that trades at an average of ~16x EV/EBITDA, ~13x 2018E AFFO, and a ~6% dividend yield. At our Dec 2018 DCF-based value of $16, which assumes a 10.0% WACC and 1% terminal growth rate, the shares would trade at 9.1x 2018E EV/EBITDA,6.0x AFFO, and a 15.0% dividend yield.

*Potential acquisition opportunities outside of traditional RLEC assets*
We believe that any telecommunication-related assets could be a potential target for Uniti, including fiber-only assets, data centers, towers, and even cable assets. Any telecommunications or cable company with little or no net operating losses and a meaningful cash tax burden could be a potential partner for Uniti. However, we expect M&A opportunities to be limited given the share selloff and volatility surrounding the Windstream situation.

**Valuation**
We maintain our Dec-18 value estimate of $16 representing a ~2% potential downside from the current level. We base our valuation on a discounted cash flow analysis that assumes a 10.0% WACC and a 1% perpetual growth rate.

**Risks to Rating and Price Target**
**Upside Risks**
*Bankruptcy fears may be overdone – Judge could rule in favor of Windstream asset transfer*
Fears surrounding the purported notice of default sent to Windstream could be overdone. A judge may rule in Windstream's favor regarding the structure of WIN/UNIT, thus alleviating near-term bankruptcy fears.

*Windstream business could improve materially*
If Windstream's access line losses were to improve more meaningfully, or data revenue growth came in better than expected, consumer revenues could come in better than we expect. The SD-WAN and UCaaS initiatives could materially improve

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

**North America Equity Research**
03 November 2017

J.P.Morgan

the enterprise business as well. The improved trends could reflect well on margins, alleviating bankruptcy fears currently reflected in the market.

**Downside Risks**
*The WIN/UNIT structure could be found to violate credit covenants*
If the sale-leaseback structure is found to have violated credit covenants, events may trigger a Windstream default. This could force Windstream into bankruptcy or even result in the recombination of the two companies. If Windstream is forced into a bankruptcy, a court may prioritize debt payments prior to Uniti lease payments, thus removing up to 75% of Uniti's current revenue.

*Windstream's business could continue to deteriorate, putting the lease payments at risk*
Windstream posted a 5.2% decline for 2016 y/y. We currently estimate revenues to decline in a similar trend in 2017. If revenue declines come in worse than expected, it is possible Windstream may need to cut its capex or potentially renegotiate its lease payments to Uniti.

*Uniti may be unable to find accretive deals to diversify single-tenant risk*
While Uniti's sole strategy is to acquire and lease communications distribution systems, it is the first such REIT in existence and the concept has not been proved in practice. It is possible that it may not find companies that are willing to let go of the ownership of their physical wireline infrastructure, or at least on accretive terms. Large companies such as AT&T and Verizon have stated publicly that they would not be willing to do sale-leasebacks of their wireline assets, even if they have executed such transactions with their wireless tower assets previously.

*Uniti may cut the dividend if the equity level continues to drop*
If shares remain weak and Uniti management decides that investors do not properly value the dividend it could choose to cut the dividend and use the capital elsewhere, including paying down debt or acquisitions.

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

**North America Equity Research**
03 November 2017

J.P.Morgan

# Uniti Group Inc: Summary of Financials

| Income Statement - Annual | FY16A | FY17E | FY18E | Income Statement - Quarterly | 1Q17A | 2Q17A | 3Q17A | 4Q17E |
|---|---|---|---|---|---|---|---|---|
| **Revenues** | **770** | **916** | **994** | **Revenues** | **211A** | **213A** | **245A** | **246** |
| Cost of Revenues | (50) | (104) | (114) | Cost of Revenues | (22)A | (22)A | (30)A | (30) |
| **Gross Profit** | **-** | **-** | **-** | **Gross Profit** | **-** | **-** | **-** | **-** |
| Other operating expenses | (34) | (40) | 0 | Other operating expenses | (21)A | (14)A | (5)A | 0 |
| **Operating income** | **276** | **277** | **369** | **Operating income** | **53A** | **61A** | **75A** | **88** |
| **EBITDA** | **652** | **703** | **800** | **EBITDA** | **154A** | **164A** | **188A** | **197** |
| Non-Operating Income/(Expenses) | - | - | - | Non-Operating Income/(Expenses) | - | - | - | - |
| **Pre-tax Income** | **0** | **(21)** | **30** | **Pre-tax Income** | **(9)A** | **(14)A** | **(8)A** | **10** |
| Income Taxes | (1) | 8 | (1) | Income Taxes | 0A | (0)A | 9A | (1) |
| Tax rate | 169.5% | (36.4%) | 5.0% | Tax rate | (4.2%)A | (0.5%)A | (111.6%)A | 13.0% |
| **Net income recurring** | **(5)** | **(30)** | **27** | **Net income recurring** | **(22)A** | **(18)A** | **3A** | **7** |
| Diluted shares outstanding | 160 | 158 | 175 | Diluted shares outstanding | 155A | 170A | 175A | 175 |
| EPS | (0.03) | (0.19) | 0.15 | EPS | (0.14)A | (0.11)A | 0.02A | 0.04 |
| EPS - consensus (I/B/E/S) | 0.02 | 0.01 | 0.11 | EPS - consensus (I/B/E/S) | -0.01A | 0.01A | 0.01A | 0.01 |
| EBITDA - consensus | 685 | 712 | 728 | EBITDA - consensus | 178A | 179A | 180A | 181 |
| **Cash Flow Data and Balance Sheet** | **FY16A** | **FY17E** | **FY18E** | **Ratio Analysis** | **FY16A** | **FY17E** | **FY18E** | |
| Net income (including charges) | (0) | (23) | 28 | Sales growth | 61.7% | 18.9% | 8.5% | |
| D&A | 376 | 426 | 431 | EBITDA growth | 46.1% | 7.9% | 13.8% | |
| Other Adjustments | (3) | 5 | 16 | EBIT growth | 33.0% | 0.4% | 33.5% | |
| Change in working capital | 3 | 46 | 0 | Net Income growth | (123.2%) | 452.6% | (188.3%) | |
| **Cash flow from operations** | **376** | **455** | **475** | EPS growth | (121.8%) | 459.4% | (179.4%) | |
| Capex | (35) | (240) | (127) | | | | | |
| **Free cash flow** | **150** | **631** | **671** | Gross margin | - | - | - | |
| **Free cash flow / share** | **0.94** | **4.01** | **3.82** | EBIT margin | 35.8% | 30.2% | 37.2% | |
| | | | | EBITDA margin | 84.6% | 76.8% | 80.5% | |
| Dividends paid | (368) | (400) | (421) | Net margin | (0.7%) | (3.3%) | 2.7% | |
| Dividend yield | 14.7% | 14.7% | 14.7% | Free Cash Flow Margin | 19.4% | 69.0% | 67.5% | |
| Payout Ratio | NM | NM | 1569.4% | | | | | |
| | | | | Net debt / EBITDA | 606.9% | 633.1% | 565.4% | |
| Cash and cash equivalents | 172 | 50 | 50 | Debt / Capital (book) | 153.8% | 145.0% | 136.9% | |
| Accounts receivable | 15 | 33 | 33 | | | | | |
| **Current assets** | **187** | **83** | **83** | Enterprise value / Revenues | 8.8 | 8.0 | 7.4 | |
| | | | | Enterprise value / EBITDA | 10.5 | 10.4 | 9.2 | |
| PP&E | 2,670 | 2,975 | 2,975 | P/E | NM | NM | 106.7 | |
| **Total assets** | **3,319** | **4,230** | **4,230** | | | | | |
| Short term Debt | - | - | - | | | | | |
| Current Liabilities | 459 | 838 | 898 | | | | | |
| Long term Debt | 4,127 | 4,501 | 4,573 | | | | | |
| Total liabilities | 4,641 | 5,396 | 5,528 | | | | | |
| Shareholders' equity | **(1,322)** | **(1,166)** | **(1,299)** | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

**North America Equity Research**
03 November 2017

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of Uniti Group Inc.

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Uniti Group Inc.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Uniti Group Inc within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Uniti Group Inc.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Uniti Group Inc.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Uniti Group Inc.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Uniti Group Inc.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Uniti Group Inc.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Uniti Group Inc.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Uniti Group Inc (UNIT, UNIT US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|-------------------|
| 22-Jun-15 | OW | 26.74 | 31.00 |
| 11-Aug-16 | OW | 30.30 | 34.00 |
| 04-Aug-17 | OW | 22.57 | 31.00 |
| 16-Aug-17 | OW | 18.63 | 27.00 |
| 02-Oct-17 | N | 14.66 | 16.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jun 22, 2015.

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

**North America Equity Research**
03 November 2017

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Cusick, Philip**: AT&T (T), Altice USA (ATUS), American Tower (AMT), Cable One (CABO), CenturyLink (CTL), Charter Communications (CHTR), Cogent Communications (CCOI), Comcast (CMCSA), Crown Castle (CCI), DISH Network (DISH), Equinix (EQIX), Frontier (FTR), Gogo (GOGO), Intelsat (I), Level 3 Communications (LVLT), SBA Communications (SBAC), Sirius XM Radio Inc. (SIRI), Sprint Corp (S), T-Mobile US Inc. (TMUS), Telephone & Data Systems (TDS), US Cellular (USM), Uniti Group Inc (UNIT), Verizon Communications (VZ), ViaSat (VSAT), Windstream (WIN), Zayo (ZAYO)

**J.P. Morgan Equity Research Ratings Distribution, as of October 02, 2017**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 45% | 11% |
| IB clients* | 52% | 47% | 33% |
| JPMS Equity Research Coverage | 45% | 49% | 6% |
| IB clients* | 68% | 62% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and

8

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

**North America Equity Research**
03 November 2017

J.P.Morgan

regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 202/03/2017 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320678075935.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments

Philip Cusick, CFA
(1-212) 622-1444
philip.cusick@jpmorgan.com

**North America Equity Research**
03 November 2017

J.P.Morgan

in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised October 21, 2017.

**Copyright 2017 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**