# EXHIBIT O

**Davis Polk**

Nikolaus Williams
+1 212 450 3381
nikolaus.williams@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

October 26, 2021

Re: *In re Uniti Group Inc. Securities Litigation*, No. 4:19-CV-00756 (E.D. Ark.)

Christine M. Fox
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

Dear Ms. Fox:

I write on behalf of Defendants in the above-captioned matter regarding Defendants' First Set of Interrogatories (the "Interrogatories" and each an "Interrogatory"), Plaintiffs' Responses and Objections to the Interrogatories (the "Responses" and each a "Response"), and the parties' October 19, 2021 meet and confer regarding the Interrogatories and Responses.   We set forth below our understanding of the parties' agreements and/or positions with respect to each Interrogatory discussed during the meet and confer.

### *Interrogatory No. 2*

During the meet and confer, Plaintiffs stated that Lead Plaintiff Zhengxu He no longer wishes to participate as a lead plaintiff and will only participate as an absent class member going forward. Accordingly, Plaintiffs stated that they would file a notice of withdrawal for Mr. He as lead plaintiff. Nonetheless, Plaintiffs stated that they still intend to pursue claims on behalf of class members who purchased or sold options of Uniti securities during the class period, even though, to the best of their counsel's knowledge, no other Lead Plaintiff purchased or sold options during the class period. Defendants reserve all rights with respect to Plaintiffs' standing to pursue such claims.

Defendants asked whether Plaintiffs were willing to provide certain information asked for in Interrogatory No. 2 that is not included in the PSLRA certifications, including the date upon which instructions were given to effect the transactions.  Plaintiffs stated that they do not have any additional information in their possession, custody, or control regarding the dates on which the Lead Plaintiffs decided to enter into their transactions in Uniti securities, including because Lead Plaintiffs Steamfitters Local 449 Pension Plan ("Local 449") and Wayne County Employees' Retirement System ("Wayne County" and, together with Local 449, the "Pension Funds") did not make the decisions to purchase Uniti securities, which were instead made by their respective investment managers.  To the extent Plaintiffs determine that they possess additional information regarding the dates upon which instructions were given to effect the transactions in Uniti securities, Defendants request that Plaintiffs supplement their Interrogatory Responses with those dates.

### *Interrogatory No. 3*

During the meet and confer, Plaintiffs represented that because Lead Plaintiff David McMurray traded on an online platform, no other person participated in Mr. McMurray's transactions in Uniti securities or discussed such transactions with Mr. McMurray.

**Davis Polk**   Christine M. Fox

Plaintiffs represented that the Pension Funds did not discuss their transactions in Uniti securities with anyone other than their investment managers, and were not aware of anyone other than their investment managers who assisted in participating in the transactions.  Plaintiffs agreed to provide Defendants with information regarding the client contacts at the Pension Funds' investment managers, even though these individuals may not have been responsible for any trades in Uniti securities.  To date, however, Defendants have yet to receive this information.  Defendants therefore request that Plaintiffs promptly supplement their Interrogatory Responses with this information.

### *Interrogatory No. 5*

During the meet and confer, Plaintiffs represented that they are not aware at this time of any dates on which Uniti's stock price fell in response to information revealing the truth of the alleged misstatement or omission or the materialization of any undisclosed risk, other than those specifically identified in the Complaint.

### *Interrogatory No. 6*

During the meet and confer, the parties discussed Plaintiffs' objection to this Interrogatory as a "premature contention interrogatory," and Defendants asked if Plaintiffs are willing to respond to the Interrogatory at a later stage in the litigation.  Plaintiffs confirmed they are willing to respond to the Interrogatory when discovery is further along.

Notwithstanding Plaintiffs' objection to the Interrogatory as premature, Defendants stated that they were entitled to know what factual basis Plaintiffs had for their allegation in the Complaint that Uniti's stock price fell in response to information revealing the truth of any alleged misstatement or omission or the materialization of any undisclosed risk.  In response, Plaintiffs represented that the factual basis for those allegations are set forth in the Complaint and that Plaintiffs are not aware of any other factual basis at this time.

### *Interrogatory No. 8*

During the meet and confer, Defendants asked if Plaintiffs' Response to this Interrogatory excluded privileged communications with third parties.  Plaintiffs represented that there were no such communications.

### *Interrogatory No. 9*

Plaintiffs' Response to this Interrogatory stated that "one or more representatives of" the Pension Funds reviewed or confirmed the allegations in the Complaint and the Reform Act Certifications.  During the meet and confer, Defendants asked Plaintiffs to identify those individuals.  Plaintiffs stated that it included the individuals at the Pension Funds who signed the Reform Act Certifications.  Defendants asked if there were any other individuals.  Although Plaintiffs objected to the request, Plaintiffs stated that they would ask the Pension Funds.  To date, however, Defendants have yet to receive any further information on that topic.  Accordingly, to the extent there are additional individuals, Defendants request that Plaintiffs promptly supplement their Interrogatory Responses with that information.

### *Interrogatory No. 10*

During the meet and confer, the parties discussed Plaintiffs' objection to this Interrogatory as a "premature contention interrogatory," and Defendants asked if Plaintiffs are willing to respond to the

## Davis Polk

Christine M. Fox

Interrogatory at a later stage in the litigation.  Plaintiffs confirmed they are willing to respond to the Interrogatory when discovery is further along.

### *Interrogatory No. 11*

During the meet and confer, Defendants explained that this Interrogatory asked for the date that either Plaintiffs or their counsel first discovered that the statements referenced in paragraphs 139–228 of the Complaint were false or misleading, and that the Interrogatory Response only provided a response with respect to Plaintiffs (i.e., not their counsel).  Plaintiffs stated that they are not willing to provide the dates on which counsel first discovered that those statements were allegedly false or misleading, on the grounds that such information is purportedly protected by the work product doctrine and attorney-client privilege.

### *Interrogatory No. 12*

During the meet and confer, Plaintiffs could not clarify whether Plaintiffs relied *entirely* on counsel's investigation or whether Plaintiffs also conducted an independent investigation to discover the facts alleged in the Complaint.  Plaintiffs stated that they will confirm as much with their clients.  To date, however, Plaintiffs have not provided any confirmation one way or the other.  Defendants therefore request that Plaintiffs promptly supplement their Interrogatory Responses with that clarification.

### *Interrogatory Nos. 13 and 14*

During the meet and confer, the parties discussed Plaintiffs' objection to this Interrogatory as a "premature contention interrogatory," and Defendants asked if Plaintiffs are willing to respond to the Interrogatory at a later stage in the litigation.  Plaintiffs confirmed they are willing to respond to the Interrogatory when discovery is further along.

* * *

We await your supplemental Interrogatory Responses, and are willing to meet and confer on any issues as necessary.

Very truly yours,

*/s/ Nikolaus Williams*
Nikolaus Williams

October 26, 2021                                                                                                                          3