# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

## CENTRAL DIVISION

| | |
|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | Case No. 4:19-cv-00756-BSM<br><br>CLASS ACTION<br><br>**DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS**<br><br>Judge: Hon. Brian S. Miller |

I, Chad Coffman, declare as follows:

## I.    INTRODUCTION

1.    I submitted an initial report on October 25, 2021, wherein I concluded that the markets for Uniti Group, Inc. Common Stock and Options were efficient during the relevant Class Period, from April 24, 2015 through June 24, 2019, inclusive.  I also concluded that calculating damages in this matter is subject to a common methodology under Section 10(b) of the Securities Exchange Act of 1934.

DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS

2.      I was deposed on December 6, 2021 for this matter wherein I testified to these conclusions as well.[1]

3.      On December 23, 2021, I received an expert report from Dr. Christopher James in which he responded to the conclusions I made in the report I submitted on October 25, 2021.[2]

4.      While I am preparing to issue a rebuttal report in this matter to be submitted on February 22, 2022, and will respond to many of the points that Dr. James makes at that time, there is one issue raised by Dr. James that necessitates a correction to my report.  In this Declaration, I describe the nature and impact of that correction.

## III.   METHOD USED FOR CALCULATING RETURNS FOR UNITI OPTIONS

5.      In **Section VIII** of Dr. James' report, he points out that when testing cause and effect for Uniti options, there is a discrepancy between how I describe the analysis in my Report and the underlying computer code that implements the methodology.  In particular, I very clearly stated in my opening report that the abnormal returns for Uniti Options were calculated as the **actual return** minus the expected return.[3]  I also testified to this methodology in my deposition.[4]  Furthermore, in my deposition, when directly asked about

---

[1] Deposition of Chad Coffman, *In re UNITI GROUP INC. SECURITIES LITIGATION,* No. 4:19-cv-00756-BSM, December 6, 2021 ("Coffman Deposition").

[2] Expert Report of Christopher M. James, PH.D., *In re UNITI GROUP INC. SECURITIES LITIGATION*, No. 4:19-cv-00756-BSM, December 23, 2021 ("James Report").

[3] In **Section VIII** of my Report, ¶ 90, I clearly state: "I am able to quantify the abnormal price return for each option by subtracting the expected return from the actual observed return.  Once I have the abnormal return, I can then test whether the abnormal return is statistically significant."

[4] *See,* Coffman Deposition at 181: 24-25 and 182: 2-5, "Q. In your event study, you quantified an abnormal price return for each option by subtracting the expected return from the actual observed return; is that right?  A. Yes." *See also,* Coffman Deposition at 183: 9-23, "Q.  And you also calculated the actual observed return using the Black-Scholes Model as well, correct?  A. No, the actual ~~expected~~ return is the actual observed change in the market prices according to [iVolatility].  So I computed – so if the actual return from the market price the day before was 5 percent and the expected return from the Black-Scholes Model was 2 percent, I would have calculated an abnormal return of 3 percent.  The actual return doesn't come from a Black-Scholes model."

DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS

whether it would be appropriate to use theoretical prices to compute the actual return, I testified it would not.[5]  My clear intent, both in my Report and deposition testimony, was to use actual returns as a key input to my cause and effect test for Uniti Options.  That is also consistent with how I performed the analysis for Uniti Common Stock, which Dr. James does not challenge and I also note in my deposition testimony.[6]  However, Dr. James correctly pointed out that the underlying backup computer code provided with my Report demonstrates that my cause and effect test for Uniti Options had not relied on the actual returns, but instead, incorrectly made use of theoretically calculated price returns instead of actual returns.  That reflects an unintended error that requires correction.[7]

6.      Furthermore, I was asked at my deposition how I handled observations in the option pricing data where the bid price was listed as $0.  At the time I did not recall exactly how those situations had been handled and I said I would need to review the issue to answer the question.  Upon further reflection and consideration of this question, I have determined that I should have excluded such observations from the cause and effect analysis because they do not reflect the presence of an actionable bid price.  Exclusion of such observations is also consistent with how the Chicago Board Options Exchange treats options pricing data

---

[5] *See,* Coffman Deposition at 185: 4-23, "Q. Would it have been appropriate to have used Black-Scholes Model prices in calculating the actual observed return?  A. Give me a minute to think about that.  No, I think you – for the purposes of performing the underlying event study, it's important to use an observed market return.  Not a theoretical price.  When you're looking at the expected return, you're trying to calculate already based on a model what one would expect.  So you're already departing from relying on observed prices.  So in that case, using the theoretical formula makes sense, but when looking at actual prices in order to get the abnormal return?  No.  I think you have to use the actual market prices."

[6] I noted this in my deposition as well when asked: "Q. And with respect to the news/no news test, is it fair to say that the event study was intended to be similar to the news/no news test that you ran for Uniti's common stock?  A. Similar to the overall approach, yes." (Coffman Deposition at 148: 3-9)

[7] The error apparently resulted from a misunderstanding and/or miscommunication between me and my staff and resulted in a change in the code that I had not become aware of prior to filing the report.

DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS

when computing its VIX index product and with other literature that utilizes the same iVolatility data.[8]

7. I have now reperformed the calculations underlying my cause and effect test for Uniti Options to make them consistent with the intended methodology and the methodology described in my Original Report as well as eliminating use of observations with $0.00 bid prices.

8. These results continue to provide affirmative statistical evidence of a cause and effect relationship between new news and changes in the market prices of Uniti Options. In particular, the following tables reflect how the results and conclusions to be drawn are consistent with my Original Report:

---

[8] *See,* "Cboe VIX White Paper: Cboe Volatility Index," *Cboe Exchange, Inc.*, 2021. *See also,* "Addendum to Cboe VIX White Paper / Cboe Volatility Index," *Cboe Exchange, Inc.*, August 2, 2021. Chang, Bo Young and Greg Orosi, "A Simple Method for Extracting the Probability of Default from American Put Option Prices," Staff Working Paper, Funds Management and Banking Department, *Bank of Canada*, April 20, 2020. Gudmundsson, Hilmar and David Vyncke, "A Generalized Weighted Monte Carlo Calibration Method for Derivative Pricing," *Mathematics* 2021, 9, 739.

DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS

## Table A
## Comparison of Methodologies for UNIT Calls

| Statistic | Original | | Updated | |
| --- | --- | --- | --- | --- |
| | Earnings Announcements | Days with No News, Analyst Reports, or SEC Filings | Earnings Announcements | Days with No News, Analyst Reports, or SEC Filings |
| % Significant Days at 95% Confidence Level[2] | 16.27% | 7.32% | 14.29% | 6.70% |
| Average Absolute Abnormal Return[3] | 19.86% | 10.15% | 21.31% | 15.44% |
| Average Volume (Shares) | 4,187 | 2,779 | 4,715 | 3,218 |

Notes:

(1) Each observation represents a date for a specific put option series where a return can be calculated.

(2) 16.27% rate of statistical significance is statistically significantly different than 7.32% at the 99% confidence level using a Chi-Square test. 14.29% rate of statistical significance is statistically significantly different than 6.70% at the 99% confidence level using a Chi-Square test.

(3) 19.86% absolute return is statistically significantly different than 10.15% based on a t-test for difference of means at the 99% confidence level. 21.31% absolute return is statistically significantly different than 15.44% based on a t-test for difference of means at the 95% confidence level.

DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS

## Table B
## Comparison of Methodologies for UNIT Puts

| Statistic | Original | | Updated | |
|---|---|---|---|---|
| | Earnings Announcements | Days with No News, Analyst Reports, or SEC Filings | Earnings Announcements | Days with No News, Analyst Reports, or SEC Filings |
| % Significant Days at 95% Confidence Level[2] | 19.47% | 7.55% | 17.01% | 6.63% |
| Average Absolute Abnormal Return[3] | 15.27% | 7.81% | 22.29% | 16.77% |
| Average Volume (Shares)[4] | 5,671 | 2,620 | 5,918 | 2,692 |

Notes:

(1) Each observation represents a date for a specific put option series where a return can be calculated.

(2) 19.47% rate of statistical significance is statistically significantly different than 7.55% at the 99% confidence level using a Chi-Square test. 17.01% rate of statistical significance is statistically significantly different than 6.63% at the 99% confidence level using a Chi-Square test.

(3) 15.27% absolute return is statistically significantly different than 7.81% based on a t-test for difference of means at the 99% confidence level. 22.29% absolute return is statistically significantly different than 16.77% based on a t-test for difference of means at the 95% confidence level.

(4) The difference between 5,671 and 2,620 is statistically significant at the 99% confidence level. The difference between 5,918 and 2,692 is statistically significant at the 99% confidence level.

9.     Attached as an appendix is my Corrected Report. The only changes to the Report are an updated version of Exhibits 15, 16, and 17, which reflect the corrections described above and citation to specific numbers from those exhibits in the text of the Report. No other calculations outside the section relating to cause and effect for Uniti Options have been altered. The text of the Report (with the exception of citing specific numbers from those exhibits), my overall methodological approach, substantive findings, and ultimate opinions are completely unaltered.

DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 24, 2022, in Chicago, Illinois.

_____
Chad Coffman

Case No. 4:19-cv-00756-BSM
DECLARATION OF CHAD COFFMAN, CFA REGARDING CALCULATION OF RETURNS FOR UNITI OPTIONS