**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**In re UNITI GROUP, INC.**
**SECURITIES LITIGATION**

**CASE NO. 4:19-CV-00756-BSM**

**<u>ORDER</u>**

Defendants' motion to compel [Doc. No. 95] is granted in full as to interrogatory numbered 11. It is denied as to request for production numbered 39. It is granted in part as to request for production numbered 40, and production is limited to a ten year period and may exclude documents associated with civil matters that are not related to securities issues or fraud. Plaintiffs are further directed to run as search terms the names of any funds through which they or their investment mangers invested in Uniti securities. Plaintiffs will not be required to pay the attorneys' fees and costs associated with defendant's motion. Fed. R. Civ. P. 37(a)(5)(C).

IT IS SO ORDERED this 7th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE