UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | ) ) ) Master File No. 4:19-cv-00756-BSM ) ) CLASS ACTION ) |
| This Document Relates To: ALL ACTIONS. | ) DECLARATION OF DEBRA J. WYMAN IN ) SUPPORT OF PLAINTIFFS' REPLY IN ) FURTHER SUPPORT OF MOTION FOR ) CLASS CERTIFICATION ) |

I, DEBRA J. WYMAN, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Plaintiffs Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA, in the above-entitled action.  I submit this declaration in support of Plaintiffs' Reply in Further Support of Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Expert Rebuttal Report of Chad Coffman, CFA, dated February 22, 2022;

Exhibit B:    Excerpts of the Deposition Transcript of Joseph Little (Local 449), dated December 8, 2021 [FILED UNDER SEAL];

Exhibit C:    Excerpts of the Deposition Transcript of Gerard Grysko (WCERS), dated December 10, 2021 [FILED UNDER SEAL];

Exhibit D:    Excerpts of the Deposition Transcript of David McMurray, dated December 7, 2021 [FILED UNDER SEAL]; and

Exhibit E:    Deposition Transcript of Christopher James, dated February 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 22, 2022, at San Diego, California.

_____
DEBRA J. WYMAN

- 1 -

Cases\4858-1073-8448.v1-2/22/22