# EXHIBITS B-D

[To Be Filed Under Seal]