UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | )<br>)<br>)<br>) Master File No. 4:19-cv-00756-BSM<br>)<br>) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>) CO-LEAD COUNSEL'S MOTION FOR<br>) AN AWARD OF ATTORNEYS' FEES<br>) AND EXPENSES AND AWARDS TO<br>) PLAINTIFFS PURSUANT TO 15 U.S.C.<br>) §78u-4(a)(4) |

Co-Lead Counsel hereby move this Court for an award of attorneys' fees and expenses and award to Plaintiffs in the above-captioned matter pursuant to Federal Rule of Civil Procedure 23. This Motion is based upon the Memorandum of Law in Support thereof, the Joint Declaration of Christine M. Fox and Debra J. Wyman in Support of: (I) Final Approval of Settlement and Approval of Plan of Allocation, and (II) an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4), Plaintiffs' Declarations, the Declaration of Lance Cavallo, Plaintiffs' Counsel's Declarations, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

DATED: September 30, 2022        Respectfully submitted,

                                                ELLEN GUSIKOFF STEWART
                                                California Bar No. 144892
                                                DEBRA J. WYMAN
                                                California Bar No. 190812
                                                Attorney for Lead Plaintiff
                                                ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
                                                TING H. LIU
                                                JOSEPH J. TULL
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-8498
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)
                                                E-mail:  elleng@rgrdlaw.com
                                                             debraw@rgrdlaw.com
                                                             tliu@rgrdlaw.com
                                                             jtull@rgrdlaw.com

LABATON SUCHAROW LLP
CAROL C. VILLEGAS
CHRISTINE M. FOX
GUILLAUME BUELL
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
E-mail:  cvillegas@labaton.com
           cfox@labaton.com
           gbuell @labaton.com

Co-Lead Counsel for Lead Plaintiffs

GEOFFREY P. CULBERTSON
Arkansas Bar No. 2014011
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana,  TX  75503
Telephone:  903/792-7080
903/792-8233 (fax)
E-mail:  gpc@texarkanalaw.com

Liaison Counsel for the Class

SCHALL LAW FIRM
BRIAN SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  424/303-1964
877/590-0483 (fax)
Email:  brian@schallfirm.com

THORNTON LAW FIRM LLP
1 Lincoln Street, 25th Floor
Boston, MA  02111
Telephone:  617/720-1333
617/720-2445 (fax)

Additional Plaintiffs' Counsel