# EXHIBIT 6

*SUMMARY TABLE OF LODESTAR AND EXPENSES*

| *FIRM NAME* | *HOURS* | *LODESTAR* | *EXPENSES* |
|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | 5,176.25 | $3,154,875.75 | $   659,439.37 |
| Labaton Sucharow LLP | 7,385.00 | 3,945,727.00 | 645,255.70 |
| Glancy Prongay & Murray LLP | 1,207.35 | 600,279.25 | 398.44 |
| Patton Tidwell & Culbertson, LLP | 117.70 | 45,280.00 | 0 |
| *TOTAL* | *13,886.30* | *$7,746,162.00* | *$1,305,093.51* |