# EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | ) ) ) | Master File No. 4:19-cv-00756-BSM |
| | ) ) | CLASS ACTION |
| This Document Relates To: | ) ) | DECLARATION OF GEOFFREY CULBERTSON FILED ON BEHALF OF |
| ALL ACTIONS. | ) ) ) | PATTON TIDWELL & CULBERTSON LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES |
| | ) | AND EXPENSES |

I, Geoffrey Culbertson, declare as follows:

1.      I am a partner in the firm of Patton Tidwell & Culbertson, LLP ("PTC" or the "Firm").  I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2.      This Firm is Liaison counsel of record for plaintiffs Steamfitters Local 449 Pension Plan, Wayne County Employees' Retirement System, and David McMurray, on behalf of himself and as sole beneficiary of the David McMurray R/O IRA, and Zhengxu He, Trustee for the He & Fang 2005 Revocable Living Trust.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business.  I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  As a result of this review, reductions were made to time in the exercise of billing judgment. Robbins Geller Rudman & Dowd LLP has reimbursed my Firm for expenses the Firm incurred in the litigation.  Based on my review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation for which payment is sought herein are reasonable and necessary for the effective and efficient prosecution and resolution of the litigation.

- 1 -

4857-0725-3044.v1

- 2 -

4.      After the reductions referred to above, the number of hours spent on the litigation by my Firm is 117.7.  A breakdown of the lodestar is provided in Exhibit A.  The lodestar amount for attorney/paralegal time based on the Firm's current rates is $45,280.  The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other securities class action litigation.  The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.

5.      The identification and background of my Firm and its partners is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of September, 2022, at Texarkana, Texas.

_____
GEOFFREY CULBERTSON

4857-0725-3044.v1

# EXHIBIT A

**EXHIBIT A**

*In re Uniti Group Inc. Securities Litigation*, No. 4:19-cv-00756-BSM
PATTON TIDWELL & CULBERTSON
Inception through 9/25/2022

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Geoff Culbertson | (P) | 111.7 | $400 | $44,680 |
| | | | | |
| | | | | |
| | | | | |
| Paralegals | | 6 | $100 | $600 |
| | | | | |
| *TOTAL* | | | | *$45,280* |

(P) Partner

# EXHIBIT B

**EXHIBIT B**
PATTON TIDWELL & CULBERTSON, LLP RESUME

# Patton Tidwell & Culbertson LLP

Liaison counsel Patton Tidwell & Culbertson is a highly respected law firm having prosecuted and defended class actions and other complex cases in the federal and state courts of Arkansas, Texas and Tennessee. For examples *see City of Pontiac General Employees' Retirement System v. Wal-Mart Stores, Inc., et al*, United States District Court, Western District of Arkansas 5:12-cv-5162; *Johnson v. Centerpoint Energy*, Miller County Arkansas Circuit Court, CV-2004-327-2; *Strickland, et al v. Visible Measures Corp.*, Miller County Arkansas Circuit Court, CV 2011-0494-2; *St. Jude Medical, Inc. v. Access Closure, Inc.*, United States District Court, Western District of Arkansas, Cause No. 4:08-cv-4101; *In re Southeast Milk Antitrust Litigation*, United States District Court, Eastern District of Tennessee, 2:08-MD-1000; *IDT Corp. v. eBay, Inc. et al*, United States District Court, Western District of Arkansas, 4:10-cv-4097; *Maxell Ltd. v. Apple, Inc.*, United States District Court, Eastern District of Texas 5:19-cv-36; *Maxell Ltd. v. Huawei Device Co., et al*, United States District Court, Eastern District of Texas 5:16-cv-178 and 5:18-cv-33; *Maxell Ltd. v. ZTE (USA), Inc. et al*, United States District Court, Eastern District of Texas 5:16-cv-179 and 5:18-cv-34; *Mobile Micromedia Solutions, LLC v. Nissan North America, Inc.*, United States District Court, Eastern District of Texas, 5:05-cv-230.

# KELLY B. TIDWELL

Kelly Tidwell is an experienced trial lawyer.  His practice includes commercial litigation, antitrust litigation, antitrust compliance involving agricultural cooperatives and class action litigation. Kelly additionally serves as outside general counsel for two unrelated mid-sized dairy cooperatives – one in the Southwestern states and another in the Mid-Atlantic states.  Kelly regularly counsels farmers, ranchers, cooperatives, promotional programs and other agrarian service organizations to find workable solutions to their unique and varying issues.

Kelly is a member of the American Board of Trial Advocates – an invitation only organization for trial attorneys who meet the stringent qualifications for membership. He has served as President of the Texarkana Bar Association; as a member of the American Bar Association's Products Liability Committee for Model Jury Instructions; and the Ethics Committee of the Texas Young Lawyers Association.

Kelly has obtained the highest peer review rating, *AV Preeminent*, by Martindale-Hubbell®.  Because reviews are generated from evaluations by both members of the bar and judiciary, this rating system is often viewed as the best objective indicator of one's skills and ethical standards.

**Education:**

- J.D., South Texas College of Law 1987 (law review and mock trial team)
- B.S., Texas A&M University 1984

**Admissions:**

- Texas
- Arkansas
- Eastern and Northern Districts of Texas
- Eastern and Western Districts of Arkansas
- Eastern District of Tennessee
- U.S. Court of Appeals for the Fifth, Sixth and Eighth Circuits

4884-7392-0820.v1

**Memberships:**

- State Bar of Texas
- Arkansas Bar Association
- Texarkana Bar Association (President 2000-2001)
- Northeast Texas Bar Association
- American Bar Association

**Admissions:**

- Texas
- Arkansas
- Eastern and Northern Districts of Texas
- Eastern and Western Districts of Arkansas
- Eastern District of Tennessee
- U.S. Court of Appeals for the Fifth, Sixth and Eighth Circuits

# GEOFFREY P. CULBERTSON

Geoff Culbertson joined the firm in 2005 after completing a judicial clerkship with then Chief Judge Thad Heartfield of the Eastern District of Texas. Geoff graduated with honors from Baylor Law School in 2004 where he served as Editor in Chief of the Baylor Law Review.

Geoff represents individuals, businesses and associations in state and federal courts. Geoff formerly served on the Board of Directors for the Eastern District of Texas Bar Association and the Local Rules Committee of the Eastern District of Texas.

**Education**

- J.D., cum laude, Baylor Law School
- B.B.A., Southern Methodist University

**Admissions**
- Texas
- Arkansas
- Eastern District of Texas
- Southern District of Texas
- Eastern and Western Districts of Arkansas
- United States Court of Appeals for the Federal Circuit
- United States Court of Appeals for the Eighth Circuit
- United States Court of Appeals for the Fifth Circuit

4884-7392-0820.v1