UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| In re UNITI GROUP INC. SECURITIES LITIGATION | ) ) ) | Master File No. 4:19-cv-00756-BSM |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

**SUPPLEMENTAL DECLARATION OF LANCE CAVALLO
REGARDING (A) UPDATE ON MAILING OF THE NOTICE PACKET;
(B) UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE;
AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Lance Cavallo, declare and state as follows:

1.      I am a Vice President of Class Actions at Kurtzman Carson Consultants LLC ("KCC").  Pursuant to the Court's July 20, 2022 Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (ECF 128), the Court approved the retention of KCC as Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Action").[1]  I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

**UPDATE ON MAILING OF THE NOTICE PACKET**

2.      As set forth in the Initial Mailing Declaration, KCC had mailed 356,402 Notice Packets to potential Settlement Class Members and nominees as of September 28, 2022.  Since the execution of the Initial Mailing Declaration, KCC has continued to receive requests from potential

---

[1]      All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated June 17, 2022 (the "Settlement Agreement") (ECF 124) and/or the Declaration of Lance Cavallo Regarding (A) Mailing of Notice and Claim Form; (B) Publication of Summary Notice; (C) Establishment of the Telephone Hotline; (D) Establishment of the Settlement Website; and (E) Report on Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 135-4).

Settlement Class Members and nominees for copies of the Notice Packet.  As a result, an additional 450 Notice Packets have been mailed such that as of October 26, 2022, KCC has mailed a total of 356,852 Notice Packets to potential Settlement Class Members or their nominees.

**UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE**

3.    The Initial Mailing Declaration noted that KCC maintains a toll-free telephone number (1-844-594-2510) for Settlement Class Members to call and obtain information about the Settlement as well as request a Notice Packet.  KCC has promptly responded to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

4.    The Initial Mailing Declaration also noted that KCC maintains a website dedicated to the Settlement (www.UnitiGroupSecuritiesLitigation.com).  On September 30, 2022, KCC posted to the Settlement Website copies of the papers filed in support of Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation and Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4).  KCC will continue to maintain and, as appropriate, update the Settlement Website until the conclusion of the administration.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

5.    The Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members that requests for exclusion from the Settlement Class must be addressed to *Uniti Group Inc. Securities Litigation*, c/o KCC LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA, 94977-5100, such that they were received no later than October 14, 2022.  As reported in the Initial Mailing Declaration, KCC received six (6) requests for exclusion from the Settlement Class as of September 28, 2022.  Since that date, KCC has received eleven (11) additional requests which

are attached hereto as Exhibit A.[2]  In total, as of October 26, 2022, KCC has received seventeen (17) requests for exclusion from the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wantagh, New York on October 27, 2022.

Lance Cavallo

---

[2]  Portions of Exhibit A have been redacted to protect confidential personally identifiable information.