# Exhibit A

RECEIVED
October 3, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Ernestine G Turner Trust,
Joseph C Robinson Trustee

Request Number: 0007

█████████████████

South Chesterfield, Virginia 23803

September 25, 2022

Settlement Class in
In re Uniti Group Inc. Sec. Litig>
Master File No. 4:19-cv-00756-BSM (E.D. Ark)


Dear Sir/Madame

I, Joseph C. Robinson, Trustee of Ernestine G. Turner Irrevocable Trust VAD 11/04/1998, request to be excluded from the above settlement class.

Ernestine G. Turner died in January 2016 and the Trust has been closed. As the Trustee of the Trust, I do not recall purchasing, acquisition or sale of Uniti Securities during the time frame of April 24, 2015 to June 24, 2019. I can be reached at the above address or ██████████████

Sincerely

*Joseph C. Robinson*
Joseph C. Robinson, Trustee
Ernestine G. Turner Trust




South Chesterfield, Va. 23803

7021 2720 0001 4371 3969

**RECEIVED**

OCT 0 3 2022 ⌢

KCC (13)

Uniti Group Inc. Securities Litigation
c/o KCC LLC
EXCLUSIONS
P.O. Box 5100
Larkspur, Ca 94977-5100

94977-510000





RECEIVED
October 3, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Jean Brown

Request Number: 0008

Jean Brown ███████ Paradise, ca 95969 ███████ Sept 23, 2022

To Whom It May Concern:

I don't believe I have to, YET AGAIN, exclude myself from some stupid class action suit where, as usual, the attorneys make a butt load of money and the "class" makes squat. You should all be ashamed of yourselves. And, you should be reimbursing me for my time to dig up things that happened almost a decade ago.

I am, of course, requesting to be "excluded from the Settlement Class in In re Uniti Group Inc. Sec. Litig., Master File No. 4:19-cv-00756-BSM (E.D.Ark.)."

You can find my name, address and phone number at the top of the page. Don't bother to call, we don't answer the phone...

You can find the other info on the included page. I had WIN, not Uniti. But, you probably already know that since you know all kinds of things about me, right?

So, because I had to dig up the info from 8 years ago, and (I don't fucking believe this) PAY POSTAGE to mail this to you... I figure you guys owe me for my time, electricity, my bloody finger from tearing off my hangnail because I am so pissed that I have to do this bullshit every month for some class action nonsense. **My bill comes to $300.60. Payment is due upon receipt.** My time is valuable too.

If in the future, you are handling another class action suit, and you see my name listed... take out your little gold pen and put a line through it. Don't want any part of this crap.

Very truly yours,

Jean Brown

You should have to pay me for my time to look up this shit that you probably have access to. Plus you make a hell of a lot of money off of these bullshit class action suits.

| 04/27/2015 09:19:10 | | MANDATORY REVERSE SPLIT (97382A101) |
| --- | --- | --- |
| 0.00 | 0.00 | 0.00 |
| 04/27/2015 09:19:10 | | MANDATORY REVERSE SPLIT (WIN) |
| 0.00 | 0.00 | 0.00 |
| 04/27/2015 10:56:28 | | QUALIFIED DIVIDEND (97382A101) |
| 8.52 | 0.00 | 0.00 |
| 05/01/2015 11:52:34 | | CASH IN LIEU OF FRACTIONAL SHARES (WIN) |
| 6.16 | 0.00 | 0.00 |
| 05/07/2015 12:40:15 | | Sold 21 WIN @ 10.05 |
| 201.05 | 9.99 | 0.01 |



Mr. Steven Brown

Paradise, CA 95969

SACRAMENTO CA 957

26 SEP 2022    PM 4    L

FOREVER / USA

Uniti Group Inc Sec, Litigation
C/O KCC LLC EXCLUSIONS
P.O Box 5100
LARKSPUR, CA
94977-510000    94977-5100

RECEIVED

OCT 03 2022

.KCC

RECEIVED
October 3, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Howard B Kay

Request Number: 0009

Howard B. Kay

████████████████

**Silver Spring**
**Maryland, 20905**

Uniti Group, Inc.
Securities Litigation
c/o KCC LLC
EXCLUSIONS
P O Box 5100
Larkspur, CA 94977-5100          September 23rd, 2022

Gentlemen/Ladies:

**This is my request and notice to exclude me in the Uniti Group, Inc.**
Securities Litigation.

As of the date of this communication, I own 250.4622 shares of Uniti
Group, Inc.

The shares are held in my IRA Account, showing a loss of $2600.00.

Yours Truly,

Howard B. Kay

1

Howard B. Ray
Silver Spring, MD 20905-5906

CAPITAL DISTRICT 208

26 SEP 2022   PM 3   L

*Thinking*

RECEIVED GE

OCT 03 2022

CLAIMS CENTER

UNITI GROUP, INC
SECURITIES LITIGATION
C/O KCC LLC
EXCLUSIONS
P.O. BOX 5100
LARKSPUR, CA 94977-5100

94977-510000

RECEIVED
October 5, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: U/W Asben A McCurry Jr
                                              M Randall Scott Trustee

Request Number: 0010

# M. RANDALL SCOTT



## CARNESVILLE, GEORGIA 30521

September 27, 2022

Uniti Group Inc. Securities Litigation
c/o KCC LLC
EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

RE:   Uniti Group Inc. Sec. Litig., Master File No. 4:19-cv-00756-BSM (E.D. Ark.)

Dear Sirs:

I, M. Randall Scott as Trustee U/W Asben A. McCurry, Jr. do hereby request to be excluded from Settlement Class in re Uniti Group Inc. Sec. Liti., Master File No. 4:19-cv-00756-BSM (E.D. Ark.).

The trust purchased 26 shares of Communications Sales & Leasing, Inc. on 09-26-2011 for $1,123.11 and sold the 26 shares on 12-15-2015 for $421.49.

Sincerely,

M. Randall Scott, Trustee



M. Randall Scott

Carnesville, GA 30521-2922

ATLANTA METRO 301



RECEIVED GE

OCT 0 5 2022

CLAIMS CENTER

Uniti Group Inc. Securities Litigation
c/o KCC LLC
EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

RECEIVED
October 11, 2022
Claims Center

# **Exclusion Cover Page**

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Rosemary Velz

Request Number: 0011

*Rosemary Velz*
*Lewisburg PA 17837*

October 3, 2022

KCC LLC
Exclusions
PO Box 5100
Larkspur, CA  94977-5100

RE: Settlement

Dear Sir or Madam –

I am writing to you about the settlement paperwork I received related to the Uniti Group Inc. Securities litigation that was addressed to Peter John Velz at ███████ Lewisburg, PA 17837. Peter died two years ago and I am the sole heir to his estate.

I do not wish to be a part of this lawsuit. Please update your records to show that Peter is deceased, and address any additional communications to me at the address(es) below.

Address until October 20, 2022:

███████ Lewisburg, PA 17837

Address after October 20, 2022:

███████

Thank you,

*Rosemary Velz*
Rosemary Velz

**VELZ**



LEWISBURG, PA 17837



HARRISBURG PA   171

4 OCT 2022   PM 3 L

RECEIVED
OCT 1 1 2022

ΛΙΙ-

KCC LLC
Exclusions
PO Box 5100
Larkspur, CA  94977-5100

RECEIVED
October 14, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Carol Ann Haug

Request Number: 0012

OCT. 5, 2022

UNITI GROUP INC. SECURITIES LITIGATION

c/o KCC LLC

EXCLUSION

P.O. BOX 5100

LARKSPUR, CA 94977-5100

TO WHOM IT MAY CONCERN:

I WOULD LIKE TO REQUEST TO BE EXCLUDED FROM THE SETTLEMENT CLASS IN IN RE UNITI GROUP INC. SEC. LITIG, MASTER TILE NO. 4:19-CV-00756-BSM (E. D. ARK)

UNFORTUNATELY I AM UNABLE TO FIND THE PAPER WORK STATING THE NUMBER AND TYPE OF UNITI SECURITIES PURCHASED, ACQUIRED AND SOLD DURING THE CLASS PERIOD, AS WELL AS DATES AND PRICES OF EACH SUCH PURCHASE, ACQUISITION AND SALE.

I HOPE THIS WILL NOT BE A PROBLEM, AS I DO WANT TO BE EXCLUDED.

THANK YOU
CAROL ANN HAUG
Carol Ann Haug

███████████

WHITE HAVEN, PA 18661

███████████

Mrs. Carol Ann Haug

White Haven, PA 18661

LEHIGH VALLEY PA 100

5 OCT 2022  PM 4  L



ENERGY ACTION MONTH

RECEIVED
OCT 14 2022
CLAIMS CENTER

UNITI GROUP INC SECURITIES LITIGATION

c/o KCC LLC

EXCLUSION

PO BOX 5100

PARLSBUR  CA  94977-5100





RECEIVED
October 14, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Lana J Fahrenwald

Request Number: 0013

October 4, 2022

Uniti Group Inc. Securities Litigation
c/o KCC LLC
EXCLUSIONS
PO Box 5100
Larkspur, CA 94977-5100

I ABSOLUTELY **DO NOT WANT TO BE INCLUDED IN THE SETTLEMENT CLASS AND REQUEST EXCLUSION FROM THE SETTLEMENT CLASS** in Re Uniti Group Inc. Sec. Litig., Master File No. 4:19-cv-00756-BSM (E.D. Ark.).

My name is Lana J Fahrenwald

Address: ███████████████
Yuma, AZ 85367

Phone: ███████

I own 600 Uniti shares

| | | |
|---|---|---|
| 200 shares purchased | 4/24/2018 | @$16.6549 |
| 200 shares purchased | 5/10/2018 | 19.64 |
| 200 shares purchased | 1/10/2019 | 17.997 |

Date: October 4, 2022

Yuma, AZ 85367

PHOENIX AZ 8??
PHOENIX AZ 85?
5 OCT 2022  PM 4 ?
5 OCT 2022  PM 6 ?

RECEIVED GE
OCT 1 4 2022
CLAIMS CENTER

Uniti Group Inc. Securities Litigation
C/o KCC LLC
Exclusions
PO Box 5100
Larkspur, CA 94977-5100

RECEIVED
October 14, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Earl B Brown Jr.

Request Number: 0014

October 7, 2022

To Whom It May Concern:

I request to be excluded from the settlement class in In re Uniti Group Inc. Sec Litig. Master File No. 4:19-cv—00756-BSM (E.D. Ark).

1. Earl B Brown, Jr

   ███████████████

   St Augustine, FL 32080

   ████████████

2. My financial advisor found no evidence that I ever held shares in Uniti; so I am unable to list purchases and sales.

Sincerely,

Earl B Brown Jr.

Earl Brown
St. Augustine, FL 32080

JACKSONVILLE FL 320
7 OCT 2021  PM 1  L



RECEIVED GE
OCT 14 2022
CLAIMS CENTER

Uniti Group Inc. Securities Litigation
c/o   KCC LCC
Exclusions
PO # 5100
Larkspur, CA 94977-5100

94977-510000

RECEIVED
October 18, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Joyce A Bush

Request Number: 0015

October 3, 2022

Uniti Group Inc Securities Litigation
c/o KCC LLC
**Exclusions**
P O Box 5100
Larkspur, CA 94977-5100

Dear Sir,
PLEASE EXCLUDE Joyce A. Bush from the SETTEMENT CLASS in IN RE UNITI
GROUP INC. SEC. LITIG., MASTER FILE NO 4:19- cv-00756-BSM (E.D. Ark)

Joyce A. Bush

Glen Allen, VA 23060

The information you are requesting concerning the number of units, I do not have and
do not I know if my broker purchase any units. So, I want to be exclude from the above
settlement of class action.

Thank you.

Sincerely,

Joyce A Bush

J. Bush

Glen Allen, VA 23060



11 OCT 2022 PM5 L

RECEIVED
OCT 1 8 2022
BY: .................

Uniti Group Inc Securities Litigation
c/o KCC LLC
**Exclusions**
P O Box 5100
Larkspur, CA 94977-5100

94977-510000

RECEIVED
October 24, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code: UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Victoria Good

Request Number: 0016

Victoria Good maiden name Mills from ███████████████ Lawton, OK of Comanche County is excluded from the Settlement Class in In re Uniti Group Inc. Sec. Litig., Master File No. 4:19-cv-00756-BSM (E.D. Ark.). FOR COMMON SHARES TYPE

██████████████

*VEGood*

13 OCT 2022
17 SHABINI

# Robinhood



10/13/2021

VICTORIA MILLS

Lawton, OK 735076638

| Equities/Options | B/S | Trade | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Total Quantity Bought:**     **Total Dollars Bought:**

**Total Quantity Sold:**     **Total Dollars Sold:**



03/20/2019

Victoria Mills

Lawton OK 73507

| EQUITIES/OPTIONS | B/S | TRADE DATE | SETTLE DATE | ACCT TYPE | PRICE | QTY | PRINCIPAL | COMM | TRAN FEE | NET AMOUNT | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Mr Kenneth Good

Lawton, OK 73507

RECEIVED

OCT 2 4 2022

BY: .....................

UNITI GROUP INC. SECURITIES
LITIGATION
c/o KCC LLC
EXCLUSIONS
PO BOX 5108

RECEIVED
October 24, 2022
Claims Center

# Exclusion Cover Page

Case Name: Uniti Group Inc, Securities Litigation

Case Code:  UII

Exclusion Deadline: October 14, 2022 (received no later than)

Name of Person Filing Exclusion: Kenneth Good

Request Number: 0017

Kenneth Good from ███████████████ Lawton, OK of Comanche County is excluded from the Settlement Class in In re Uniti Group Inc. Sec. Litig., Master File No. 4:19-cv-00756-BSM (E.D. Ark.).

FOR COMMON SHARES
TYPE

*Kenneth Good*    13 OCT 2022

17 SABIAI



**from Morgan Stanley**

**E✱TRADE**

**Investment Account**

# TRADE CONFIRMATION

**Account Number**

**Account Name:**
KENNETH GOOD

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/21/22 | 01/25/22 | 5 1 | UNIT | SELL | 41 | $12.12 | Cash | PRINCIPAL | $496.92 |
| | | | | | | | | FINRA TAF | $0.01 |
| UNITI GROUP INC COMMON STOCK | | | | | | | | FEE | $0.01 |
| | | | | | | | | **NET AMOUNT** | **$496.90** |

▲ DETACH HERE

KENNETH GOOD

LAWTON OK 73507-6638

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

OETACH HERE ▲

**Use This Deposit Slip**



Please do not send cash

| Dollars | Cents |
|---|---|
| | |

**TOTAL DEPOSIT**





**FINANCIAL**
Trading · Investing · Banking

Page 1 of 2

**E✳TRADE**
Investment Account

# TRADE CONFIRMATION

**Account Number:** ▓▓▓▓▓▓

**Account Name:**
KENNETH GOOD

▓▓▓▓▓▓

**Customer Update**

Visit the E✳TRADE Security Center at us.etrade.com/security-center to learn more about how we work to secure your account.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/04/17 | 10/06/17 | 6 1 | UNIT | BUY | 41 | $14 50 | Cash | PRINCIPAL | $594 50 |
| | | | | | | | | COMMISSION | $4 95 |
| | | | | | | | | NET AMOUNT | $599.45 |

UNITI GROUP INC COMMON STOCK

▲ DETACH HERE

KENNETH GOOD
▓▓▓▓▓▓▓
LAWTON OK 73507-7124

DETACH HERE ▲

**Use This Deposit Slip**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484





Mr Kenneth Good

Lawton, OK 73507



OKLAHOMA CITY OK 730

13 OCT 2022  PM 6  L

RECEIVED
OCT 2 4 2022

BY: ....................

UNITI GROUP INC. SECURITIES LITIGATION
c/o KCC LLC
EXCLUSIONS
PO BOX 5100